**Robbins Geller Rudman & Dowd LLP**

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

February 15, 2022

VIA ECF

The Honorable Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

> Re:  *Pitman v. Immunovant Inc., et al.*,
>        Case No.: 1:21-cv-00918-KAM-VMS

Dear Judge Scanlon:

We write on behalf of lead plaintiff SEPTA Pension Plan Master Trust ("Lead Plaintiff") and defendants Immunovant, Inc., Peter Salzmann, Pamela Yanchik Connealy, and Roderick Wong ("Defendants"[1] and altogether, the "Parties").  Pursuant to the Court's Status Report Order dated February 10, 2022, the Parties have met and conferred about a revised motion to dismiss schedule and whether the Parties are interested in mediation, including a referral to Court-annexed mediation.

First, with respect to the schedule for Defendants' motion to dismiss and Lead Plaintiffs' amended complaint anticipated to be filed on March 15, 2022, the Parties have agreed to reduce the time for Lead Plaintiffs' opposition and Defendants' reply papers.  Below is a chart comparing the proposed new schedule with the schedule initially agreed to by the Parties as set forth in the January 18, 2022 Stipulation and [Proposed] Order submitted to the Court (ECF No. 19):

| | Initial Due Date (# of Days) | Proposed Due Date (# of Days) |
|---|---|---|
| **Defendants' Motion to Dismiss** | May 30, 2022 (76 days) | May 27, 2022 (73 days) |
| **Lead Plaintiffs' Opp to MTD** | July 29, 2022 (60 days) | July 11, 2022 (45 days) |

---

[1]  Lead Plaintiff's complaint filed on February 1, 2022 (the "February 1st Complaint") (ECF No. 29) named several new individuals and entities.  Cooley, LLP, counsel for the initially named Defendants, has accepted service of the February 1st Complaint on behalf of the newly named individual defendants.

**Robbins Geller
Rudman & Dowd** LLP

The Honorable Vera M. Scanlon, U.S.M.J.
February 15, 2022
Page 2

| **Defendants' Reply MTD** | September 12, 2022 (45 days) | August 10, 2022 (30 days) |

  We respectfully request that the Court adopt the above proposed schedule for Defendants' motion to dismiss.

  Second, the Parties believe that it is premature to engage in settlement discussions prior to the filing of the operative complaint.  The Parties are, however, amenable to discussing settlement, including referral to Court-annexed mediation, at the appropriate time.

  The Parties are available to answer any questions the Court may have.

        Respectfully submitted,

       ROBBINS GELLER RUDMAN
        & DOWD LLP
       EVAN J. KAUFMAN

         */s/ Evan J. Kaufman*
         EVAN J. KAUFMAN

       58 South Service Road, Suite 200
       Melville, NY  11747
       Telephone:  631/367-7100
       631/367-1173 (fax)
       ekaufman@rgrdlaw.com

       *Lead Counsel for Plaintiffs*

       COOLEY LLP
       SHANNON EAGAN

         */s/ Shannon Eagan*
         SHANNON EAGAN

**Robbins Geller
Rudman & Dowd** LLP

The Honorable Vera M. Scanlon, U.S.M.J.
February 15, 2022
Page 3

3175 Hanover Street
Palo Alto, CA  94304
Telephone:  650/943-5909
seagan@cooley.com

*Counsel for Defendants*