UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

THERESA PITMAN, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff,

    v.

IMMUNOVANT, INC. f/k/a HEALTH
SCIENCES ACQUISITIONS
CORPORATION, RODERICK WONG,
PETER SALZMANN, FRANK M. TORTI,
ANDREW FROMKIN, DOUGLAS HUGHES,
GEORGE MIGAUSKY, ATUL PANDE,
ERIC VENKER, SVB LEERINK LLC,
LIFESCI CAPITAL LLC, CHARDAN
CAPITAL MARKETS LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and ROIVANT
SCIENCES LTD.,

               Defendants.

———————————————————————— x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:21-cv-00918-KAM-VMS

**NOTICE OF IMMUNOVANT DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

- 1 -

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Heather M. Speers, and the exhibits attached thereto, Defendants Immunovant, Inc. f/k/a Health Sciences Acquisitions Corporation, Roderick Wong, Peter Salzmann, Frank M. Torti, Andrew Fromkin, Douglas Hughes, George Migausky, Atul Pande, and Eric Venker (collectively, the "Immunovant Defendants") will move this Court before the Honorable Kiyo A. Matsumoto, at a date and time to be determined by the Court, for an order dismissing with prejudice the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 44) pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b).

PLEASE TAKE FURTHER NOTICE that, in accordance with the briefing schedule set by Magistrate Judge Scanlon and pursuant to Judge Matsumoto's Chambers Practices and Magistrate Judge Scanlon's Individual Practice Rules, Plaintiff's opposition brief shall be served on or before July 11, 2022, the Immunovant Defendants' reply brief shall be served on or before August 10, 2022, and the parties shall file the fully briefed motion to dismiss on or before August 10, 2022.

Dated: May 27, 2022

COOLEY LLP

By    */s/ Koji F. Fukumura*
      Koji F. Fukumura

Koji F. Fukumura (*pro hac vice*)
Heather M. Speers (*pro hac vice*)
4401 Eastgate Mall
San Diego, CA  92121
Tel:  (858) 550-6000
Fax:  (858) 550-6420
Email:  kfukumura@cooley.com
      hspeers@cooley.com

Shannon M. Eagan (*pro hac vice*)
3175 Hanover St
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400
Email:  seagan@cooley.com

Aric H. Wu
55 Hudson Yards
New York, NY 10001-2157
Tel:  (212) 479-6000
Fax:  (212) 479-6275
Email:  ahwu@cooley.com

*Attorneys for Immunovant, Roderick Wong, Peter Salzmann, Frank M. Torti, Andrew Fromkin, Douglas Hughes, George Migausky, Atul Pande, and Eric Venker*