UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x
:
THERESA PITMAN, Individually and on :
Behalf of All Others Similarly Situated, :
:
Plaintiff, :      Civil Action No. 1:21-cv-00918-KAM-VMS
:
v. :
:
IMMUNOVANT, INC. f/k/a HEALTH :
SCIENCES ACQUISITIONS :
CORPORATION, RODERICK WONG, :
PETER SALZMANN, FRANK M. TORTI, :
ANDREW FROMKIN, DOUGLAS HUGHES, :
GEORGE MIGAUSKY, ATUL PANDE, :
ERIC VENKER, SVB LEERINK LLC, :
LIFESCI CAPITAL LLC, CHARDAN :
CAPITAL MARKETS LLC, GUGGENHEIM :
SECURITIES, LLC, ROBERT W. BAIRD & :
CO. INCORPORATED, and ROIVANT :
SCIENCES LTD., :
:
Defendants. :
:
———————————————————— x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of

New York that, on May 27, 2022, she caused to be served the following documents on the person(s)

listed below in the manner shown:

1.    NOTICE OF IMMUNOVANT DEFENDANTS' MOTION TO
      DISMISS PLAINTIFF'S AMENDED COMPLAINT

2.    MEMORANDUM OF LAW IN SUPPORT OF IMMUNOVANT
      DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
      AMENDED COMPLAINT

3.    DECLARATION OF HEATHER M. SPEERS IN SUPPORT OF
      IMMUNOVANT DEFENDANTS' MOTION TO DISMISS

PLAINTIFF'S AMENDED COMPLAINT AND APPENDIX AND
EXHIBITS THERETO

| | |
|---|---|
| **Robbins Geller Rudman**<br>**& Dowd LLP**<br>Samuel H. Rudman<br>David A. Rosenfeld<br>Evan J. Kaufman<br>Natalie Bono<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br>nbono@rgrdlaw.com<br><br>*Counsel for Lead Plaintiff*<br><br>**Goodwin Procter LLP**<br>Daniel Roeser<br>Valerie Haggans<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>DRoeser@goodwinlaw.com<br>VHaggans@goodwinlaw.com<br><br>*Counsel for Underwriter Defendants* | **Williams & Connolly**<br>John Williams<br>Timothy Pellegrino<br>Tyler Infinger<br>The Wharf DC<br>680 Maine Avenue SW<br>Washington, DC 20024<br>JWilliams@wc.com<br>TPellegrino@wc.com<br>tinfinger@wc.com<br><br>*Counsel for Roivant* |

☒   By E-Mail


Dated at San Diego, California, this 27th day of May, 2022.


_____
                                    Diane Aland