UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————— x

THERESA PITMAN, Individually and on
Behalf of All Others Similarly Situated,

              Plaintiff,

    v.

IMMUNOVANT, INC. f/k/a HEALTH
SCIENCES ACQUISITIONS
CORPORATION, RODERICK WONG,
PETER SALZMANN, FRANK M. TORTI,
ANDREW FROMKIN, DOUGLAS HUGHES,
GEORGE MIGAUSKY, ATUL PANDE,
ERIC VENKER, SVB LEERINK LLC,
LIFESCI CAPITAL LLC, CHARDAN
CAPITAL MARKETS LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and ROIVANT
SCIENCES LTD.,

              Defendants.

——————————————————————— x

Civil Action No. 1:21-cv-00918-KAM-VMS

**DECLARATION OF HEATHER M. SPEERS IN SUPPORT OF
IMMUNOVANT DEFENDANTS' MOTION TO DISMISS
<u>PLAINTIFF'S AMENDED COMPLAINT</u>**

Heather M. Speers, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in the United States District Court for the Eastern District of New York for the purposes of this action.  I am an associate at Cooley LLP, counsel for defendants Immunovant, Inc. f/k/a Health Sciences Acquisitions Corporation ("Immunovant"), Roderick Wong, Peter Salzmann, Frank M. Torti, Andrew Fromkin, Douglas Hughes, George Migausky, Atul Pande, and Eric Venker (collectively, the "Immunovant Defendants") in the above-captioned matter.  I submit

- 1 -

this declaration in support of Immunovant Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Violations of the Federal Securities Laws (the "Motion to Dismiss").  I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.        **Appendix A**, which is submitted solely for the Court's convenience, is a chart cataloging each of the statements challenged in Plaintiff's Amended Complaint for Violations of the Federal Securities Laws ("AC"), and Immunovant Defendants' falsity arguments as to each, as detailed in the Motion to Dismiss.

3.        **Exhibit 1** is a true and correct excerpted and highlighted copy of Immunovant's Form S-1 filed with the SEC on August 31, 2020, which is incorporated by reference into the AC at ¶¶41, 92, 94–114, 119–128, 149, 151, 156, 246, 255, and 257, and is publicly available from the Securities Exchange Commission ("SEC") on its website at: https://www.sec.gov/edgar.

4.        **Exhibit 2** is a true and correct excerpted and highlighted copy of Immunovant's Prospectus filed with the SEC on September 3, 2020, which is incorporated by reference into the AC at ¶¶29–34, 41, 92, 94–114, 119–128, 149, 151, 156–161, 246, 255, and 257, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

5.        **Exhibit 3** is a true and correct excerpted and highlighted copy of Immunovant's Schedule 14A Proxy Statement dated November 27, 2019, which is incorporated by reference into the AC at ¶¶187–190, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

6.        **Exhibit 4** is a true and correct excerpted and highlighted copy of Immunovant's Form S-1 filed with the SEC on January 17, 2020, which is incorporated by reference into the AC at ¶¶191–200, 255, and 257, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

7.      **Exhibit 5** is a true and correct excerpted and highlighted copy of Immunovant's Form S-1 filed with the SEC on April 10, 2020, which is incorporated by reference into the AC at ¶¶217–231, 255, and 257, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

8.      **Exhibit 6** is a true and correct excerpted and highlighted copy of Immunovant's Form 10-K filed with the SEC on June 29, 2020, which is incorporated by reference into the AC at ¶¶236–239, 255, and 257, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

9.      **Exhibit 7** is a true and correct excerpted and highlighted copy of Immunovant's Form 10-Q filed with the SEC on February 14, 2020, which is incorporated by reference into the AC at ¶¶203–204, 255, and 257, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

10.     **Exhibit 8** is a true and correct excerpted and highlighted copy of Immunovant's Form 10-Q filed with the SEC on November 12, 2020, which is incorporated by reference into the AC at ¶¶251, 255, and 257, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

11.     **Exhibit 9** is a true and correct excerpted and highlighted copy of Immunovant's Form 8-K filed with the SEC on October 2, 2019, which attaches a press release that is incorporated by reference into the AC at ¶170–176, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

12.     **Exhibit 10** is a true and correct highlighted copy of Immunovant's Form 8-K filed with the SEC on February 14, 2020, which is incorporated by reference into the AC at ¶¶201 and 202, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

13.    **Exhibit 11** is a true and correct excerpted and highlighted copy of Immunovant's Form 8-K filed with the SEC on March 30, 2020, which is incorporated by reference into the AC at ¶¶209 and 210, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

14.    **Exhibit 12** is a true and correct highlighted copy of Immunovant's Form 8-K filed with the SEC on June 29, 2020, which is incorporated by reference into the AC at ¶¶234 and 235, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

15.    **Exhibit 13** is a true and correct highlighted copy of Immunovant's Form 8-K filed with the SEC on June 1, 2021, which is incorporated by reference into the AC at ¶¶141 and 142, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

16.    **Exhibit 14** is a true and correct highlighted copy of Immunovant's Form 8-K filed with the SEC on December 30, 2021, which is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

17.    **Exhibit 15** are true and correct copies of Dr. Roderick Wong's Form 4s filed with the SEC on November 12, 2019, November 14, 2019, November 19, 2019, November 22, 2019, November 29, 2019, December 3, 2019, December 4, 2019, December 5, 2019, December 9, 2019, December 10, 2019, and December 13, 2019, which are publicly available from the SEC on its website at: https://www.sec.gov/edgar.

18.    **Exhibit 16** is a true and correct highlighted copy of Immunovant's January 12, 2021, press release titled, "Immunovant Appoints Rita Jain Chief Medical Officer and Provides Corporate Update," which is incorporated by reference into the AC at ¶¶252 and 253, and is publicly    available    at    https://www.immunovant.com/investors/news-events/press-releases/detail/5/immunovant-appoints-rita-jain-chief-medical-officer-and.

19. **Exhibit 17** is a true and correct highlighted copy of the transcript of Immunovant's Merger Call on October 11, 2019, which is incorporated by reference into the AC at ¶¶177–184 and is publicly available, for a fee, at https://www.callstreet.com/.

20. **Exhibit 18** is a true and correct highlighted copy of the transcript of the 9th Annual SVB Leerink Global Healthcare Conference on February 25, 2020, which is incorporated by reference into the AC at ¶¶205–208, and is publicly available, for a fee, at https://www.callstreet.com/.

21. **Exhibit 19** is a true and correct highlighted copy of the transcript of Immunovant's March 30, 2020 investor conference call, which is incorporated by reference into the AC at ¶¶211–216 and is publicly available, for a fee, at https://www.spglobal.com/marketintelligence/en/news-insights/research/.

22. **Exhibit 20** is a true and correct highlighted copy of the transcript of Immunovant's investor conference call on August 25, 2020, which is incorporated by reference into the AC at ¶¶242–245, and is publicly available, for a fee, at https://www.spglobal.com/marketintelligence/en/news-insights/research/.

23. **Exhibit 21** is a true and correct highlighted copy of the transcript of Immunovant's investor conference call on January 5, 2022, which is publicly available, for a fee, at https://www.spglobal.com/marketintelligence/en/news-insights/research/.

24. **Exhibit 22** is a true and correct highlighted copy of an analyst report from *Baird Equity Research* titled "Initiating at Outperform on Potential Best-In-Class anti-FcRN," which was published on January 7, 2020. Although this report is not specifically quoted or referenced in the AC, Plaintiff alleges that its allegations are based upon, among other things, "reviewing and analyzing information from numerous public and proprietary sources . . . including . . . reports of

securities analysts." (¶12.) This report is publicly available for a fee, at https://www.rwbaird.com/research-coverage/.

25.     **Exhibit 23** is a true and correct highlighted copy of an analyst report from *Credit Suisse* titled "IMVT-1401 Trials Paused Due To Potential Safety Signal Observed in TED Trial," which was published on February 2, 2021. Although this report is not specifically quoted or referenced in the AC, Plaintiff alleges that its allegations are based upon, among other things, "reviewing and analyzing information from numerous public and proprietary sources . . . including . . . reports of securities analysts." (¶12.) This report is publicly available for a fee, at https://www.credit-suisse.com/about-us/en/reports-research.html.

26.     **Exhibit 24** is a true and correct highlighted copy of an analyst report from *UBS* titled "Oversold here but could be a long road to recovery – PT to $33," which was published on February 5, 2021, and is incorporated by reference into the AC at ¶138. This report is publicly available for a fee, at https://www.ubs.com/global/en/our-firm/what-we-do/research.html.

27.     **Exhibit 25** is a true and correct copy of an article titled "Serum Albumin and Risk of Myocardial Infarction and All-Cause Mortality in the Framingham Offspring Study," authored by Luc Djoussé et al. and dated September 26, 2002, which is incorporated by reference into the AC at ¶74.

28.     **Exhibit 26** is a true and correct copy of an article titled "Clinical chemistry of human FcRn transgenic mice," authored by Carsten Stein et al. and dated December 23, 2011, which is incorporated by reference into the AC at ¶75.

29.     **Exhibit 27** is a true and correct copy of an article titled "Albumin-deficient mouse models for studying metabolism of human albumin and pharmacokinetics of albumin-based

drugs," authored by Derry C. Roopenian et al. and dated December 10, 2014, which is incorporated by reference into the AC at ¶76.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 27, 2022 in San Diego, California.

/s/ *Heather M. Speers*
Heather M. Speers