# Exhibit 11

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): March 30, 2020**

# Immunovant, Inc.

**(Exact name of Registrant as Specified in Its Charter)**

| **Delaware** | **001-38906** | **83-2771572** |
|---|---|---|
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |
| **320 West 37th Street, New York, NY** | | **10018** |
| **(Address of Principal Executive Offices)** | | **(Zip Code)** |

**Registrant's Telephone Number, Including Area Code: (917) 580-3099**

**Not Applicable**

**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.0001 par value per share** | **IMVT** | **The Nasdaq Stock Market LLC** |
| **Warrants to receive one half of one share of Common Stock** | **IMVTW** | **The Nasdaq Stock Market LLC** |
| **Units, each consisting of one share of Common Stock and one Warrant to receive one half of one share of Common Stock** | **IMVTU** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

1

**Item 7.01**         **Regulation FD Disclosure.**

On March 30, 2020, Immunovant, Inc. ("Immunovant") issued a press release and held a conference call announcing initial results from its ASCEND GO-1 trial. Immunovant also updated its corporate presentation, which has been posted on its website and will be used for presentations. A copy of the press release and presentation are attached hereto as Exhibits 99.1 and 99.2, respectively, and are incorporated herein by reference.

The information furnished under this Item 7.01, including Exhibits 99.1 and 99.2, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or subject to the liabilities of that section. The information shall not be deemed incorporated by reference into any other filing with the Securities and Exchange Commission made by Immunovant, regardless of any general incorporation language in such filing.

**Item 8.01**         **Other Events.**

On March 30, 2020, Immunovant issued a press release announcing initial results from its ASCEND GO-1 trial.

The ASCEND GO-1 trial is an open label single-arm Phase 2a clinical trial of IMVT-1401 in Canada in patients with moderate-to-severe active thyroid eye disease ("TED", formerly referred to as Graves' ophthalmopathy). Seven patients were dosed weekly with subcutaneous injections for six weeks. Patients received a 680 mg dose for the first two administrations of study followed by a 340 mg dose for the final four administrations. All patients have completed the six-week treatment phase of the trial, and have entered the 12-week follow-up phase.

Mean reduction in total IgG levels from baseline to end of treatment was 65%. As evaluated at the end of treatment, 4/7 patients (57%) improved by ≥ 2 points on the Clinical Activity Score ("CAS"). Clinicians use CAS to measure disease activity in TED patients and is based on seven parameters, including spontaneous pain behind the eye, pain with eye movement, redness of the eyelids, redness of the conjunctiva, swelling of the eyelids, swelling of the caruncle and swelling of the conjunctiva. A score is calculated based on the number of parameters that are positive with scores of four or above considered to be cases of active disease. Of six patients with baseline diplopia, 4/6 patients (67%) demonstrated improvement in diplopia. 3/7 patients (43%) were proptosis responders, defined as the percentage of patients with a greater than or equal to 2 mm reduction in proptosis in study eye without deterioration in fellow eye. The safety and tolerability profile observed was consistent with the prior Phase 1 trial of IMVT-1401 in 99 healthy volunteers. All adverse events were mild or moderate and there were no headaches reported.

In addition, Immunovant has updated its anticipated clinical development timelines, in light of the significant uncertainty regarding the impact of the recent COVID-19 pandemic. Immunovant anticipates reporting top-line results from its ASCEND-MG trial, a Phase 2a clinical trial of IMVT-1401 in patients with myasthenia gravis, in the third quarter of calendar year 2020. Immunovant currently remains on track to report initial results from its Phase 2a trial of IMVT-1401 in patients with warm autoimmune hemolytic anemia by the end of calendar year 2020. Immunovant currently plans to report top-line results from its ASCEND GO-2 trial, a Phase 2b clinical trial of IMVT-1401 for TED in the United States, Canada and Europe, in the first half of calendar year 2021.

This Current Report on Form 8-K contains forward-looking statements for the purposes of the safe harbor provisions under The Private Securities Litigation Reform Act of 1995 and other federal securities laws. The use of words such as "may," "might," "will," "would," "should," "expect," "believe," "estimate," and other similar expressions are intended to identify forward-looking statements. For example, all statements Immunovant makes regarding the timing, progress and reporting of results of its clinical programs are forward-looking. All forward-looking statements are based on estimates and assumptions by Immunovant's management that, although Immunovant believes to be reasonable, are inherently uncertain. All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that Immunovant expected. Such risks and uncertainties include, among others, the availability of data from clinical trials; the continued development of Immunovant's product candidates; Immunovant's scientific approach and general development progress; and the potential impact of the recent COVID-19 pandemic on Immunovant's clinical development plans and timelines. These statements are also subject to a number of material risks and uncertainties that are described under the section titled "Risk Factors" in Immunovant's Form 10-Q filed with the Securities and Exchange Commission (SEC) on February 14, 2020, and Immunovant's subsequent filings with the SEC. Any forward-looking statement speaks only as of the date on which it was made. Immunovant undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise.

**2**

**Item 9.01**          **Financial Statements and Exhibits.**

(d) Exhibits
**Exhibit No.**

99.1          Press release dated March 30, 2020.

99.2          Presentation dated March 30, 2020.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: March 30, 2020

IMMUNOVANT, INC.

By:     /s/ Peter Salzmann, M.D.
        Peter Salzmann, M.D.
        Chief Executive Officer

**4**

**EXHIBIT 99.1**

**Immunovant Announces Positive Clinical Results from Ongoing Phase 2a Proof-of-Concept Study of IMVT-1401, A Novel Investigational Anti-FcRn Antibody Delivered by Subcutaneous Injection, in Thyroid Eye Disease**
**Company to Host Conference Call on March 30, 2020 at 8:30am EDT**

- 65% mean reduction in total IgG was observed from baseline to end of treatment, with a pharmacodynamic (PD) response nearly identical to modeled predictions for dosing regimen tested in trial
- IMVT-1401 was safe and generally well-tolerated with no serious adverse events (SAEs), no withdrawals due to adverse events (AEs), and no headaches
- 4/7 patients (57%) improved by ≥ 2 points on the Clinical Activity Score (CAS) and 3/7 patients (43%) achieved a proptosis response
- Results establish first proof of concept for an anti-FcRn antibody in Thyroid Eye Disease

**NEW YORK, March 30, 2020 /PRNewswire/** Immunovant, Inc. (NASDAQ: IMVT), a clinical-stage biopharmaceutical company focused on enabling normal lives for patients with autoimmune disease, today announced initial results from the treatment phase of its ongoing Phase 2a study of IMVT-1401 (ASCEND GO-1) in patients with Thyroid Eye Disease (TED), also known as Graves' ophthalmopathy.

The multi-center, open-label, single-arm clinical trial evaluated two weekly 680mg subcutaneous doses of IMVT-1401 followed by four weekly 340mg subcutaneous doses of IMVT-1401 in seven adult patients with moderate-to-severe active TED. A planned eighth patient enrolled in ASCEND GO-2 instead of ASCEND GO-1. All patients in the trial have completed IMVT-1401 treatment and have entered the follow-up phase of the trial. Mean reduction in total IgG levels from baseline to end of treatment was 65%. As evaluated at the end of treatment, 4/7 patients (57%) improved by ≥ 2 points on the Clinical Activity Score (CAS). Of six patients with baseline diplopia, 4/6 patients (67%) demonstrated improvement in diplopia. 3/7 patients (43%) were proptosis responders. The safety and tolerability profile observed was consistent with the prior Phase 1 trial of IMVT-1401 in 99 healthy volunteers. All AEs were mild or moderate and there were no headaches reported.

"We are very excited by the initial results of this trial," said Pete Salzmann, M.D., Chief Executive Officer of Immunovant. "These results provide an early proof-of-concept of the potential for IMVT-1401 to ultimately become a safe and effective treatment for patients suffering from Thyroid Eye Disease. Importantly, IMVT-1401 was delivered by subcutaneous injection, opening the possibility of at-home treatment rather than infusion center-based treatment, for patients with Thyroid Eye Disease. We look forward to reporting the study's full results, including detailed lab observations and 12 weeks of follow up data, at an upcoming medical meeting."

"I am encouraged by IMVT-1401's early results showing promising efficacy and safety with a subcutaneous route of administration. If validated by additional data and approved by regulatory agencies, this drug could really benefit our patients suffering from active Thyroid Eye Disease," said Peter Dolman, M.D., Oculoplastics Division Head, Department of Ophthalmology and Visual Sciences at the University of British Columbia. Dr. Dolman serves as principal investigator for the ASCEND GO-1 trial. "Even in this small study population, the response across multiple measures is notable," he added.

5

Immunovant will host a conference call on Monday, March 30 at 8:30am EDT. Following prepared remarks, the call will include a live question-and-answer session for the investment community. To access the webcast, please visit Immunovant's website at www.immunovant.com. Participants may also dial in using the numbers provided below:

**Toll Free:** 1-877-407-9039
**Toll/International:** 1-201-689-8470
An archived webcast recording will be available on the Immunovant's website for a limited time.
**About Immunovant, Inc.**
Immunovant, Inc is a clinical-stage biopharmaceutical company focused on enabling normal lives for patients with autoimmune diseases. Immunovant is developing IMVT-1401, a novel, fully human anti-FcRn monoclonal antibody, as a subcutaneous injection for the treatment of autoimmune diseases mediated by pathogenic IgG antibodies.

**Forward-Looking Statements**
This press release contains forward-looking statements for the purposes of the safe harbor provisions under The Private Securities Litigation Reform Act of 1995 and other federal securities laws. The use of words such as "may," "might," "will," "would," "should," "expect," "believe," "estimate," and other similar expressions are intended to identify forward-looking statements. For example, all statements Immunovant makes regarding Immunovant's progress towards its vision of enabling normal lives for patients with autoimmune diseases; the timing, progress and reporting of results of its clinical programs; and the potential of IMVT-1401 to become a treatment option for patients suffering from TED are forward-looking. All forward-looking statements are based on estimates and assumptions by Immunovant's management that, although Immunovant believes to be reasonable, are inherently uncertain. All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that Immunovant expected. Such risks and uncertainties include, among others, initial results or other preliminary analyses or results of early clinical trials may not be predictive final trial results or of the results of later clinical trials; the availability of data from clinical trials; the expectations for regulatory submissions and approvals; the continued development of Immunovant's product candidates; Immunovant's scientific approach and general development progress; the availability and commercial potential of Immunovant's product candidates including the size of potentially addressable markets and degree of market acceptance; and the potential impact of the recent COVID-19 pandemic on Immunovant's clinical development plans and timelines. These statements are also subject to a number of material risks and uncertainties that are described under the section titled "Risk Factors" in Immunovant's Form 10-Q filed with the Securities and Exchange Commission (SEC) on February 14, 2020, and Immunovant's subsequent filings with the SEC. Any forward-looking statement speaks only as of the date on which it was made. Immunovant undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise.
**Contact:**
John Strumbos, PhD, MBA
Vice President, Finance
Immunovant, Inc.
info@immunovant.com

EXHIBIT 99.2



## Corporate Overview

April 2020

*This presentation contains forward-looking statements for the purposes of the safe harbor provisions under The Private Securities Litigation Reform Act of 1995 and other federal securities laws. The use of words such as "may," "might," "will," "expect," "plan," "anticipate," "believe," "estimate," "intend," "future," "potential," "continue" and other similar expressions (as well as other words or expressions referencing future events, conditions, or circumstances) are intended to identify forward-looking statements. For example, statements Immunovant makes regarding our business strategy, our plans to develop and commercialize our product candidates, the potential safety and efficacy of our product candidates, our expectations regarding timing, the design and results of clinical trials of our product candidates, our plans and expected timing with respect to regulatory filings and approvals, the size and growth potential of the markets for our product candidates, and our ability to serve those markets, and our plans and expected timing with respect to regulatory filings and approvals are forward-looking. Because such statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. The product candidates that Immunovant develops may not progress through clinical development or receive required regulatory approvals within expected timelines or at all. In addition, promising interim results or other preliminary analyses do not in any way ensure that later or final results in a clinical trial or in related or similar clinical trials will replicate those interim results. In addition, clinical trials may not confirm any safety, potency or other product characteristics described or assumed in this press release. In addition, such product candidates may not be beneficial to patients, or even if approved by regulatory authorities, successfully commercialized. The failure to meet expectations with respect to any of the foregoing matters may have a negative effect on Immunovant's stock price. All forward-looking statements are based on estimates and assumptions by Immunovant's management that, although Immunovant believes to be reasonable, are inherently uncertain. All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that Immunovant expected. Such risks and uncertainties include, among others, the initiation and conduct of preclinical studies and clinical trials; the availability of data from clinical trials; the expectations for regulatory submissions and approvals; the continued development of Immunovant's product candidates and platforms; Immunovant's scientific approach and general development progress; Immunovant's ability to maintain or scale up manufacturing processes and transition such processes; the availability and commercial potential of Immunovant's product candidates including the size of potentially addressable markets and degree of market acceptance; and the potential impact of the recent COVID-19 pandemic on Immunovant's clinical development plans and timelines. These statements are also subject to a number of material risks and uncertainties that are described in Immunovant's periodic and other reports filed with the Securities and Exchange Commission (SEC), including the risk factors detailed in Immunovant's most recent Quarterly Report on Form 10-Q filed with the SEC on February 14, 2020. Any forward-looking statement speaks only as of the date on which it was made. Immunovant undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise.*

2

**8**