# Exhibit 17



11-Oct-2019

# Health Sciences Acquisitions Corp. (HSAC)

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**FACTSET: call**street

1-877-FACTSET   www.callstreet.com

Total Pages: 11

Copyright © 2001-2019 FactSet CallStreet, LLC

## Health Sciences Acquisitions Corp. *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**C** Corrected Transcript

11-Oct-2019

# CORPORATE PARTICIPANTS

**Roderick T. Wong**
*Chairman, President & Chief Executive Officer, Health Sciences Acquisitions Corp.*

**Naveen Yalamanchi**
*Chief Financial Officer, Director & Executive Vice President, Health Sciences Acquisitions Corp.*

**Pete Salzmann**
*Chief Executive Officer, Immunovant, Inc.*

................................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Christopher N. Marai**
*Analyst, Nomura/Instinet*

**Brian P. Skorney**
*Analyst, Robert W. Baird & Co., Inc.*

**Gbola Amusa**
*Analyst, Chardan Capital Markets LLC*

**Sam Slutsky**
*Analyst, LifeSci Advisors LLC (Research)*

................................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning. My name is Melissa and I will serve as your conference call operator. At this time, all participants are in a listen-only mode. A brief question-and-answer session will follow the formal presentation. [Operator Instructions] As a reminder, this conference is being recorded. Joining me on the call today will be Dr. Roderick Wong, Chief Executive Officer of Health Sciences Acquisitions Corporation; Dr. Naveen Yalamanchi, Chief Financial Officer and Executive Vice President of Health Sciences Acquisitions Corporation; Dr. Pete Salzmann, Chief Executive Officer of Immunovant; and Dr. Sandeep Kulkarni, Chief Operating Officer of Immunovant; and Dr. Robert Zeldin, Chief Medical Officer of Immunovant.

Before we begin, I'd like to remind everyone that today's conference call will include certain forward-looking statements within the meaning of the Securities Act of 1933 and the Securities Exchange Act of 1934, both as amended. The words expect, believe, estimate, intend, plan and similar expressions indicate forward-looking statements. These forward-looking statements are not guarantees of future performances and are subject to various risks and uncertainties, assumptions, including assumptions about general economic, market, industry and operational factors, known or unknown, which could cause the actual results to vary materially from those indicated or anticipated.

Now, without further delay, I'd like to turn the call over to Dr. Roderick Wong. Thank you. Dr. Wong, you may begin.

................................................................................................................................................................................................................................

**Roderick T. Wong**
*Chairman, President & Chief Executive Officer, Health Sciences Acquisitions Corp.*

Thank you, operator. When we incorporated HSAC, our goal was to leverage our research coverage of innovative drugs and devices and our pipeline of private investment opportunities to find a scientific program with the potential to be a transformative therapy for patients with high unmet need. We think IMVT-1401 is a promising

# Health Sciences Acquisitions Corp. *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

Corrected Transcript

11-Oct-2019

---

molecule that has the potential to be a pipeline and a product. So, to provide a bit of context, we've been tracking the development of IMVT-1401 for several years now as part of our competitive analysis of the FcRn drug class, which we expect will become a cornerstone therapy in auto-antibody driven disease.

We've been impressed by its ability to be given subcutaneously and its robust reduction in IgG levels in a comprehensive Phase 1 program. Over the last couple of years, we have been equally impressed by the development choices and execution by the Immunovant team. We think Graves' ophthalmopathy, myasthenia gravis and warm autoimmune hemolytic anemia positioned the company with three solid potential initial paths to market. Finally, we are excited to have gained the support of the industry-leading life sciences investors, who have collectively agreed to provide over $100 million in connection with this transaction to fund the development of IMVT-1401.

Now, I'd like to turn the call over to Naveen to discuss some of the highlights of the transaction.

---

## Naveen Yalamanchi
*Chief Financial Officer, Director & Executive Vice President, Health Sciences Acquisitions Corp.*

Thank you very much, Rod. We are ecstatic to have such a compelling asset and an experienced management team with which to consummate our business combination. Assuming that no shares of HSAC are redeemed, the combined company is expected to have approximately 55.6 million non-redeemable shares outstanding, which implies a market capitalization of approximately $556 million at a negotiated transaction price of $10 per share.

We hope that the transaction will close in December 2019, pending standard regulatory reviews. By securing backstop and voting agreements with a number of leading investors, we expect the company will have more than $100 million of cash at closing after taking into account cash raised in connection with the transaction. I'd also like to take a minute to point out some important features that make this transaction distinct from [indiscernible] (00:03:55) deals.

Based on our confidence and the quality of IMVT-1401 and in the Immunovant team to execute on its vision, HSAC has agreed to forfeit 100% of its private sponsor warrants. In addition to agreeing to cancel its sponsor warrants, HSAC further agreed to place most of its sponsor shares in escrow to be delivered only after Immunovant share price appreciates considerably. We have postponed a portion of the typical sponsor compensation until such time as Immunovant's stock exceeds $31.50, more than triple the transaction price of $10.

I think it's important to point out that we believe concessions of this nature are in the best interest of all HSAC investors and make this particular transaction quite different from prior [ph] specs (00:04:40). We would not have made these concessions without our conviction in the prospects for Immunovant and IMVT-1401. Our confidence in Immunovant is in no small measure of length to its exceptional management team led by CEO, Pete Salzmann.

On that note, I'll now turn the call over to Pete.

---

## Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

Thank you, Naveen. At Immunovant, our mission is to enable normal lives for patients with autoimmune diseases. During my 20 years at Lilly, where I recently led the firm's US Immunology business unit, and before that as a physician, I've personally come to know countless autoimmune patients. While the category encompasses a variety of conditions and disease manifestations, I can tell you one thing these patients all have in common is that

---



# Health Sciences Acquisitions Corp. *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

 Corrected Transcript

11-Oct-2019

they just want to feel normal again. With this in mind, we believe the future for FcRn targeted therapies is very bright.

The current body of scientific knowledge is only just scratching the surface of what FcRn targeted therapies may have to offer. Within the anti-FcRn class, we believe the potency of IMVT-1401 and the ability to administer IMVT-1401 as a simple subcutaneous injection represent important differentiating features. For the patients whose journey with the disease often lasts a lifetime, there's nothing more important than ease of administration. The ability to take back control over their health by self-administering IMVT-1401 with a quick subcutaneous injection in the privacy of their own homes offers life-changing potential.

Given that targeting FcRn offers great promise in a number of disease areas, we've developed a two-pronged strategy. Specifically, we strive to be best-in-class in target indications where the anti-FcRn approach has already established clinical proof-of-concept and first-in-class in target indications with clear biologic rationale and no in-class competition. To these ends, I'm proud of the many milestones delivered by the Immunovant team this year, including completion of a comprehensive Phase 1 program demonstrating robust IgG reductions of 78% with simple weekly subcutaneous injections of 680 milligrams.

Note that the Immunovant team ran this trial in Australia and Canada and successfully dosed 99 healthy volunteers across cohorts. We've also initiated a broad Phase 2 program with both first-in-class and best-in-class potential in multiple diseases with high unmet patient need. Importantly, IMVT-1401 was also generally well-tolerated in this good-sized Phase 1 trial. Over the next 20 months, we anticipate four data readouts.

In the first quarter of 2020, we expect to report initial results from our Phase 2a study in Graves' ophthalmopathy, a potentially sight-threatening disease affecting an estimated 15,000 to 20,000 patients in the United States each year. Our Phase 2b study in the same indication is expected to report initial results in early 2021. Additionally, in the first half of 2020, we expect to report top-line results for our Phase 2a study in myasthenia gravis and initiate a pivotal Phase 3 study shortly thereafter.

Finally, we anticipate reporting initial results from a Phase 2a study in our third indication, warm autoimmune hemolytic anemia, by the fourth quarter of 2020. Warm autoimmune hemolytic anemia is a serious blood disorder affecting approximately 42,000 patients in the US and 66,000 patients in Europe. As its true for the other two indications we are pursuing, there is a lot of unmet medical need in this condition.

At Immunovant, we believe that the field of FcRn targeted therapy is still in its infancy and that the possibilities for IMVT-1401 expand far beyond our initial target indications of myasthenia gravis, Graves' ophthalmopathy and warm autoimmune hemolytic anemia. We believe we are just getting started on our mission to enable normal lives for patients with autoimmune diseases.

With that, I will ask the operator to open the call for Q&A.

**Health Sciences Acquisitions Corp.** *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

Corrected Transcript

11-Oct-2019

# QUESTION AND ANSWER SECTION

**Operator:** Thank you. At this time, we'll be conducting a question-and-answer session. [Operator Instructions] Our first question comes from the line of Christopher Marai with Nomura/Instinet. Please proceed with your question.

---

### Christopher N. Marai
*Analyst, Nomura/Instinet*

**Q**

Hey. Good morning. Thank you for taking the question. I was curious if you could perhaps expand for us upon how your FcRn approach is different from some of the others. And specifically, looking at some of your Phase 1 protocols, you've tested some higher doses and it looks like you're going to be bringing into the Graves' trial coming up. So, could you maybe expand on toxicity you've seen at the higher doses, if any, and then if those higher doses conferred any further reduction in IgG or you sort maxed out at the doses that you were exploring? And I have a follow-up. Thank you.

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

**A**

Hey, Chris. It's Pete. Thanks for that question or series of questions. There's some important questions there. So, let me take the first one regarding the differentiation of our program versus other FcRn programs. I think this is a market that's going to be subcutaneous. Patients are going to demand a simple easy-to-administer therapy. So, if we look at the various subcutaneous programs, we have demonstrated the most IgG reduction across any subcutaneous program. In fact, as you referenced, in our Phase 1 trial, we did test both subcutaneous and intravenous dosing in the single ascending dose trials and showed that the reduction in IgG was the same whether IMVT-1401 is delivered subcutaneously or intravenously.

That allows us to build our entire development program around subcutaneous dosing. We [ph] didn't (00:11:03) have a single ascending dose arm that was higher than 680 milligrams just delivered once. However, in our multiple ascending dose trial, the 680 milligram – the reduction that was achieved with 680 milligrams did plateau, and therefore, we believe we've achieved the maximum reduction in IgG at that dose, again, at around 78%. That was the mean across that cohort. So, in that sense, I think we're very happy with our dose. We are taking the 680 milligram dose as well as the 340 milligram dose into all of our Phase 2 trials. So, we'll be testing both of those doses.

---

### Christopher N. Marai
*Analyst, Nomura/Instinet*

**Q**

Okay, great. And then, just with respect to safety, several FcRn approaches are seeing things like headaches, potentially injection site reactions, but also albumin reductions. Could you comment on what you're seeing with respect to that and any sort of differentiation, any other AEs that you've seen that might be a concern?

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

**A**

Yeah. Thanks for that question. So, as I mentioned in the opening statement, we conducted a large Phase 1 trial with 99 healthy volunteers. And in that trial – you mentioned headaches. So, in our highest dose multiple ascending dose cohort, the 680 milligram subcutaneous dose, there were actually no headaches in that cohort.

---

# Health Sciences Acquisitions Corp. *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**Corrected Transcript**

11-Oct-2019

And across all the various cohorts, we didn't see dose-dependent headaches nor did we see any significant prevalence of headaches.

In terms of injection site reactions, the definition of injection site reaction requires pain or tenderness, and we only had – across the entire group of 99 subjects, there were only [ph] four – three (00:13:03) who received IMVT-1401 and one who received placebo that had any injection site pain and it was mild pain that resolved after a short period of time. So, this is a painless injection as we've seen to-date. In terms of albumin reductions, we did see dose-dependent, reversible and asymptomatic albumin reductions in the Phase 1 trial.

[indiscernible] (00:13:31)

---

## Roderick T. Wong
*Chairman, President & Chief Executive Officer, Health Sciences Acquisitions Corp.*



And Chris, this is Rod. I would just add that there are – the kind of perfect knockout model in that there are patients born with close to 0% albumin, and those people in the literature are generally asymptomatic with the exception of maybe a little bit of occasional edema, but they're basically healthy people.

---

## Christopher N. Marai
*Analyst, Nomura/Instinet*

That's helpful. Thank you. And then, just maybe lastly on the clinical path that you're progressing on, why Graves' sort of over some of the others? And then with WAIHA, it looks like Alexion is going to be progressing in the clinic there pretty quickly. How do you see yourselves competing, whether it's for patient enrollment or on a timeline basis with that program? And that's my final question. Thank you.

---

## Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*



Yeah. So, as we looked at the variety – first of all, there's a lot of opportunity in the FcRn space because of the many diseases that are mediated by pathogenic IgG and because of the fact that for pretty much all of these conditions, there's really not a good standard of care. So, there's a lot of unmet need. And that gives many opportunities to choose different indications. We selected these indications based on the clinical validity. In the case of myasthenia gravis and warm autoimmune hemolytic anemia, there's already some data within the FcRn class; or in the case of Graves' ophthalmopathy, strong biologic plausibility based on a couple factors, the observation that the degree of ophthalmopathy in Graves' ophthalmopathy correlates with the titer of anti-thyroid stimulating hormone receptor antibodies, and also some small studies with IVIg that demonstrate a benefit in Graves' ophthalmopathy. So, this offers us a nice first-in-class opportunity. In addition, all three of these indications have a clear regulatory path with very clear endpoints, and that allows us to run a faster and a cleaner program. So, those were factors as well.

---

## Christopher N. Marai
*Analyst, Nomura/Instinet*

Thank you.

---

## Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

Yeah. Thanks for the questions.

---

# Health Sciences Acquisitions Corp. (HSAC)

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**C** Corrected Transcript

11-Oct-2019

---

**Operator:** Thank you. Our next question comes from the line of Brian Skorney with Baird. Please proceed with your question.

---

### Brian P. Skorney
*Analyst, Robert W. Baird & Co., Inc.*

Q

Hey. Good morning, guys. Thanks for taking some questions here. I guess for me, as you kind of thought about your strategic financing alternatives, what led you down the path of a SPAC transaction versus more traditional IPO or other routes of finance and what do you think is kind of attractive about this sort of a transaction?

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

A

Yeah. Thanks for that question. So, what was attractive about the SPAC was less the SPAC mechanics themselves and more this particular SPAC, Health Sciences Acquisitions Corporation. So – and what I mean by that is that RTW under Rod's leadership really assembled a tremendous syndicate of leading life sciences investors. So, as we look at the owners within Health Sciences Acquisitions Corporation, they're really the investors that we would want to have owning Immunovant under any path to the public markets. And, so that made this particular SPAC very attractive.

In addition to that, the size of the trust fund is right about the amount of money that we were looking to raise, and then the availability of the earnouts aligns the long-term incentives, which is another nice feature. It's probably important also to maybe take that question from the other angle. Rod, I don't know if you want to talk a little bit about how HSAC went out looking for targets and selected Immunovant.

---

### Roderick T. Wong
*Chairman, President & Chief Executive Officer, Health Sciences Acquisitions Corp.*

A

Sure, happy to. Yeah, it's most important to us to find something where our long-term interest would be aligned. FcRn is an area that we've spent a lot of time on over the last several years, and this is an asset that we've been interested in even preceding Immunovant in-licensing between two and three years ago. So, we were thrilled to have the opportunity to back this asset and the team, which we think has done a wonderful job executing on their plans over the last two years.

---

### Brian P. Skorney
*Analyst, Robert W. Baird & Co., Inc.*

Q

Great. And then, maybe just following the close of the transaction, what do you sort of estimate your burn will be and what sort of cash runway does the financing provide for you?

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

A

Right. So, the – we're estimating that – again, a close before the end of the year and that the – we'll close with more than $100 million on the books that will take us through the second half of 2021.

---

### Brian P. Skorney
*Analyst, Robert W. Baird & Co., Inc.*

Q

Great. Thanks, guys.

---



# Health Sciences Acquisitions Corp. *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**Corrected Transcript**

11-Oct-2019

---

**Operator**: Thank you. Our next question comes from the line of Gbola Amusa with Chardan. Please proceed with your question.

---

### Gbola Amusa
*Analyst, Chardan Capital Markets LLC*

**Q**

Hi. Thank you for taking my call. I did drop off for about two minutes. So, I hope this wasn't asked. But can you talk about competitors working on subcu and why the profile of IMVT-1401 is interesting relative to potential competition [ph] doing (00:18:57) subcu?

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

**A**

Yeah. A great question, Gbola. That hasn't been asked yet. So, I think the patients absolutely are going to want a product that's efficacious and has a good safety profile. Beyond that, the ease of administration is, I think, an important differentiating feature that's recognized essentially by everyone competing in this space and everyone is looking to develop a subcutaneous formulation. In the case of IMVT-1401, I like to say IMVT-1401 was born subcu, and what I mean by that is HanAll, the original developer of IMVT-1401, specified subcutaneous administration as a feature that they would select for when developing this antibody.

So, specifically what that means is back when they had 40-plus candidate antibodies that they were screening for potency against the FcRn receptor, they also made those antibodies in small aliquots and determined which ones could be made easily in a concentration of 150 milligrams per milliliter or greater required for subcutaneous administration and be made in that – at that concentration in a non-viscous, non-precipitating form. Antibodies that couldn't be easily dissolved were excluded from advancing, and ultimately IMVT-1401 had among the highest potency of other candidates and was easily soluble.

So, that was a really deliberate approach to developing a subcutaneous formulation, which is different than the typical approach, which is to develop the antibody for potency against a target, wait until some additional data has validated the – some other elements of the antibody such as safety, and then begin to work on converting it to a subcutaneous formulation. The history of antibodies going from IV to subcu at that stage in development, I think, is fraught with a lot of timeline delays or in some cases antibodies never made it from IV to subcu. So, we see this as a sustainable competitive advantage and something that patients will really value.

---

### Gbola Amusa
*Analyst, Chardan Capital Markets LLC*

**Q**

And since you mentioned HanAll, what are the economics to HanAll? And then, a second question is how you're managing competition for patients enrolling in trials?

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

**A**

Yeah, yeah. Thanks for those two questions. So, HanAll – Roivant paid an upfront licensing fee of $30 million to HanAll, and then there are an additional set of milestones of approximately $450 million spread across a whole variety of endpoints, both development, regulatory and sales milestones. And then in addition, there are royalties in the mid single-digits to low double-digits across the sales of IMVT-1401 in the future. And then, your second question, Gbola, was?

---

### Gbola Amusa
*Analyst, Chardan Capital Markets LLC*

**Q**

---



1-877-FACTSET   www.callstreet.com

Copyright © 2001-2019 FactSet CallStreet, LLC

# Health Sciences Acquisitions Corp. *(HSAC)*
Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**C** Corrected Transcript
11-Oct-2019

Managing competition for patients enrolling in trials.

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

A

Oh, yeah, yeah, yeah. Yeah, thanks for that. So, I think the – look, this is an area like all clinical development today, where I think there's a couple important factors in terms of recruiting patients into clinical trials. The first thing is to have a trial that makes sense to investigators in terms of the inclusion/exclusion criteria and what's being measured. And I think in that case, we've hit the mark. I think the investigators' enthusiasm for the potential of the molecule is also really important. And as I've been out meeting with principal investigators across our different trials, there's a lot of enthusiasm for a simple subcutaneous injection that delivers high pharmacodynamic effect. And then, the third thing is getting to know those investigators, being available to answer questions from the sites, being responsive, and that's all things we're focused on to ensure that our clinical trial execution is good.

---

### Gbola Amusa
*Analyst, Chardan Capital Markets LLC*

Q

Got it. Thank you.

---

**Operator**: Thank you. Our next question comes from the line of Sam Slutsky with LifeSci Capital. Please proceed with your question.

---

### Sam Slutsky
*Analyst, LifeSci Advisors LLC (Research)*

Q

Hey. Good morning, everyone, and thanks for the questions. For Pete and team, I guess given the broad potential of targeting FcRn, how are you thinking about indications beyond MG, GO and WAIHA? And then, also to that end, how did you choose these three as your first three indications to go into?

---

### Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

A

Yeah. Thanks, Sam. So, again, the first three were chosen based on the strong clinical validation in some cases or the ability to be first-in-class where there was strong biologic rationale, combined with the fact that for these first three indications, there's a really clear regulatory pathway with well-described primary endpoints. Also, the size of these three indications is among the larger within the pathogenic IgG space. In terms of which indications to pursue next – and I'm sure we will pursue others – that will be based on – those decisions will be based on a couple things.

Where we see clinical validation from another program, we would definitely jump on that. If there's a program that's achieving a good result, again, with their intravenous dosing since all the other programs to-date are intravenous, I think we have a strong value proposition to come behind as a fast-follower and have a potential for a best-in-class offering with the strong pharmacodynamic activity combined with a subcutaneous injection administration. And then in addition to that, I think over time, as we have more indications, there will be opportunities for synergies across the indications and we'll consider that as well.

---

### Sam Slutsky
*Analyst, LifeSci Advisors LLC (Research)*

Q

Got it. Makes sense. And then, maybe you mentioned this earlier on the call, but just if you could walk us through some of the timelines on the clinical side of study starting, readouts, et cetera?

---

Copyright © 2001-2019 FactSet CallStreet, LLC

# Health Sciences Acquisitions Corp. *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**C** Corrected Transcript

11-Oct-2019

## Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

Right, right, right. So, we've been focused on the data readouts since that's really often the most important question that investors have. And so, we have a Phase 2a program in Graves' ophthalmopathy that – where we expect data in the first quarter of 2020. Our Phase 2a study in myasthenia gravis, we expect data in the second quarter of 2020. And then, we're just about to submit our IND for warm autoimmune hemolytic anemia. We expect the results from that Phase 2a program to be available in the second half of 2020. And then, we have a larger Phase 2b program in Graves' ophthalmopathy, a placebo-controlled study that we expect to read out in the first part of 2021.

## Sam Slutsky
*Analyst, LifeSci Advisors LLC (Research)*

Cool. Thanks for that.

## Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

Yeah.

**Operator:** Thank you. Ladies and gentlemen, this concludes our question-and-answer session. I'll turn the floor back to Dr. Salzmann for any final comments.

## Pete Salzmann
*Chief Executive Officer, Immunovant, Inc.*

Thanks, Melissa. Well, I appreciate all the questions. This is a very exciting space. I think as I mentioned both in the prepared comments as well as in some of the responses to questions, there is a lot of unmet need and a lot of opportunity both for patients and for what IMVT-1401 can achieve in the marketplace. And we're really excited about that, and I look forward to further dialogue with all of you going forward.

**Operator:** Thank you. This concludes today's teleconference. You may disconnect your lines at this time. Thank you for your participation.

# Health Sciences Acquisitions Corp. *(HSAC)*

Health Sciences Acquisitions Corporation and Immunovant Sciences Ltd Merger Call

**C** Corrected Transcript

11-Oct-2019

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2019 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.