# Exhibit 18



25-Feb-2020

# Immunovant, Inc. (IMVT)

**SVB Leerink Global Healthcare Conference**

**FACTSET: call**street

1-877-FACTSET   www.callstreet.com

Total Pages: 11

Copyright © 2001-2020 FactSet CallStreet, LLC

Case 1:21-cv-00918-KAM-VMS   Document 62-19   Filed 09/09/22   Page 3 of 12 PageID #: 1391

# CORPORATE PARTICIPANTS

**Peter Salzmann**
*Chief Executive Officer & Director, Immunovant, Inc.*

# OTHER PARTICIPANTS

**Thomas Smith**
*Analyst, SVB Leerink LLC*

# MANAGEMENT DISCUSSION SECTION

**Thomas Smith**
*Analyst, SVB Leerink LLC*

Good afternoon, everyone. Thanks for joining us. This is Day 1 at the SVB Leerink Global Healthcare Conference. My name is Tom Smith, senior biotech analyst here at SVB Leerink. And, I'm happy to welcome to the stage our next presenting company, Immunovant, and I'm joined onstage by CEO, Pete Salzmann. Pete, thanks for joining us.

**Peter Salzmann**
*Chief Executive Officer & Director, Immunovant, Inc.*

Thanks, Tom.

**Thomas Smith**
*Analyst, SVB Leerink LLC*

And, can you just start by giving us a brief overview of the story, for those who are a little less familiar in the audience?

**Peter Salzmann**
*Chief Executive Officer & Director, Immunovant, Inc.*

Absolutely. So, I just have a couple of slides just to kind of level set. I think the Q&A will be the interesting part, but just to make sure we're all on the same page. Maybe I'll stand up for this piece. This is our Safe Harbor statement. You should read it on our website.

So, let me just say first a few things about this category. I think the FcRn class is really, really interesting, in part, because the biology is really straightforward. So, what the Fc receptor does, as you see on the left hand side, that's the dark blue upside-down chair, is it binds IgG in circulation when that IgG is engulfed by an endothelial cell. And it protects that engulfed IgG from degradation in a lysosome and recycles the IgG back out into circulation. This is why IgG has a half-life that's much, much longer than essentially any other protein in your bloodstream and all the other immunoglobulins.

# Immunovant, Inc. *(IMVT)*
SVB Leerink Global Healthcare Conference

 Corrected Transcript
25-Feb-2020

Our therapeutic – our investigational product, IMVT-1401, binds to that Fc receptor and prevents the recycling of the IgG. So, no longer can the endogenous IgG bind to the Fc receptor and be recycled back out into circulation, but rather it's channeled to a lysosome for degradation. So, that's essentially the biology, pretty straightforward.

What do we see? This is a snapshot of the pharmacodynamic activity we saw in our multiple ascending dose Phase 1 trial. I have it split out here by IgG subtype because there are some interesting differences between the subtypes. We also have on our corporate deck the summary data for all IgG. And in the four IgG subtypes, the most difficult one traditionally to knockdown the anti-FcRn mechanism of action is IgG4. It seems to be the endogenous IgG that binds most tightly to the Fc receptor.

And what you see here is a knockdown in the IgG4 subtype that's similar to all the other subtypes. So, we had a 78% reduction in IgG across the four subtypes when you summarize them with a higher dose that was tested which is 680 milligrams subcu.

Why are we so excited? Why am I so excited about IMVT-1401? It's not just that compelling pharmacodynamic activity that I just showed you very briefly, but also that that pharmacodynamic activity was delivered through a subcutaneous injection. The other assets in development, primarily at this point, have a intravenous infusion or some of them have a subcutaneous infusion in development.

And I think there's a very big difference from a patient experience standpoint for a subcutaneous injection that we have our entire program built around subcutaneous injection, because we didn't see [ph] a penalty (00:03:13) pharmacodynamically going from IV to subcu. That's why we've just advanced the subcutaneous form.

So, simple, non-weight-based dosing or fixed dosing, very easy to imagine, patients taking this in their home on a weekly basis, has some other modern antibody engineering features to take out the effector function, and it's a fully human antibody.

What do we've got going on? We closed a financing round at the end of last year, completing a reverse merger with a cash shell company that gave us $123.5 million, that's where we ended last year. And that funds all four of these Phase 2 trials. So, we have Phase 2 trials in three indications. And Graves' ophthalmopathy, recently sort of shifting that name to thyroid eye disease, based on the approval of teprotumumab, and the FDA label which call that thyroid eye disease. We have a study in myasthenia gravis and a study in warm autoimmune hemolytic anemia.

Finally, those three indications are sort of the tip of the iceberg. There are many diseases, which are mediated directly by pathogenic IgG. They're all listed sort of with acronyms there. We may get into some of them during the Q&A. But suffice it to say that even just looking at the purely IgG-mediated conditions, which are these here, there's a tremendous market opportunity across a lot of conditions. All of these conditions have pretty significant patient impact and not very good current standard of care, which makes the opportunity from both the patient benefit standpoint and commercially attractive.

So, that's the brief intro and I'll sit down and take some questions.

Copyright © 2001-2020 FactSet CallStreet, LLC

**Immunovant, Inc.** *(IMVT)*
SVB Leerink Global Healthcare Conference

Corrected Transcript
25-Feb-2020

# QUESTION AND ANSWER SECTION

**Thomas Smith**
*Analyst, SVB Leerink LLC*

Q

Thanks, Pete. And I guess where we could start, you mentioned the subcutaneous dosing and as we look out across the competitive landscape for FcRn, it seems like there has been some issues among your competitors transitioning from IV dosing to subcutaneous dosing. Could you just talk about why you think this is such an important differentiator for your product within the FcRn space?

**Peter Salzmann**
*Chief Executive Officer & Director, Immunovant, Inc.*

A

Right. So, I think the experience of some of the other anti-FcRn companies is a common experience when you have an antibody development program that focuses on selecting an asset purely based on its binding affinity for the target. That's the traditional route. It's the traditional route because doing the various [ph] CM&C (00:05:25) work that's required to make a concentrated solution of the antibody appropriate for subcutaneous injection has a lot of effort involved. So, historically, companies have selected the most potent antibody to a receptor and after going through some animal studies, possibly even after the Phase 1 studies and validating the proof of mechanism then handing it over to the [ph] CM&C (00:05:46) to do the reformulation work.

The advantage of that route is it's little bit faster and you don't waste the [ph] CM&C (00:05:52) work if the antibody fails for some other reason. But disadvantage is that the antibody itself plays a role in its own solubility and it's a such a huge molecule that it's challenging to predict exactly what that role will be. So, what the inventors of IMVT-1401 did was when they had about 40 or 50 antibody candidates, they selected them not only based on binding potency for the Fc receptor but also on solubility. So, they made them on small [indiscernible] (00:06:16) a tedious process, using [ph] plain vinyl excipients (00:06:19).

And they might have ended up in an unhappy situation where there was one that was soluble and one that was potent, but happily, IMVT-1401 was both among the most potent and among the most soluble. So, I like to say it was a born subcu. The subcutaneous injection is engineered right into the antibody and that's why our whole program is built around this delivery mechanism versus having to try to engineer in the subcu later.

**Thomas Smith**
*Analyst, SVB Leerink LLC*

Q

Right. And I guess, in thinking through some of the Phase 1 data that you've presented in the SAD/MAD study, we did see some reversible but asymptomatic changes in albumin. Is this signal concerning at all, is this just – I guess, help us understand what you think is going on here that's driving this?

**Peter Salzmann**
*Chief Executive Officer & Director, Immunovant, Inc.*

A

Sure. Great question. So, hypoalbuminemia, if you look it up, is the result of some very serious diseases. So, normally, someone who has hypoalbuminemia, your differential diagnosis as a physician might be severe liver disease, severe kidney disease, nephrotic syndrome, globally severe malnutrition, but generally, hypoalbuminemia is thought as a cause – sorry, as a result of a condition, not a cause of a problem.



# Immunovant, Inc. *(IMVT)*
SVB Leerink Global Healthcare Conference

Corrected Transcript
25-Feb-2020

In this case, we know what's causing the low albumin, which is steric hindrance at the binding site. So, the Fc receptor also recycles albumin. And different assets have more or less interruption of that albumin binding site, we have a little bit, and we did see a 20% to 30% reduction in albumin that leveled off depending on the dose; 20% in the 340 milligram arm, 30% in the 680 milligram arm. That's not something that was associated with any adverse events or edema in the Phase 1 trial. And it's pretty hard to find any published literature or expert opinion on what the sequelae of a mild albumin reduction would be, so we're not seeing [ph] issues today (00:08:12).

---

**Thomas Smith**
*Analyst, SVB Leerink LLC*

Q

Sure. Okay. And I guess, if we could just switch gears to one of the market opportunities I'm most excited about, we just initiated coverage yesterday of thyroid eye disease. And given, I guess, investors may be a little bit less familiar with the space, could you just give a little bit of an overview of the space? How many of these patients are there? How are they treated today?

---

**Peter Salzmann**
*Chief Executive Officer & Director, Immunovant, Inc.*

 A

Yeah. I'm very, very excited about our thyroid eye disease program because it's an area of a lot of recent innovation but still tremendous remaining opportunity. So, I had the chance recently to meet with a variety of our investigators in our thyroid eye disease trial and many of them were investigators in the teprotumumab trial and they were really, really enthusiastic about the efficacy that they saw with teprotumumab.

Now, you might say, well, wait then, what's the opportunity that's remaining? Well, the thing that they're less enthusiastic about is delivering a medication through an intravenous infusion. So, teprotumumab's dose is 20 milligrams per kilogram. That's a lot of antibody. I haven't – I'm not aware of them talking about developing a subcutaneous formulation, but rather, they've talked about – Horizon has talked about developing a sort of infusion clinic so that patients can access this infused therapy outside of the prescribing physician's office where most of them don't have an infusion center. But from a patient impact standpoint, they were really enthusiastic about what tepro showed.

So, that's great. The other thing that the teprotumumab program defined was the regulatory endpoint, the proptosis responder rate. It's clearly something that the FDA supports that endpoint. And the performance characteristics of that endpoint in their clinical trial was good, you had a low placebo response rate and predictable and non-variable response in the patients.

So, I think this is an opportunity where patients basically – to get to your original question, Tom – have a bulging of their eyes caused by tissue behind the eyes. So, it's not a disease of the eye. It's a disease around the eye. There's fatty tissue and fibroblast behind the eye that are stimulated by the same antibodies that cause the Graves' hyperthyroidism.

And that growth, it's a very small space and so when the fatty tissue or fibroblasts grow, they push the eye out, that's called proptosis. That bulging of the eye causes double-vision. It can cause a limitation of movement, which is really troublesome for patients. They can't look up and down and side to side. It can cause their eyelids to not close, which causes drying of eyes and scratching.

And the reduction in proptosis, which was seen in the teprotumumab trial, which we look to replicate, was it yielded a lot of reduction in pain, reduction in double-vision, so, just a really great opportunity to help patients and a great opportunity for IMVT-1401.

---

Case 1:21-cv-00918-KAM-VMS    Document 62-19    Filed 09/09/22    Page 7 of 12 PageID #: 1395

**Thomas Smith**                                                                                             Q
*Analyst, SVB Leerink LLC*

Right. Now, when you look out across the FcRn space and in some of the other indications that you're going after; MG, WAIHA, the FcRns are pursuing those, why do you think that other FcRns haven't necessarily moved forward in thyroid eye disease? And I guess, like, what sort of literature – what informs your confidence that your hypothesis here is going to translate into a clinical benefit?

**Peter Salzmann**                                                                                           A
*Chief Executive Officer & Director, Immunovant, Inc.*

Right. There's so many indications, as I showed. There's a long list of indications that one might pursue. It's one of the things that makes this market really exciting, actually, is no two assets' development programs overlap. So, everyone has slightly different development programs to make sense because there's a lot of opportunities.

I think, for thyroid eye disease specifically, again, teprotumumab demonstrated good efficacy and they have an intravenous format. So, if I had an intravenous only anti-FcRn, I'm not sure what I would add to the equation that tepro hasn't already delivered. But whereas with the subcutaneous injection, I think we have an opportunity to really add a lot. That may be one reason and it's hard to speculate why others haven't done certain things.

In terms of why we decided to go into Graves' ophthalmopathy, the biologic plausibility I think is similar to the biologic plausibility for myasthenia before you had the clinical data. So, myasthenia is obviously more de-risked because there is clinical data. But what made early pioneers excited about myasthenia or some of these other indications was seeing things like at the population level, a correlation between the level of antibody titers and the degree of clinical severity. Obviously, there's variability at the individual patient level, but this sort of general population level trend higher antibody titers leading towards clinical severity.

And then, some small studies, none of these studies are very well done and they're small, but small studies with IVIg and rituximab that showed some benefit in Graves' ophthalmopathy or thyroid eye disease similar to some other conditions. So, those are the things that gave us confidence. So, we really wanted one – given the strength of our assets across pharmacodynamic data, tolerability and the mode of delivery, we really wanted to have one indication where we would be first and this one seemed like the best bet.

**Thomas Smith**                                                                                             Q
*Analyst, SVB Leerink LLC*

Right. Now that makes sense. In terms of clinical data readouts, your first clinical data readout is going to be the Phase 2a ASCEND TED-1 study. We're expecting it relatively imminently is a Q1 data readout. What are the key things that you're looking for in this dataset? Are you expecting to see clinical benefit here or are you expecting to see change on proptosis or are we looking mainly at IgG levels? What are your expectations for the data?

**Peter Salzmann**                                                                                           A
*Chief Executive Officer & Director, Immunovant, Inc.*

Yeah. I mean, first of all, it's important to say that we have two programs in thyroid eye disease and one [ph] doesn't gave (00:13:27) the other. So, we started them simultaneously for different reasons. So, the larger trial which reads out at the beginning of 2021, that's a placebo-controlled multi-dose study with a 12-week endpoint, which I think is a more appropriate endpoint for a potential registration trial.

This first trial that you referenced, Tom, that is going to read out this quarter is a primarily a pharmacodynamic trial. It's an open-label trial that is testing a different dosing regimen. So, two doses at 680 milligrams and then

## Immunovant, Inc. *(IMVT)*
SVB Leerink Global Healthcare Conference

 Corrected Transcript
25-Feb-2020

---

four doses at 340 milligrams. So, six weeks of therapy, but two different doses. And the primary endpoints are safety and tolerability and change in IgG level. But we will be measuring proptosis responder rate or change in proptosis scores and change in the clinical activity scores, CAS, across this time window. And teprotumumab showed results as early as six weeks, so we would expect to see same as well.

---

### Thomas Smith
*Analyst, SVB Leerink LLC*

Q

Okay. Great. Maybe if we could switch gears to MG and I feel like this is, at least the early feedback that I got, obviously like an area that investors know extremely well, the complements play there, there are a lot of other things that play there. Where do you see FcRns kind of fitting in within the MG space?

---

### Peter Salzmann
*Chief Executive Officer & Director, Immunovant, Inc.*

A

Yeah. I think myasthenia gravis is an incredibly exciting therapeutic area; very, very dynamic and really warrants sort of like a whole discussion on its own. But I think what we're going to see is an evolution from the current way that treatments are described sort of as "lines of therapy" to more sort of categories. There's really often steroids that will be listed as first or second line. But most people don't just have a single course of steroids, they may have of course steroids, get tapered off, they may go back to steroids, they may go on to IVIg, then move back. So, even today, the lines of therapy aren't so discrete.

I think what we'll see in the future once there is potentially a couple of new mechanisms approved in addition to the C5, which has already been approved, is the initial therapy which would be the real simple things like a prednisone – a course of prednisone. And at the other end of the spectrum, therapies that are reserved for more refractory patients either because they have some significant safety baggage or because the mode of administration is more complicated. And today, the more – an intravenous infusion is not necessarily considered complicated within the armamentarium for myasthenia gravis. But I think over time, as medications like ours potentially come to market that are available through a simple subcu injection, then those intravenous infusions will move more to that sort of cumbersome therapies for refractory patients.

Then, you have the therapies in the middle and there may be one or two or there may be five. I think that's all good for patients and it brings more patients into getting therapy. I think a lot of patients today, in my discussion with both neurologists and patients at like Myasthenia Gravis Foundation of America events, is there are many of who are kind of settled and are moderately better than when they were first diagnosed, but they're nowhere near back to close to normal. It gives me a chance to put a plug in for our vision, which is normalize for patients with autoimmune diseases. We selected that because it's a high bar. But having participated in a lot of market research across a lot of different immunology conditions, it's what people want. They just want to get back to normal. They don't want their disease constantly intruding on their life.

And so, I think the medications that have a high benefit risk like potentially ours, they will occupy this large section in the middle after the very simple therapies that will work for some patients and before the more refractory therapies that are reserved for patients who failed multiple medications in the middle. And I think we have a chance to occupy a very large spot in that middle category.

---

### Thomas Smith
*Analyst, SVB Leerink LLC*

Q

Great. And within the FcRn space, you do have a competitor that has a Phase 3 trial readout coming in mid-2020. One of the questions I've been getting the most is if for some reason that study were to fail either for efficacy or

---

Immunovant, Inc. *(IMVT)*
SVB Leerink Global Healthcare Conference

Corrected Transcript
25-Feb-2020

for some unforeseen safety issue, how much read-through do you think that has for the class and how much read-through do you think that could have for your product?

**Peter Salzmann** A
*Chief Executive Officer & Director, Immunovant, Inc.*

Yeah, a lot of ifs there. I mean, I think the argenx trial design is unique. We all just learned about it relatively recently. It has some unique features that I think are really interesting. I think at the end of the day, they have a very good chance to replicate their Phase 2 data. I think, my read of the totality of their Phase 2 data sets a compelling proof of concept. And I think their Phase 3 has again some unique features, so I think maybe has some more challenges in the long-term than in the short-term, so I predict that trial to be positive.

**Thomas Smith** Q
*Analyst, SVB Leerink LLC*

Okay.

**Peter Salzmann** A
*Chief Executive Officer & Director, Immunovant, Inc.*

And I think that's good for the class.

**Thomas Smith** Q
*Analyst, SVB Leerink LLC*

Right. Right. Okay. Switching gears quickly to WAIHA. I feel like this is an area that investors know, but certainly less than MG, it feels little nascent for a number of people. Can you just walk us through your clinical program design and what you're expecting to learn with the Phase 2 readout that we're expecting in the back half of the year.

**Peter Salzmann** A
*Chief Executive Officer & Director, Immunovant, Inc.*

Absolutely. So, warm autoimmune hemolytic anemia is I think maybe the most interesting of our three programs from the standpoint of it has the potential for really unexpected upside. And the reason for that is that the difference between [ph] effect sizes (00:19:00) required for registration and the amount of benefit that you would need to get to normal is very large.

So, steroids, which are often the standard of care for patients with warm autoimmune hemolytic anemia, work at a very high dose. This is what has been published in guidelines and has been reflected to me by thought leaders. The problem is that you can't keep patients on 60 milligrams, 80 milligrams or 100 milligrams of prednisone a day and so they need to taper down. And when you taper, that's where the disease returns. And maintaining a strong response, meaning hemoglobin near normal, after that steroid taper is a real challenge.

So, the regulatory endpoint in warm autoimmune hemolytic anemia is that 2 gram improvement in hemoglobin with an ending hemoglobin over 10, that's actually not such a great clinical outcome. It's better than at hemoglobin of 7 or 8 for sure, but it's nowhere near normal and it leaves a lot of potential for additional patient benefit and value creation.

So, with that in mind, we designed our warm autoimmune hemolytic anemia proof of concept to start with a higher dose, because that's the cohort that we believe will have the best benefit risk. And since we don't have a placebo arm, we didn't need to randomize them. So, we're enrolling the high dose cohort first in its entirety and we'll get

Copyright © 2001-2020 FactSet CallStreet, LLC

## Immunovant, Inc. *(IMVT)*
SVB Leerink Global Healthcare Conference

Corrected Transcript
25-Feb-2020

that data by the end of the year. And that'll give us a signal, are we looking at [ph] an effect size (00:20:20) that's potentially transformative that would pull people off of this sort of chronic medium dose steroid therapy. Because the benefit that we're seeing with the 680 milligram weekly dosing is not just a 2-gram improvement but a 3 gram or 4 gram improvement or is it more of a middle-of-the road benefit which would be certainly a nice opportunity but not maybe transforming the state-of-the-art in warm autoimmune hemolytic anemia. So, that's one I think is really interesting program for us. It has a lot of potential if that 680 milligram arm is very positive.

---

### Thomas Smith
*Analyst, SVB Leerink LLC*



Right, right. Pete, I guess one of the things I like about the company is you have this kind of unique balance between going after indications where you have established proof of concept where you think you're going to come along with a better product profile and potentially be best in class there. But then, you also have things like thyroid eye disease where there isn't necessarily established proof of concept for FcRns, there's strong biologic plausibility, but you have chance to be first to market there. And I think the product profile could make a really big difference there. Can you just talk about your general mindset around strategy for evaluating new indications and new opportunities for IMVT-1401? How do you weigh that established proof of concept versus potential to be first in class?

---

### Peter Salzmann
*Chief Executive Officer & Director, Immunovant, Inc.*

A

Right. So, the first three indications were selected really based on their own merits and I kind of went through what we saw as those unique merits of those three indications. I think as we go to thinking about a fourth or a fifth indication, we need to think not only of the unique merits of that indication but also our portfolio, are there synergies or dissynergies between the different indications.

So, in particular, ITP is a good example where, all by itself, it's I think interesting, maybe not phenomenally exciting, but interesting, but partnered with warm autoimmune hemolytic anemia, it goes from being interesting to quite interesting, given that the prescriber base overlaps and there's probably some mechanism of action read-through from one to the other. So, if you have evidence in both diseases, it's probably a little bit more than one plus one equals two.

Similarly, in neuroimmunology, it's kind of almost a new field, that was at one of our investigator sites recently and they have a new fellowship program for neurologists in neuroimmunology. And myasthenia gravis is the – sort of the most clearly defined from the mechanism standpoint, a neuroimmunological disorder. But there are others, obviously, CIDP, where argenx has I think a very nicely designed trial that I'm very anxious to see the data from.

And then, there are smaller programs, smaller sort of diseases in neuroimmunology that could be interesting. On their own, probably not so much but as part of a neurology or neuroimmunology franchise, much more so. So, I think we'll probably have a little bit of a bias towards those two areas because of the synergies. And it's also helpful from like a development standpoint and other things, you get expertise within your company in one therapeutic area versus spread across a lot of different ones.

---

### Thomas Smith
*Analyst, SVB Leerink LLC*



Right. And then, how do you think about cadence of moving this into additional indications? When could we hear of a fourth indication?

---

## Peter Salzmann
*Chief Executive Officer & Director, Immunovant, Inc.*

A

Yeah. I think it could be this year, who knows? We're already thinking about a lot of things. We are a nascent company, we just went public in December a year ago or so. We had, I don't know, 10 or 12 employees. So, I think we've accomplished a lot getting to where we are, doing a big fundraising round and getting Phase 2 programs started in three indications.

But this is absolutely not an area where we want to rest on our laurels or on our achievements today because there's just so much opportunities. So, we're already thinking about what that next indication might be and what the trigger would be to pull to move forward.

## Thomas Smith
*Analyst, SVB Leerink LLC*

Q

Right. Right. And yeah, you mentioned just going public, the company just filed their first 10-Q as a public company. I guess, just in the remaining 40 seconds or so that we have, if you could just remind us of things like your cash balance, cash runway and then how you think about news flow, you obviously have a lot of news flow over the next 12 months?

## Peter Salzmann
*Chief Executive Officer & Director, Immunovant, Inc.*

A

Yeah. So, in our 10-Q, we reported end of the year balance December 31of last year of $123.5 million. That funds the four Phase 2 programs that are in our corporate overview deck, a longer version of this deck is on our website that you can take a look at, and a little bit of cushion beyond that.

And I forgot your last question, sorry, Tom.

## Thomas Smith
*Analyst, SVB Leerink LLC*

Q

Just news flow.

## Peter Salzmann
*Chief Executive Officer & Director, Immunovant, Inc.*

A

Oh, news flow, yeah, of course, that's like the most important question, how can I forget that. So, we have, as already mentioned, our small thyroid eye disease program reading out this quarter. Then, our myasthenia gravis which is a small Phase 2a placebo-controlled trial reading out in the first half of this year. The high dose cohort in warm autoimmune hemolytic anemia will come out in the fourth quarter of this year. And then, the large Phase 2b trial in thyroid eye disease will read out in the early part of 2021.

## Thomas Smith
*Analyst, SVB Leerink LLC*

Great. Perfect. A lot of exciting news coming and we're certainly going to stay tuned. Thanks, Pete.

## Peter Salzmann
*Chief Executive Officer & Director, Immunovant, Inc.*

Yeah.

**Immunovant, Inc.** *(IMVT)*
SVB Leerink Global Healthcare Conference

**C** Corrected Transcript
25-Feb-2020

**Thomas Smith**
*Analyst, SVB Leerink LLC*

Appreciate it.

**Disclaimer**
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.