# Exhibit 20

**S&P Global**
Market Intelligence

# Immunovant, Inc. NasdaqGS:IMVT

# Special Call

## Tuesday, August 25, 2020 1:30 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

Case 1:21-cv-00918-KAM-VMS     Document 62-21     Filed 09/09/22     Page 3 of 14 PageID #: 1419

# Table of Contents

Call Participants ................................................................... 3

Presentation ................................................................... 4

Question and Answer ................................................................... 7

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Peter Salzmann**
*CEO & Director*

**ANALYSTS**

**Brian Peter Skorney**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Danielle Catherine Brill**
*Raymond James & Associates,
Inc., Research Division*

**Douglas Dylan Tsao**
*H.C. Wainwright & Co, LLC,
Research Division*

**Gbolahan Amusa**
*Chardan Capital Markets, LLC,
Research Division*

**Robyn Kay Shelton Karnauskas**
*Truist Securities, Inc., Research
Division*

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research
Division*

**Thomas Jonathan Smith**
*SVB Leerink LLC, Research
Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning. My name is Sherrie, and I will serve as your conference call operator. [Operator Instructions] As a reminder, this call is being recorded.

Joining me on the call today is Dr. Pete Salzmann, Chief Executive Officer of Immunovant.

Before we begin, I would like to remind everyone that today's conference call will include certain forward-looking statements within the meanings of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, for example, statements regarding the potential efficacy and safety of Immunovant's product candidate and Immunovant's expectations regarding the timing, design and results of its clinical trials, including the timing of future data readouts and the announcement of future indications. These forward-looking statements are not guarantees of future performance and are subject to various risks and uncertainties, assumptions known and unknown, which would cause actual results to differ materially from those indicated or anticipated. For more information, investors are encouraged to review Immunovant's most recent quarterly report, Form 10-Q filed with the SEC on August 12, 2020.

Now I would like to turn the call over to Dr. Pete Salzmann. Thank you. Dr. Salzmann, you may begin.

**Peter Salzmann**
*CEO & Director*

Thank you, Sherrie. I'd like to start off by saying how thrilled we are about the positive clinical results we are announcing today in myasthenia gravis. As the only anti-FcRn therapy in clinical development for myasthenia gravis as a subcutaneous injection, we believe IMVT-1401 has the potential to be life changing for patients, and we couldn't be happier with the outcome of this randomized, double-blind, placebo-controlled Phase IIa trial.

In this study, we observed an encouraging safety and tolerability profile, and we observed strong IgG reduction, both consistent with prior studies. In addition, we are reporting statistically significant improvements in clinical efficacy measures, MG-ADL and MGC observed at 6 weeks. This was likely driven by the high rate of participants in the treatment arms who experienced a deep clinical response.

For those of you who are following us closely, you will note that this trial had a target enrollment of 21 patients. And prior to March, the trial was on track to hit that number with a Q2 readout. Based on the strong validation of the anti-FcRn mechanism in MG provided by our programs, we decided to unblind the trial with 15 patients having completed the 6-week treatment phase. Ultimately, the decision to unblind the trial at 15 patients came down to our confidence in 1401 and our desire to accelerate our Phase III pivotal program.

Before jumping further into the data, it may be helpful to provide a brief overview of MG, a serious autoimmune condition with a prevalence of about 66,000 patients in the United States alone. There is a bimodal distribution of patients with younger patients more commonly female and older patients more commonly male. MG is characterized by weakness of voluntary muscles, including ocular, facial, oropharyngeal, limb and respiratory muscles. Given that MG is driven by autoantibodies to a known antigen, we believe it is one of the ideal indications for IMVT-1401 from a biological perspective.

In 85% of patients, autoantibodies bind the acetylcholine receptor, or AChR. Note that we didn't include MuSK antibody patients in this Phase IIa trial, consistent with most other Phase II trial designs in MG.

Moving on to Slide 5. You see that our study design included a 6-week blinded treatment period with weekly dosing. Other recent anti-FcRn trials have generally used an 8-week blinded treatment period with variable dosing throughout the period. The key inclusion criteria for our trial were designed to enroll a population very similar to other anti-FcRn trials. Note also that we still have patients completing the open-label extension and follow-up periods, which will allow us to observe the durability of response and the pharmacodynamic effect of 340 milligrams administered every other week. Though we don't yet have that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

data available, we look forward to sharing it along with the complete study results at a future medical meeting and ultimately in a peer-reviewed journal.

On the following slides, I will review the results from the 6-week treatment phase of this trial. I would also like to mention that our prespecified statistical analysis plan called for pooling the treatment arms with regard to efficacy scales so that we could compare 10 treated patients to 5 placebo patients.

On Slide 6, you see the baseline characteristics for participants in the trial. These baseline values are very much in line with recent Phase II and Phase III studies of other anti-FcRn agents in MG. In fact, our population was very much in the middle of the moderate to severe range with 60% characterized as Class III MGFA in both groups. Baseline QMG, MG-ADL and MGC values were balanced. Recall that we had an inclusion criteria on QMG only. Some other trials have used an MG-ADL inclusion threshold and some have used cutoffs for both scales.

Nevertheless, all trials are similar on the mean baseline values in the primary MG scales. As I mentioned in the disease overview, MG tends to affect younger women and older men, and you can therefore see age and gender tracking together. It's important to note that disease severity and response to treatment have not been reported to vary by age or gender among anti-AChR positive patients. At the bottom of the slide, you see that patients in each arm were also balanced with regard to background therapies.

Turning to Slide 7. In line with our prior results, IMVT-1401 was observed to be generally well tolerated with no grade 3 treatment-emergent adverse events, no withdrawals due to adverse events and no imbalances in specific AEs. Reductions in albumin were also consistent with prior studies, with a 16% reduction observed in the 340-milligram arm and a 26% reduction observed in the 680-milligram arm. All albumin reductions were asymptomatic.

On Slide 8, you see that mean reductions in serum IgG levels were in line with our prior Phase I results in healthy volunteers. The average IgG reduction from baseline following 6 weekly injections of 340 milligrams was 59%, and the average IgG reduction from baseline following 6 weekly injections of 680 milligrams was 76%. Reduction in IgG was the primary endpoint for the study, and these reductions comparing treatment with placebo were highly statistically significant.

And now Slide 9. These are beautiful graphs. MG-ADL hit statistical significance in a prespecified analysis, examining the mean change in MG-ADL at the end of the 6-week treatment period, comparing the combined 1401 treatment arms to placebo. The p-value for this comparison was 0.029. A reduction in MG-ADL began early in the 6-week treatment period and increased over time, achieving nearly 4 points by week 6. In terms of MG-ADL responders, defined as participants achieving an improvement of 2 or more points on the MG-ADL at week 6, we observed a response rate of 6 out of 10 in the pooled treatment group and 1 out of 5 in the placebo group. The percentage of responders was similar across the 2 doses.

Before diving into additional clinical efficacy results, I want to take a minute to discuss the Myasthenia Gravis Composite, or MGC. In recent trials, MG-ADL and QMG have received greater attention. MG-ADL is a patient-reported outcome and will remain very important as it is currently the preferred regulatory endpoint in the U.S. QMG is a physician assessment often used to complement MG-ADL. It has a couple of limitations that may reduce its importance over time.

MGC, on the other hand, is likely to become more prominent. It was developed by selecting the 10 -- or by selecting the best-performing items from both patient-reported and physician-led assessments. It is comprised of 10 functional domains: 3 ocular, 3 bulbar, 1 respiratory, 1 neck and 2 limb items. For the MGC score, the individual items are weighted based on importance to patients and physicians so as to accurately reflect what is most clinically meaningful.

Turning to Slide 11. As all 3 scales are currently important, here we're showing mean improvement in each scale at the end of 6 weeks. This is also called mean change from baseline. Changes are shown for both placebo and for the pooled treatment group. For MG-ADL, a reduction of 3.8 points was seen in the treatment group, and that was statistically significant, as previously noted. For QMG, a reduction of 3.9 points was seen in the treatment group, with a p-value of 0.068 compared to placebo. Finally, on the MGC

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

scale, a reduction of 8 points was seen in the pooled treatment group, and this was quite significant with a p-value of 0.006.

Slide 12 is another really exciting slide. At Immunovant, our vision is to enable normal lives for patients with autoimmune diseases. Getting back to normal requires a very strong clinical response, a response larger than the minimum threshold for a clinically meaningful change.

For example, a change of 2 points is considered clinically meaningful in MG-ADL. We wanted to evaluate 1401 with a higher threshold of 6 points. Setting the bar this high, we saw 40% of treated patients and 0% of placebo patients achieve a deep response on MG-ADL. These same 4 1401 treated patients achieved a deep response on MGC, defined as a 10-point improvement since the MGC has a broader range. No placebo patients achieved a deep response on this scale.

In summary, based on the top line results, we observed a statistically significant 3.8-point mean improvement on MG-ADL at 6 weeks and a highly statistically significant 8-point mean improvement on the MGC, results that were driven by a deep responder rate of 40% on both scales.

On the safety and tolerability side, our results were consistent with prior Phase I and Phase II results for IMVT-1401. Namely no severe adverse events, no withdrawals due to adverse events and a rate of mild to moderate adverse events that was well balanced with placebo.

Finally, turning to Slide 14. We previously shared that we would update our clinical trial guidance in Q3, which I will do now. With regard to MG, we anticipate meeting with the FDA to review the Phase IIa data shared today and then starting our Phase III trial in the first half of 2021. Our thyroid eye disease Phase IIb trial remains on track, and we expect to share results in the first half of 2021. This guidance remains unchanged as the trial is benefiting from European sites that have come back online faster following the Q2 pandemic shutdown that impacted many sites globally for new patient enrollment in clinical trials. For our ASCEND WAIHA trial in warm autoimmune hemolytic anemia, we now expect results from the high-dose cohort in the first quarter of 2021.

Finally, I want to use this opportunity to share with you that we are expecting to announce 3 new indications over the next 12 months. We see tremendous potential for 1401 to enable normal lives for patients with autoimmune diseases, and we are, therefore, excited to significantly expand our portfolio of indications.
With that, I'll ask the operator to open the call for Q&A.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question is from Brian Skorney with Baird.

**Brian Peter Skorney**
*Robert W. Baird & Co. Incorporated, Research Division*

Congrats on the data, looks really clean. I guess maybe -- I know it's early after these data, and you still have to have a discussion with the FDA about Phase III plans. But I mean, should we just kind of expect -- I mean we've seen some Phase IIIs in this space. Should we just kind of like expect a standard, maybe like argenx-like Phase III study here? Or is there anything kind of unique that you guys are thinking about in terms of Phase III clinical trial design? And then just on albumin side of things, I know in Momenta's study, they saw it rebound after cessation of drug. Did you guys see the same things here?

**Peter Salzmann**
*CEO & Director*

Brian, thanks for those questions. So first of all, with regard to our Phase III trial design, I want to make 3 points. First of all, I'm very excited by the profile of both doses. Secondly, we plan to take the 680 forward and thought leaders with whom we've been consulting have some really interesting ideas for optimizing our protocol. I'm not going to share all those today. And of course, we'll -- and that's the third point, that we'll be discussing those with the FDA. And after we have those discussions, then we'll release some specifics, but I'm excited about our Phase III design. I think it's going to have some unique aspects enabled by the 2 doses and by the fact that we're in the clinic with a subcutaneous injection.

And to your second question, in terms of albumin, so the data that we're discussing today that we have locked is only through the first 6 weeks, and patients were treated if they were in the treatment arm for that entire 6 weeks. So I don't have the data to answer that question today.

**Operator**

Our next question is from Thomas Smith with SVB Leerink.

**Thomas Jonathan Smith**
*SVB Leerink LLC, Research Division*

Congrats on the top line data. First, can you just talk a little bit about the consistency of the IgG reductions you observed in the patients in the study? And then how closely those seem to correlate with the clinical improvements on MG-ADL or QMG?

**Peter Salzmann**
*CEO & Director*

Thanks, Thomas. So the consistency was tight, similar to what we saw in our Phase I study in healthy volunteers. Generally, it's a little bit tighter in the 680 arm, but the reduction in IgG is pretty consistent by dose. In terms of the correlation between IgG reduction and response to clinical scales, obviously, in the Momenta trial, where they had a much wider range of doses and therefore, a much wider range of IgG reduction, they were able to show that correlation between IgG reduction and clinical scales that I think is well validated. We only have at this point 6 weeks of data. And with a narrower range of IgG reduction, I can't answer the question today whether we saw that in our trial or not. But I would certainly expect that, and I think that's validated for the class.

**Thomas Jonathan Smith**
*SVB Leerink LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. And then, I guess -- I know, obviously, the extension portion of the study is still ongoing here, but can you just talk, I guess, about your preliminary plans to present some of the detailed data from this study? And maybe any update on plans to present detailed data from the Phase IIa ASCEND GO study?

**Peter Salzmann**
*CEO & Director*

Yes, absolutely. Thanks for the questions. All of the live medical conferences being shut down and only some of them changing to virtual has certainly reduced the number of conferences to present this kind of data. With regard to the IIa data from the thyroid eye disease, we do have 1 data point that's required to be done in a live lab, and we're waiting for that to be finalized. They've had some delays due to COVID in terms of running that final analysis. Once we have that, then we'll have the entire data package from the IIa TED trial, and we'll get that information out.

With regard to this trial, as I showed in the trial overview, there are these 3 periods and the open-label extension and the follow-up period off treatment, those are still ongoing. So we need the patients to get through those phases and then collate all the data before we can present that. And again, we'll target a standard medical meeting within neurology for that information.

**Operator**

Our next question is from Sam Slutsky with LifeSci Capital.

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research Division*

Congrats on the update. I guess, first off, just given the data from 1401 and then other FcRn inhibitors at this point, it would be great just to hear your take on where you see these likely be used in the treatment paradigm as well as what you're hearing from physicians?

**Peter Salzmann**
*CEO & Director*

Thanks, Sam. It's funny. Classically, the treatment paradigm for many conditions and myasthenia is often listed as by lines of therapy as if they are sort of independent milestones, first line, second line, third line, fourth line. I think in reality, for a lot of these chronic autoimmune conditions, patients cycle around between steroids and the broad spectrum, older immunosuppressant therapies, neither of which achieve a very strong outcome from an efficacy standpoint in most patients and most of which have a lot of tolerability issues.

So I think as newer agents and anti-FcRns, in particular, that are showing preliminarily, I think, a really nice benefit risk, come to the market, I think they're going to move to the front of the line. Patients want to -- they want to feel normal. That's what we hear when we talk to patients individually or on market research. And I think they're much like -- much more likely to achieve that on a product like 1401 than on those older therapies. So that's where I see them being used, more upfront over time. Of course, by launch, they're going to be used in patients who have failed other therapies. But over time, I think patients are going to want to use them early in their therapy.

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research Division*

Okay. And then, obviously, not every patient is going to respond to every treatment. But just looking at your MG-ADL curves, it looks like, obviously, it's improving up to week 35, kind of plateauing. But for the nonresponders, are you seeing any kind of continued improvement there? Or is there potential for additional responses, you think, over time? I'd love to just kind of hear about the kinetics of the response?

**Peter Salzmann**
*CEO & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

IMMUNOVANT, INC. SPECIAL CALL | AUG 25, 2020

Right. So again, with only 6 weeks of data, it's a little bit hard to answer that with a lot of certainty. But absolutely, at the group level, what you pointed out is very true, which is we see a trend to increasing response over time. And I think that actually makes a lot of sense. When patients begin therapy, they've obviously had autoantibodies binding, in this case, the acetylcholine receptor, for quite some time. And it's going to take a little time for patients who have higher antibody titers and particularly probably to not only clear those antibodies, but then have the inflammation at the neuromuscular junction resolve and then they have to make new acetylcholine receptors at the cellular level before their muscle function is going to return.

So I think you're going to see some variability in time course. That's not something that's going to happen in every patient quickly. You do see in some patients a rapid response, which is tremendous, but other patients probably are going to take a little bit longer. So I think that that's likely to be the case with longer trials that you see those patients who don't respond initially responding over time.

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research Division*

Okay. Great. And lastly, too, just for the open-label extension and then follow-up here, just remind me kind of what the goal is in terms of that portion of the study? And then for the follow-up, are patients still being monitored for response? Or what are you looking at there as well?

**Peter Salzmann**
*CEO & Director*

Sure. Thanks for that question, Sam. So the open-label extension has a dosing regimen of 340 milligrams every other week. That's, first and foremost, a pharmacodynamic trial to really expand our understanding of our pharmacodynamic profile, which could be useful for any condition. It's not really so specific to myasthenia, this particular regimen of every other week, but it will enhance our pharmacodynamic models, and that will be helpful across anything we would study. And then the follow-up period off-treatment, that is designed to see what happens to things like albumin and IgG and clinical response once patients are off treatment, asking questions like durability response and things like that.

But honestly, I think the much, much, much more important questions are going to be answered in Phase III. Look, we know that -- I think we know that anti-FcRn works in MG. That's why we decided to unblind this trial with 15 patients. And even in the study with 10 patients in the treatment arm and 5 in placebo, we saw a statistically significant response and a strong rate of responders and deep responders. So we know it works. Now it's a matter of plotting out how the patients best benefit over time, and you really need the Phase III trial for that.

**Operator**

Our next question is from Douglas Tsao with H.C. Wainwright.

**Douglas Dylan Tsao**
*H.C. Wainwright & Co, LLC, Research Division*

Obviously, we've seen sort of some different paradigms being looked at in MG in terms of sort of the continuous dosing or as argenx sort of characterized the sort of customized individualized dosing. Just given your subcutaneous presentation, which obviously makes it very easy for patients to dose, do you sort of have a bias one way or the other, sort of, and in particular, sort of towards the more regular dosing, which seems to sort of offer simplicity?

**Peter Salzmann**
*CEO & Director*

Okay. Thanks for that question, Douglas. I absolutely have a bias, and it's driven by the patient needs. So myasthenia is a chronic condition and patients with chronic immunology, autoimmune diseases, again, they don't want to feel normal just for 6 or 8 weeks, they want to feel normal for ideally the rest of their life. Right? So that's the first point. And secondly, in terms of the biology of myasthenia, I don't see any evidence that anti-FcRn therapy puts patients into remission. You remove the offending pathogenic

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

IMMUNOVANT, INC. SPECIAL CALL | AUG 25, 2020

IgG, and they improve. And then when therapy is withdrawn, the pathogenic IgG comes back and the symptoms return.

So starting with what patients need, I think patients need a safe and effective way to chronically suppress their pathogenic IgG, and therefore, a safe and effective way to deliver a sustained clinical response. So that's what patients need. Now we have a subcutaneous injection in clinical development. So that's a dosage form that is really well aligned with the patient needs because it can be given chronically. So I agree with you that chronic dosing is the way to go, and it really starts with the patient needs.

**Douglas Dylan Tsao**
*H.C. Wainwright & Co, LLC, Research Division*

Great. And congratulations on the data. And then just maybe one quick follow-up, and I'm sorry if I missed it. Do you plan -- I know there weren't any MuSK patients in the Phase II -- in this data set. Do you anticipate enrolling any MuSK patients in the Phase III?

**Peter Salzmann**
*CEO & Director*

Yes. Thanks for that question, Douglas. You didn't miss it. I didn't say it before. We do anticipate that. We haven't finalized our Phase III trial, but I think that's a really important subset of patients with myasthenia. We did not include them in this trial primarily because it was a smaller Phase II trial, and we wanted to have maximum ability to compare to other trials within the anti-FcRn space, the Phase II trials, most of which did not have MuSK patients, but MuSK patients will very likely be in our Phase III program.

**Operator**

Our next question is from Gbolahan Amusa with Chardan.

**Gbolahan Amusa**
*Chardan Capital Markets, LLC, Research Division*

Gbola Amusa from Chardan. Congrats on stat sig, which is 10 treated patients. I have 2 big picture questions. First is on the recent acquisition in the space, just given that for context, can you update us on how you think about whether or not a company sale is among the many long or short-term scenarios for management to return value to shareholders.

And the second is, just wanted to understand whether the announcement that you will have 3 new indications was informed by the data you just presented. Was it a coincidence? Or did it give you the confidence to pursue new indications?

**Peter Salzmann**
*CEO & Director*

Thanks, Gbola. So I think in terms of the first question, creating value in immunology starts with having an asset that strongly meets the patient need. I think that's the absolute most important thing. And we have that. So I'm confident that we can create a lot of value. We've shown an ability to, even as a small company, execute clinical trials effectively, and we'll continue to do that going forward. And our plan is to bring this product to market. And so I'm super excited about that, and I don't have any hesitation with our strategy, which is to develop into a fully functioning commercial and development biotech organization. So that's the first point.

And I guess, the answer to the second question actually relates to that as well. So I think from -- in terms of the timing of announcing our 3 new indications, absolutely we're bolstered by this data. It's very exciting. But to be honest, we've been working on what those indications might be for quite a while. As over the course of this year, we've just seen multiple consistent data readouts validating the potential of the anti-FcRn class across a wide variety of indications. And for 1401, we've now seen proof-of-concept in 2 indications. So it kind of all comes together. I mean, this is an exciting class, and we're very excited about our assets. So we're ready now to make the commitment to broaden our portfolio of indications, and I'm really excited about that.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

## Operator

Our next question is from Danielle Brill with Raymond James.

## Danielle Catherine Brill
*Raymond James & Associates, Inc., Research Division*

Congrats on the data. Just a quick one from me. Since you mentioned that you're moving forward with the 680-milligram dose, is it safe to assume that you saw a higher percentage of deep responses in MG-ADL in this arm? Or was this a decision that was already made before you even had the data generated?

## Peter Salzmann
*CEO & Director*

Great question, Danielle. So I think the most important data point to answer that question is the statistically significant relationship between IgG reduction and clinical response across different scales that Momenta demonstrated in a trial that was really nicely designed to show that because they had a lot of different doses, therefore, a broad range of IgG reduction. And so I think that's -- I think we know that stronger IgG reduction leads to stronger clinical response, which is not surprising to me at all in a population that has varied degrees of baseline severity. So I think that's the most important thing.

With regard to our responder rate, I mentioned that those were similar, the 60% response we saw in the pooled treatment group. We actually saw that same response rate in both the 340 and the 680 arm. So there's a lot to be excited about with both doses from -- in this data set.

## Operator

[Operator Instructions] Our next question is from Robyn Karnauskas with Truist Securities.

## Robyn Kay Shelton Karnauskas
*Truist Securities, Inc., Research Division*

Congrats on the data. I was just thinking outside the box. And now that we have data from 3 companies, data looks somewhat similar. How do you think about -- now that you have all the information, right, you know your drug is potent, it can be given subcu in a very convenient way, how do you think about what is most important for designing Phase III so that you look differentiated from a commercial standpoint? I know it's kind of a weird question because I know you're focused on the efficacy and making sure you get the drug approved, but the classes may be derisked. So how do you think about that going forward?

And then my other question was more to the point of like, do you think the speed of enrollment for the WAIHA trial is -- how is that going? You said you're now going to have data in the first quarter. Is there some impact from COVID? Are you seeing like more accelerated enrollment now that we're going to the back half of the year? Just color on timing of these trials and if you think they'll sort of speed up over time.

## Peter Salzmann
*CEO & Director*

Thanks, Robyn, for those 2 questions, they're good ones. So with regard to designing the Phase III trial, I think, as I said, we're going to do that based on where we think we can deliver the greatest patient need. But that said, I think we have 2 really nice levers that we can use creatively to design a tremendous protocol and finalize that in discussion with the FDA. And those 2 levers are that we have the 2 doses and that both doses can be given as a subcutaneous injection. So that allows us flexibility across a range of disease severity and allows us to chronically dose patients easily. So we're going to maximize the use of those 2 levers to design a Phase III protocol that, I think, is going to be really exciting for a wide range of patients with myasthenia.

In terms of warm autoimmune hemolytic anemia, you are right that guidance moved from the second half of this year into the first quarter of next year. That trial is enrolling. We have patients that are dosed. And the COVID is the -- is impacting that trial to some extent. But it's just -- it's on track for the first

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

quarter, which I think is a pretty good accomplishment given everything that's happened over the last 3 to 4 months.

And most importantly, I'm really excited about the potential clinical benefit in warm autoimmune hemolytic anemia as well. Because thinking about the treatment paradigm there, you're looking also at primarily high-dose steroids which work, but when they're tapered, because you can't treat patients long term with high doses of steroids, that many patients recur. And so they end up in this zone where they're on a moderate dose of prednisone and they still maybe need occasional transfusions, and they're still not back to normal from the standpoint of their hemoglobin and, therefore, in terms of how they feel. The only therapy that's really, really effective in getting patients back to a very close to normal hemoglobin reliably is splenectomy. But splenectomy has fallen out of favor for a lot of different reasons. And we see splenectomy as kind of a potential analogy to treatment with an anti-FcRn therapy because the spleen basically removes the red blood cells that are covered with pathogenic IgG. So if we can get the pathogenic IgG off the red blood cells with the anti-FcRn therapy via 1401, then that might be like a monoclonal antibody treatment that's very similar to splenectomy, and therefore, has the potential for a really large effect size. So that's what we're hoping for in warm autoimmune hemolytic anemia. And I think if we see that, that's going to be a very, very exciting indication.

**Operator**

We have reached the end of our question-and-answer session. I would like to turn the conference back over to Dr. Salzmann for closing remarks.

**Peter Salzmann**
*CEO & Director*

Thanks, Sherrie. I'm just going to briefly say that, again, we're just very, very excited about the results that I shared today and really, really excited about the potential for 1401 more broadly. Not only in the 3 indications we're currently studying, but in the 3 indications we expect to announce over the next 12 months. So a lot of exciting things going on. And with that, I will close the call. Thanks, Sherrie.

**Operator**
Thank you. This does conclude today's conference. You may disconnect your lines at this time, and have a pleasant day.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.