# Exhibit 22

# Immunovant, Inc. (IMVT)
## Initiating at Outperform on Potential Best-In-Class anti-FcRN



**Initiating at Outperform.** We view FcRn inhibition as a key innovation with the potential to address unmet needs across various IgG-mediated autoimmune diseases, which may prove to be very lucrative. Further, we believe Immunovant's FcRn inhibitor, IMVT-1401, could evolve to become the best-in-class asset in this space due to its advantageous administration method. Finally, we note that Immunovant currently appears undervalued relative to its peers in the FcRn space, and we expect this gap will close as Immunovant discloses POC data from numerous Phase 2 trials in the coming year.

- **IMVT-1401 has potential to be best-in-class anti-FcRN.** We believe IMVT-1401 has the potential to separate from competition in the FcRn space and become the clear best-in-class asset. In comparing available results from Phase 1 healthy volunteer trials, we believe the safety and efficacy profile which IMVT-1401 displayed in the Phase 1 studies was broadly comparable to competing assets in the space, as it has demonstrated substantial reductions in IgG. Crucially, however, IMVT-1401 is being developed as a rapid subcutaneous injection (<10 seconds), which we view as much more convenient than dosing profiles common among other FcRNs, like intravenous injections and subcutaneous infusions. This could save patients an hour or more each dosing, and should minimize costs by lowering face-to-face time with physicians. We believe this dosing profile could ultimately drive the medication to be viewed as the best-in-class FcRn inhibitor by patients, physicians, and payers.

- **FcRn inhibition is potentially applicable to a broad swath of IgG-mediated autoimmune diseases.** Immunovant currently plans to readout data by the end of 2020 for IMVT-1401 in patients with myasthenia gravis (MG), Graves' ophthalmopathy (GO), and warm autoimmune hemolytic anemia (wAIHA). These indications are each rare diseases and are relatively small when taken on an individual basis, but the combined patient population of the three indications is estimated to be >300K patients in the US and EU. Looking ahead, given the demonstrated ability of FcRn inhibitors to lower patients' IgG levels, this mechanism may prove to be applicable to any of the numerous IgG mediated autoimmune diseases, which could be additive to Immunovant's already-significant commercial potential, which we believe could exceed $2.5B / year in the three clinical stage indications alone.

- **Phase 2 readouts provide steady flow of catalysts.** We expect clinical trial data readouts from four Phase 2 proof-of-concept trials in MG, GO, and wAIHA in the next 12-15 months, and anticipate that positive data from these studies would push IMVT shares significantly higher. We believe that readouts from both the Phase 2a ASCEND-MG trial in MG expected 1H20 and the Phase 2b ASCEND-GO 2 trial in GO anticipated early 2021 should both be especially important, as they are placebo-controlled and include a relatively high number of patients.

## INITIATING COVERAGE

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Speculative Risk |
| Price Target: | $21 |
| Price (1/7/20): | $15.40 |
| Market Cap (mil): | $870 |
| Shares Out (mil): | 56.5 |
| Average Daily Vol (mil): | 0.17 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Mar | 2018A | 2019E | 2020E |
|---|---|---|---|
| Q1 | | | (0.39) E |
| Q2 | | 1.24 A | (0.38) E |
| Q3 | | (0.32) E | (0.34) E |
| Q4 | | (0.38) E | (0.40) E |
| **Fiscal EPS** | **(0.63) A** | **(1.32) E** | **(1.51) E** |
| Fiscal P/E | NM | NM | NM |
| **Calendar EPS** | | | |
| Calendar P/E | | | |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

*Immunovant is a clinical stage biotechnology company developing IMVT-1401, an FcRn inhibitor, in a number of autoimmune diseases.*

**Brian P. Skorney, CFA**
Sr. Research Analyst
bskorney@rwbaird.com
646.557.3204

**Jack K. Allen**
Research Associate
jkallen@rwbaird.com
646.557.3205

**Luke P. Herrmann**
Research Analyst
lherrmann@rwbaird.com
414.298.7544

# Details

## Company Description

Immunovant is a clinical stage biotech company focused on the development of IMVT-1401, a subcutaneous FcRn inhibitor, for the treatment of various autoimmune diseases. Its current target indications represent significant unmet need, as we estimate as many as 300,000 people in the U.S. and EU within these indications could benefit from IMVT-1401. The quantity of undertreated patients and their degree of need signals potential for a significant market opportunity. Additionally, we note that IMVT-1401's anti-FcRn mechanism appears well founded based on available clinical data from Immunovant and its competitors, and Immunovant's differentiated dosing profile could provide IMVT-1401 a competitive advantage. We believe IMVT-1401 could potentially be applied broadly in many autoimmune diseases, given robust evidence that pathogenic IgG antibodies play a key role in driving disease manifestation in many autoimmune indications. Phase 1 data demonstrate that IMVT-1401 treatment has a can lead to deep and sustained IgG reductions that we expect to translate into clinical benefits for patients. Immunovant has ongoing and upcoming Phase 2 trials using IMVT-1401 across several different indications.

**FIGURE 1: PROJECTED UPCOMING CATALYSTS FOR IMMUNOVANT**

| Catalyst | Timing | Impact |
|---|---|---|
| Results from Phase 2a ASCEND-GO 1 trial | 1Q20 | ++ |
| Results from Phase 2a ASCEND-MG trial | 1H20 | ++ |
| Results from ASCEND-wAIHA trial | 4Q20 | ++ |
| Results from Phase 2b ASCEND-GO 2 trial | Early 2021 | +++ |

*Source: Health Sciences Acquisitions Corporation – Revised Definitive Proxy Statement (DEFR14A), Baird Research*

## What the Bulls Are Saying

The standard of care is inadequate for large swaths of patients with autoimmune diseases, and as potentially the best-in-class FcRn inhibitor, IMVT-1401 is the ideal therapy for these patients. The strong declines in IgG seen in Phase 1 data demonstrate that IMVT-1401 is mechanistically sound and should give investors significant comfort that the medication will provide clinical results. Aside from the substantially derisked drug profile, early and proactive use of IMVT-1401 would significantly reduce costs of surgery and/or treatment of the side effects present with other refractory medications. The perceived value of such a therapy is high, noting competitor argenx's lead asset is also an FcRn inhibitor and the company sports a ~$7B market capitalization. This shows Immunovant is vastly undervalued, as Immunovant's subcutaneous delivery method is much more reasonable for patients than an IV infusion method of administration utilized by many of the other FcRns in development. The likelihood of efficacy, large unmet need, competitor valuations, and ease of delivery all point to IMVT-1401 being an underrated asset and note that at its current market capitalization of ~$900M Immunovant is well undervalued as compared to its peers.

## What the Bears Are Saying

Unmet need in autoimmune indications is overestimated, as many patients experience success with the numerous currently available therapies, many of which have generic or biosimilar options. IMVT-1401 is early in its development, with an uncertain safety profile, and decreases in albumin, on treatment and declining over time, could be a signal of something concerning. Success would still mean IMVT-1401 is competing against at least five other FcRn's in the clinic with likely similar profiles, diminishing the commercial potential of this space. While subcutaneous delivery is cited as an edge over competitors, it may not be enough to move the needle with payers. The stock may be undervalued relative to argenx (ARGX), but that doesn't mean it isn't still overvalued.

## Our Take

We believe IMVT-1401 and FcRn inhibition are validated, mechanistically, with strong proof-of-concept demonstrated via the breadth of FcRn data thus far. Based on Phase 1 data, IMVT-1401 safety appears likely tolerable, and a bit of injection site redness or swelling is, in our opinion, superior to some of the headache profiles exhibited by other FcRns, making this a potential area of differentiation. We think it is still too early days to determine whether IMVT-1401 is ahead of the pack on efficacy but given the IgG reductions in Phase 1 data we expect it should be at least in line with the competition on this mark. Shifting to the market opportunity, with 200K available patients in the U.S. alone, IgG-mediated autoimmune indications have a

multi-billion-dollar market potential. Given the data we have seen thus far, we believe IMVT-1401 should present Immunovant a strong shot at capturing sizable market share in these indications. Based on market potential and the potential for a strong therapeutic index, we see IMVT-1401 as an underrated asset in the FcRn category. We expect three Phase 2a readouts in 2020, and two in the first half of the year, which should help elevate expectations for the therapy and cue investors in on the Immunovant story, and could promote a favorable valuation heading into the Phase 2b readout in Graves' ophthalmopathy in early 2021. While we suggest caution regarding competitor readthroughs, we are confident that favorable valuations in the FcRn arena signal investor enthusiasm, which could carry over to Immunovant as the opportunity becomes more well known.

## Financial Analysis

Immunovant was founded on July 6, 2018, as a wholly owned subsidiary of Roivant Sciences Ltd, and is headquartered in New York City, New York. IMVT shares began trading on the NASDAQ on December 19, 2019.

## Valuation

In our valuation of Immunovant, we rely on probability adjustments to our projected revenues and costs associated with the company's primary asset, IMVT-1401. As shown in Figure 2, we believe there is a 50% probability of IMVT-1401's success in myasthenia gravis, 50% probability of success in Graves' ophthalmopathy, and 30% probability of success in warm autoimmune hemolytic anemia. These probabilities are informed by our analysis of the clinical data seen so far and what we believe is needed for regulatory approval.

**FIGURE 2: PROBABILITIES UNDERLYING OUR VALUATION MODEL**

| Discrete Probabilities | Base Case |
|---|---|
| IMVT-1401 – Myasthenia gravis | 50% |
| IMVT-1401 – Graves' ophthalmopathy | 50% |
| IMVT-1401 – Warm autoimmune hemolytic anemia | 30% |

*Source: Baird estimates*

Given these probabilities, we value Immunovant in three different ways.  All our models assume weighted-average cost of capital of 10% as a discount factor for future cash flows based on the capital asset pricing model and using an industry standard beta derived from publicly traded biotech stock volatility.  We start by looking at a discounted cash flow (DCF) model of Immunovant, which finds the present value of future cash flows to the company utilizing risk-adjusted P&L and assumes reinvestment in R&D that generates some sustainable terminal value.  Using our 10% WACC, a 3% growth rate and a 75% haircut to terminal cash flow, and adding in projected cash per share at the end of 2020, we arrived at a fair value of $20.85 for Immunovant shares as shown in Figure 3.

**FIGURE 3: COMPANY DISCOUNTED CASH FLOW VALUATION OF IMMUNOVANT**

| Immunovant, Inc. (IMVT) Discounted Cash Flow | 2019 E | 2020 E | 2021 E | 2022 E | 2023 E | 2024 E | 2025 E | 2026 E | 2027 E | 2028 E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | - | - | - | - | - | 3,284 | 90,447 | 281,550 | 452,976 | 586,772 |
| EBIT | | (94,652) | (108,971) | (105,446) | (85,543) | (177,191) | (151,140) | 17,024 | 167,271 | 283,424 |
| Tax Rate | | 0% | 0% | 0% | 10% | 21% | 21% | 21% | 21% | 21% |
| Cash Flow | | (94,652) | (108,971) | (105,446) | (76,988) | (139,981) | (119,400) | 13,449 | 132,144 | 223,905 |
| Cash Margin | | - | - | - | - | -4262% | -132% | 5% | 29% | 38% |
| Present Value of Cash Flow | | (94,652) | (99,064) | (87,146) | (57,843) | (95,609) | (74,138) | 7,592 | 67,811 | 104,453 |

| | | | 2029 E | 2030 E | 2031 E | 2032 E | 2033 E | 2034 E | 2035 E | Terminal E |
|---|---|---|---|---|---|---|---|---|---|---|
| WACC | 10% | | | | | | | | | |
| Terminal Haircut | 75% | | | | | | | | | |
| Long Term Growth | 3% | | | | | | | | | |
| Year to Calculate Present Value | 2020 | | 697,101 | 792,259 | 876,731 | 953,446 | 1,024,674 | 1,091,623 | 1,155,412 | |
| | | | 378,215 | 459,091 | 530,067 | 593,756 | 652,179 | 706,396 | 757,386 | |
| NPV of Future Cash Flows | 1,200,516 | | 21% | 21% | 21% | 21% | 21% | 21% | 21% | |
| Net Cash (2020 YE Estimate) | 100,901 | | 298,790 | 362,682 | 418,753 | 469,067 | 515,221 | 558,053 | 598,335 | 2,201,018 |
| Shares Oustanding (YE20) | 62,412 | | 43% | 46% | 48% | 49% | 50% | 51% | 52% | |
| | | | 126,716 | 139,830 | 146,770 | 149,459 | 149,241 | 146,953 | 143,237 | 526,906 |
| **NPV Per Share** | **20.85** | | | | | | | | | |

*Source: Baird estimates*

We also used an EPS multiple to value Immunovant shares. Discounting annual EPS from 2026 through 2035 with an industry-standard 14x multiple and adding in projected cash per share at the end of 2020, we derived a share value for Immunovant of $21.32 per share, shown in Figure 4.

**FIGURE 4: COMPANY DISCOUNTED EPS MULTIPLE VALUATION OF IMMUNOVANT**

| EPS Multiple | 2019 E | 2020 E | 2021 E | 2022 E | 2023 E | 2024 E | 2025 E | 2026 E | 2027 E |
|---|---|---|---|---|---|---|---|---|---|
| EPS | (1.37) | (1.56) | (1.66) | (1.49) | (1.05) | (1.84) | (1.51) | 0.15 | 1.61 |
| Discounted EPS | (1.51) | (1.56) | (1.51) | (1.23) | (0.79) | (1.26) | (0.94) | 0.09 | 0.83 |
| Discounted EPS Multiple | (21.14) | (21.80) | (21.08) | (17.21) | (11.08) | (17.62) | (13.11) | 1.21 | 11.57 |

| | | 2028 E | 2029 E | 2030 E | 2031 E | 2032 E | 2033 E | 2034 E | 2035 E |
|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 10% | | | | | | | | |
| EPS Multiple | 14x | | | | | | | | |
| Year | 2020 | 2.72 | 3.61 | 4.36 | 5.00 | 5.57 | 6.08 | 6.54 | 6.97 |
| | | 1.27 | 1.53 | 1.68 | 1.75 | 1.77 | 1.76 | 1.72 | 1.67 |
| Average EPS Multiple | 19.70 | 17.76 | 21.44 | 23.52 | 24.54 | 24.84 | 24.65 | 24.12 | 23.36 |
| Net Cash Per Share | 1.62 | | | | | | | | |
| **EPS Valuation** | **21.32** | | | | | | | | |

*Source: Baird estimates*

**January 7, 2020 | Immunovant, Inc.**

The final part of our valuation is a sum-of-the-parts model, valuing IMVT-1401's opportunity in myasthenia gravis, Graves' ophthalmopathy, and warm autoimmune hemolytic anemia; and adding the estimated year-end 2020 cash balance for Immunovant. We summed these amounts and arrived at a fair value of $22.25 per share, shown in Figure 5.

### FIGURE 5: SUM-OF-THE-PARTS VALUATION OF IMMUNOVANT

**IMVT-1401 - Myasthenia gravis (MG)**

| | | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | - | - | - | - | - | 2,640 | 50,834 | 150,011 | 240,144 |
| COGS | 10% | - | - | - | - | - | 264 | 5,083 | 15,001 | 24,014 |
| SG&A | | | | | | 10,000 | 20,000 | 30,000 | 45,000 | 45,000 |
| R&D | | 20,000 | 25,000 | 35,000 | 35,000 | 35,000 | 35,000 | | | |
| EBIT | | (20,000) | (25,000) | (35,000) | (35,000) | (45,000) | (52,624) | 15,751 | 90,010 | 171,129 |
| Taxes | 25% | (5,000) | (6,250) | (8,750) | (8,750) | (11,250) | (13,156) | 3,938 | 22,502 | 42,782 |
| Cash Flow | | (15,000) | (18,750) | (26,250) | (26,250) | (33,750) | (39,468) | 11,813 | 67,507 | 128,347 |
| Net Margin | | | | | | | -1495% | 23% | 45% | 53% |
| Present Value of Cash Flow | | (16,500) | (18,750) | (23,864) | (21,694) | (25,357) | (26,957) | 7,335 | 38,106 | 65,862 |

| | | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | 2034E | 2035E |
|---|---|---|---|---|---|---|---|---|---|
| WACC | 10% | | | | | | | | |
| Year to Calculate Present Value | 2020 | | | | | | | | |
| | | 318,392 | 386,835 | 447,361 | 501,650 | 550,931 | 596,368 | 638,893 | 678,912 |
| NPV of Modeled Cash Flows | 806,750 | 31,839 | 38,683 | 44,736 | 50,165 | 55,093 | 59,637 | 63,889 | 67,891 |
| Shares Out | 62,412 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| **NPV Per Share** | 12.93 | 241,553 | 303,151 | 357,625 | 406,485 | 450,838 | 491,731 | 530,004 | 566,021 |
| | | 60,388 | 75,788 | 89,406 | 101,621 | 112,709 | 122,933 | 132,501 | 141,505 |
| | | 181,165 | 227,363 | 268,218 | 304,864 | 338,128 | 368,798 | 397,503 | 424,515 |
| | | 57% | 59% | 60% | 61% | 61% | 62% | 62% | 63% |
| | | 84,515 | 96,424 | 103,410 | 106,853 | 107,738 | 106,828 | 104,675 | 101,626 |

**IMVT-1401 - Graves' ophthalmopathy (GO)**

| | | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | - | - | - | - | - | 473 | 28,108 | 84,542 | 125,803 |
| COGS | 10% | - | - | - | - | - | 47 | 2,811 | 8,454 | 12,580 |
| SG&A | | | | | | 8,000 | 12,000 | 24,000 | 30,000 | 30,000 |
| R&D | | 12,000 | 18,000 | 24,000 | 24,000 | 24,000 | 24,000 | - | - | - |
| EBIT | | (12,000) | (18,000) | (24,000) | (24,000) | (32,000) | (35,574) | 1,297 | 46,088 | 83,222 |
| Taxes | 25% | (3,000) | (4,500) | (6,000) | (6,000) | (8,000) | (8,893) | 324 | 11,522 | 20,806 |
| Cash Flow | | (9,000) | (13,500) | (18,000) | (18,000) | (24,000) | (26,680) | 973 | 34,566 | 62,417 |
| Net Margin | | | | | | | -5635% | 3% | 41% | 50% |
| Present Value of Cash Flow | | (9,900) | (13,500) | (16,364) | (14,876) | (18,032) | (18,223) | 604 | 19,512 | 32,030 |

| | | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | 2034E | 2035E |
|---|---|---|---|---|---|---|---|---|---|
| WACC | 10% | | | | | | | | |
| Year to Calculate Present Value | 2020 | | | | | | | | |
| | | 148,768 | 162,848 | 172,844 | 180,902 | 188,151 | 195,266 | 202,204 | 209,357 |
| NPV of Modeled Cash Flows | 239,214 | 14,877 | 16,285 | 17,284 | 18,090 | 18,815 | 19,527 | 20,220 | 20,936 |
| Shares Out | 62,412 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| | | - | - | - | - | - | - | - | - |
| **NPV Per Share** | 3.83 | 103,891 | 116,563 | 125,560 | 132,812 | 139,335 | 145,739 | 151,983 | 158,421 |
| | | 25,973 | 29,141 | 31,390 | 33,203 | 34,834 | 36,435 | 37,996 | 39,605 |
| | | 77,918 | 87,422 | 94,170 | 99,609 | 104,502 | 109,304 | 113,988 | 118,816 |
| | | 52% | 54% | 54% | 55% | 56% | 56% | 56% | 57% |
| | | 36,349 | 37,076 | 36,307 | 34,912 | 33,297 | 31,662 | 30,016 | 28,444 |

**IMVT-1401 - Warm autoimmune hemolytic anem**

| | | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | - | - | - | - | - | 170 | 11,505 | 46,997 | 87,030 |
| COGS | 10% | - | - | - | - | - | 17 | 1,150 | 4,700 | 8,703 |
| SG&A | | | | | | 8,000 | 12,000 | 24,000 | 24,000 | 24,000 |
| R&D | | 12,000 | 18,000 | 24,000 | 24,000 | 24,000 | 24,000 | - | - | - |
| EBIT | | (12,000) | (18,000) | (24,000) | (24,000) | (32,000) | (35,847) | (13,646) | 18,297 | 54,327 |
| Taxes | 25% | (3,000) | (4,500) | (6,000) | (6,000) | (8,000) | (8,962) | (3,411) | 4,574 | 13,582 |
| Cash Flow | | (9,000) | (13,500) | (18,000) | (18,000) | (24,000) | (26,885) | (10,234) | 13,723 | 40,745 |
| Net Margin | | | | | | | -15774% | -89% | 29% | 47% |
| Present Value of Cash Flow | | (9,900) | (13,500) | (16,364) | (14,876) | (18,032) | (18,363) | (6,355) | 7,746 | 20,909 |

| | | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | 2034E | 2035E |
|---|---|---|---|---|---|---|---|---|---|
| WACC | 10% | | | | | | | | |
| Year to Calculate Present Value | 2020 | | | | | | | | |
| | | 119,612 | 147,419 | 172,054 | 194,179 | 214,364 | 233,041 | 250,527 | 267,143 |
| NPV of Modeled Cash Flows | 241,837 | 11,961 | 14,742 | 17,205 | 19,418 | 21,436 | 23,304 | 25,053 | 26,714 |
| Shares Out | 62,412 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 |
| | | - | - | - | - | - | - | - | - |
| **NPV Per Share** | 3.87 | 83,651 | 108,677 | 130,849 | 150,761 | 168,928 | 185,737 | 201,474 | 216,429 |
| | | 20,913 | 27,169 | 32,712 | 37,690 | 42,232 | 46,434 | 50,369 | 54,107 |
| | | 62,738 | 81,508 | 98,137 | 113,071 | 126,696 | 139,302 | 151,106 | 162,322 |
| | | 52% | 55% | 57% | 58% | 59% | 60% | 60% | 61% |
| | | 29,268 | 34,567 | 37,836 | 39,631 | 40,369 | 40,351 | 39,791 | 38,859 |

| Sum of the Parts | Per Share |
|---|---|
| IMVT-1401 - Myasthenia gravis (MG) | 12.93 |
| IMVT-1401 - Graves' ophthalmopathy | 3.83 |
| IMVT-1401 - Warm autoimmune hemo | 3.87 |
| Cash | 1.62 |
| **Total** | **22.25** |

*Source: Baird estimates*

Using the average of these three methodologies, we get a target price of $21, shown in Figure 6.

### FIGURE 6: AVERAGE OF DIFFERENT VALUATION STRATEGIES

| Average Valuation | |
|---|---|
| Discounted Cash Flow | 20.85 |
| EPS Multiple | 21.32 |
| Sum of the Parts | 22.25 |
| **Average NPV Value** | **21.47** |

*Source: Baird estimates*

## SPAC Deal Structure Breakdown

Health Sciences Acquisitions Corp (HSAC) was incorporated December 6, 2018, with the intent of a business combination. The company held an IPO in May 2019 in which it sold 11.5M units at a price of $10.00/share. The gross proceeds of $115M were deposited into a trust. On September 29, 2019, the respective parties HSAC, Immunovant Sciences, Immunovant stockholders, and Roivant Sciences entered into a share exchange agreement. Prior to the deal, Immunovant stockholders owned 100% of issued and outstanding common shares of Immunovant.[1]

The deal closed on December 19, 2019, and upon closing HSAC acquired 100% of the issued and outstanding shares of Immunovant Sciences in exchange for HSAC common shares. The combined company, with HSAC the parent of wholly owned subsidiary, Immunovant Sciences, is now named Immunovant, Inc. Prior to closing, the HSAC trust held ~$116.5M, which combined with ~$14.7M from Immunovant Sciences should finance Phase 2 development.[2]

Roivant is a majority shareholder as of December 18, 2019, and it directly holds 66.3% of the common stock, with a lock-up agreement splitting the shares in half.  The first half of the lock-up shares are not permitted to be disposed for the shorter of either six months after the day of deal close, or alternately any point after deal close when the closing price of shares equals or exceeds $12.50 per share for any 20 trading days during any 30 trading day period. The other 50% of the lock-up shares are restricted for six months following the date of deal close. This means the formerly discussed half of Roivant's restricted shares should be restricted until June 19, 2020, and the secondarily discussed half  Roivant's restricted shares could be unrestricted as early as Friday, January 17, 2020. Though, both situations could be exempted in special circumstances (i.e., a change of control[3]).

---

[1] Health Sciences Acquisitions Corporation – Revised Definitive Proxy Statement (DEFR14A)
[2] Immunovant, Inc. – Entry into Material Definitive Agreement (8K)
[3] Immunovant, Inc. – SC 13D, reported by Roivant Sciences December 18, 2019

## Lead Asset – IMVT-1401

### IMVT Overview

Immunovant's lead asset, IMVT-1401, is a fully human monoclonal antibody which inhibits neonatal fragment crystallizable receptor (FcRn)-mediated recycling of immunoglobulin G (IgG). By inhibiting FcRn-mediated recycling of IgGs, treatment with IMVT-1401 has been shown to reduce patients' levels of IgGs. This mechanism is thought to be applicable to a number of autoimmune diseases, including myasthenia gravis (MG), Graves' ophthalmopathy (GO), warm autoimmune hemolytic anemia (wAIHA), immune thrombocytopenia (ITP), pemphigus vulgaris (PV), and many other indications where the presence of excess pathogenic IgG antibodies is thought to play a key role in driving disease manifestation. Immunovant aims to position IMVT-1401 as a potentially best-in-class FcRn inhibitor, as the medication can be given via convenient subcutaneous injections and has been shown to potently reduce IgGs.[1]

### Drug In-Licensing

Intellectual property for IMVT-1401 was licensed by Roivant Sciences from HanAll Biopharma for $30M in December 2017. Roivant Sciences received the non-exclusive right to manufacture and the exclusive royalty-bearing right to develop, import and use IMVT-1401 as well as several back-up and next-generation antibodies. These rights were then sold to Immunovant from Roivant Sciences in December 2018. In the agreement, Immunovant will collaborate on a research program with HanAll, and Immunovant is obligated to reimburse HanAll for half of HanAll's R&D expenses up to $20M, though through June 30, 2019. HanAll has not incurred any expenses related to the development of IMVT-1401. Immunovant is also responsible for contingent payments and royalties to HanAll, including up to an aggregate of $452.5M upon certain milestone events. Immunovant is also obligated to pay single-digit to mid-teens royalties based on the net sales of IMVT-1401 and other products, applied on a product-by-product and country-by-country basis. The first development and regulatory milestone was met in May 2019, for which Immunovant paid $10M to HanAll in August 2019. The licensed territory includes the US, Canada, Mexico, E.U., U.K., Switzerland, the Middle East, North Africa, and Latin America.[1]

### IP Duration

The general term of the patents granted from the patent application in the in-licensed patent family regarding the IMVT-1401 composition of matter and methods of use has a projected natural expiration of April 30, 2035. Immunovant also filed for 3 other patents in the families with natural expiry of November 2039, January 2040, and May 2040, respectively.[1]

### IMVT-1401 Preclinical Development History

IMVT-1401 was generated using the OmniAb transgenic rat platform from Open Monoclonal Technology, a company later acquired by Ligand Pharmaceuticals in 2015. In its original development by HanAll, the molecule was screened from a library of nearly 10,000 antibodies for its high specificity, binding potency, safe immunogenicity profile, and pharmacokinetic properties, among others. Due to the potency of IMVT-1401, Immunovant believes it will see therapeutically relevant reductions in the levels of IgG using subcutaneous injections of one or two milliliters of IMVT-1401. IMVT-1401 is fully human, as it contains only amino acid sequences native to humans. The therapy also was engineered to express mutations which eliminate effector function, which can reduce the triggering of antibody-dependent cell-mediated cytotoxicity (ADCC) or complement-dependent cytotoxicity (CDC).[1]

### Mechanism of Action – FcRn inhibition

IMVT-1401, is a fully human monoclonal antibody that can be administered via subcutaneous injections. The medication works by binding to FcRn receptor in the acidic endosome and preventing FcRn-mediated recycling of IgG. By inhibiting circulating IgGs from binding to the FcRn receptor in the endosome, IMVT-1401 increases the number of non-receptor bound IgGs degraded in the lysosome. Additionally, IMVT-1401 has been engineered to remain bound to the FcRn receptor in the pH neutral environment outside the endosome, further preventing the opportunities for IgGs to bind to the FcRn receptor. Ultimately, this mechanism has been shown to lead to reductions in patients' levels of IgG1, IgG2, IgG3, and IgG4 levels.[4,5]

---

[4] Ford, 2012
[5] Gwilliam et al., 2012

**FIGURE 7: IMVT-1401'S MECHANISM OF ACTION**



*Source: Company presentations, Baird Research*

## IMVT-1401 - Phase 1 Data

**IMVT-1401 - Phase 1 Data**

As of the end of 2Q19, Immunovant had dosed 99 healthy volunteers in its placebo-controlled SAD/MAD Phase 1 trial of IMVT-1401 (formerly known as RVT-1401). The SAD trial was broken down into two key parts, one testing a subcutaneous formulation of IMVT-1401 and the other testing an intravenous (IV) infusion of IMVT-1401, while the MAD portion of the trial only tested the subcutaneous (SC) formulation. The trial was executed at sites in both Canada and Australia.[1]

**FIGURE 8: DESIGN OF IMVT-1401 PHASE 1 TRIAL**



*Source: Health Sciences Acquisitions Corporation – Revised Definitive Proxy Statement (DEFR14A), Baird Research*

A total of 79 patients were enrolled in the SAD portion of the trial, while 20 patients were enrolled in the MAD portion. In the SAD portion of the trial Immunovant observed a clear dose

dependent reduction in patients' serum IgG levels, noting the maximum dose (1530mg) in the IV portion of the trial lead to an average reduction in serum IgGs of 67%, while patients' enrolled in the highest dose cohorts (340mg - 765mg) of the SC portion saw a mean maximum serum IgG reduction of 47%. Notably serum IgG levels troughed at between 7 and 14 days in the SAD portion of the trial.[1]

**FIGURE 9: RESULTS FROM THE SC SAD PORTION OF THE IMVT-1401 PHASE 1 TRIAL**



*Source: Health Sciences Acquisitions Corporation – Revised Definitive Proxy Statement (DEFR14A), Baird Research*

In the MAD portion of the trial Immunovant observed a mean maximum reduction of serum IgG levels of 63% in the low dose cohort (340mg) and 78% in the high dose cohort (680mg). Notably the standard deviation of the peak reduction in the high dose cohort was only 2%, suggesting IMVT-1401 induced consistent reductions across patients.

**FIGURE 10: RESULTS FROM THE MAD PORTION OF THE IMVT-1401 PHASE 1 TRIAL**



*Source: Health Sciences Acquisitions Corporation – Revised Definitive Proxy Statement (DEFR14A)[1], Baird Research*

Additionally, the reductions in serum IgG levels were consistent across IgG subclasses, and Immunovant noted it observed a mean maximum reduction of >78% for IgG subclasses 1, 3, and 4, and a 70% mean maximum reduction in IgG2 in the high dose cohort (680mg).[1]

**FIGURE 11: RESULTS FROM THE MAD PORTION OF THE IMVT-1401 PHASE 1 TRIAL**



*Source: Health Sciences Acquisitions Corporation – Revised Definitive Proxy Statement (DEFR14A)[1], Baird Research*

With respect to safety, Immunovant did not observe any grade 3 or 4 adverse events in the Phase 1 trial of IMVT-1401. The most reported AE was injection site reactions, including erythema and swelling. Injection site reactions related to erythema and swelling occurred in 65% (32/49) and 45% (22/49) of patients given IMVT-1401 via subcutaneous injections in the Phase 1 trial, respectively. This compares to 79% (11/14) and 36% (5/14) in the corresponding placebo arms. Also, IMVT-1401 treatment did lead to dose dependent reductions in albumin levels, with the mean albumin level of patients in the high dose (680mg) cohort of the MAD portion of the study being 32.4g/L at day 28, which is slightly lower than the normal range of 36-51g/L.[1]

**FIGURE 12: SAFETY DATA FROM THE PHASE 1 TRIAL OF IMVT-1401**

| MedDRA Preferred Term | IV 0.1 mg/kg n=4 | IV 100 mg n=6 | IV 340 mg n=6 | IV 765 mg n=6 | IV 1530 mg n=6 | IV Placebo n=8 | SC 0.5 mg/kg n=3 | SC 1.5 mg/kg n=6 | SC 5 mg/kg n=6 | SC 340 mg n=6 | SC 500 mg n=6 | SC 765 mg n=6 | SC Placebo n=10 | MAD 340 mg n=8 | MAD 680 mg n=8 | MAD Placebo n=4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abdominal pain | | | | | | | | | 1 | | | | | 1 | | |
| Abdominal pain upper | | | | | | | | | | | | | 2 | 1 | | |
| Abnormal sensation in eye | | | | 1 | | | | | | 1 | | | | | | |
| Back pain | | | | | | 2 | | | | | 1 | | 1 | 1 | | |
| Constipation | | | | | | 1 | | | | | | | | 1 | | |
| Cough | | | | | | | | | | | 1 | | 2 | | | |
| Diarrhea | | | | | | | | | | | | | | | 2 | |
| Dizziness | | | | | | 1 | | | | | | | 1 | | | 1 |
| Dry skin | | | | | | | | | | | | | 1 | | 1 | |
| Erythema | | | | | | 1 | | | | | | | | | | |
| Fatigue | 1 | | | 1 | 1 | 1 | 1 | | | 1 | | | 1 | | | |
| Headache | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 4 | 1 | | 1 | 2 | | |
| Injection site erythema | | | | | | | | | 5 | 1 | 5 | 6 | 7 | 8 | 7 | 4 |
| Injection site pain | | | | | | | | | | | 1 | | | 2 | | 1 |
| Injection site swelling | | | | | | | | | 3 | | 2 | 4 | 3 | 7 | 6 | 2 |
| Insomnia | | | | | | | | | 1 | | | | | 4 | | |
| Myalgia | | | | | | | | | | | | | | 1 | 1 | |
| Nasal congestion | | | | | | | | | 1 | | 1 | | 1 | 1 | | |
| Nausea | | | | | | | | | 1 | 1 | | | 1 | | 1 | 1 |
| Ocular hyperaemia | | | | | | | | | | | | | | | 2 | |
| Oropharyngeal pain | 1 | | | 1 | 2 | | | | 1 | | 1 | | 1 | 2 | | |
| Pain in extremity | | | | | | | 1 | | | | | | 1 | | | |
| Procedural complication | | | | | | | | 1 | | 1 | | | | | | |
| Procedural dizziness | | | | | | 2 | | | | | 1 | | | | | |
| Pyrexia | | 1 | | 1 | | | | | 1 | | | | | | | |
| Rash | | | | | | 2 | | | 2 | | | | 2 | | 1 | |
| Rhinorrhea | | | | | | | | | 1 | | | | 2 | | | |
| Sinusitis | | | 1 | | | | | | | | | | 1 | | | |
| Somnolence | | 1 | | | | | | | 1 | | | | | | | |
| Upper respiratory tract infection | 1 | 1 | 1 | | | | 3 | | 1 | 1 | | | | 1 | | |
| Vision blurred | | | | 1 | | | | | | 1 | | | | | | |

*Source: Immunovant December 2019 Corporate Overview, Baird Research*

**IMVT-1401 - Activity Comparison**

We compared the Phase 1 pharmacodynamic profile of IMVT-1401 in healthy volunteers to several competitors and see significant potential for the efficacy of IMVT-1401 to prove to be competitive in later trials. As can be seen in Figure 11, IgG reductions in healthy volunteers from IMVT-1401 reached a mean max of nearly 80% in the MAD trial, which lines up with some of the best numbers reached by FcRns at this stage. In our view this is fairly in line with expectations as all these medications operate by the same mechanism of action. We do not wish to overestimate the predictive use of these trials, as they are dose-ranged, and baseline characteristics of the healthy volunteers enrolled could have varied. Furthermore, some literature suggests IgG can fluctuate with amplitude of up to 20% in short periods, which is also reason for our patience regarding major conclusions.[6] However, while the data so far are limited in scope, we are confident in the numbers Immunovant has put forth to date, and think upcoming Phase 2 trials may further demonstrate IMVT-1401's potential to hold its own in the FcRn category.

**FIGURE 13: PHASE 1 IGG REDUCTIONS IN HEALTHY VOLUNTEERS**

| | Immunovant | | | | argenx | | | UCB | | Momenta | | Alexion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company** | Immunovant | | | | argenx | | | UCB | | Momenta | | Alexion | |
| **Molecule** | IMVT-1401 | | | | efgartigimod (ARGX-113) | | | rozanolixizumab (UCB7665) | | M281 | | ALXN 1830 (SYNT001) | ABY-039 |
| **Total Trial n** | 99 | | | | 62 (IV only) | | 32 (SC vs IV) | 49 | | 50 | | 31 | |
| **Dose Schedule** | SAD (n=79) | | MAD (n=20) | | SAD | MAD | MAD | SAD | | SAD (n=16) | MD (n=34) | SAD | |
| **Formulation** | SC | IV | SC | | IV | IV | IV -> SC | IV | SC | IV | IV | IV | |
| **Highest P2 Dose Selected** | 680mg weekly SC, for ongoing Phase 2 trials | | | | 10mg/kg 4q3wk IV, in completed Phase 2 MG study | | | 3x7mg/kg per week SC (21mg/kg total), in Phase 2 ITP study | | Not disclosed for ongoing Phase 2 trials | | Not Disclosed for upcoming Phase 2 trials | |
| **Dose** | 765mg | 1530mg | 340mg | 680mg | 10-50mg | 10 mg/kg q4d and q7d and at 25 mg/kg q7d (MAD part) | IV = n/a SC = 300mg/wk | 4mg/kg (highest acceptable) | 7mg/kg (highest acceptable) | 3, 10, 30, 60mg | 15, 30mg q4wk | 30mg/kg | |
| **Total Serum IgG Reductions** | 47%, (max) | 67%, (max) | 63%, (mean max) | 78%, (mean max) | n/a | n/a | ~50% steady state | 33.4% (day 10) | 43.4% (day 10) | 25%, 55%, 74%, 80% (mean) | 85% (day 14) | ~50% (day 5) | Currently in Phase 1 development |
| **IgG1 Reductions** | n/a | n/a | >63% | >78% | 49.1%-58.3% (mean range) | 73%-78.5% (mean max range) | n/a | n/a | n/a | n/a | ~80% (30mg/kg) | 55% (day 5) | |
| **IgG2 Reductions** | n/a | n/a | 50% | 70% | 42.4%-52.3% (mean range) | 64.6%-76.8% (mean max range) | n/a | n/a | n/a | n/a | ~80% (30mg/kg) | 35% (day 5) | |
| **IgG3 Reductions** | n/a | n/a | >63% | >78% | 54.0%-61.1% (mean range) | 73.3%-77.9% (mean max range) | n/a | IgG3 had the most pronounced decrease in this study | | n/a | ~90% (30mg/kg) | 70% (day 5) | |
| **IgG4 Reductions** | n/a | n/a | >63% | >78% | 36.6%-46.0% (mean max range) | 58.1%-66.6% (mean max range) | n/a | n/a | n/a | n/a | ~75% (30mg/kg) | 45% (day 5) | |
| **IgG Trough Timing** | ~21 days | n/a | 7-14 days | | 6-21 days | After last administration (all groups) | n/a | 7-10 days | | 7-14 days | ~14-28 days | 5 days | |

*Source: Health Sciences Acquisitions Corporation – Revised Definitive Proxy Statement (DEFR14A), Ulrichts et al., 2018 (ARGX IV), argenx Phase 1 SC efgartigimod (ARGX-113) data, Kiessling et al., 2017 (UCB7665 Phase 1), Ling et al., 2018 (M281 Phase 1), Blumberg et al., 2017 (SYNT001 Phase 1), Baird estimates*

---

[6] Veys et al., 1977

**IMVT-1401 - Safety Comparison**

The safety profile of IMVT-1401 to date also appears tolerable based on the Phase 1 data. In the Phase 1 trial there were no Grade 3 or Grade 4 AEs deemed related to study drug and no AE-related discontinuations. The most reported AEs were mild erythema and swelling at the injection site, which typically resolved within hours. These AEs were not shown to be dose related. While two SAE's were reported, neither were deemed to be related to treatment by the study investigator. Comparing these numbers to other safety trials thus far, we think it is likely the safety profile of IMVT-1401 will be generally in line with competitors given the shared mechanism of action of these molecules.

On competitors, argenx's efgartigimod did show the potential to cause headaches in its Phase 1 trials, but we note that headaches were fairly balanced in its Phase 2 study with 4/12 patients in the active arm experiencing headaches compared to 3/12 in placebo.[7] Given the highest prevalence of headaches in the efgartigimod Phase 1 trial was at the 25mg/kg and 50mg/kg IV doses, we think lowering the dose to 10mg/kg IV per week in the Phase 2 trial may have reduced severity. Moving to UCB's rozanolixizumab, all 6 patients in the Phase 1 data who received a single dose of 7mg/kg SC experienced treatment related AE's, which were headache, vomiting, and nausea.[7] This is significant because UCB tested even higher doses of up to 21mg/kg SC per week in ITP patients in a Phase 2 trial, from which the data readout revealed mild-to-moderate headaches were present with higher doses, though headaches, vomiting and diarrhea were present in other doses.[8] Moving to Momenta, Phase 1 data from its candidate, M281, seem to be fairly clean with the medication being generally well tolerated.[9] Finally, on Alexion's ALXN1830, 8/23 patients experienced headaches when receiving the drug in Phase 1, and this was by far the most common AE. Based on what we have seen thus far, if IMVT-1401 can avoid headaches which seem to occur with some of the other FcRns in development and manage injection site swelling and erythema, we think its safety profile is likely to be tolerated and non-inferior to competition.

One area of potential investor concern we feel is important to address is the potential for FcRn inhibition to lead to reduction in albumin levels. FcRn extends the half-life of both IgG and albumin, so inhibition of FcRn would naturally be expected to decrease levels of both of these types of proteins.[10] We first note that in Phase 1 Immunovant recorded day 28 decreases in albumin levels of 31% & 20% in the 680mg &340mg multiple dose cohorts, respectively.[1] For context surrounding the effect of isolated albumin decreases, we look to an extremely rare disease, idiopathic analbuminemia, in which patients only present trace levels of albumin. While this sounds devastating due to the commonplace of albumin in the blood stream, there are no notable serious consequences to the disease except for moderate edema in roughly a third of patients.[11] Because of this, we do not view the potential for reductions in albumin levels presented by the FcRn class as a major area of worry, and think headache profile should be a more likely source of discussion for the class.

**IMVT-1401 - Dosing Comparison**

We anticipate that Immunovant's IMVT-1401 should have an advantageous dosing profile as compared to the other FcRn inhibitors in development. IMVT-1401 is delivered via a subcutaneous injection, which the company points out can take less than 10 seconds. It is likely, in the near term, there will be no competing FcRn inhibitors in Immunovant's targeted indications with a similar profile. Looking at argenx, ARGX-113 has been tested in 2 Phase 1 trials we are aware of, and each featured a MAD arm. One used IV dosing, the other used an IV induction followed by SC maintenance dose in its MAD portions. argenx is utilizing IV dosing in its ongoing Phase 3 trial in MG as stated in its 1H2019 update.[12] Given the fact that argenx's other listed indications (which could potentially feature SC dosing) do not overlap with Immunovant's, we believe SC efgartigimod should be an immediate competitive threat to IMVT-1401. Moving to UCB, rozanolixizumab is delivered by SC infusion, which is typically slower than an injection. While Immunovant cited a UCB source which estimated the infusion time at 30-60 minutes, this may even be conservative, as an ASH presentation from the Phase 2 ITP trial gave a spread of 30-90 minutes.[13] While subcutaneous infusion may be significantly

---

[7] Howard et al., 2019
[8] UCB's press release of final results from Phase 2 study of rozanolixizumab in ITP
[9] Ling et al., 2018
[10] Sand et al., 2014
[11] Russi et al., 1983l
[12] argenx's 1H19 update
[13] Robak et al., 2019 (UCB Phase 2 of rozanolixizumab for ITP at ASH 2019)

more convenient than an IV infusion, patients may see an IMVT-1401 injection as a potential hour and a half of time saved in comparison to rozanolixizumab, which we think should provide Immunovant a commercial edge here. Momenta's M281 and Alexion's ALXN1830 were both delivered intravenously with a 2-hour infusion time, and we think an injection of ~10 seconds is a huge time saver for patients, who, in addition to infusion time, also would need to commute to their doctor's office to receive their medication. From the payer perspective, a self-administered SC injection would likely be vastly cheaper than the cost of an IV plus physician administration fees. While Alexion noted it plans to initiate a Phase 1 study of a SC formulation of ALXN1830 in early 2020 in a pipeline informational document, we also note the company disclosed program delays related to chemistry, manufacturing, and control (CMC) issues related to ALXN1830 in its 3Q19 10Q. In their filing no updated timeline was given, though the company still plans to initiate the Phase 1 SC trial at some point.[14,15]

## Myasthenia Gravis

Myasthenia gravis (MG) is an autoimmune disease. The disease is generally characterized by the presence of autoantibodies against the acetylcholine receptor (AChR, which are present in about 80%-85% of patients), or against a receptor-associated protein called muscle-specific tyrosine kinase (MuSK) protein.[16,17,18] These autoantibodies bind to components of the neuromuscular junction, reducing the ability of acetylcholine produced in the patients' nerve to bind to the acetylcholine receptors (AChR) in a patients' muscle. The reception of acetylcholine in by acetylcholine receptors in muscles is key signal for the muscle to contract, and thus by blocking the receptors in a patients' muscle, these antibodies reduce the ability for a patient's nerves to control their muscles. The key symptom of the disease is skeletal muscle weakness which can included weakness in the facial muscles such as those responsible for control eye and eyelid movement, facial expression, chewing, talking, swallowing as well as other muscles responsible for controlling breathing and limb movements.[19]

**FIGURE 14: OVERVIEW OF MYASTHENIA GRAVIS PATHOLOGY**

*Source: Company presentations; Baird Research*

**Myasthenia Gravis – Epidemiology**

The estimated prevalence of myasthenia gravis in the United States is 14-20 cases per 100,000 population, which results in an estimate of approximately 36,000-60,000 cases.[20]

14 Alexion Pipeline, 2019
15 Alexion 3Q19 10Q
16 Meriggioli et al., 2012
17 Muscular Dystrophy Association
18 Shen et al., 2013
19 National Institute of Neurological Disorder and Stroke
20 Myasthenia Gravis Foundation of America

However, MG remains an underdiagnosed disease, and hence the number of prevalent patients is likely greater than estimated in the literature. The prevalence rate across the global population is similar to the US and there are no known genetic causes of the disease. While MG can generally be well managed with available treatments, approximately 15-20% of patients will experience a myasthenic crisis during their lifetime. These events can be life threaten and almost always requires intubation and mechanical ventilation.[21]

**Myasthenia Gravis – Current Treatments**
The current treatment paradigm in myasthenia gravis beings with the use of acetylcholine esterase inhibitors, and a potential thymectomy is considered. If first line therapy does not induce remission patients are then suggested to progress onto corticosteroids or immunosuppressive therapies. These medications can include corticosteroids such as corticotropin, and prednisone, and immunosuppressive therapies for example, methotrexate, tacrolimus, and azathioprine. Should a patient fail second line therapy, it is suggested they are referred to a specialist and more potent immunosuppressive agents such as mycophenolate mofetil or rituximab are often recommended. Finally, should none of the above treatments work, other immunosuppressive agents such a cyclosporine, methotrexate, cyclophosphamide, and tacrolimus are the next line of therapy, and beyond these, treatment with plasma exchange therapy (PLEX), IVIgs, or eculizumab are considered.[22,23]

**FIGURE 15: OVERVIEW OF THE TREATMENT PARADIGM IN MYASTHENIA GRAVIS**



*Source: Gilhus et al., 2015, Baird Research*

---

[21] Wendell et al., 2011
[22] Sanders et al., 2016
[23] Howard, Clinical Overview of MG

Pyridostigmine is the most used acetylcholine esterase inhibitor. By reducing the degradation of acetylcholine by acetylcholinesterase, pyridostigmine treatment results in a greater amount of acetylcholine in the synaptic cleft, which in turn leads to increased muscle function. These medications are most effective in patients with AChR autoantibodies. Pyridostigmine is now generically available, though branded versions of the product include Mestinon, Regonol, and Gravitor.[24]

The immunosuppressive medications used in MG fall into three key categories: medications which inhibit the cell cycle (azathioprine, cyclophosphamide, methotrexate and mycophenolate mofetil), medications that suppress T-cell activity (steroids, ciclosporin and tacrolimus), and B-cell depleting medications (rituximab).[24]

Generally, many patients with MG can be treated with the currently available treatments; however, it is estimated 10-20% of the population are categorized as having refractory MG. These patients do not achieve adequate response, are intolerant to conventional treatment, or require chronic treatment with intravenous IVIgs, PLEX, or Soliris (eculizumab).[25] We anticipate the refractory patient population is the initial patient population in which Immunovant will look to position IMVT-1401, as these patients should have the greatest unmet need.

### Myasthenia Gravis – Benchmarking Data

The most recently approved therapy in this space is Alexion's, C5 inhibitor, Soliris. By way of being the most recently approved therapy, we believe Soliris' Phase 3 data serve as a strong benchmark for defining success of IMVT-1401's Phase 2 data. The primary endpoint of Soliris' Phase 3 trial investigated the effect of the medication on patients' MG-specific activities of daily living scale (MG-ADL) scores. Over the course of the 26-week trial, Soliris was shown to statistically significantly reduce patients' MG-ADL scores.

argenx's efgartigimod is the most advanced asset with respect to FcRn inhibitors in this space. Below we have compiled select data from the Phase 2 trial of efgartigimod in MG patients. We should also note efgartigimod is currently being developed as an IV in MG, and hence we believe IMVT-1401's SC formulation could give it a slight commercial advantage, should both medications produce similar clinical results.

**FIGURE 16: RESULTS FROM THE TRIALS OF SOLIRIS AND EFGARTIGIMOD IN MYASTHENIA GRAVIS**

| Company | Alexion | | argenx | |
|---|---|---|---|---|
| Medication | Soliris (dosed per the label) | | efgartigimod (10mg/kg weekly IV infusion) | |
| Treatment arm | PBO | Soliris | PBO | efgartigimod |
| n | 63 | 62 | 12 | 12 |
| Baseline MG-ADL score | 9.9±2.6 | 10.5±3.1 | 8.0±2.2 | 8.0±3.0 |
| Change from baseline MG-ADL score | -2.3±0.48 | -4.2±0.49 | n/a | n/a |
| Percentage of patients experiencing a ≥2pt reduction in MG-ADL score | 40% | 60% | 25%* | 75%* |
| Baseline QMG score | 16.9±5.6 | 17.3±5.1 | 11.8±5.4 | 14.5±6.3 |
| Change from baseline QMG score | -1.6±0.59 | -4.6±0.60 | n/a | n/a |
| Source | Howard et al., 2017, Soliris label | | Howard et al., 2019 | |
| Notes: QMG = quantitative myasthenia gravis score, MG-ADL = myasthenia gravis activities of daily living score, *response lasting for at least 6 weeks | | | | |

*Source: Clinical trial data, Baird Research*

---

[24] Sathasivam, 2008
[25] Schneider-Gold et al., 2019

**FIGURE 17: RESULTS FROM PHASE 2 TRIAL OF EFGARTIGIMOD IN MYASTHENIA GRAVIS (ONE WEEK POST LAST DOSING)**



*Source: argenx Presentation, Baird Research*

**Myasthenia Gravis - Competitive Landscape**

Currently, there are numerous novel therapies in development for the treatment of MG. These novel therapies include multiple FcRn inhibitors, as well as medications aimed at inhibiting the C5 component of complement activation. Finally, we also note there are other novel approaches being tested in this space which include a CD-38 inhibitor, as well as a BCMA targeted CAR-T.

**FIGURE 18: COMPETITIVE LANDSCAPE IN MYASTHENIA GRAVIS**

| Company | Drug | Mechanism | Stage of Development | Method of Administration |
|---|---|---|---|---|
| Roche (academic trials) | Rituxan (rituximab) | anti-CD20 | Phase 3 | IV |
| Ra Pharmaceuticals | Zilucoplan | C5 inhibitor | Phase 3 | SC (daily) |
| Alexion Pharmaceuticals | Ultomiris (ravulizumab) | C5 inhibitor | Phase 3 | IV |
| argenx | Efgartigimod (ARGX-113) | FcRn inhibitor | Phase 3 | IV |
| UCB | Rozanolixizumab (UCB7665) | FcRn inhibitor | Phase 3 | SC (weekly) |
| Immunovant | IMVT-1401 | FcRn inhibitor | Phase 2 | SC |
| Momenta | M281 | FcRn inhibitor | Phase 2 | IV |
| Takeda | TAK-079 | anti CD-38 | Phase 2 | SC (weekly) |
| Cartesian | Descartes-08 | Autogolous BCMA-targeted CAR-T | Phase 1/2 | One-time infusion |

*Source: ClinicalTrials.gov, Baird Research*

**Myasthenia Gravis – Immunovant Trial**

In August 2019, Immunovant initiated dosing of its randomized, blinded, placebo-controlled ASCEND-MG Phase 2a clinical trial of IMVT-1401 in myasthenia gravis patients, with top-line readouts expected in 1H20. Primary endpoints of the trial include safety & tolerability as well as the change from baseline levels of anti-AChR antibodies, total IgG, and IgG by subclass. Secondary endpoints include pharmacokinetics, change in baseline of clinical scores QMG & MG-ADL, and quality of life measures, all of which should help provide color to the treatment response. Exploratory biomarkers will be tested as well. The company also noted the importance of this trial in identifying an optimal Phase 3 dose.

The 21 patients will be screened for key inclusion criteria of MGFA Class II-Iva, QMG scores greater than or equal to 12, and Anti-AChR antibody positive characteristics. Following screening, the patients will be randomized into three cohorts of seven patients each who will receive six weekly doses of 680mg, 340mg, or placebo. Following the initial six-week treatment period is a six-week open-label extension where patients will receive up to 340mg dose once

every two weeks. Finally, there will be three follow-up visits in the six weeks following the open-label extension portion of the trial.

**FIGURE 19: ASCEND-MG TRIAL DESIGN**



*Source: Company Presentations; Baird Research*

Given Immunovant's December corporate deck outlines plans to initiate a Phase 3 trial in MG during 2020, we expect clinical outcomes from the Phase 2a readout expected in the first half of the year will play a key role in their trial design.[26] In thinking about expectations for the trial, we would anticipate 50-75% of patients seeing at least a 2 point reduction on the MG-ADL scale, to be a strong result, using Soliris and efgartigimod as comps.[10,29] We also think placebo-adjusted mean changes from baseline on the MG-ADL & QMG scores in the ballpark of -2 and -3, respectively, would be impressive based on Soliris comps, though we think the proportion of patients who improve is a more a commercially relevant estimate.[27] We do note that, as seen with efgartigimod and Soliris, results may be affected by differing levels of baseline severity, so we expect this will be a key consideration when analyzing the data.

## Graves' Ophthalmopathy

Graves' ophthalmopathy, also known as Graves' orbitopathy or thyroid eye disease (TED), is an autoimmune disease characterized by inflammation of orbital tissue.[28] This inflammation occurs when anti-thyroid-stimulating hormone receptor (TSHR) antibodies bind to TSHR on the ocular fibroblasts and adipocytes setting off a cascade response resulting in the release of proinflammatory cytokines.[5] The disease can manifest in a number of ways including the development of dry and gritty ocular sensation, photophobia, excessive tearing, double vision, a feeling of pressure behind the eyes, upper eyelid retraction, edema, erythema of the periorbital tissues, and proptosis (bulging of the eyes).[29] Additionally, subclinical eye involvement such as extraocular-muscle enlargement is also estimated to occur in 70% of cases. Finally, approximately 3-5% of cases are severe disease, which manifests as intense pain and inflammation, and can in 1-2% of cases be sight threatening.

In Grave's disease TSHR antibodies also bind to TSHR in the thyroid stimulating the thyroid to over produce hormones.[30] By reducing the amount of circulating IgG and thus reducing the amount of TSHR auto-antibodies, IMVT-1401 may be a viable treatment for both Grave's ophthalmology as well as Graves' disease.

---

[26] Immunovant December 2019 Corporate Overview
[27] Soliris Label
[28] University of Iowa Health Care
[29] Bahn, 2014
[30] Stiebel-Kalish et al., 2009

**FIGURE 20: OVERVIEW OF GRAVES' OPHTHALMOPATHY PATHOLOGY**



*Source: Company Presentations; Baird Research*

**Graves' Ophthalmopathy – Epidemiology**

Grave's ophthalmopathy typically occurs in older patients with the mean age of onset falling around 45 years old. The disease is more common in woman as compared to men with an estimated incidence rate of 16/100,000 in American woman, as compared to 3/100,000 men. Immunovant estimates there are ~15,000-20,000 US patients with active Grave's ophthalmopathy each year. The estimated prevalence of the disease is 0.25%; however, few of these patients have active disease.[31]

The progression of the disease is often described using the Rundle's curve.[32] The time course of the disease is typically broken down into two key phases; the active (or dynamic) phase at the beginning of the disease and the static phase, which follows the active phase. During the active phase, patients' experience the symptoms of the disease which include, ocular sensation, edema, erythema, while the eye is swollen, and the immune response is ongoing. During the static phase the immune response gradually subsides over time. Ideally, treatment with immunosuppressive therapy early in the active phase can significantly improve outcomes. However, if this does not occur, surgical options are also available to patients who have already entered the static phase.

**FIGURE 21: NATURAL HISTORY OF GRAVES' OPHTHALMOPATHY**



*Source: Hiromatsu, 2014, Baird Research*

---

[31] Hiromatsu, 2014
[32] Bartley, 2011

**Graves' Ophthalmopathy – Current Treatments**

Current treatment guidelines for Graves' ophthalmopathy recommend generic treatments. In more mild cases, the administration of selenium has been shown to provide a benefit. Additionally, topical eye drops can be prescribed to reduce ocular dryness which can be a key source of inflammation in both the active and stable forms of the disease. High-dose glucocorticoids (GCs) are also recommended as front-line therapy for patients with active Graves' ophthalmopathy. Notably IV steroids have been shown to have better efficacy as compared to oral regimens. Although steroids do not modify the underlying course of the disease, they do help to reduce symptoms in the active portion of the disease, which helps to stabilize patients until they reach stable disease. As such, early intervention with steroids can be quite effective in reducing risk of progression in patients with mild and moderate disease. However, steroids do have negative side effects which include significant risks of liver failure, diabetes, insomnia, weight gain, and psychological changes.[33]

**FIGURE 22: OVERVIEW OF THE TREATMENT PARADIGM IN GRAVES' OPHTHALMOPATHY**



*Source: Bartalena et al., 2016, Baird Research*

In patients with moderate to severe disease IV GCs are recommended as first-line therapy. Second-line treatments for patients with moderate to severe active disease can include concomitant use of orbital radiotherapy and cyclosporine with oral GCs. If patients progress beyond second-line therapy, some guidelines suggest the use of direct b-cell targeted therapy, namely, rituximab.

---

[33] Bartalena et al., 2016

**FIGURE 23: OVERVIEW OF THE TREATMENT PARADIGM IN MODERATE TO SEVERE GRAVES' OPHTHALMOPATHY**



*Source: European Thyroid Association/European Group on Graves' Orbitopathy Guidelines for the Management of Graves' Orbitopathy, 2016, Baird Research*

In patients with more severe ophthalmopathy, a surgical procedure called orbital decompression can be used to remove excess bone and fat from the eye sockets. This procedure is particularly important for patients with dysthyroidic opthic neuropathy (DON), a severe progression of the disease which is sight-threatening as compression of orbital nerve or blood vessels. DON is most typically related to extraocular muscle (EOM) size and restriction of mobility, as opposed to proptosis. Though DON occurs in only about 5% of GO patients and makes orbital decompression necessary, roughly 22% of GO patients undergo the treatment within 10 years of first diagnosis.[34] The procedure is relatively inexpensive with median charge in the ballpark of ~$11,000-$13,000 based on variations in procedure type.[35]

**Graves' Ophthalmopathy – Benchmarking Data**

**Rituximab**
Rituximab is an option for patients with more severe cases of GO. One prospective, randomized, double-blind, placebo-controlled trial in 25 patients with moderate to severe GO who received two 1000mg infusions of rituximab or saline two weeks apart found no difference vs placebo in the proportions of patients who met the primary endpoint of a reduction in clinical activity score (CAS) by ≥2 points at 24 or 52 weeks. Similarly, there were no differences in secondary endpoints at 24 or 52 weeks, and higher AE rates in the rituximab group. Compared to only four adverse events in 3/12 placebo patients, there were 11 AEs in 8/13 rituximab treated patents and 5/6 moderate or severe AEs occurred in the rituximab group.[36]

Alternately, another double-blind, randomized trial compared Rituxan with IV methylprednisolone (IVMP) in patients with active moderate to severe GO. The 31 patients who completed the trial received either 7.5g IVMP, or two doses of 1000mg rituximab or 500mg rituximab. The primary endpoint was a decrease in CAS by ≥2 points. This study found both doses of rituximab were effective in comparison to IVMP. All patients in the rituximab groups had improved CAS at 24 weeks compared with only 69% of patients treated with IVMP. Additionally, reactivation was observed in five patients after IVMP treatment, but none of the patients who received rituximab. The author of this study actually commented on Stan's study (referenced in the previous paragraph), noting it had a lower number of completing patients (21 vs 31), longer mean GO duration (11.2 months vs 4.5 months), higher number of prior steroid

---

[34] Fichter et al., 2012
[35] Ference et al., 2016
[36] Stan et al., 2015

users (40% vs 19%) and a lower mean diplopia score (2 vs 3.5).[37] While these populations are indeed small, we think the duration of GO could be a potentially important difference as well, given the Rundle's curve suggests treatment earlier in the disease course could have greater efficacy, though we cannot ascertain how impactful this is. Overall, the data for rituximab here is a bit mixed, though we note it is currently in use by some physicians.

**Teprotumumab**

In the clinic, we can look to Horizon Therapeutics' teprotumumab as a likely competitor, as it recently received unanimous support for approval as a treatment for GO in a December AdCom.[38] Teprotumumab is a fully human monoclonal antagonist of IGF-1R, supported by the thesis that autoantibodies to IGF-1R and TSHR mediate pathogenesis of GO.

On teprotumumab, we first look at the multicenter, double-blind, randomized, placebo-controlled Phase 2 trial in 88 patients with moderate to severe GO. Patients received either placebo or active drug administered via IV every three weeks for a total of eight infusions. The primary endpoint of the trial the rate of patients experiencing a reduction in CAS by ≥2 points and a reduction of ≥2mm in proptosis at week 24. In the ITT population 29/42 (69%) patients who received teprotumumab had a response at week 24, which was statistically significant compared to the 9/45 (20%) patients who received placebo. Responses to teprotumumab were quite fast, as at 6 weeks, 18/42 (43%) patients in the teprotumumab group and only 2/45 patients in the placebo group had a response, which was also statistically significant. From the initial 71% who responded on proptosis statistics at week 24, 53% maintained this response at week 72. Teprotumumab was also generally safe, though hyperglycemia (grade 2 or 3) occurred in some diabetics receiving the drug, however, we note that this side effect was well controlled after adjustment of diabetes medication. Median duration of disease in placebo group was 10.8 months vs 10.7 months for teprotumumab, which we note were similar durations of disease to that of the patients enrolled in the previously mentioned unsuccessful rituximab treatment.[39,37] Further analysis of this Phase 2 data showed smoking status did not lead to a difference in proptosis related improvements, though patient numbers were small in the smoking cohort of this study. Additionally, proptosis reductions were comparable with those found in orbital decompression, as several retrospective studies with nearly 750 eyes found orbital decompression lead to 3.8mm reductions in proptosis vs. the mean 3.14mm proptosis reduction (ranging from 1.0mm-6.0mm) in the teprotumumab Phase 2 study.[40]

---

[37] Salvi et al., 2015
[38] Horizon's Teprotumumab AdCom Press Release
[39] Smith et al., 2017
[40] Douglas, 2019

**FIGURE 24: CLINICAL MARKERS FROM PHASE 2 TEPROTUMUMAB STUDY**



*Source: Smith et al., 2017, Baird Research*

The Phase 3 OPTIC trial of teprotumumab also looked positive. Data provided in an April press release showed 34/41 (82.9%) of patients receiving teprotumumab as compared to only 4/42 (9.5%) of patients receiving placebo achieved a ≥2mm reduction of proptosis from baseline in the study eye without deterioration of proptosis in the non-study eye at week 24. Additionally, patients treated with study drug had an average proptosis reduction of 2.82mm compared with 0.54mm for those who received placebo, and the difference was statistically significant at each study timepoint from week 6 to week 24. The overall responder rate, or those who saw proptosis reduction of ≥2mm plus CAS improvement of ≥2 points, was 78% in the teprotumumab group vs 7.1% in the placebo group. The safety profile here was like that seen in the Phase 2 study with no new safety observations reported. The only treatment-related SAE was an infusion reaction which led to discontinuation.[41] We think this data further supports the benefit:risk profile of teprotumumab, and alongside the unanimous FDA vote, we think it will likely be approved in GO.

**FIGURE 25: PHASE 3 OPTIC TRIAL DESIGN OF TEPROTUMUMAB IN GO**



*Source: Horizon's February 2019 teprotumumab call slides, Baird Research*

---

[41] Horizon Press Release, 2019

**FIGURE 26: TIME-SERIES PROPTOSIS RESPONSE (REDUCTION OF ≥2 MM) IN PHASE 3 OPTIC TRIAL OF TEPROTUMUMAB IN GO**



*Source: Horizon's February 2019 teprotumumab call slides, Baird Research*

All told, we see this drug as quite safe and efficacious as validated by the recent AdCom. However, we believe the IV method of administration of teprotumumab could be less attractive as compared to the SC injections of IMVT-1401. Though there are only eight total IV given doses which does limit the SC vs IV argument to a degree here, we think all else equal, it is best for patients to minimize time commuting to the doctor and receiving an infusion when a ~10 second option is the alternative. Additionally, the cost of delivering an IV infused drug would likely be higher given the heavier physician involvement, something we think patients would take notice of. So, while teprotumumab likely represents a solid option for treating GO, we think there is still ample breathing room for IMVT-1401 to have an impact on the market.

**Graves' Ophthalmopathy – Competitive Landscape**
At the time of writing several therapies for MG are in development. Among these therapies include multiple FcRn inhibitors are rituximab, an anti-CD20 monoclonal antibody and teprotumumab, an IGF-1R inhibitor. IMVT-1401 is the only FcRn currently in development for the indication.

**FIGURE 27: COMPETITIVE LANDSCAPE IN GRAVES' OPHTHALMOPATHY**

| Company | Drug | Mechanism | Stage of Development | Method of Administration |
|---|---|---|---|---|
| Horizon Therapeutics | Teprotumumab | IGF-1R inhibitor | Under regulatory review | IV |
| Roche (academic trials) | Rituxan (rituximab) | anti-CD20 | Phase 4 | IV |
| Immunovant | IMVT-1401 | FcRn inhibitor | Phase 2 | SC |

*Source: ClinicalTrials.gov, Baird Research*

**Graves' Ophthalmopathy – Immunovant Trials**
ASCEND-GO-1 is an eight patient, single-arm, open-label, Phase 2a trial currently enrolling patients in Canada, with initial results expected in 1Q20. The trial protocol outlines 6 weeks of dosing, with 2 weeks of 680mg/kg/wk and 4 weeks of 340mg/kg/wk, followed by 12 weeks of follow-up. The primary endpoints are safety and tolerability as well as changes in baseline levels of anti-TSHR antibodies, total IgG and IgG by subclasses. Patients are screened for moderate-to-severe active GO, a clinical activity score (CAS) ≥4, and anti-TSHR antibody

positive status. Secondary and exploratory endpoints should provide further color and context to the results.

**FIGURE 28: ASCEND-GO 1 PHASE 2A TRIAL DESIGN**



*Source: Company Presentations; Baird Research*

ASCEND-GO-2 is a 77 patient, double-blind, placebo-controlled, randomized Phase 2b trial currently ongoing in the US and Europe, with top-line results expected in early 2021. The trial contains 12 weeks of dosing, with patients being randomized to one of four arms, 680mg/kg/wk (n=22), 340mg/kg/wk (n=22), 255mg/kg/wk (n=11), or placebo (n=22) for the full 12 week treatment period, followed by 8 weeks of follow-up. The primary endpoints are proptosis responder rate as well as safety and tolerability. Patients are screened for moderate-to-severe active GO, baseline CAS ≥4, and anti-TSHR antibody positive status. Secondary endpoints include CAS responder rate and change in baseline levels of anti-TSHR antibodies, total IgG, and IgG by subclasses. Exploratory endpoints include biomarkers and CT scans.

**FIGURE 29: ASCEND-GO 2 PHASE 2B TRIAL DESIGN**



*Source: Company Presentations; Baird Research*

Upon readout of Phase 2a data in 1Q20 and data from the Phase 2b in early 2021, we expect the teprotumumab Phase 2 & 3 trials should provide a solid benchmark, given the medications recent unanimously positive AdCom.[41] Particularly, we think if >70% of patients in Immunovant's trials achieve ≥2mm reduction of proptosis and a ≥2 point improvement in CAS, the Phase 2 studies of IMVT-1401 should be viewed as successful. We should note that Immunovant's initial Phase 2a ASCEND-GO 1 trial, has a patient population of only eight, which could lead to the trial producing noisy results given the fact that only one patient could throw off the data set. Additionally, given the lack of placebo-control in this study, we anticipate that readthroughs from this trial may be limited. As such we expect investors place much heavier emphasis on the larger, placebo-controlled Phase 2 ASCEND-GO 2 trial, as they look to gage the prospects for IMVT-1401 in GO.

## Warm Autoimmune Hemolytic Anemia

Warm autoimmune hemolytic anemia (wAIHA) is the most common form of autoimmune hemolytic anemia and is characterized by increased destruction (hemolysis) of healthy red blood cells (RBC's) by anti-RBC autoantibodies.[42,43,44] The disease is often severe with varying times of onset, and while death is uncommon, the destruction of RBC's commonly leads to pallor, fatigue, jaundice, dark urine, splenomegaly, and when chronic, gallstones and cholecystitis; in severe cases, fever, chest pain, syncope, or heart failure can occur.[47,45,46] Roughly half of cases are of unknown origin (idiopathic, or primary), while secondary cases can stem from chronic lymphocytic leukemia (CLL), systemic lupus erythematosus (SLE), or other underlying condition(s).[45,47]

Mechanistically, RBC's are coated by warm-reacting IgG autoantibodies which operate at an optimal temperature of 37°C, in comparison to the 3-4°C optimal temperature for cold-reacting autoantibodies in cold agglutinin disease (CAD). As a result of autoantibody coating, RBC's then are bound by spleen macrophages, and either immediately phagocytosed or partially broken down for later destruction.[45,47,48] Additionally, the IgG coated RBC's also, become a

---

[42] Kalfa, 2016
[43] Barcellini, 2015
[44] Orphanet
[45] Aladjidi et al., 2011
[46] National Organization for Rare Diseases
[47] Berentsen, 2016

target of cytokine and cytotoxic mechanisms, like CD8+ T cells and natural killer (NK) cells in the spleen. Finally, the classical pathway of complement activity is also activated by IgG, though only a minority of wAIHA patients exhibit complement activation.[46,49]

**wAIHA - Epidemiology**

Estimated prevalence of AIHA is 17/100,000 and estimated incidence is 0.8-3 per 100,000/yr. wAIHA makes up about 70% of the population of AIHA, CAD makes up about 20%, and the remaining ~10% of the population exhibits characteristics of both wAIHA and CAD, making them potential candidates for IMVT-1401 as well.[46] wAIHA is differentiated from other forms of AIHA as it displays warm-reacting IgG autoantibodies, while cold agglutinin disease/syndrome (CAD/CAS) is unique in its display of high-titer cold agglutinins. Additionally, C3 mediated complement activation we note that can be detected in certain portions of all AIHA population types.[46,50,51] It is also worth noting a subset (3%-11%) of all patients with wAIHA fail a direct Coombs test for IgG antibodies for several reasons, one of which being red cell sensitization by IgA or IgM alone.[50] While worth considering since a direct Coombs test is standard to establish diagnosis, and since the warm-reactive IgM AIHA population has more severe disease with higher mortality, this is a small proportion of the wAIHA population.[52,53,51,52]

Using a prevalence of 17/100,000 with a US population of 327.2M, the total AIHA population in the US can be estimated to be ~56K. With 70% of AIHA cases stemming from wAIHA, adjusted to 77% to include those with both wAIHA & CAD characteristics, then revised down 5% to remove the effect of the Coombs IgG negative variety, we are left with 73% of the population, or roughly 41.7K patients, with wAIHA related to IgG antibodies. With an EU population of 512.4M, this means the EU population with wAIHA related to IgG antibodies would be ~63.7K. These estimates are generally in-line with those cited by Immunovant.[54,53]

**wAIHA – Current Treatments**

wAIHA is typically treated with corticosteroids, and while literature on the treatment of this disease is a bit limited, this is the generally agreed-upon first line therapy. Corticosteroids generally provide response in 70-80% of patients, and then are slowly tapered over 6-12 months. Beyond corticosteroids, 20-30% require second-line therapies, and options with proven short-term efficacy include splenectomy and immunosuppressive drugs, like rituximab.[52]

The fact that a large portion of hemolysis in wAIHA occurs from processes in the spleen makes splenectomy an obvious treatment, and it typically is used in 10%-15% of the overall AIHA population. For patients who did not see response to corticosteroids, splenectomy is generally effective as a second line treatment with  partial responses in the area of 70%, though it is important to mention long term cure rate is presumed to be only 20%.[52,54,55,56] Also, responses to splenectomy from non-idiopathic forms of AIHA were significantly worse. Also, splenectomy is generally safe with incidence of infection generally less than 5%, though mortality in the case of infection can be as high as 50%. One other benefit of splenectomy is the relatively low monetary cost of the procedure at around ~$20k in pediatric patients.[52,57,5] It is obvious splenectomy provides benefits to a solid proportion of patients, but it is far from a sure shot for a long-term cure. Additionally, risks associated with the surgical procedure could make other options increasingly attractive, and complement-mediated RBC lysis occurs mainly in the circulatory system and liver (as opposed to ADCC and phagocytosis, which occur preferentially in the spleen and lymphoid organs), so it may be a less efficacious solution in patients with a particularly strong complement response.[46]

Rituximab, which was originally approved in 1997, has also become an increasingly popular second-line treatment for wAIHA. The immunosuppressive monoclonal antibody is directed

---

[48] Berentsen, 2019
[49] Zanella et al., 2014
[50] Segel et al., 2014
[51] Park, 2016
[52] Braunstein, 2019
[53] Immunovant December 2019 Corporate Overview
[54] Patel et al., 2012
[55] Jaime-Pérez et al, 2013
[56] Barros, et al., 2010
[57] Akpek 1999

against the CD20 antigen only expressed by pre-B and mature B cells.[58,59] By depleting B-cells, the production of autoantibody IgG is slowed, which should result in a decrease in the destruction of RBCs. For some physicians, it is the preferred second-line option, given its efficacy profile rivals splenectomy, and for this reason it has a hand in decreasing the 10-15% splenectomy rate.[52] In a meta-analysis of 21 studies in AIHA populations, has demonstrated ORRs to rituximab to be ~70% and 2-month CRs of ~40% in refractory populations, though wAIHA specifically did have a slightly lower CR rate at 32%, and some patients had already had splenectomies.[45,60]

**wAIHA – Benchmarking Data**
With a high-level understanding of the wAIHA standard of care and the refractory population, we can analyze the current data available in refractory patients. The only Phase 2 data for current clinical candidates to date are from Apellis' PLAUDIT trial of APL-2, its C3 inhibitor, which read out in June 2019 (development now discontinued), and Rigel's SOAR of fostamatinib, its oral spleen tyrosine kinase (SYK) inhibitor, which read out initial results in March 2018.[61,62,63]

Rigel's Phase 2 SOAR study included 25 patients who received 150mg oral fostamatinib BID (with dose reductions permitted on tolerability issues) for a 24-week treatment period, and an extension period for those who showed a clinical benefit. At week 24, 11/25 (44%) of patients achieved the primary endpoint of Hgb >10 g/dL with a median increase in responders of ≥2 g/dL from baseline by week 24. An additional patient met the primary endpoint at week 30. Non-responders saw no change in median Hgb. We await further data to potentially determine differences in baseline patient characteristics or other differences between the two populations. On safety, fostamatinib treatment was related to mostly mild to moderate AE's, though seven patients (28%) experienced serious AE's in the trial, which may be a cause for concern. Two patient deaths due to infection were deemed unrelated to treatment, and both patients who died were immunosuppressed. Longer-term data, shown below in Figure 30, shows further the median hemoglobin increases in the trial, though it is important to note further increases in Hgb move in tandem with population decreases. Given this dynamic we think the increasingly positive results here may simply be due to patient selection for the best responders rather than a reflection of long-term clinical improvements.

**FIGURE 30: HEMOGLOBIN LEVELS IN PHASE 2 SOAR STUDY OF FOSTAMATINIB IN WAIHA**



Source: Rogers et al., 2019

---

[58] Emer et al., 2009
[59] Rituxan label
[60] Reynaud et al., 2015
[61] Apellis Pharmaceuticals PLAUDIT Phase 2 trial press release
[62] Rogers et al., 2019
[63] Apellis Pharmaceuticals 3Q19 10Q

Regarding Apellis' candidate, as of the June 2019 Phase 2 PLAUDIT trial interim readout, there were 11 initial patients who received subcutaneous APL-2 at doses of 270mg or 360mg per day. The primary endpoints of the study were total number of AEs, change in baseline hemoglobin, and PK parameters. Of the patients, eight were C3+. The three patients who were C3- did not show a meaningful response and left the study. Of the eight patients who tested C3+, two left the study due to lack of response, and one had not yet reached the day 168 measurement point. Of the remaining five C3+ wAIHA patients, mean Hb increased from 9.0g/dl baseline to 11g/dl. Apellis has since discontinued development of APL-2 in wAIHA.

**wAIHA – Competitive Landscape**

Discussion regarding fostamatinib can be seen above, though we also note several other compounds and mechanisms currently being researched in wAIHA, including other FcRn inhibition, CD20 monoclonal antibody, immunoproteasome inhibition, and complement inhibition. While several trials appear below, many are independent academic trials, we feel FcRn inhibition is a strong pathway to correct IgG mediated diseases, and being the only SC delivered FcRn on the list should provide an advantage.

**FIGURE 31: COMPETITIVE LANDSCAPE IN GRAVES' OPHTHALMOPATHY**

| Company | Drug | Mechanism | Stage of Development | Method of Administration |
|---|---|---|---|---|
| Rigel | Fostamatinib | Syk inhibitor | Phase 3 | Oral |
| Immunovant | IMVT-1401 | FcRn inhibitor | Phase 2 | SC |
| Momenta | M281 | FcRn inhibitor | Phase 2/3 | IV |
| Academic | Ibrutinib + rituximab | BTK inhibitor | Phase 2 | Oral |
| Kezar | KZR-616 | Immunoproteasome inhibitor | Phase 2 | SC |
| Bioverativ | BIVV009 | C1 Complement Inhibitor | Phase 1 | IV |

*Source: ClinicalTrials.gov; Baird Research*

**wAIHA – Immunovant Trial**
Upon IND acceptance, Immunovant will be conducting the Phase 2a ASCEND-wAIHA study with initial results expected in 4Q20. Primary endpoints include hemoglobin response rate, defined as hemoglobin levels ≥10g/dL with at least a ≥2g/dL increase from baseline, as well as safety and tolerability. Numerous secondary endpoints and exploratory endpoints should help better characterize responses seen in this trial and, if successful, may provide better insight into dosing and other requirements for a maximally effective Phase 2b/3 trial.

The 12-week trial will include two cohorts of eight patients with primary or secondary wAIHA who are direct antiglobulin test (DAT) positive, refractory to at least one prior treatment, or stable on current therapies. One cohort will receive 680mg per week SC of IMVT-1401 for 8 weeks starting at week 0, and the other will receive 680mg per week SC for the first 3 weeks of the trial and then transition to 340mg per week for 8 weeks after week 3. The 12-week period is followed by 8 weeks of follow-up, meaning the 680mg dose cohort, having already stopped dosing for the last 4 weeks of the 12-week treatment, will have a full 12-week follow up.

**FIGURE 32: ASCEND-WAIHA TRIAL DESIGN**



*Source: Company Presentations; Baird Research*

The ASCEND-WAIHA trial has not initiated yet, but given the company currently expects results in 4Q20, we think Rigel's fostamatinib is the most obvious comp here given its continued development into Phase 3. We expect a solid benchmark for proportion of patients we expect to achieve the primary endpoint of Hgb >10g/dL with a median increase in responders of ≥2g/dL is the 44% response rate demonstrated by fostamatinib at week 24. All else equal, if 50% of patients meet these endpoints in ASCEND-WAIHA we would consider the trial a success and supportive of further development of IMVT-1401 in wAIHA.

## Other Potential Indications

We believe the opportunity for anti-FcRN goes well beyond the three indications in which IMVT-1401 is currently being tested in, in the clinic. For example, the profile of IMVT-1401 could be differentiated from the currently available treatments in IgG-mediated diseases such as idiopathic thrombocytopenic purpura (ITP), pemphigus vulgaris (PV), chronic inflammatory demyelinating polyneuropathy (CIDP), bullous pemphigoid (BP), neuromyelitis optica (NMO), pemphigus foliaceus (PF), Guillain-Barré syndrome (GBS) and PLA2R+ membranous nephropathy (MN). It is clear the cumulative number of patients in these indications is very large, and we think this high volume of patients lends itself to further exploration by Immunovant once the indications currently in the clinic are further along. All told, we anticipate that IMVT-1401 has the potential to be a "pipeline in a product" should its safety and efficacy profile hold up in the initial indications in which it is being tested in.[1]

**FIGURE 33: LISTED POTENTIAL INDICATIONS**

| INDICATION | ESTIMATED PREVALENCE (2017) | |
| --- | --- | --- |
| | U.S. | EUROPE |
| Myasthenia Gravis | 65,000 | 104,000 |
| Warm Autoimmune Hemolytic Anemia | 42,000 | 66,000 |
| Graves' Ophthalmopathy | 33,000 | 52,000 |
| Idiopathic Thrombocytopenic Purpura | 31,000 | 49,000 |
| Pemphigus Vulgaris | 28,000 | 45,000 |
| Chronic Inflammatory Demyelinating Polyneuropathy | 16,000 | 25,000 |
| Bullous Pemphigoid | 8,000 | 13,000 |
| Neuromyelitis Optica | 7,000 | 12,000 |
| Pemphigus Foliaceus | 7,000 | 11,000 |
| Guillain-Barré Syndrome | 3,000 | 5,000 |
| PLA2R+ Membranous Nephropathy | 2,000 | 4,000 |
| **Total** | **242,000** | **386,000** |

\*    Europe includes all E.U. countries, U.K. and Switzerland

*Source: Company Filings, Baird Research*

## Commercial Opportunity

In modeling the commercial potential for IMVT-1401 we assume the US and ex-US prices per patient per year will be $150,000 and $105,000 at the time of launch. We anticipate that IMVT-1401 will see its first approval in MG in the US in calendar 4Q24 and ex-US in 1Q25, followed by GO and wAIHA, for which we expect IMVT-1401 will gain approval for both indications in the US in 1Q25 and ex-US in 2Q25. Based on our market penetration assumptions, we anticipate that peak annual unadjusted worldwide sales of IMVT-1401 in MG, GO, and wAIHA will be approximately $1.35B, $400M, and $900M, respectively. In total, these estimates represent ~$2.65B in peak annual sales, though we should note that given the potential broad applicability of FcRn inhibition across a number of IgG-mediate autoimmune diseases, the potential addition of other indications to our model represents additional upside to our sales estimates.

## Management Team

**Pete Salzmann, M.D., M.B.A., Chief Executive Officer**, joined Immunovant in June 2019. Prior to his appointment as CEO, Dr. Salzmann held several roles at Eli Lilly. During his tenure there from 2008 to 2018, Dr. Salzmann's roles included, from most to least recent, Global Development Leader in Immunology, Head of U.S. Immunology, Managing Director of Lilly Alps, and Head of Marketing for Eli Lilly China. In his most recent role at Lilly, Dr. Salzmann was responsible for designing a comprehensive indication strategy and Phase 2 and 3 clinical trial execution. Dr. Salzmann holds an M.D. from University of Chicago's Pritzker School of Medicine, an M.B.A. from Stanford University's Graduate School of Business, and a B.A. in Chemistry from Northwestern University.

**Robert K. Zeldin, M.D., Chief Medical Officer**, joined Immunovant in July 2019. A clinical immunologist by training, Dr. Zeldin's most recent prior position was Chief Medical Officer of Acceleron Pharma from June 2018 to April 2019. Before, as CMO of Ablynx NV from December 2015 to June 2018, he directed a Phase 3 development program and regulatory filing of Cablivi (caplacizumab) for acquired thrombotic thrombocytopenic purpura (aTTP) treatment. Cablivi was approved in February 2019, after Ablynx was acquired by Sanofi for $4.8B in June of 2018.[64, 65] Prior to his time at Ablynx, he held senior positions at Stallergenes SA from January 2011 to November 2015, and Novartis from 2005-2010. Dr. Zeldin holds an M.D. from Tufts University School of Medicine and a B.A. from Johns Hopkins University.

**Julia G. Butchko, Ph.D., Chief Development and Technology Officer**, joined Immunovant in November 2019. Previously, she oversaw strategy and operations as Chief of Staff for Lilly's $4B Immunology and Neuroscience businesses. Also, at Lilly she served as Vice President of its Oncology Project Management and Clinical Development teams, where she was heavily involved in trial design and large cap collaborative efforts. She also held significant roles across a broad field of disciplines earlier in her career. Dr. Butchko holds a Ph.D. in Chemistry from Pennsylvania State University, a Business certificate from Indiana University Kelley School of Business, and a B.S. in Chemistry from the State University of New York at Fredonia.

**Pamela Yanchik Connealy, M.B.A., Chief Financial Officer**, joined Immunovant in November 2019. Most recently, Connealy served as CFO and COO of San Francisco-based nonprofit Kiva. Prior, she served as Global Head of Talent at the Bill and Melinda Gates Foundation from April 2014 to June 2018, where she focused on talent management, compensation, benefits, and global mobility. She was also VP of business operations at Salesforce from March 2012 to November 2013 and VP and corporate officer at Genentech from March 2002 to April 2010. Ms. Connealy holds an M.B.A in Finance from the University of St. Thomas in Houston, Texas and a B.S. in Chemistry from Gannon University.

**Sandeep C. Kulkarni, M.D., Chief Operating Officer**, joined Immunovant in October 2018. From July to October 2018, he served as VP, Special Projects, at Roivant Sciences. Prior to his tenure at Roivant, Dr. Kulkarni held a variety of roles, including as Senior Investment Analyst at Consonance Capital from September 2017 to February 2018, as Investment analyst at QVT Financial from April 2013 to August 2017, and as a Consultant then Project Leader at Boston Consulting from August 2009 to May 2012. Dr. Kulkarni holds an M.D. from University of California, San Francisco, and an A.B. in Economics from Harvard College.

**Brad Middlekauff, J.D., General Counsel**, joined Immunovant in April 2019. Prior, Middlekauff served as SVP, General Counsel, and Secretary of PDS Biotechnology from October 2015 to April 2019. Prior, Middlekauff was Executive-in-Residence at Princeton University, Chief Legal officer from October 2014 to October 2015, General Counsel and Secretary at Kolltan Pharmaceuticals from December 2008 to August 2013, and he also had an 8-year tenure as Senior VP and General Counsel at Medarex from March 2000 to April 2008. Mr. Middlekauff holds a J.D. from Yale Law School as well as a B.A. in Political Science from Brown University.

---

[64] FDA approves Cablivi
[65] Sanofi Completes its Acquisition of Ablynx

Case 1:21-cv-00918-KAM-VMS   Document 62-23   Filed 09/09/22   Page 33 of 38 PageID #: 1481

# Investment Thesis

- **FcRn inhibition has potential to be broadly applicable in a number of autoimmune diseases.** Currently, Immunovant plans to initially test IMVT-1401, its FcRn inhibitor, in patients with myasthenia gravis, Graves' ophthalmopathy, and warm autoimmune hemolytic anemia. While these indications are relatively small when taken on an individual basis, the combined patient population of all three of these diseases is estimated to be >300K patients in the US and EU. Additionally, given IMVT-1401's ability to inhibit FcRn and lower patient's levels of IgG autoantibodies, we believe that this mechanism could be applicable to a number of other autoimmune diseases.

- **IMVT-1401 may possess best-in-class profile.** Having posted similar reductions in IgG levels and a fairly clean safety profile in Phase 1 trials, we believe that given its convenient method of administration via rapid subcutaneous injections, IMVT-1401 has the potential to arise as the best-in-class FcRn inhibitor.

- **Immunovant shares appear inexpensive relative to other FcRn competitors.** Given Immunovant's market capitalization of ~$900M we view IMVT shares as cheap relative to other key competitors in the FcRn, as we note that argenx (ARGX) boasts a market capitalization of ~$7B, which is primarily driven by the prospects of their FcRn inhibitor, efgartigimod.

- **Valuation.** Our target price of $21 on IMVT shares is derived by a combination of valuation methodologies: DCF, projected EPS multiple, and sum-of-the-parts. For all of these methodologies we use our standard 10% WACC for development-stage biotechs. We model probability-weighted sales given a 50% chance of approval of IMVT-1401 in myasthenia gravis, 50% chance of approval of IMVT-1401 in Graves' ophthalmopathy, and 30% chance of approval of IMVT-1401 in warm autoimmune hemolytic anemia. Using an average of the DCF ($20.85), projected EPS multiple ($21.32), and SOP valuations ($22.25), we arrive at a $21 price target.

# Risks & Caveats

- **Clinical risk.** Immunovant is currently a clinical stage biotechnology company. The company faces significant risks in progressing through the clinic and poor performance could materially impact the valuation.

- **Regulatory risk.** Assuming Immunovant is able to successfully lead its developmental assets through clinical trials, the company also faces large risks from the regulatory environment in the U.S. and worldwide.

- **Commercialization risk.** Valuation is predicated on the assumption that Immunovant will successfully be able to commercialize its developmental assets if it is able to clear the appropriate regulatory hurdles. If it is unable to gain payer support and reimbursement for their assets, the valuation will take a significant hit.

# Company Description

Immunovant Inc. is a clinical-stage biopharmaceutical company based in New York City, NY. The company is focused on the development of IMVT-1401, an FcRn inhibitor. Immunovant initially plans to develop IMVT-1401 as a treatment for myasthenia gravis, Graves' ophthalmopathy, and warm autoimmune hemolytic anemia.

**Brian Skorney, CFA / Senior Research Analyst**
(646) 557-3204 / bskorney@rwbaird.com
**Jack Allen / Research Associate**
(646) 557-3205 / jkallen@rwbaird.com
**Luke Herrmann / Research Analyst**
(414) 298-7544 / lherrmann@rwbaird.com



# Immunovant, Inc. (IMVT)

**Income Statement**
**In $000s except per share data**

| | FY17 A | FY18 A | 1Q19 E | 2Q19 A | 3Q19 E | 4Q19 E | FY19 E | 1Q20 E | 2Q20 E | 3Q20 E | 4Q20 E | FY20 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Products** | | | | | | | | | | | | |
| IMVT-1401 | - | - | | - | - | - | - | - | - | - | - | - |
| **Total Product Sales** | - | - | | - | - | - | - | - | - | - | - | - |
| Other Revenues | | | | | | | | | | | | |
| **Total Revenues** | - | - | | - | - | - | - | - | - | - | - | - |
| COGS | - | - | | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | - | - | | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | |
| R&D | - | 25,733 | | 14,403 | 15,464 | 19,478 | 49,345 | 20,492 | 21,005 | 18,520 | 20,500 | 80,517 |
| SG&A | - | 2,692 | | 2,874 | 3,018 | 3,027 | 8,919 | 3,036 | 3,045 | 3,054 | 5,000 | 14,136 |
| Other | - | - | | - | - | - | - | - | - | - | - | - |
| **Total Costs and Expenses** | - | 28,425 | | 17,277 | 18,482 | 22,505 | 58,264 | 23,528 | 24,051 | 21,574 | 25,500 | 94,652 |
| | | | | | | | | | | | | |
| **Operating Income** | - | (28,425) | | (17,277) | (18,482) | (22,505) | (58,264) | (23,528) | (24,051) | (21,574) | (25,500) | (94,652) |
| | | | | | | | | | | | | |
| Other Income (Expenses) | | | | | | | | | | | | |
| Interest Income (Expense), Net | - | - | | (125) | (125) | (107) | (356) | (84) | (191) | (166) | (144) | (586) |
| Other, net | - | - | | 159 | 159 | 159 | 478 | - | - | - | - | - |
| Total Other Income (Expense) | - | (155) | | 35 | 35 | 53 | 122 | (84) | (191) | (166) | (144) | (586) |
| **Pretax Income (Loss)** | - | (28,581) | | (17,242) | (18,447) | (22,452) | (58,141) | (23,612) | (24,242) | (21,740) | (25,644) | (95,238) |
| | | | | | | | | | | | | |
| Income Tax Expense (Benefit) | - | 19 | | 28 | - | - | 28 | - | - | - | - | - |
| Tax Rate | - | 0% | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Net Income (Loss)** | - | (28,599) | | (17,270) | (18,447) | (22,452) | (58,169) | (23,612) | (24,242) | (21,740) | (25,644) | (95,238) |
| *Pro forma Net Income (Loss)* | - | (28,599) | | (17,270) | (18,447) | (22,452) | (58,169) | (23,612) | (24,242) | (21,740) | (25,644) | (95,238) |
| | | | | | | | | | | | | |
| **Basic EPS** | - | (0.63) | | (1.24) | (0.33) | (0.40) | (1.37) | (0.40) | (0.39) | (0.35) | (0.41) | (1.56) |
| **Diluted EPS** | - | (0.63) | | (1.24) | (0.32) | (0.38) | (1.32) | (0.39) | (0.38) | (0.34) | (0.40) | (1.51) |
| | | | | | | | | | | | | |
| Weighted Average Share Out (Basic) | | 45,333 | | 52,466 | 56,484 | 56,540 | 42,384 | 59,397 | 62,256 | 62,319 | 62,381 | 61,169 |
| Weighted Average Share Out (Diluted) | | 45,333 | | 52,466 | 58,284 | 58,340 | 44,184 | 61,197 | 64,056 | 64,119 | 64,181 | 62,969 |

Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx          1/7/2020
Source: Robert W. Baird & Co. estimates and Company reports

**January 7, 2020** | **Immunovant, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 07 January 2020 16:03EST/ Published on 07 January 2020 16:08EST.

**Covered Companies Mentioned**

All stock prices below are the 1/6/2020 closing price.

Myovant Sciences Ltd. (MYOV - $14.43 - Outperform)
(See recent research reports for more information)





1 Robert W. Baird & Co. Incorporated makes a market in the securities of IMVT and MYOV.

**Appendix – Important Disclosures and Analyst Certification**

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High

growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of December 31, 2019, Baird U.S. Equity Research covered 718 companies, with 60% rated Outperform/Buy, 39% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 12% of Outperform/Buy-rated and 3% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; and (4) compliance with all of Baird's internal policies and procedures. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Research analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The senior research analyst(s) certifies that the views expressed in this research report and/or financial model accurately reflect such senior analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any

**January 7, 2020   |   Immunovant, Inc.**

time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2020 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or

**January 7, 2020**   |   **Immunovant, Inc.**

information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                        Click here to unsubscribe