UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THERESA PITMAN, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

        -against-

IMMUNOVANT, INC. f/k/a HEALTH
SCIENCES ACQUISITIONS
CORPORATION, RODERICK WONG,
PETER SALZMANN, PAMELA YANCHIK
CONNEALY, FRANK M. TORTI, ANDREW
FROMKIN, DOUGLAS HUGHES, GEORGE
MIGAUSKY, ATUL PANDE, ERIC
VENKER, SVB LEERINK LLC, LIFESCI
CAPITAL LLC, CHARDAN CAPITAL
MARKETS LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and ROIVANT
SCIENCES LTD.
                Defendant.
-------------------------------------------------------------X

1:21-cv-00918 (KAM) (VMS)

CLASS ACTION

## NOTICE OF DEFENDANT ROIVANT SCIENCES LTD.'S MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant

Roivant Sciences Ltd. ("Roivant"), by and through the undersigned counsel, will move this Court,

before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States

Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York

11201, on such day and at such time designated by the Court, for an order granting Roivant's

motion to dismiss Plaintiffs' federal securities law claims against Roivant.

Dated:  May 27, 2022                                 WILLIAMS AND CONNOLLY LLP

By:  /s/ *John S. Williams*
     John S. Williams (JW-6927)
     jwilliams@wc.com
     680 Maine Ave, S.W.
     Washington, D.C. 20024

     650 5th Ave #1500
     New York, NY 10019
     Telephone: (202) 434-5000
     Facsimile: (202) 434-5029

     *Counsel for Roivant Sciences Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2022, a true and correct copy of the foregoing Notice of Defendant Roivant Sciences Ltd.'s Motion to Dismiss was served via electronic mail to all counsel of record.


Dated:  May 27, 2022                                    /s/ *John S. Williams*