UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————— X

THERESA PITMAN, Individually and on
Behalf of All Others Similarly Situated,

                         Plaintiff,

      vs.

IMMUNOVANT, INC. f/k/a HEALTH
SCIENCES ACQUISITIONS
CORPORATION, RODERICK WONG,
PETER SALZMANN, FRANK M. TORTI,
ANDREW FROMKIN, DOUGLAS HUGHES,
GEORGE MIGAUSKY, ATUL PANDE,
ERIC VENKER, SVB LEERINK LLC,
LIFESCI CAPITAL LLC, CHARDAN
CAPITAL MARKETS LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and ROIVANT
SCIENCES LTD.,

                      Defendants.

—————————————————————— x

: Civil Action No. 1:21-cv-00918-KAM-VMS

: CLASS ACTION

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFF'S
OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

I, Evan J. Kaufman, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiff SEPTA Pension Plan Master Trust ("Plaintiff") in the above-captioned action. I respectfully submit this Declaration in support of Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss.

2.      Attached hereto as Appendix A is a true and correct copy of Plaintiff's responses to Defendants' Appendix A attached to the Declaration of Heather M. Speers, dated May 27, 2022;

3.      Attached hereto as <u>Appendix B</u> is a true and correct copy of a table prepared by Plaintiff's counsel listing the Earnout Shares of Immunovant stock obtained by Defendant Roivant Sciences Ltd., entities affiliated with Defendant Roderick Wong, and other Legacy Immunovant shareholders pursuant to the Share Exchange Agreement for HSAC's acquisition of Legacy Immunovant;

4.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a March 16, 2022 email from the U.S. Food and Drug Administration's Division of Information Disclosure Policy, FOIA Branch;

5.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Immunovant's Preliminary Proxy Statement, filed with the SEC on August 2, 2021;

6.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the historical prices of Immunovant stock as published on Yahoo Finance as downloaded on July 25, 2022; and

7.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from Immunovant's Prospectus, dated April 10, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2022, at Melville, New York.

DATED:  July 26, 2022

_/s/ Evan J. Kaufman_
EVAN J. KAUFMAN

<u>CERTIFICATE OF SERVICE</u>

I, Evan J. Kaufman, hereby certify that on July 26, 2022, I caused a true and correct copy of the foregoing document to be served on all counsel of record by providing them with copies via electronic mail.

*/s/ Evan J. Kaufman*

EVAN J. KAUFMAN