# APPENDIX A

**Plaintiff's Responses to Defendants' Appendix A[1]**

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 1. | September 2020 Offering Documents (Exs. 1, 2) | 95 | **Our Controlling Stockholder** *Roivant is currently our majority stockholder, and we are a "controlled company" within the meaning of the listing rules of Nasdaq. We will remain a "controlled company" so long as 50% of the voting power for the election of directors is held by Roivant.* As such, we are availing ourselves of certain controlled company exemptions under the Nasdaq listing rules. *We are not required to have a majority of "independent directors" on our board of directors, as defined under the Nasdaq listing rules, or to have a compensation committee or a committee performing the director nominating function composed entirely of independent directors. Roivant will be able to exercise control over all matters requiring stockholder approval, including the election of our directors and approval of significant corporate transactions.* In addition, Roivant, as the holder of Series A preferred stock, has the right to elect a certain number of Series A Preferred Stock, has the right to elect a certain number of Series A preferred Directors in | • Inactionable disagreement with trial design • No facts supporting "anticipated risk" theory • No connection to alleged basis of falsity | • Plaintiff includes this statement to show Roivant's status as Immunovant's controlling shareholder • Plaintiff does not allege this statement is misleading • As stated in Plaintiff's Opposition, due to a typographical error, this statement was inadvertently referenced as false and misleading |

[1]     As discussed in §III.B. in Plaintiff's Ominbus Opposition to Defendants' Motions to Dismiss ("Plaintiff's Opposition"), the Court should not consider Defendants' Appendix A in deciding Defendants' motions to dismiss because it serves as an inappropriate way for Defendants to exceed the page limit.  If the Court is inclined to consider Defendants' Appendix A, Plaintiff concisely responds to Defendants' arguments.  Plaintiff's arguments for the following issues can be found in Plaintiff's Opposition: The AC Alleges Numerous Reliable Facts Showing Elevated Cholesterol Was an Anticipated Risk of IMVT-1401 in §III.C.4(a)-(c); The AC Adequately Alleges Defendants Issued Materially False and Misleading Statements and Omitted Material Information in §III.C.3; Defendants' Materially-False and Misleading Statements and Omissions are Actionable in §III.C.5; Defendants Statements Are Not Nonactionable Opinion Statements in §III.C.6(a); Defendants' Statements Are Not Nonactionable Puffery in §III.C.6(b); and The Alleged Misrepresentations and Omissions Are Not Protected by the Bespeaks Caution Doctrine or the PSLRA Safe Harbor in §III.C.6(c).

[2]     "¶¶" refers to Plaintiff's Amended Complaint ("AC"; ECF No. 44).  All **bolded**, *italicized*, and/or underlined text reflects emphasis added in Defendant's Appendix A.  Plaintiff replicated Defendants' Appendix A and included a new column titled, "Plaintiff's Responses."

[3]     The AC groups statements into specific paragraphs to provide the proper context for the portions of the statements which were false and misleading.  Defendants' Appendix A takes statements that were in a single paragraph in the AC and breaks them down into multiple individual parts of the statement, resulting in loss of context and an excessive number of individual entries.  Plaintiff's responses indicate when: (i) Defendants have split up statements as alleged; and (ii) parts of statements were included in the AC for context.

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | accordance with the provisions of our amended and restated charter. | | |
| 2. | September 2020 Offering Documents (Exs. 1, 2) | 96 | Clinical trials are conducted under protocols detailing, among other things, the objectives of the study, the parameters to be used in monitoring safety and the effectiveness criteria to be evaluated…<br><br>• Phase 1 — The investigational product is initially introduced into healthy human subjects or patients with the target disease or condition. ***These studies are designed to test the safety***, dosage tolerance, absorption, metabolism, distribution and elimination of the investigational product in humans, the ***side effects associated with increasing doses***, and, if possible, to gain early evidence on effectiveness.<br><br>• Phase 2 — The investigational product is administered to a limited patient population with a specified disease or condition to evaluate the preliminary efficacy, optimal dosages and dosing schedule ***and to identify possible adverse side effects and safety risks***. Multiple Phase 2 clinical trials may be conducted to obtain information prior to beginning larger and more expensive Phase 3 clinical trials.<br><br>• Phase 3 — The investigational product is administered to an expanded patient population to further evaluate dosage, to provide statistically significant evidence of clinical efficacy and to further test for safety, generally at multiple geographically dispersed clinical trial sites. These clinical trials are intended to establish the overall risk/benefit ratio of the investigational product and to provide an adequate basis for product approval. These trials may include comparisons with placebo | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Used for context to show what a reasonable person expected with respect to IMVT-1401's clinical trials<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Should be read in conjunction with other specific statements about trials<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant's clinical trials were not "designed to test . . . safety" or "to identify possible adverse side effects and safety risks" because the trials did not monitor or assess potential safety and side effect issues related to cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | and/or other comparator treatments. The duration of treatment is often extended to mimic the actual use of a product during marketing. | | |
| 3. | September 2020 Offering Documents (Exs. 1, 2) | 98 | ***Unfortunately, safe and effective treatment options for patients suffering from autoimmune diseases are lacking.*** Currently available treatments are generally limited to corticosteroids and immunosuppressants in early-stage disease and intravenous immunoglobulin, or IVIg, or plasma exchange in later-stage disease. ***These approaches often fail to address patients' needs since they are limited by delayed onset of action, waning therapeutic benefit over time and unfavorable safety profiles.***<br><br>* * *<br><br>FcRn plays a pivotal role in preventing the degradation of IgG antibodies. The physiologic function of FcRn is to modulate the catabolism of IgG antibodies, and inhibition of FcRn, such as through use of an anti-FcRn antibody, has been shown to reduce levels of pathogenic IgG antibodies. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because contrasts safety of IMVT-1401 with competing solutions but failed to disclose there was an anticipated risk that IMVT-1401 elevated cholesterol levels |
| 4. | September 2020 Offering Documents (Exs. 1, 2) | 98 | ***Completed clinical trials of Immunovant and other anti-FcRn antibodies in IgG-mediated autoimmune diseases have generated promising results, suggesting that FcRn is a therapeutically important pharmacologic target to reduce levels of these disease-causing IgG antibodies.*** | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in AC<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading to represent that clinical trial results of IMVT-1401 were "promising" when trial didn't tested for the impact on cholesterol levels<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial |

- 3 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 5. | September 2020 Offering Documents (Exs. 1, 2) | 98 | ***In several nonclinical studies and a multi-part Phase 1 clinical trial in healthy volunteers, intravenous and subcutaneous delivery of IMVT-1401 demonstrated dose-dependent IgG antibody reductions and was observed to be well tolerated.*** | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in that paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Untrue because animal studies revealed substantial increases in cholesterol; misleading because unknown whether "Phase 1 clinical trial" was "well tolerated" because Immunovant failed to test cholesterol<br><br>• Not nonactionable opinion; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol. a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 6. | September 2020 Offering Documents (Exs. 1, 2) | 98 | In the highest dose cohort from the multiple-ascending dose portion of the Phase 1 clinical trial, four weekly subcutaneous administrations of 680 mg resulted in a mean maximum reduction of serum IgG levels of 78%, with a standard deviation of 2%. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

- 4 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 7. | September 2020 Offering Documents (Exs. 1, 2) | 98 | ***IMVT-1401 was generally well-tolerated in this study, and the majority of adverse events, or AEs, reported were mild or moderate**. Injection site reactions were similar between IMVT-1401 and placebo arms.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in AC<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misrepresentation because this study did not include a standard cholesterol panel<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 8. | September 2020 Offering Documents (Exs. 1, 2) | 98 | We are developing IMVT-1401 as a fixed-dose subcutaneous injection, with an initial focus on the treatment of MG, TED and WAIHA. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 9. | September 2020 Offering Documents (Exs. 1, 2) | 98 | In addition, we intend to announce three new indications for IMVT- 1401 over the next 12 months. | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

- 5 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement<br><br>• No connection to alleged basis of falsity | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; cautionary language not adequate<br><br>• "to announce three new indications for IMVT-1401 over the next 12 months" misleading because it gave the impression clinical trials progressing rapidly but failed to disclose the trials didn't test for anticipated risk |
| 10. | September 2020 Offering Documents (Exs. 1, 2) | 100 | Our goal is to become a leading biopharmaceutical company in the development and commercialization of innovative therapies for autoimmune diseases with significant unmet need. To execute our strategy, we plan to:<br><br>• Maximize the probability of success of IMVT-1401. We plan to leverage IMVT-1401's differentiated profile in target indications where the anti-FcRn mechanism has already established clinical proof-of-concept. We intend to identify and target a variety of IgG- mediated autoimmune indications based on the following factors:<br><br>  • Inadequacy of the standard of care;<br><br>  • Disease severity that warrants novel therapies;<br><br>  • Ability to rapidly establish proof-of-concept through comparatively short duration clinical trials using validated clinical endpoints; and<br><br>  • Ability to rapidly initiate pivotal trial programs and potentially receive regulatory approval. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery<br><br>• Forward-looking statement<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|-----|--------|-----|-------------------------|----------------------|----------------------|
| 11. | September 2020 Offering Documents (Exs. 1, 2) | 100 | The prevalence of certain IgG-mediated autoimmune diseases are set forth in the following table: | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 12. | September 2020 Offering Documents (Exs. 1, 2) | 102 | ***In a Phase 1 clinical trial***, IMVT-1401 has demonstrated dose- dependent reductions in serum levels of IgG antibodies and was ***well-tolerated*** following subcutaneous and intravenous administration to healthy volunteers. In addition, completed clinical trials of other anti-FcRn antibodies have produced positive proof-of- concept activity in multiple IgG-mediated autoimmune diseases. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• "well-tolerated" misleading because trial did not test for the anticipated risk of cholesterol unbeknownst to investors<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 13. | September 2020 Offering Documents (Exs. 1, 2) | 102 | We believe that these ***data support FcRn as a viable pharmacologic target with the potential to address multiple IgG- mediated autoimmune diseases.*** | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • Opinion<br><br>• Puffery | • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 14. | September 2020 Offering Documents<br><br>(Exs. 1, 2) | 102 | We intend to develop IMVT-1401 as a fixed-dose, self-administered subcutaneous injection on a convenient weekly, or less frequent, dosing schedule. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 15. | September 2020 Offering Documents<br><br>(Exs. 1, 2) | 104 | **Phase 1 Clinical Trials of IMVT-1401 in Healthy Volunteers**<br><br>We have completed a multi-part, placebo-controlled Phase 1 clinical trial involving 99 healthy volunteers in Australia and Canada, administering IMVT-1401 both as an intravenous infusion and as a subcutaneous injection. In this trial, 77 subjects received at least one dose of IMVT-1401 and 22 subjects received placebo. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 16. | September 2020 Offering Documents | 104 | *The IgG reductions we observed in this multi-part, placebo- controlled Phase 1 clinical trial support the continued development of IMVT-1401*, however, this trial did not include pre-specified endpoints for IgG | • Inactionable disagreement with trial design | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | (Exs. 1, 2) | | reduction, and we cannot be certain that similar IgG reductions will be observed in any future clinical trials. | • No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Phase 1 clinical trial didn't test for anticipated risk of elevated cholesterol<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 17. | September 2020 Offering Documents (Exs. 1, 2) | 104 | *Safety Data*<br><br>***In our multi-part, placebo-controlled Phase 1 clinical trial, IMVT- 1401 has been observed to be well-tolerated with no Grade 3 or Grade 4 treatment emergent AEs and no discontinuations due to AEs.*** | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• "well-tolerated" misleading because trial did not test for the anticipated risk of cholesterol<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 18. | September 2020 Offering Documents | 104 | ***The most commonly reported AE has been mild erythema and swelling at the injection site, which typically resolved within hours and had a similar incidence between subjects receiving IMVT- 1401*** | • Inactionable disagreement with trial design | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | (Exs. 1, 2) | | *and placebo*. These reactions at the injection site were not considered dose-related and did not increase with multiple administrations of IMVT-1401 in the multiple-dose cohorts. | • No facts supporting "anticipated risk" theory<br><br>• Opinion | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 19. | September 2020 Offering Documents (Exs. 1, 2) | 104 | *To date, two serious AEs have been reported, both of which have been assessed as unrelated to IMVT-1401 by the study investigator. There have been no treatment-related serious AEs reported.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 20. | September 2020 Offering Documents (Exs. 1, 2) | 104 | *Dose-dependent and reversible albumin reductions were observed in the single-ascending and multiple-ascending dose cohorts.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 21. | September 2020 Offering Documents (Exs. 1, 2) | 104 | In the 680 mg multiple-ascending dose cohort, most subjects reached nadir before administration of the final dose. Mean reduction in albumin levels at day 28 were 20% in the 340 mg multiple-dose cohort, and 31% in the 680 mg multiple-dose cohort. For | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | subjects in the 340 mg and 680 mg cohorts, the mean albumin levels at day 28 were 37.5 g/L and 32.4 g/L, respectively (normal range 36-51 g/L). | • No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | |
| 22. | September 2020 Offering Documents (Exs. 1, 2) | 104 | *These reductions were not associated with any AEs or clinical symptoms and did not lead to any study discontinuations.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 23. | September 2020 Offering Documents (Exs. 1, 2) | 106 | The Sept. 2020 Offering Documents contained a table of the "Most Common Adverse Events Reported in Phase 1 Clinical Trial of IMVT-1401" but the table failed to properly disclose safety concerns related to cholesterol. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Including a chart with the "Most Common Adverse Events Reported in Phase 1 Clinical Trial of IMVT-1401" misleading because investors were unaware that the phase 1 trial did not test for cholesterol despite it being an anticipated risk |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 24. | September 2020 Offering Documents (Exs. 1, 2) | 107 | ***Nonclinical Studies of IMVT-1401***<br><br>Cynomolgus monkeys were selected as the primary species for nonclinical testing, given the high degree of sequence homology to human FcRn and IMVT-1401's strong binding affinity for monkey FcRn. Our partner, HanAll, completed five nonclinical studies of IMVT-1401 for the purposes of these studies) in cynomolgus monkeys.<br><br>* * *<br><br>Importantly from the 26-week toxicity study, based on the overall toxicity profile following 26 weeks of SC injections (200 mg/kg/week), the No-Observed-Adverse-Effect-Level (NOAEL) of IMVT-1401 following SC injection was concluded to be 100 mg/kg/dose or 200 mg/kg/week; we estimate that this represents an approximate 3-fold safety margin (100 mg/kg/dose) when compared to the planned clinical dose of 680 mg/dose taking into account allometric corrections between monkeys and humans. Moreover, the estimated safety margin is increased to approximately 6-fold when considering IMVT-1401 was administered twice per week at 200 mg/kg/week. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• No connection to alleged basis of falsity | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• False because Immunovant's animal studies revealed substantial increases in cholesterol for animals taking IMVT-1401 |
| 25. | September 2020 Offering Documents (Exs. 1, 2) | 107 | Overall, in these nonclinical studies, there was a robust PK/TK and PD correlation in cynomolgus monkeys after removing the confounding element of ADA. The immunogenicity response to human proteins generated in nonclinical species is generally not predictive of that in the human. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • False because Immunovant's animal studies revealed substantial increases in cholesterol for animals taking IMVT-1401 |
| 26. | September 2020 Offering Documents (Exs. 1, 2) | 107 | *Nevertheless, subjects in clinical trials with IMVT-1401 will be carefully monitored for any AEs, including those related to immunogenicity.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not true that "subjects in clinical trials with IMVT-1401 will be carefully monitored for any AEs" because Immunovant was not carefully monitoring for the AE of elevated cholesterol<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 27. | September 2020 Offering Documents (Exs. 1, 2) | 109 | *ASCEND MG Trial*<br><br>In August 2019, we initiated dosing in our ASCEND MG clinical trial. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 28. | September 2020 Offering Documents | 109 | The ASCEND MG trial is a multi-center, randomized, placebo- controlled Phase 2a clinical trial designed to evaluate the safety, tolerability, pharmacodynamics, and efficacy of IMVT-1401 in patients with moderate- | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|-----|--------|-----|----------------------|----------------------|----------------------|
| | (Exs. 1, 2) | | to-severe MG, as defined by MGFA Class II through IVa, and QMG scores greater than or equal to 12 … The primary endpoints of this trial are assessment of the safety and tolerability of IMVT-1401 and measurement of the changes from baseline in levels of total IgG subclasses and anti-AChR IgG… | • No facts supporting "anticipated risk" theory | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol levels |
| 29. | September 2020 Offering Documents (Exs. 1, 2) | 109 | ***Consistent with previously reported Phase 1 results, IMVT-1401 was observed to be well-tolerated with no SAEs reported, no withdrawals due to AEs, and no imbalance in headaches.*** | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because Immunovant failed to test for anticipated risk of elevated cholesterol levels<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 30. | September 2020 Offering Documents (Exs. 1, 2) | 109 | **ASCEND GO-1 Trial**<br><br>In May 2019, we initiated dosing in our ASCEND GO-1 trial, an open label single-arm Phase 2a clinical trial of IMVT-1401 in Canada in patients with TED. We announced initial results from this trial in March 2020. Patients recruited for this trial have moderate-to-severe active TED with confirmed autoantibodies to TSHR. A total of seven patients were dosed weekly with subcutaneous injections for six weeks. The trial utilized an induction and maintenance strategy, using only subcutaneous injections. Patients received a 680 | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

- 14 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | mg dose for the first two administrations of study followed by a 340 mg dose for the final four administrations. | | |
| 31. | September 2020 Offering Documents (Exs. 1, 2) | 109 | The primary endpoints of this trial are safety and tolerability of IMVT-1401 over the six-week treatment period, as well as the change from baseline in levels of anti-TSHR antibodies, total IgG antibodies and IgG antibodies by subclasses… | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Primary endpoints of the trial couldn't have been "safety and tolerability" when the trial didn't test for the anticipated risk of cholesterol |
| 32. | September 2020 Offering Documents (Exs. 1, 2) | 109 | *The safety and tolerability profile observed was consistent with the prior Phase 1 trial of IMVT-1401 in 99 healthy volunteers.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol levels<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 33. | September 2020 Offering Documents (Exs. 1, 2) | 109 | *Mean albumin reduction from baseline to end of treatment was 24%.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |

- 15 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 34. | September 2020 Offering Documents (Exs. 1, 2) | 109 | ***All AEs were mild or moderate and there were no headaches reported.*** | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 35. | September 2020 Offering Documents (Exs. 1, 2) | 109 | **ASCEND WAIHA Trial** <br><br> In November 2019, we submitted our IND to the FDA for WAIHA and, in December 2019, our IND was cleared for Phase 2 trial initiation. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Statements included in AC for context |
| 36. | September 2020 Offering Documents (Exs. 1, 2) | 109 | The ASCEND WAIHA trial will explore the potential of IMVT- 1401 to increase hemoglobin levels and assess the safety and tolerability of IMVT-1401 in this population. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Statements included in AC for context |

- 16 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • Forward-looking statement | |
| 37. | September 2020 Offering Documents (Exs. 1, 2) | 109 | Patients in this trial will be treated with one of two doses of IMVT- 1401 (680 mg or 340 mg) administered weekly by subcutaneous injection for 12 weeks. The primary endpoint of this trial is the proportion of responders, defined as patients achieving a hemoglobin level of at least 10 g/dL and at least a 2 g/dL increase from baseline. Secondary endpoints include change from baseline in other hematologic and chemistry parameters, time to response, patient reported outcome measures, total IgG antibodies and IgG antibodies by subclasses. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 38. | September 2020 Offering Documents (Exs. 1, 2) | 109 | We plan to report initial results from the high-dose cohort of this Phase 2a trial of IMVT-1401 in patients with WAIHA in the first quarter of calendar year 2021. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |
| 39. | September 2020 Offering Documents (Exs. 1, 2) | 111 | **ASCEND GO-2 Trial**<br><br>In October 2019, we initiated dosing in our ASCEND GO-2 trial, a randomized, masked, placebo-controlled Phase 2b clinical trial in 77 patients with moderate-to-severe active TED with confirmed autoantibodies to TSHR. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 40. | September 2020 Offering Documents (Exs. 1, 2) | 111 | The ASCEND GO-2 trial explores the potential of IMVT-1401 to improve proptosis and *assesses the safety and tolerability of IMVT- 1401 in this population*. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol levels and therefore, could not have been aware of the complete safety and tolerability profile |
| 41. | September 2020 Offering Documents (Exs. 1, 2) | 111 | Patients in this trial will be treated with one of three doses of IMVT- 1401 (680 mg, 340 mg or 255 mg) or placebo administered weekly by subcutaneous injection for 12 weeks. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 42. | September 2020 Offering Documents (Exs. 1, 2) | 111 | The primary endpoints of this trial are the proptosis responder rate measured at week 13, defined as the percentage of patients with a greater than or equal to 2 mm reduction in proptosis in the study eye without deterioration in the fellow eye, and safety and tolerability… | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because safety and tolerability results did not include anticipated risk of cholesterol, unbeknownst to investors |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 43. | September 2020 Offering Documents (Exs. 1, 2) | 111 | We currently remain on track to report initial results from our ASCEND GO-2 trial in the first half of calendar year 2021. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Puffery<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |
| 44. | September 2020 Offering Documents (Exs. 1, 2) | 113 | We anticipate initiating our Phase 3 clinical trial of IMVT-1401 in patients with MG in the first half of calendar year 2021. We currently remain on track to report initial results from our ASCEND GO-2 trial in the first half of calendar year 2021. We plan to report initial results from the high dose cohort of our Phase 2a trial of IMVT-1401 in patients with WAIHA in the first quarter of calendar year 2021. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Puffery<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 45. | September 2020 Offering Documents | 121 | *We are reliant on third parties to conduct, supervise and monitor our clinical trials, and if those third parties perform in an unsatisfactory* | • Inactionable disagreement with trial design | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | (Exs. 1, 2) | | *manner or fail to comply with applicable requirements, it may harm our business.* <br><br> We currently do not have the ability to independently conduct nonclinical studies that comply with Good Laboratory Practice, or GLP, requirements. We also do not currently have the ability to independently conduct any clinical trials. We rely exclusively on CROs and clinical trial sites, which need to comply with GCP, to ensure the proper and timely conduct of our clinical trials, and we have limited influence over their actual performance. | • No facts supporting "anticipated risk" theory | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Generic and boilerplate risk disclosure statement |
| 46. | September 2020 Offering Documents (Exs. 1, 2) | 123 | Failures can occur at any stage of clinical trials, and we could encounter problems that cause us to abandon or repeat clinical trials. In addition, results from clinical trials may require further evaluation, delaying the next stage of clinical development or submission of a BLA. Further, product candidates in later stages of clinical trials may fail to show the desired safety and efficacy traits despite having progressed through nonclinical studies and initial clinical trials, and such product candidates may exhibit negative safety signals in later stage clinical trials that they did not exhibit in nonclinical or earlier-stage clinical trials… <br><br> The commencement and completion of clinical trials may be delayed by several factors, including: … <br><br> • unforeseen safety issues, or subjects experiencing severe or unexpected adverse events, or AEs; <br><br> * * * <br><br> *Our product candidate may cause adverse events or have other properties that could delay or prevent their regulatory approval, cause us to suspend or discontinue clinical trials, abandon further* | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Generic and boilerplate risk disclosures failed to warn investors that clinical trial results should be viewed from the perspective of the fact that the clinical trials did not monitor, assess or mitigate a key anticipated risk |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | *development or limit the scope of any approved label or market acceptance.* Adverse events associated with our product candidate in our clinical trials could cause us, other reviewing entities, clinical trial sites or regulatory authorities to interrupt, delay or halt clinical trials and could result in the denial of regulatory approval. | | |
| 47. | September 2020 Offering Documents (Exs. 1, 2) | 125 | *The results of our nonclinical and clinical trials may not support our proposed claims for our product candidate, or regulatory approval on a timely basis or at all, and the results of earlier studies and trials may not be predictive of future trial results.* * * * *We are at an early stage in our development efforts for IMVT- 1401 and we may not be able to successfully develop and commercialize our product candidate on a timely basis or at all.* We have not yet succeeded and may never succeed in demonstrating efficacy and safety for IMVT-1401 in pivotal clinical trials or in obtaining marketing approval thereafter. For example, although we and our licensing partner have evaluated IMVT-1401 nonclinical studies and in early-stage clinical trials, we have not yet advanced IMVT-1401 into a large-scale, pivotal clinical trial for any indication. Positive results from our early-stage clinical trials are not necessarily predictive of the results of our planned clinical trials of IMVT-1401. | • Inactionable disagreement with trial design • No facts supporting "anticipated risk" theory | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 • Generic and boilerplate risk disclosures failed to warn investors that clinical trial results should be viewed from the perspective of the fact that the clinical trials did not monitor, assess or mitigate a key anticipated risk |
| 48. | September 2020 Offering Documents | 127 | *Our business is heavily dependent on the successful development, regulatory approval and* | • Inactionable disagreement with trial design | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | (Exs. 1, 2) | | *commercialization of our sole product candidate, IMVT-1401.*<br><br>* * *<br><br>In addition, *if our product candidate encounters safety or efficacy problems*, developmental delays, regulatory issues, supply issues, or other problems in one of our target indications, *our development plans for our product candidate could be significantly harmed in other indications, which would have a material adverse effect on our business*. | • No facts supporting "anticipated risk" theory | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Generic and boilerplate risk disclosures failed to warn investors that clinical trial results should be viewed from the perspective of the fact that the clinical trials did not monitor, assess or mitigate a key anticipated risk |
| 49. | October 2, 2019 Press Release (Ex. 9) | 170 | Immunovant is developing IMVT-1401, *a fully human antibody to FcRn that delivered a mean IgG reduction of nearly 80% in a Phase 1 study* of healthy volunteers receiving 4 weekly 680 mg subcutaneous injections | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because unbeknownst to investors, the trial didn't test for the anticipated risk of cholesterol |
| 50. | October 2, 2019 Press Release (Ex. 9) | 170 | Immunovant is expected to have more than $100 million at closing to fund development of IMVT-1401 into 2H 2021 | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 51. | October 2, 2019 Press Release (Ex. 9) | 170 | Top-line data from ongoing *Phase 2a trial in Graves' ophthalmopathy expected by Q1 2020*<br><br>Top-line data from ongoing *Phase 2a trial in myasthenia gravis expected by Q2 2020* | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Top-line data misleading unbeknownst to investors, anticipated risk of cholesterol wasn't tested<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 52. | October 2, 2019 Press Release (Ex. 9) | 170 | Health Sciences Acquisitions Corporation ("HSAC," NASDAQ: HSAC), a special purpose acquisition company sponsored by RTW Investments, and Immunovant Sciences Ltd. ("Immunovant"), a clinical-stage biopharmaceutical company focused on enabling normal lives for patients with autoimmune diseases, today announced that they have entered into a definitive share exchange agreement ("SEA"). | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 53. | October 2, 2019 Press Release (Ex. 9) | 170 | HSAC will acquire 100% of the issued and outstanding shares in Immunovant. Upon closing, the combined company will be called Immunovant, Inc. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 54. | October 2, 2019 Press Release (Ex. 9) | 170 172 | "We are thrilled to have the opportunity to partner with the team at Immunovant. *We believe IMVT-1401 is a uniquely compelling asset within the FcRn drug class, which we expect will become a cornerstone therapy for treating many auto-antibody driven diseases," said Roderick T. Wong, M.D.,* President, Chief Executive Officer and Chairman of HSAC and Managing Partner and Chief Investment Officer of RTW Investments. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br>• "uniquely compelling" and "cornerstone therapy" misleading because the anticipated risk of elevated cholesterol levels which weren't tested |
| 55. | October 2, 2019 Press Release (Ex. 9) | 170 | In addition to the merger described above, Immunovant also announced today that it completed a $35 million private bridge financing with RTW Investments, BVF Partners, and Roivant Sciences Ltd. ("Roivant"). | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 56. | October 2, 2019 Press Release (Ex. 9) | 170 | The notes issued in this financing will convert into common shares of Immunovant immediately prior to the closing of the business combination. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 57. | October 2, 2019 Press Release (Ex. 9) | 173 | I am proud of the many milestones delivered by the Immunovant team this year, including completion of a *comprehensive Phase 1 program* demonstrating robust IgG reductions with simple subcutaneous injections and initiation of *a broad Phase 2 program with both first-in class and best-in-class potential* in multiple diseases with high unmet patient need. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 58. | October 2, 2019 Press Release (Ex. 9) | 173 | We believe the potency of IMVT-1401 and the ability to administer IMVT-1401 as a simple subcutaneous injection represent important potentially differentiating features of this product candidate. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Misleading to discuss potency of IMVT-1401 in comparison with competitors when trials didn't test for the anticipated risk of cholesterol |
| 59. | October 2, 2019 Press Release (Ex. 9) | 175 | In a Phase 1 study of healthy volunteers receiving 4 weekly subcutaneous injections, IMVT-1401 delivered a mean IgG reduction of 63% at a dose of 340 mg and a mean IgG reduction of 78% at a dose of 680 mg. | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Misleading because failed to disclose the clinical trials didn't conform with good clinical practices or test for anticipated risk of elevated levels of cholesterol |
| 60. | October 2, 2019 Press Release<br><br>(Ex. 9) | 175 | IMVT-1401 is currently being tested in a Phase 2a trial for Graves' ophthalmopathy (potentially a first-in-class anti-FcRn), with top-line data expected by Q1 2020, and in a Phase 2a trial for myasthenia gravis, with top-line data expected by Q2 2020. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |
| 61. | October 11, 2019 Merger Conference Call<br><br>(Ex. 17) | 177 | We think IMVT-1401 is a promising molecule that has the potential to be a pipeline in a product. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• Misleading; investors didn't know the trials didn't test for anticipated risk of cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 62. | October 11, 2019 Merger Conference Call (Ex. 17) | 177 | So to provide a bit of context, *we've been tracking the development of IMVT-1401 for several years now as part of our competitive analysis of the FcRn drug class*, which we expect will become a cornerstone therapy in autoantibody-driven disease. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context<br>• Statement supports allegations of scienter of Defendant Wong who was tracking IMVT-1401 and the competitive industry for several years. *See* Plaintiff's Opposition at §III.C.7 |
| 63. | October 11, 2019 Merger Call (Ex. 17) | 177 | We've been *impressed* by its ability to be given subcutaneously and *its robust reduction in IgG levels in comprehensive Phase I program.* | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• "We've been impressed by its . . . robust reduction in IgG levels in comprehensive Phase I program" false and misleading because Phase I program was not "robust" because it did not test for anticipated risk of elevated cholesterol and failed to disclose that a reduction in albumin levels may increase cholesterol |
| 64. | October 11, 2019 Merger Call (Ex. 17) | 177 | Finally, we are excited to have gained the support of the industry- leading life sciences investors, who have collectively agreed to provide over $100 million in connection with this transaction to fund the development of IMVT-1401. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

- 27 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 65. | October 11, 2019 Merger Call (Ex. 17) | 179 | We've developed a two-pronged strategy. Specifically, *we strive to be best-in-class in target indications* where the anti-FcRn approach has already established clinical proof of concept, and first-in-class in target indications with clear biologic rationale and no-in-class competition. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• False and misleading because Phase 1 program couldn't be considered "best-in-class" with anticipated risk of cholesterol which wasn't being tested |
| 66. | October 11, 2019 Merger Call (Ex. 17) | 179 | To these ends, I'm proud of the many milestones delivered by the Immunovant team this year, including *completion of a comprehensive Phase 1 program* demonstrating robust IgG reductions of 78% with simple weekly subcutaneous injections of 680 milligrams. Note that the Immunovant team ran this trial in Australia and Canada and successfully dosed 99 healthy volunteers across cohorts. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Puffery<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because the Phase 1 program wasn't "comprehensive" because didn't test for anticipated risk of cholesterol<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 67. | October 11, 2019 Merger Call (Ex. 17) | 179 | We've also initiated a **broad Phase 2 program with both first-in- class and best-in-class potential** in multiple diseases with high unmet patient need. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because the Phase 1 program didn't test for anticipated risk of cholesterol<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 68. | October 11, 2019 Merger Call (Ex. 17) | 179 | Importantly, IMVT-1401 was also **generally well tolerated in this good-sized Phase 1 trial**. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• "well tolerated" misleading because trials didn't test for anticipated risk of cholesterol |
| 69. | October 11, 2019 Merger Call (Ex. 17) | 179 | **Over the next 20 months, we anticipate four data readouts**. In the first quarter of 2020, we expect to report initial results from our **Phase 2a study in Graves' Ophthalmopathy**, a potentially site threatening disease affecting an estimated 15,000 to | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

- 29 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | 20,000 patients in the United States each year. Our Phase 2b study in the same indication is expected to report initial results in early 2021.<br><br>Additionally, in the first half of 2020, we expect to report top line results for our ***Phase 2a study in myasthenia gravis*** and initiate a pivotal Phase 3 study shortly thereafter. | • No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because the "initial results" and "top line results" were incomplete for failing to test for the anticipated risk of cholesterol<br><br>• This is not forward-looking because it is a mixed statement of present or historical fact |
| 70. | October 11, 2019 Merger Call<br><br>(Ex. 17) | 181 | [W]e conducted ***a large Phase 1 trial*** with 99 healthy volunteers. And in that trial, you mentioned headaches. So in our highest dose multiple ascending dose cohort, the 680 milligram subcutaneous dose, ***there are actually no headaches in that cohort, and across all the other various cohorts, we didn't see dose-dependent headaches nor did we see any significant prevalence of headaches***. In terms of injection site reactions, the definition of injection site reaction requires pain or tenderness, and we only had across the entire group of 99 subjects. There are only four, three, who received IMVT-1401 and one who received placebo, that had in any injection site pain and that was mild pain that resolved after a short period of time. So, this is a painless injection as we've seen to date. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• No connection to alleged basis of falsity | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 71. | October 11, 2019 Merger Call<br><br>(Ex. 17) | 181<br><br>183 | ***In terms of albumin reductions, we did see a dose-dependent reversible and asymptomatic albumin reductions in the Phase 1 trial***. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 72. | October 11, 2019 Merger Call (Ex. 17) | 183 | I would just add that there are – there's – the kind of "perfect knock out model" and that there are patients borne with close to 0% albumin and those people in the literature are generally asymptomatic with the exception of maybe a little bit of occasional edema, but they're basically healthy people. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • "perfect knock out model," "asymptomatic," "close to 0% albumin" materially misleading because Defendant Wong was minimizing the relationship between decreases in serum albumin and increases in cholesterol |
| 73. | November 25, 2019 Press Release | 185 | Graves' ophthalmopathy can be a devastating and sight-threatening disease with a dramatic impact on patients' vision and overall well-being. There is an urgent need for more effective and better tolerated treatment options which can be easily administered by physicians or patients. *By depleting the autoantibodies responsible for this condition, IMVT-1401 has the potential to become a foundational therapy for GO* and offer patients a convenient subcutaneously-administered treatment option to control their disease[.] | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion <br><br> • Puffery <br><br> • No connection to alleged basis of falsity | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • "IMVT-1401 has the potential to become a foundational therapy" misleading because anticipated risk of elevated cholesterol levels |
| 74. | November 27, 2019 Schedule 14A Proxy Statement (Ex. 3) | 187 | *Dose-dependent and reversible albumin reductions were observed in the single-ascending and multiple-ascending dose cohorts.* | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • Opinion | • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 75. | November 27, 2019 Schedule 14A Proxy Statement (Ex. 3) | 187 | In the 680 mg multiple-ascending dose cohort, most subjects reached nadir before administration of the final dose. Mean reduction in albumin levels at day 28 were 20% in the 340 mg multiple-dose cohort, and 31% in the 680 mg multiple-dose cohort. For subjects in the 340 mg and 680 mg cohorts, the mean albumin levels at day 28 were 37.5 g/L and 32.4 g/L, respectively (normal range 36-51 g/L). | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 76. | November 27, 2019 Schedule 14A Proxy Statement (Ex. 3) | 187 | ***These reductions were not associated with any AEs or clinical symptoms, and did not lead to any study discontinuations.*** | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 77. | November 27, 2019 Schedule 14A Proxy Statement (Ex. 3) | 187 | ***The clinical relevance of isolated, mild hypoalbuminemia is unknown, however, a hereditary syndrome associated with deficient albumin production has been described (Congenital Analbumenia).*** In this syndrome, ***despite extremely low or absent levels of albumin, those affected have*** | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | *only mild symptoms, including fatigue, low blood pressure and edema.* It is believed that compensatory mechanisms through the production of other proteins may allow for relatively normal physiologic function in this population. | • No facts supporting "anticipated risk" theory | • Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 78. | November 27, 2019 Schedule 14A Proxy Statement (Ex. 3) | 189 | 4.27 <u>Preclinical Development and Clinical Trials</u>. The studies, tests, preclinical development and clinical trials, if any, conducted by or on behalf of the Company *are being conducted in all material respects in accordance with experimental protocols, procedures and controls pursuant to accepted professional and scientific standards for products or product candidates comparable to those being developed by the Company* and all applicable laws and regulations, including the Federal Food, Drug, and Cosmetic Act and 21 C.F.R. parts 50, 54, 56, 58, 312, and 812. The descriptions of, protocols for, and data and other results of, the studies, tests, development and trials conducted by or on behalf of the Company that have been furnished or made available to the Purchaser or as provided in the Proxy Statement are accurate and *complete in all material respects* (other than to the extent certain portions thereof were redacted by the Company). | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because failed to inform investors the Company was not adhering to good clinical practices by not testing for anticipated risk of cholesterol |
| 79. | November 27, 2019 Schedule 14A Proxy Statement (Ex. 3) | 189 | *The Company is not aware of any studies, tests, development or trials the results of which reasonably call into question the results of the results of which call into question the results of the studies, tests, development and trials conducted by or on behalf of the Company*[.] | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Misleading because Immunovant was aware of information that could reasonably call into question their own results |
| 80. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 191 | *Phase 1 Clinical Trials of IMVT-1401 in Healthy Volunteers*<br><br>As of June 30, 2019, we have dosed 99 healthy volunteers in multi- part, placebo-controlled Phase 1 clinical trials conducted in Australia and Canada, both as an intravenous infusion and as a subcutaneous injection. In these trials, 77 subjects received at least one dose of IMVT-1401 and 22 subjects received placebo. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 81. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 191 | We expect this multi-part, placebo-controlled Phase 1 clinical trial in healthy volunteers to continue to support its IND submissions to the FDA for IMVT-1401 in each of our current target indications, MG, GO and WAIHA. The preliminary results of this trial are presented below. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• False and misleading because didn't inform investors that the trial did not test for cholesterol levels despite the anticipated risk |
| 82. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 192 | In May 2019, we initiated dosing in its ASCEND-GO 1 trial, a Phase 2a clinical trial in Canada in patients with GO. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because the ASCEND-GO 1 trial didn't test cholesterol despite the anticipated risk |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 83. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 192 | We anticipate reporting initial results from this trial in the first quarter of 2020. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because ASCEND-GO 1 trial didn't test for cholesterol despite the anticipated risk<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 84. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 192 | In October 2019, we initiated dosing in our ASCEND-GO 2 trial, a Phase 2b clinical trial for GO in the United States, Canada and Europe. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because the ASCEND-GO 2 trial didn't test for cholesterol (until the Phase 2b trial) despite the anticipated risk and didn't tell investors |
| 85. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 192 | We plan to report initial results from this trial in early 2021. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 86. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 193 | ***Safety Data*** <br><br> ***In our multi-part, placebo-controlled Phase 1 clinical trial, IMVT- 1401 has been observed to be well-tolerated with no Grade 3 or Grade 4 AEs and no discontinuations due to AEs.*** | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion <br><br> • Puffery | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts <br><br> • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading <br><br> • "well-tolerated" misleading because didn't test for anticipated risk of cholesterol |
| 87. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 193 | ***The most commonly reported AE has been mild erythema and swelling at the injection site, which typically resolved within hours and had a similar incidence between subjects receiving IMVT- 1401 and placebo.*** These reactions at the injection site were not considered dose-related and did not increase with multiple administrations of IMVT-1401 in the multiple-dose cohorts. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 88. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 193 | To date, two serious AEs have been reported, both of which have been assessed as unrelated to IMVT-1401 by the study investigator. ***There have been no treatment- related serious AEs reported.*** | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 89. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 193 | Dose-dependent and reversible albumin reductions were observed in the single-ascending and multiple-ascending dose cohorts. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 90. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 193 | In the 680 mg multiple-ascending dose cohort, most subjects reached nadir before administration of the final dose. Mean reduction in albumin levels at day 28 were 20% in the 340 mg multiple-dose cohort, and 31% in the 680 mg multiple-dose cohort. For subjects in the 340 mg and 680 mg cohorts, the mean albumin levels at day 28 were 37.5 g/L and 32.4 g/L, respectively (normal range 36-51 g/L). | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 91. | January 17, 2020 Form S-1 | 193 | ***These reductions were not associated with any AEs or clinical symptoms, and did not lead to any study discontinuations.*** | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | Registration Statement (Ex. 4) | | | • No facts supporting "anticipated risk" theory<br><br>• Opinion | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 92. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 193 | The clinical relevance of isolated, mild hypoalbuminemia is unknown, however, a hereditary syndrome associated with deficient albumin production has been described (Congenital Analbumenia). In this syndrome, despite extremely low or absent levels of albumin, those affected have only mild symptoms, including fatigue, low blood pressure and edema. It is believed that compensatory mechanisms through the production of other proteins may allow for relatively normal physiologic function in this population. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 93. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 195 | ***Preclinical Studies of IMVT-1401***<br><br>Cynomolgus monkeys were selected as the primary species for preclinical testing, given the high degree of sequence homology to human FcRn. Our partner, HanAll, completed five preclinical studies of IMVT-1401 referred as HL161BKN for the purposes of these studies) in cynomolgus monkeys. We're conducting two additional studies in cynomolgus monkeys. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because animal studies revealed substantial increases in cholesterol for animals taking IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 94. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | ***ASCEND-MG Trial*** <br><br> In August 2019, we initiated dosing in a randomized, blinded, placebo-controlled Phase 2a clinical trial of IMVT-1401 for the treatment of MG. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Statements included in AC for context |
| 95. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | ***The ASCEND-MG trial assesses safety and efficacy of IMVT-1401*** in an anticipated 21 patients with MG symptoms, as defined by MGFA Class II through IVa, and QMG scores greater than or equal to 12…The primary endpoints of this trial are assessment of the safety and tolerability of IMVT-1401 and identification of optimal dosing for Phase 3 administration through measurement of the changes from baseline in levels of total IgG subclasses and anti- AChR IgG... | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Misleading because Immunovant failed to test for anticipated risk of cholesterol |
| 96. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | We anticipate reporting top-line results from this trial in the first half of 2020. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • "top-line results" misleading when the trial didn't test for anticipated risk of increased cholesterol unbeknownst to investors <br><br> • Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for <br><br> • Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 97. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | **ASCEND-GO 1 Trial**<br><br>In May 2019, we initiated dosing in our ASCEND-GO 1 trial, an open label single-arm Phase 2a clinical trial of IMVT-1401 in Canada in patients with GO. Patients recruited for this trial have moderate-to-severe active GO with confirmed autoantibodies to TSHR. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 98. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | An anticipated eight patients will be dosed weekly with subcutaneous injections for six weeks. This trial will utilize an induction and maintenance strategy, using only subcutaneous injections. Patients will receive a 680 mg dose for the first two administrations of study followed by a 340 mg dose for the final four administrations. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 99. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | The primary endpoints of this trial will be safety and tolerability of IMVT-1401 over the six-week treatment period, as well as the change from baseline in levels of anti-TSHR antibodies, total IgG antibodies and IgG antibodies by subclasses… | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because Immunovant failed to test for anticipated risk of cholesterol |
| 100. | January 17, 2020 Form S-1 Registration Statement | 197 | We anticipate reporting initial results from this trial in the first quarter of 2020. | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | (Ex. 4) | | | • No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 101. | January 17, 2020 Form S-1 Registration Statement<br><br>(Ex. 4) | 197 | ***ASCEND-GO 2 Trial***<br><br>In October 2019, we initiated dosing in our ASCEND-GO 2 trial, a randomized, masked, placebo-controlled Phase 2b clinical trial in 77 patients with moderate-to-severe active GO with confirmed autoantibodies to TSHR. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 102. | January 17, 2020 Form S-1 Registration Statement<br><br>(Ex. 4) | 197 | The ASCEND-GO-2 trial explores the potential of IMVT-1401 to improve proptosis, ***and assesses the safety and tolerability of IMVT-1401 in this population***. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant failed to test for anticipated risk of cholesterol and therefore, could not have been aware of the complete safety and tolerability profile |
| 103. | January 17, 2020 Form S-1 Registration Statement<br><br>(Ex. 4) | 197 | Patients in this trial will be treated with one of three doses of IMVT- 1401 (680 mg, 340 mg or 255 mg) or placebo administered weekly by subcutaneous injection for 12 weeks. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 104. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | The primary endpoints of this trial are the proptosis responder rate measured at week 13, defined as the percentage of patients with a greater than or equal to 2 mm reduction in proptosis in the study eye without deterioration in the fellow eye, and safety and tolerability… | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because safety and tolerability results did not include anticipated risk of cholesterol, unbeknownst to investors |
| 105. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | We anticipate reporting initial results from this trial in early 2021. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 106. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | **ASCEND-WAIHA Trial**<br><br>In November 2019, we submitted our IND to the FDA for WAIHA and, in December 2019, our IND was cleared for Phase 2 trial initiation. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 107. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | We plan to report initial results from the Phase 2a WAIHA study in the fourth quarter of 2020. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 108. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | The ASCEND-WAIHA trial will explore the potential of IMVT-1401 to increase hemoglobin levels and assess the safety and tolerability of IMVT-1401 in this population. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 109. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | Patients in this trial will be treated with one of two doses of IMVT- 1401 (680 mg or 340 mg) administered weekly by subcutaneous injection for 12 weeks. The primary endpoint of this trial is the proportion of responders, defined as patients achieving a hemoglobin level of at least 10 g/dL and at least a 2 g/dL increase from baseline. Secondary endpoints include change from baseline in other hematologic and chemistry parameters, time to response, patient reported outcome measures, total IgG antibodies and IgG antibodies by subclasses. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 110. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 197 | We plan to report initial results from the first treatment cohort of this trial in the fourth quarter of 2020. | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

- 43 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 111. | January 17, 2020 Form S-1 Registration Statement (Ex. 4) | 199 | Clinical trials are conducted under protocols detailing, among other things, the objectives of the study, the parameters to be used in monitoring safety and the effectiveness criteria to be evaluated…<br><br>• Phase 1 — The investigational product is initially introduced into healthy human subjects or patients with the target disease or condition. These studies are designed to test the safety, dosage tolerance, absorption, metabolism, distribution and elimination of the investigational product in humans, the side effects associated with increasing doses, and, if possible, to gain early evidence on effectiveness.<br><br>• Phase 2 — The investigational product is administered to a limited patient population with a specified disease or condition to evaluate the preliminary efficacy, optimal dosages and dosing schedule and to identify possible adverse side effects and safety risks. Multiple Phase 2 clinical trials may be conducted to obtain information prior to beginning larger and more expensive Phase 3 clinical trials.<br><br>• Phase 3 — The investigational product is administered to an expanded patient population to further evaluate dosage, to provide statistically significant evidence of clinical efficacy and to | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Used for context to show what a reasonable person expected with respect to IMVT-1401's clinical trials<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Should be read in conjunction with other specific statements about trials<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant's clinical trials were not "designed to test . . . safety" or "to identify possible adverse side effects and safety risks" because they didn't monitor or assess potential safety and side effect issues related to cholesterol |

- 44 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | further test for safety, generally at multiple geographically dispersed clinical trial sites. These clinical trials are intended to establish the overall risk/benefit ratio of the investigational product and to provide an adequate basis for product approval. | | |
| 112. | February 14, 2020 Press Release (Ex. 10) | 201 | I am also proud of the team for getting IND clearance to begin our Phase 2a trial of IMVT-1401 in warm autoimmune hemolytic anemia. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 113. | February 14, 2020 Press Release (Ex. 10) | 201 | We look forward to four exciting data readouts between now and early 2021. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 114. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | In August 2019, we initiated dosing in our ASCEND-MG trial, a Phase 2a clinical trial in patients with MG. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 115. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | We plan to report top-line results from this trial in the first half of 2020. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 116. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | In May 2019, we initiated dosing in our ASCEND-GO 1 trial, a Phase 2a clinical trial in Canada in patients with GO. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 117. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | We anticipate reporting initial results from this trial in the first quarter of 2020. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 118. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | Enrollment is ongoing in our ASCEND-GO 2 trial, a Phase 2b clinical trial for GO in the United States, Canada and Europe. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 119. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | We plan to report initial results from this trial in early 2021. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 120. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | In November 2019, we submitted our investigational new drug application, or IND, to the U.S. Food and Drug Administration, or the FDA, for WAIHA, and in December 2019, our IND was cleared for Phase 2 trial initiation. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• "our IND was cleared for Phase 2 trial initiation" misleading because failed to disclose that Immunovant didn't test for anticipated risk of cholesterol and that animal studies showed increases in cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 121. | February 14, 2020 3Q19 Form 10-Q (Ex. 7) | 203 | We plan to report initial results from the Phase 2a WAIHA study in the fourth quarter of 2020. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 122. | February 25, 2020 SVB Leerink Global Healthcare Conference (Ex. 18) | 205 | So hypoalbuminemia, if you look at up, is the result of some very serious diseases. So normally if someone who has hypoalbuminemia, your differential diagnosis of physician might be severe liver disease, severe kidney disease, nephrotic syndrome, globally severe malnutrition but generally, hypoalbuminemia is part of the cause – I'm sorry, as a result of the condition, not a cause of a problem. In this case, we know what's causing the low albumin, which is a direct hindrance at the binding site. So the Fc receptor also recycles albumin and different assets have more or less interruption of that albumin binding site. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 123. | February 25, 2020 SVB Leerink Global Healthcare Conference (Ex. 18) | 205 | We have a little bit, and *we did see a 20% to 30% reduction in albumin that leveled off, depending on the dose, 20% In the 340 arm, 30% in the 680 arm. That's not something that was associated with any adverse events or edema in the Phase 1 trial. And it's pretty hard to find any published literature or expert opinion on what the sequelae of a albumin – of a mild albumin reduction would be. So, we're not seeing any issues to date.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 124. | February 25, 2020 SVB Leerink Global Healthcare Conference (Ex. 18) | 207 | I'm very, very excited about our thyroid eye disease program because it's an area of a lot of recent innovation, but still tremendous remaining opportunity. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 125. | February 25, 2020 SVB Leerink Global Healthcare Conference (Ex. 18) | 207 | I mean, first of all, it's important to say that we have two programs in thyroid eye disease. And one doesn't gate the other. So, we started them simultaneously for different reasons. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 126. | February 25, 2020 SVB Leerink Global Healthcare Conference (Ex. 18) | 207 | So the larger trial, which reads out at the beginning of 2021, that's a placebo-controlled multi-dose study with a 12-week endpoint, which I think is a more appropriate endpoint for a potential registration trial. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • Forward-looking statement | • Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |
| 127. | February 25, 2020 SVB Leerink Global Healthcare Conference (Ex. 18) | 207 | This first trial that you referenced, Tom, that is going to read out this quarter is a primarily a pharmacodynamic trial. It's an open-label trial that is testing a different dosing regimen. So, two doses at 680 milligrams and then four doses at 340 milligrams. So, six weeks of therapy, but two different doses. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 128. | February 25, 2020 SVB Leerink Global Healthcare Conference (Ex. 18) | 207 | *And the primary endpoints are safety and tolerability* and change in IgG level. But we will be measuring proptosis responder rate or change in proptosis scores and change in the clinical activity score, CAS, of course across this time window. And teprotumumab showed the result as early as six weeks. So, we would expect to see some as well. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant failed to test for the anticipated risk of cholesterol |
| 129. | March 30, 2020 Press Release (Ex. 11) | 209 | We are very excited by the initial results of this trial . . . [t]hese results provide an early proof-of-concept of the potential for IMVT- 1401 to ultimately become a *safe and effective treatment* for patients suffering from Thyroid Eye Disease… | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Misleading because Immunovant failed to test for the anticipated risk of cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 130. | March 30, 2020 Press Release (Ex. 11) | 209 | *[w]e look forward to reporting the study's full results, including detailed lab observations and 12 weeks of follow up data, at an upcoming medical meeting.* | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• False and misleading because the clinical trial did not test cholesterol<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 131. | March 30, 2020 Conference Call (Ex. 19) | 211 | I would like to start off by expressing how thrilled we are about the *positive clinical results we are announcing today in thyroid eye disease*. As the only subcutaneous therapy in clinical development for thyroid eye disease, we believe IMVT-1401 has the potential to be life-changing for patients, and we couldn't be happier with the outcome of this small proof-of-concept trial. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br>• "positive clinical results" false and misleading because, unbeknownst to investors, said results did not include any cholesterol testing despite the anticipated risk |
| 132. | March 30, 2020 Conference Call (Ex. 19) | 213 | ASCEND GO-1 is the first trial of an anti-FcRn in thyroid eye disease. We had 2 major objectives for this trial: first, the study was designed to test the pharmacodynamic response to a loading dose regimen; second, *the study was designed to examine the initial safety and efficacy of IMVT-1401 in thyroid eye disease*. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because Immunovant failed to test for the anticipated risk of cholesterol levels |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|-----|--------|-----|------------------------|----------------------|----------------------|
| 133. | March 30, 2020 Conference Call (Ex. 19) | 213 | Patients were treated with 2 weekly 680-milligram loading doses, followed by 4 weekly 340-milligram maintenance doses for a total of 6 weeks of treatment. Further study protocol, all patients include were positive for antibodies directed at the thyroid-stimulating hormone receptor. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 134. | March 30, 2020 Conference Call (Ex. 19) | 213 | We are also pleased to report that the safety and tolerability profile we observed in ASCEND GO-1 was in line with our expectations from our Phase 1 study in 99 healthy volunteers. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Misleading because Immunovant failed to test for the anticipated risk of cholesterol |
| 135. | March 30, 2020 Conference Call (Ex. 19) | 213 | We saw no serious adverse events or SAEs, no withdrawals due to adverse events and no headaches were reported in this trial. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 136. | March 30, 2020 | 213 | All adverse events were mild or moderate. | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|-----|--------|-----|------------------------|----------------------|----------------------|
| | Conference Call (Ex. 19) | | | • No facts supporting "anticipated risk" theory<br>• Opinion | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not a disagreement about trial design but misleading for failing to tell investors cholesterol was not being tested<br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 137. | March 30, 2020 Conference Call (Ex. 19) | 213 | For albumin, we observed an average reduction of 24%. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 138. | March 30, 2020 Conference Call (Ex. 19) | 213 | Albumin changes were asymptomatic in this trial as they were in Phase 1. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 139. | March 30, 2020 Conference Call (Ex. 19) | 213 | Thyroid eye disease Phase IIb study. Results are still possible in the first half of 2021. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because this statement led investors to believe results for IMVT-1401 were imminent when anticipated risk that could potentially derail progress wasn't being tested<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 140. | March 30, 2020 Conference Call (Ex. 19) | 213 | This study does have a meaningful number of European sites, which could prove challenging, depending on how the enrollment environment evolves there. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 141. | March 30, 2020 Conference Call (Ex. 19) | 213 | However, I expect the positive results we're announcing today to be a tailwind. In other words, now that our Phase IIa initial results are available, we are hopeful we'll be able to reaccelerate enrollment once our sites in Europe and North America recover. We expect to have more clarity by Q3 of this year. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Misleading because led investors to believe results were "positive", but they didn't test cholesterol, unbeknownst to investors |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 142. | March 30, 2020 Conference Call (Ex. 19) | 215 | I think on the safety side, the FDA is going to look at the full range of a data package for any asset that's submitted. *I think what we're really encouraged by in terms of our data to date is that all the adverse events that have been reported, both in our Phase I trial with healthy volunteers as well as in this trial, were just mild or moderate.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• False and misleading because animal studies showed a potential adverse event for cholesterol and Immunovant wasn't testing for this anticipated risk |
| 143. | March 30, 2020 Conference Call (Ex.19) | 215 | *We haven't had any SAEs.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 144. | March 30, 2020 Conference Call (Ex. 19) | 215 | And although the FDA, I don't think, would be particularly concerned about headaches, patients certainly would be, and so we are really encouraged to see no headaches in this trial, which is consistent with the type of data we presented from Phase I as well. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Discussing side effects without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 145. | April 10, 2020 Form 424B3 Final Prospectus | 217 | The 4/10/20 Registration Statement was filed with respect to the sale of 11,389,969 shares of Immunovant common stock that may be sold by several selling stockholders from time to time. More than 4 million shares were registered with respect to shares beneficially owned by entities affiliated with Defendant Wong. The 4/10/20 Registration Statement contained a following table listing the selling shareholders: <br><br>Please see the section titled "Plan of Distribution" for further information regarding the stockholders' method of distributing these shares. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • No connection to alleged basis of falsity | • Plaintiff includes this statement to show Defendant Wong's entities' ownership in Immunovant <br><br> • Plaintiff does not allege this statement is misleading <br><br> • As stated in Plaintiff's Opposition, due to a typographical error, this statement was inadvertently referenced as false and misleading |
| 146. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | In August 2019, we initiated dosing in our ASCEND MG trial, a Phase 2a clinical trial in patients with MG. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Statements included in AC for context |
| 147. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | We plan to report top-line results from this trial in the third quarter of calendar year 2020. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • Forward-looking statement | • Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 148. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | In May 2019, we initiated dosing in our ASCEND GO-1 trial, a Phase 2a clinical trial in Canada in patients with TED. We announced initial results from this trial in March 2020. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 149. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | Enrollment is ongoing in our ASCEND GO-2 trial, a Phase 2b clinical trial for TED in the United States, Canada and Europe. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 150. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | We currently plan to report top-line results from this trial in the first half of calendar year 2021. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 151. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | In November 2019, we submitted our investigational new drug application ("IND") to the U.S. Food and Drug Administration ("FDA") for WAIHA and, in December 2019, our IND was cleared for Phase 2 trial initiation. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for |
| 152. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | We plan to report top-line results for the high-dose cohort from our ASCEND WAIHA trial, a Phase 2a clinical trial in patients with WAIHA, by the end of calendar year 2020. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 153. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 218 | On March 30, 2020, we announced initial results from the ASCEND GO-1 trial. Mean reduction in total IgG levels from baseline to end of treatment was 65%. As evaluated at the end of treatment, four of seven patients (57%) improved by 2 points on the Clinical Activity Score (CAS). | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 154. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 220 | In several nonclinical studies and Phase 1 clinical trials in healthy volunteers, intravenous and subcutaneous delivery of IMVT-1401 *demonstrated dose-dependent IgG antibody reductions and was observed to be well tolerated.* | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br>• "well-tolerated" misleading because didn't test for anticipated risk of cholesterol |
| 155. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 220 | In the highest dose cohort from the multiple-ascending dose portion of the Phase 1 clinical trial, four weekly subcutaneous administrations of 680 mg resulted in a mean maximum reduction of serum IgG levels of 78%, and the standard deviation of the reduction was 2%. In addition, no headaches, an adverse event seen with some FcRn agents, have been noted to date in any of the subjects receiving IMVT-1401 in the 680 mg multiple-dose cohort. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Discussing side effects without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 156. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 222 | *Phase 1 Clinical Trials of IMVT-1401 in Healthy Volunteers*<br>As of June 30, 2019, we have dosed 99 healthy volunteers in multi- part, placebo-controlled Phase 1 clinical trials conducted in Australia and Canada, both as an intravenous infusion and as a subcutaneous injection. In these trials, 77 subjects received at least one dose of IMVT-1401 and 22 subjects received placebo. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 157. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 222 | *We expect this multi-part, placebo-controlled Phase 1 clinical trial in healthy volunteers to continue to support its IND submissions to the FDA for IMVT-1401 in each of our current target indications, MG, TED and WAIHA.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Misleading because the phase 1 trial results didn't test for cholesterol and therefore might not support IND submission, unbeknownst to investors |
| 158. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 224 | *Safety Data*<br><br>*In our multi-part, placebo-controlled Phase 1 clinical trial, IMVT-1401 has been observed to be well-tolerated with no Grade 3 or Grade 4 AEs and no discontinuations due to AEs.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• "well-tolerated" misleading because didn't test for anticipated risk of cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 159. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 224 | ***The most commonly reported AE has been mild erythema and swelling at the injection site, which typically resolved within hours and had a similar incidence between subjects receiving IMVT- 1401 and placebo.*** These reactions at the injection site were not considered dose related and did not increase with multiple administrations of IMVT-1401 in the multiple-dose cohorts. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 160. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 224 | To date, two serious AEs have been reported, both of which have been assessed as unrelated to IMVT-1401 by the study investigator. ***There have been no treatment-related serious AEs reported.*** | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 161. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 224 | Dose-dependent and reversible ***albumin reductions were observed*** in the single-ascending and multiple-ascending dose cohorts. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 162. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 224 | In the 680 mg multiple-ascending dose cohort, most subjects reached nadir before administration of the final dose. Mean reduction in albumin levels at day 28 were 20% in the 340 mg multiple-dose cohort, and 31% in the 680 mg multiple-dose cohort. For subjects in the 340 mg and 680 mg cohorts, the mean albumin levels at day 28 were 37.5 g/L and 32.4 g/L, respectively (normal range 36-51 g/L). | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 163. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 224 | ***These reductions were not associated with any AEs or clinical symptoms, and did not lead to any study discontinuations.*** | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 164. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 224 | The clinical relevance of isolated, mild hypoalbuminemia is unknown, however, a hereditary syndrome associated with deficient albumin production has been described (Congenital Analbumenia). In this syndrome, ***despite extremely low or absent levels of albumin, those affected have only mild symptoms***, including fatigue, low blood pressure and edema. It is | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | believed that compensatory mechanisms through the production of other proteins may allow for relatively normal physiologic function in this population. | | • Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 165. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 226 | ***Nonclinical Studies of IMVT-1401***<br><br>Cynomolgus monkeys were selected as the primary species for nonclinical testing, given the high degree of sequence homology to human FcRn and IMVT-1401's strong binding affinity for monkey FcRn. Our partner, HanAll, completed five nonclinical studies of IMVT-1401 (referred as HL161BKN for the purposes of these studies) in cynomolgus monkeys. We are conducting two additional studies in cynomolgus monkeys. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• False and misleading because Immunovant's animal studies revealed substantial increases in cholesterol for animals taking IMVT-1401 |
| 166. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | ***ASCEND MG Trial***<br><br>In August 2019, we initiated dosing in a randomized, blinded, placebo-controlled Phase 2a clinical trial of IMVT-1401 for the treatment of MG. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 167. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | ***The ASCEND MG trial assesses safety and efficacy of IMVT-1401*** in an anticipated 21 patients with MG symptoms, as defined by MGFA Class II through IVa, and QMG scores greater than or equal to 12…The primary endpoints of this trial are assessment of the safety and tolerability of IMVT-1401 and identification of optimal dosing for Phase 3 administration through measurement of the changes from baseline in levels of total IgG subclasses and anti- AChR IgG… | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant failed to test for the anticipated risk of cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 168. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | We anticipate reporting top-line results from this trial in the third quarter of calendar year 2020. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 169. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | ***ASCEND GO-1 Trial***<br><br>In May 2019, we initiated dosing in our ASCEND GO-1 trial, an open label single-arm Phase 2a clinical trial of IMVT-1401 in Canada in patients with TED. We announced initial results from this trial in March 2020. Patients recruited for this trial have moderate-to-severe active TED with confirmed autoantibodies to TSHR. A total of seven patients were dosed weekly with subcutaneous injections for six weeks. The trial utilized an induction and maintenance strategy, using only subcutaneous injections. Patients received a 680 mg dose for the first two administrations of study followed by a 340 mg dose for the final four administrations. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 170. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | The primary endpoints of this trial are safety and tolerability of IMVT-1401 over the six-week treatment period, as well as the change from baseline in levels of anti-TSHR antibodies, total IgG antibodies and IgG antibodies by subclasses… | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because Immunovant failed to test for the anticipated risk of cholesterol |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 171. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | *The safety and tolerability profile observed was consistent with the prior Phase 1 trial of IMVT-1401 in 99 healthy volunteers. All adverse events were mild or moderate and there were no headaches reported.* | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 172. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | *ASCEND GO-2 Trial* <br><br> In October 2019, we initiated dosing in our ASCEND GO-2 trial, a randomized, masked, placebo-controlled Phase 2b clinical trial in 77 patients with moderate-to-severe active TED with confirmed autoantibodies to TSHR. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Statements included in AC for context |
| 173. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | The ASCEND GO-2 trial explores the potential of IMVT-1401 to improve proptosis, and *assesses the safety and tolerability of IMVT-1401 in this population*. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Misleading because Immunovant failed to test for the anticipated risk of cholesterol |
| 174. | April 10, 2020 Form S-1 | 228 | Patients in this trial will be treated with one of three doses of IMVT-1401 (680 mg, 340 mg or 255 mg) or | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | Registration Statement (Ex. 5) | | placebo administered weekly by subcutaneous injection for 12 weeks. | • No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | |
| 175. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | The primary endpoints of this trial are the proptosis responder rate measured at week 13, defined as the percentage of patients with a greater than or equal to 2 mm reduction in proptosis in the study eye without deterioration in the fellow eye, and safety and tolerability… | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because safety and tolerability results did not include anticipated risk of cholesterol, unbeknownst to investors |
| 176. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | We currently anticipate reporting top-line results from this trial in the first half of calendar year 2021. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 177. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | **ASCEND WAIHA Trial**<br><br>In November 2019, we submitted our IND to the FDA for WAIHA and, in December 2019, our IND was cleared for Phase 2 trial initiation. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|-----|--------|-----|------------------------|----------------------|----------------------|
| | | | | • No connection to alleged basis of falsity | |
| 178. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | We plan to report top-line results for the high-dose cohort from our ASCEND WAIHA trial, a Phase 2a clinical trial in patients with WAIHA, by the end of calendar year 2020. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 179. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | The ASCEND WAIHA trial will explore the potential of IMVT- 1401 to increase hemoglobin levels and assess the safety and tolerability of IMVT-1401 in this population. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |
| 180. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | Patients in this trial will be treated with one of two doses of IMVT- 1401 (680 mg or 340 mg) administered weekly by subcutaneous injection for 12 weeks. The primary endpoint of this trial is the proportion of responders, defined as patients achieving a hemoglobin level of at least 10 g/dL and at least a 2 g/dL increase from baseline. Secondary endpoints include change from baseline in other hematologic and chemistry parameters, time to response, patient reported outcome measures, total IgG antibodies and IgG antibodies by subclasses. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 181. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 228 | We plan to report top-line results for the high-dose cohort from the first treatment cohort of this trial by the end of calendar year 2020. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk which wasn't tested for<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 182. | April 10, 2020 Form S-1 Registration Statement (Ex. 5) | 230 | Clinical trials are conducted under protocols detailing, among other things, the objectives of the study, the parameters to be used in monitoring safety and the effectiveness criteria to be evaluated…<br><br>• Phase 1 — The investigational product is initially introduced into healthy human subjects or patients with the target disease or condition. These studies test the safety, dosage tolerance, absorption, metabolism, distribution and elimination of the investigational product in humans, the side effects associated with increasing doses, and, if possible, to gain early evidence on effectiveness.<br><br>• Phase 2 — The investigational product is administered to a limited patient population with a specified disease or condition to evaluate the preliminary efficacy, optimal dosages and dosing schedule and to identify possible adverse side effects and safety risks. Multiple Phase 2 clinical trials may be conducted to obtain information prior to beginning larger and more expensive Phase 3 clinical trials. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Used for context to show what a reasonable person expected with respect to IMVT-1401's clinical trials<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Should be read in conjunction with other specific statements about trials<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant's clinical trials were not "designed to test…safety" or "to identify possible adverse side effects and safety risks" because didn't monitor or assess potential safety and side effect issues related to cholesterol |

- 68 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | • Phase 3 — The investigational product is administered to an expanded patient population to further evaluate dosage, to provide statistically significant evidence of clinical efficacy and to further test for safety, generally at multiple geographically dispersed clinical trial sites. These clinical trials are intended to establish the overall risk/benefit ratio of the investigational product and to provide an adequate basis for product approval. | | |
| 183. | June 29, 2020 Press Release (Ex. 12) | 234 | In March, Immunovant announced positive clinical results from ASCEND GO-1, a Phase 2a trial of IMVT-1401 in Thyroid Eye Disease (TED), which *reaffirmed IMVT-1401's prior safety and pharmacodynamic findings and demonstrated encouraging potential efficacy for patients with TED*. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol levels |
| 184. | June 29, 2020 Press Release (Ex. 12) | 234 | Complementing these findings, two recent successful studies for other drug candidates with the same mechanism of action provided strong clinical validation in MG and demonstrated a within-study relationship between the degree of IgG lowering and the magnitude of clinical benefit in MG. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Statements included in AC for context |

- 69 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No connection to alleged basis of falsity | |
| 185. | June 29, 2020 Press Release (Ex. 12) | 234 | *With proof-of-biology now established for anti-FcRn agents in MG, Immunovant has chosen to accelerate Phase 3 development of IMVT-1401 in MG.* | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because earlier clinical trials did not test for the anticipated risk of cholesterol |
| 186. | June 29, 2020 Press Release (Ex. 12) | 234 | *"Immunovant expects to engage the FDA on the design and conduct of the pivotal program and we expect the Agency's feedback to be an important part of the final plan,"* said Dr. Salzmann. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 187. | June 29, 2020 Press Release (Ex. 12) | 234 | Immunovant expects to report results from ASCEND MG, a Phase 2a trial of IMVT-1401 in MG, in late calendar Q3 or early calendar Q4. As previously communicated, results from the high dose cohort of ASCEND WAIHA, a Phase 2a trial of IMVT-1401 in Warm Autoimmune Hemolytic Anemia (WAIHA) are still possible by the end of the second half of 2020 and results from ASCEND GO-2, a Phase 2b trial of IMVT-1401 in TED, are still possible in the first half of 2021. Immunovant intends to provide an update on its anticipated clinical development timelines for TED | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading for discussing timeline when clinical trials could potentially be delayed due to anticipated cholesterol risk |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | and WAIHA in the third quarter of calendar year 2020. | | |
| 188. | June 29, 2020 Form 10-K (Ex. 6) | 238 | *Safety Data* <br><br> **In our multi-part, placebo-controlled Phase 1 clinical trial, IMVT- 1401 has been observed to be well-tolerated with no Grade 3 or Grade 4 treatment-emergent AEs and no discontinuations due to AEs.** | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion <br><br> • Puffery | • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts <br><br> • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 189. | June 29, 2020 Form 10-K (Ex. 6) | 238 | **The most commonly reported AE has been mild erythema and swelling at the injection site, which typically resolved within hours and had a similar incidence between subjects receiving IMVT- 1401 and placebo.** These reactions at the injection site were not considered dose-related and did not increase with multiple administrations of IMVT-1401 in the multiple-dose cohorts. | • Inactionable disagreement with trial design <br><br> • No facts supporting "anticipated risk" theory <br><br> • Opinion | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested <br><br> • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 <br><br> • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement <br><br> • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 190. | June 29, 2020 Form 10-K (Ex. 6) | 238 | To date, two serious AEs have been reported, both of which have been assessed as unrelated to IMVT-1401 by the study investigator. **There have been no treatment-related serious AEs reported.** | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph <br><br> • Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

- 71 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • No facts supporting "anticipated risk" theory | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 191. | June 29, 2020 Form 10-K (Ex. 6) | 238 | Dose-dependent and reversible albumin reductions were observed in the single-ascending and multiple-ascending dose cohorts. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 192. | June 29, 2020 Form 10-K (Ex. 6) | 238 | In the 680 mg multiple-ascending dose cohort, most subjects reached nadir before administration of the final dose. Mean reduction in albumin levels at day 28 were 20% in the 340 mg multiple-dose cohort, and 31% in the 680 mg multiple-dose cohort. For subjects in the 340 mg and 680 mg cohorts, the mean albumin levels at day 28 were 37.5 g/L and 32.4 g/L, respectively (normal range 36-51 g/L). | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 193. | June 29, 2020 Form 10-K (Ex. 6) | 238 | *These reductions were not associated with any AEs or clinical symptoms and did not lead to any study discontinuations.* | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • Opinion | • Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 194. | June 29, 2020 Form 10-K (Ex. 6) | 238 | The clinical relevance of isolated, mild hypoalbuminemia is unknown, however, a hereditary syndrome associated with deficient albumin production has been described (Congenital Analbumenia). In this syndrome, despite extremely low or absent levels of albumin, those affected have only mild symptoms, including fatigue, low blood pressure and edema. It is believed that compensatory mechanisms through the production of other proteins may allow for relatively normal physiologic function in this population. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 195. | August 25, 2020 Press Release | 240 | Consistent with previously reported Phase 1 results, *IMVT-1401 was observed to be generally safe and well-tolerated with no serious adverse events (SAEs), no withdrawals due to adverse events (AEs),* and no imbalance in headaches. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |

- 73 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • "well-tolerated" misleading because didn't test for anticipated risk of cholesterol<br><br>• Discussing AEs without mentioning that the trial did not test for the anticipated risk of heightened cholesterol is misleading |
| 196. | August 25, 2020 Press Release | 240 | Mean reductions in total serum IgG from baseline for the 340 mg and 680 mg cohorts were 59% and 76%, respectively. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 197. | August 25, 2020 Press Release | 240 | "We are absolutely thrilled with the results of this trial," said Pete Salzmann, M.D., Chief Executive Officer of Immunovant. "The clinical benefits we observed in this trial provide strong support that IMVT-might ultimately become a **best-in-class** anti-FcRn agent for MG patients." | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• misleading because failed to test for anticipated risk of elevated cholesterol levels unbeknownst to investors |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 198. | August 25, 2020 Conference Call (Ex. 20) | 242 | In line with our prior results, ***IMVT-1401 was observed to be generally well tolerated with no grade 3 treatment-emergent adverse events,*** no withdrawals due to adverse events and no imbalances in specific AEs. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• "well-tolerated" misleading because didn't test for anticipated risk of cholesterol<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 199. | August 25, 2020 Conference Call (Ex. 20) | 242 | Reductions in albumin were also consistent with prior studies, with a 16% reduction observed in the 340-milligram arm and a 26% reduction observed in the 680-milligram arm. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 200. | August 25, 2020 Conference Call (Ex. 20) | 242 | All albumin reductions were asymptomatic. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | | • Minimized potential negative impact of albumin reductions; scientific studies indicated albumin reductions elevate cholesterol |
| 201. | August 25, 2020 Conference Call (Ex. 20) | 242 | ***On the safety and tolerability side, our results were consistent with prior Phase I and Phase II results for IMVT-1401.*** Namely no severe adverse events, no withdrawals due to adverse event and a rate of mild to moderate adverse events that was well balanced with placebo. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol |
| 202. | August 25, 2020 Conference Call (Ex. 20) | 244 | Our thyroid eye disease Phase IIb trial remains on track, and we expect to share results in the first half of 2021. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Puffery<br>• Forward-looking statement | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |
| 203. | November 12, 2020 Press Release | 247 | Our team made outstanding operational and strategic progress during the fiscal second quarter…[f]irst, we reported positive topline results from our randomized, placebo-controlled trial of IMVT-1401 in patients with moderate-to-severe Myasthenia Gravis (MG). | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401 |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|-----|--------|-----|------------------------|------------------------|----------------------|
| | | | | • Opinion<br><br>• Puffery | • Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 204. | November 12, 2020 Credit Suisse Healthcare Conference Call | 249 | And what did we see going back here to the summary of our Phase IIa open-label proof-of-concept trial? So first of all, *we saw IgG reduction, which was as expected.* This was primarily a 340- milligram regimen for 6 weeks. *So the 65% reduction in IgG was consistent with what we had modeled this regimen would produce.* And then in terms of clinical activity score and proptosis response and double vision, we saw degrees of improvement, which were really, really encouraging, meaningful to patients and largely consistent with the data published by teprotumumab at 6 weeks. Of course, this is a small study. And that trial had 24 weeks for a primary endpoint. So comparing a 6-week open-label to a 24-week trial and looking at the data at 6 weeks, that needs to be done with caution. But I think holistic -- generally, you look at this information carefully, and you'd say it's largely consistent with the 6-week data for teprotumumab. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Misleading because discusses trial results without informing investors that the anticipated risk of increased cholesterol was not being tested |
| 205. | November 12, 2020 Credit Suisse Healthcare Conference Call | 249 | *On the safety side, importantly, there were no serious adverse events.* We actually saw no headaches in this trial either. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol |

- 77 -

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| 206. | November 12, 2020 Credit Suisse Healthcare Conference Call | 249 | And again, this is from a tolerability standpoint, we had the subcutaneous injection, which was very well tolerated in this trial as it had been in the Phase I trial. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts |
| 207. | November 12, 2020 Credit Suisse Healthcare Conference Call | 249 | Finally, we have an ongoing study in thyroid eye disease that's much bigger than the proof of concept, and this is our ASCEND GO-2 trial. It's a pivotal design IIb trial, testing 3 different dosage arms with an emphasis on the 2 higher doses and comparing all those to placebo. | • Inactionable disagreement with trial design<br>• No facts supporting "anticipated risk" theory<br>• Opinion<br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br>• Misleading because did not inform investors that this was the first time the trial would test for anticipated risk of cholesterol<br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |
| 208. | November 12, 2020 Credit Suisse Healthcare | 249 | ***And then from a safety and tolerability standpoint, similar to our thyroid eye disease trial, a nice profile. Again, early days, but we're looking good from a safety and tolerability standpoint.*** | • Inactionable disagreement with trial design | • Needs to be read in context with entire excerpt in the paragraph<br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | Conference Call | | | • No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement<br><br>• Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• Misleading because Immunovant failed to test for the anticipated risk of elevated cholesterol |
| 209. | November 12, 2020 Credit Suisse Healthcare Conference Call | 249 | The first point around registration, that's a pretty well-trodden path, I think, right now, given the nice data we saw from argenx and their trial design and not just the argenx Phase III, but some other mechanisms that are maybe not quite as attractive from a patient standpoint, but have completed Phase III trials. I think we know what the FDA is expecting from a primary efficacy analysis standpoint, which would be a big part of the registration. | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• No connection to alleged basis of falsity | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Statements included in AC for context |
| 210. | January 12, 2021 Press Release (Ex. 16) | 252 | We're extremely excited about the potential for IMVT-1401 in multiple therapeutic areas and have ***made good progress toward the initiation of our Phase 3 trial of IMVT-1401 in Myasthenia Gravis (MG), which remains on track for the first half of 2021[.]*** I'm also pleased with the team's progress ***developing INDs for new indications three new indications. We remain on track to announce three new indications by August of 2021***[.] | • Inactionable disagreement with trial design<br><br>• No facts supporting "anticipated risk" theory<br><br>• Opinion<br><br>• Puffery | • Needs to be read in context with entire excerpt in the paragraph<br><br>• Not alleging disagreement about trial design; misleading for failing to disclose cholesterol was anticipated risk and not being tested<br><br>• Multiple facts establish elevated cholesterol was anticipated risk of IMVT-1401<br><br>• Not nonactionable opinion; a reasonable investor would have expected results to include results of monitoring of anticipated risks; lacked reasonable basis for statement |

| No. | Source | ¶¶ | Challenged Statement[2] | Dismissal Argument[3] | Plaintiff's Responses |
|---|---|---|---|---|---|
| | | | | • Forward-looking statement<br><br>• No connection to alleged basis of falsity | • Not nonactionable puffery; failed to disclose results omitted monitoring of anticipated risk of elevated cholesterol; IMVT-1401 clinical trial results discussed frequently, were a major concern to investors, and based on objectively verifiable facts<br><br>• Misleading because by this time the Company was in the process of performing an internal investigation about the increases in cholesterol from the ASCEND GO-2 Phase 2b trial<br><br>• Not forward-looking because mixed statement and challenges present or historical portion of statement; not adequate cautionary language |