# APPENDIX B

**Earnout Shares of Immunovant Earned by Roivant, Wong, and Other Legacy Immunovant Shareholders Pursuant to the Share Exchange Agreement**

| Earnout Shares | Date | Closing Price | Benefit / Value |
|---|---|---|---|
| 10,000,000 | 5/12/2020 | $22.70 | $227,000,000 |
| 10,000,000 | 9/17/2020 | $38.43 | $384,300,000 |
| | | | $611,300,000 |
| | | | |
| 20,000,000 | 2/2/2021 | $25.08 | $501,600,000 |