# EXHIBIT 1

| From: | Udapi, Guruprasad |
|---|---|
| To: | Natalie Bono |
| Cc: | Evan Kaufman |
| Subject: | RE: [EXTERNAL] RE: FOIA Request No. 2022-1083 |
| Date: | Wednesday, March 16, 2022 4:04:27 PM |

EXTERNAL SENDER

Good afternoon,

Based on our review, CDER has concluded that the request pertains to an unapproved drug product. FDA regulations prohibit the release of information and documents regarding an unapproved or pending application, prior to the issuance of the drug approval (See 21 CFR 601.50(b) and to 21 CFR 601.51(d)(1)).  Therefore, I would recommend withdraw this FOIA Request w/o charges.  If you wish to maintain the Request, CDER will issue a formal denial of the FOIA Request with processing charges.  Please feel free to contact me on my cell phone should you wish to discuss the matter. Thank you.

Guruprasad Udapi

Branch Chief

Division of Information Disclosure Policy, FOIA Branch

Office of Regulatory Policy, CDER

Work: (301) 796-2660

Cell: (240) 702-3926

---

**From:** Natalie Bono <NBono@rgrdlaw.com>

**Sent:** Monday, February 28, 2022 4:19 PM

**To:** Udapi, Guruprasad <Guruprasad.Udapi@fda.hhs.gov>

**Cc:** Evan Kaufman <ekaufman@rgrdlaw.com>

**Subject:** [EXTERNAL] RE: FOIA Request No. 2022-1083

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon:

Thank you for your email.  Evan Kaufman will be contacting you with respect to the referenced FOIA request.  If there is a particular time that works best for you, please let us know.

Sincerely,

Natalie Bono

---

**From:** Udapi, Guruprasad <Guruprasad.Udapi@fda.hhs.gov>

**Sent:** Monday, February 28, 2022 3:51 PM

**To:** Natalie Bono <NBono@rgrdlaw.com>

**Subject:** FOIA Request No. 2022-1083

EXTERNAL SENDER

Good afternoon,

I am contacting you regarding the above referenced FOIA request. I would like to discuss the matter at your earliest convenience. Please contact me at (240) 702-3926. Thank you.

Guruprasad Udapi
Branch Chief
Division of Information Disclosure Policy, FOIA Branch
Office of Regulatory Policy, CDER
Work: (301) 796-2660
Cell: (240) 702-3926

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**