# EXHIBIT 3

Case 1:21-cv-00918-KAM-VMS   Document 71-5   Filed 09/09/22   Page 2 of 5 PageID #: 1844

 **Finance Home**   **Watchlists**   **My Portfolio**   **Cryptocurrencies**   **Yahoo Finance Plus**    **Screeners**   **Markets**   ...   yahoo!finance   Upgrade now

## Immunovant, Inc. (IMVT)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist     👥 Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

**4.2500** **-0.2200 (-4.92%)**     **4.3200 +0.07 (+1.65%)**
At close: 04:00PM EDT                 After hours: 04:30PM EDT

Pick 3 free reports per quarter from any company profiled
**All research reports**  |  **Learn more**

Summary   Company Outlook 📊   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability



Time Period: **Jan 24, 2022 - Jul 24, 2022** ∨     Show: **Historical Prices** ∨     Frequency: **Daily** ∨

Apply

Currency in USD                                                                 ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 22, 2022 | 4.7000 | 4.7000 | 4.4500 | 4.4700 | 4.4700 | 211,700 |
| Jul 21, 2022 | 4.7000 | 4.8500 | 4.5900 | 4.7200 | 4.7200 | 276,900 |
| Jul 20, 2022 | 4.2400 | 4.7500 | 4.2400 | 4.7000 | 4.7000 | 606,200 |
| Jul 19, 2022 | 4.1000 | 4.3800 | 4.0500 | 4.2300 | 4.2300 | 152,600 |
| Jul 18, 2022 | 4.3200 | 4.5200 | 4.0400 | 4.0600 | 4.0600 | 306,200 |
| Jul 15, 2022 | 4.4000 | 4.4000 | 4.1200 | 4.3400 | 4.3400 | 237,800 |
| Jul 14, 2022 | 4.2100 | 4.3200 | 4.1800 | 4.2900 | 4.2900 | 193,200 |
| Jul 13, 2022 | 4.2400 | 4.4500 | 4.2200 | 4.2900 | 4.2900 | 231,100 |
| Jul 12, 2022 | 4.1900 | 4.3500 | 4.1000 | 4.3300 | 4.3300 | 217,100 |
| Jul 11, 2022 | 4.2500 | 4.3100 | 4.1400 | 4.1700 | 4.1700 | 121,800 |
| Jul 08, 2022 | 4.1500 | 4.4000 | 4.1500 | 4.2800 | 4.2800 | 211,700 |
| Jul 07, 2022 | 4.1100 | 4.3600 | 4.0700 | 4.2500 | 4.2500 | 163,100 |
| Jul 06, 2022 | 4.2300 | 4.3300 | 4.0000 | 4.0700 | 4.0700 | 410,400 |
| Jul 05, 2022 | 3.8500 | 4.2500 | 3.8500 | 4.2500 | 4.2500 | 207,900 |
| Jul 01, 2022 | 3.9200 | 4.1000 | 3.8900 | 3.9800 | 3.9800 | 170,000 |
| Jun 30, 2022 | 4.0100 | 4.0100 | 3.8600 | 3.9000 | 3.9000 | 210,900 |
| Jun 29, 2022 | 4.0200 | 4.1000 | 3.9400 | 4.0600 | 4.0600 | 180,800 |
| Jun 28, 2022 | 4.2100 | 4.2800 | 4.0100 | 4.0500 | 4.0500 | 187,700 |
| Jun 27, 2022 | 4.1500 | 4.4400 | 4.1400 | 4.2600 | 4.2600 | 317,200 |
| Jun 24, 2022 | 4.0500 | 4.2500 | 3.9850 | 4.1700 | 4.1700 | 1,177,400 |

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **IGMS** IGM Biosciences, Inc. | 17.48 | -1.13 | -6.07% |
| **ALXO** ALX Oncology Holdings Inc. | 11.55 | -0.10 | -0.86% |
| **REPL** Replimune Group, Inc. | 18.88 | +0.16 | +0.85% |
| **KROS** Keros Therapeutics, Inc. | 28.53 | -0.03 | -0.11% |
| **IMRA** IMARA Inc. | 1.2250 | -0.0350 | -2.78% |

### Similar to IMVT

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **GLTO** Galecto, Inc. | 1.6650 | -0.0250 | -1.48% |
| **ROIV** Roivant Sciences Ltd. | 4.1600 | -0.1400 | -3.26% |
| **FDMT** 4D Molecular Therapeutics, Inc. | 10.19 | +0.01 | +0.10% |
| **CINC** CinCor Pharma, Inc. | 21.89 | -0.77 | -3.40% |
| **DYN** Dyne Therapeutics, Inc. | 10.59 | -0.23 | -2.13% |

**Earnings** ❯

◯ Consensus EPS

yahoo!finance⁺   Upgrade now

| Jun 23, 2022 | 3.8300 | 4.0350 | 3.7700 | 4.0000 | 4.0000 | 286,600 |
| Jun 22, 2022 | 3.6700 | 3.9200 | 3.6700 | 3.8000 | 3.8000 | 250,800 |
| Jun 21, 2022 | 3.6500 | 3.8800 | 3.6500 | 3.7500 | 3.7500 | 372,000 |
| Jun 17, 2022 | 3.4000 | 3.6400 | 3.4000 | 3.5900 | 3.5900 | 729,600 |
| Jun 16, 2022 | 3.3500 | 3.3900 | 3.2100 | 3.3800 | 3.3800 | 270,100 |
| Jun 15, 2022 | 3.4700 | 3.5300 | 3.3000 | 3.4500 | 3.4500 | 314,000 |
| Jun 14, 2022 | 3.4500 | 3.5000 | 3.3400 | 3.4400 | 3.4400 | 197,400 |
| Jun 13, 2022 | 3.1900 | 3.4000 | 3.1450 | 3.4000 | 3.4000 | 643,300 |
| Jun 10, 2022 | 3.6500 | 3.7000 | 3.3350 | 3.3900 | 3.3900 | 298,200 |
| Jun 09, 2022 | 3.8600 | 3.9400 | 3.7100 | 3.7300 | 3.7300 | 277,100 |
| Jun 08, 2022 | 4.3900 | 4.4500 | 3.9000 | 3.9200 | 3.9200 | 226,100 |
| Jun 07, 2022 | 4.0700 | 4.2800 | 4.0700 | 4.2700 | 4.2700 | 131,300 |
| Jun 06, 2022 | 4.5000 | 4.6200 | 4.0400 | 4.1400 | 4.1400 | 394,900 |
| Jun 03, 2022 | 4.0900 | 4.5300 | 4.0700 | 4.5300 | 4.5300 | 444,300 |
| Jun 02, 2022 | 4.1600 | 4.1800 | 4.0500 | 4.1100 | 4.1100 | 193,000 |
| Jun 01, 2022 | 4.2300 | 4.4000 | 4.0700 | 4.1100 | 4.1100 | 297,500 |
| May 31, 2022 | 4.1400 | 4.3200 | 4.0900 | 4.2400 | 4.2400 | 582,500 |
| May 27, 2022 | 4.0500 | 4.2500 | 3.9200 | 4.2200 | 4.2200 | 310,000 |
| May 26, 2022 | 3.8400 | 4.0300 | 3.7500 | 4.0200 | 4.0200 | 345,100 |
| May 25, 2022 | 3.8800 | 3.9000 | 3.7300 | 3.8400 | 3.8400 | 247,900 |
| May 24, 2022 | 3.7900 | 3.9400 | 3.7100 | 3.8800 | 3.8800 | 258,400 |
| May 23, 2022 | 3.9300 | 3.9600 | 3.7800 | 3.8600 | 3.8600 | 308,800 |
| May 20, 2022 | 3.6900 | 3.9200 | 3.6500 | 3.9000 | 3.9000 | 679,100 |
| May 19, 2022 | 3.6800 | 3.7200 | 3.5500 | 3.6200 | 3.6200 | 332,200 |
| May 18, 2022 | 4.0000 | 4.0500 | 3.6700 | 3.7000 | 3.7000 | 259,400 |
| May 17, 2022 | 4.0900 | 4.1530 | 4.0200 | 4.1000 | 4.1000 | 199,100 |
| May 16, 2022 | 4.0000 | 4.2100 | 3.9600 | 4.0200 | 4.0200 | 239,400 |
| May 13, 2022 | 4.0900 | 4.0900 | 3.8700 | 4.0400 | 4.0400 | 410,100 |
| May 12, 2022 | 3.8000 | 3.9900 | 3.7100 | 3.9200 | 3.9200 | 453,000 |
| May 11, 2022 | 4.1700 | 4.2100 | 3.7900 | 3.8100 | 3.8100 | 438,800 |
| May 10, 2022 | 4.3900 | 4.5750 | 4.1100 | 4.2100 | 4.2100 | 573,800 |
| May 09, 2022 | 4.3000 | 4.4400 | 4.1000 | 4.2700 | 4.2700 | 694,200 |
| May 06, 2022 | 4.5400 | 4.5700 | 4.3400 | 4.3700 | 4.3700 | 320,100 |
| May 05, 2022 | 4.7500 | 4.7500 | 4.4200 | 4.5400 | 4.5400 | 310,800 |
| May 04, 2022 | 4.6400 | 4.8400 | 4.3100 | 4.8000 | 4.8000 | 299,100 |
| May 03, 2022 | 4.5900 | 4.7600 | 4.4800 | 4.5800 | 4.5800 | 271,700 |



## Financials >

**Annual**  Quarterly       Revenue   Earnings





## Recommendation Trends >



Strong Buy
Buy
Hold
Underperform
Sell

## Recommendation Rating >



2.5

| 1 | 2 | 3 | 4 | 5 |
| Strong Buy | Buy | Hold | Under-perform | Sell |

## Analyst Price Targets (9) >

Average 10.00

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 02, 2022 | 4.6300 | 4.7500 | 4.3950 | 4.6000 | 4.6000 | 254,100 |
| Apr 29, 2022 | 4.7800 | 4.8300 | 4.4800 | 4.6100 | 4.6100 | 330,000 |
| Apr 28, 2022 | 4.6400 | 4.8000 | 4.4400 | 4.7700 | 4.7700 | 451,600 |
| Apr 27, 2022 | 4.7200 | 4.7900 | 4.5300 | 4.6100 | 4.6100 | 380,800 |
| Apr 26, 2022 | 4.8200 | 4.8400 | 4.6200 | 4.7700 | 4.7700 | 401,700 |
| Apr 25, 2022 | 4.7100 | 4.8400 | 4.5550 | 4.8300 | 4.8300 | 475,000 |
| Apr 22, 2022 | 4.7500 | 4.8200 | 4.5600 | 4.7400 | 4.7400 | 393,100 |
| Apr 21, 2022 | 4.9200 | 4.9900 | 4.6500 | 4.7000 | 4.7000 | 441,500 |
| Apr 20, 2022 | 5.0400 | 5.0400 | 4.7600 | 4.9000 | 4.9000 | 202,500 |
| Apr 19, 2022 | 5.1400 | 5.1400 | 4.8900 | 4.9800 | 4.9800 | 247,600 |
| Apr 18, 2022 | 4.9700 | 5.0100 | 4.7600 | 4.9900 | 4.9900 | 401,700 |
| Apr 14, 2022 | 5.0900 | 5.1400 | 4.9500 | 5.0000 | 5.0000 | 333,500 |
| Apr 13, 2022 | 4.9500 | 5.1300 | 4.9500 | 5.1200 | 5.1200 | 339,700 |
| Apr 12, 2022 | 5.0300 | 5.1000 | 4.9000 | 4.9500 | 4.9500 | 387,800 |
| Apr 11, 2022 | 4.9700 | 5.0000 | 4.7600 | 4.9500 | 4.9500 | 672,500 |
| Apr 08, 2022 | 5.1700 | 5.1700 | 4.8900 | 5.0400 | 5.0400 | 521,900 |
| Apr 07, 2022 | 5.2900 | 5.2900 | 5.0100 | 5.1100 | 5.1100 | 382,200 |
| Apr 06, 2022 | 5.2300 | 5.3600 | 5.0200 | 5.2300 | 5.2300 | 959,300 |
| Apr 05, 2022 | 5.6500 | 5.7000 | 5.2800 | 5.3000 | 5.3000 | 836,100 |
| Apr 04, 2022 | 5.6200 | 5.7600 | 5.5500 | 5.6500 | 5.6500 | 494,300 |
| Apr 01, 2022 | 5.5500 | 5.7700 | 5.5100 | 5.5900 | 5.5900 | 496,000 |
| Mar 31, 2022 | 5.4900 | 5.6400 | 5.4000 | 5.5100 | 5.5100 | 641,100 |
| Mar 30, 2022 | 5.6800 | 5.7900 | 5.4000 | 5.5000 | 5.5000 | 486,500 |
| Mar 29, 2022 | 5.6800 | 5.9000 | 5.6800 | 5.7800 | 5.7800 | 446,200 |
| Mar 28, 2022 | 5.6000 | 5.7200 | 5.4700 | 5.6000 | 5.6000 | 278,600 |
| Mar 25, 2022 | 5.8000 | 5.8800 | 5.5200 | 5.5700 | 5.5700 | 387,100 |
| Mar 24, 2022 | 5.7200 | 5.7800 | 5.5800 | 5.7700 | 5.7700 | 550,500 |
| Mar 23, 2022 | 5.9000 | 5.9000 | 5.6300 | 5.6400 | 5.6400 | 604,300 |
| Mar 22, 2022 | 5.9600 | 6.0900 | 5.9110 | 6.0200 | 6.0200 | 477,200 |
| Mar 21, 2022 | 6.1500 | 6.2400 | 5.8850 | 5.9300 | 5.9300 | 328,300 |
| Mar 18, 2022 | 6.2000 | 6.5300 | 6.0800 | 6.1700 | 6.1700 | 3,898,100 |
| Mar 17, 2022 | 5.7900 | 6.5900 | 5.7450 | 6.2600 | 6.2600 | 1,825,400 |
| Mar 16, 2022 | 5.3500 | 5.8100 | 5.2100 | 5.8100 | 5.8100 | 1,201,700 |
| Mar 15, 2022 | 5.1600 | 5.2800 | 4.9900 | 5.2700 | 5.2700 | 724,200 |
| Mar 14, 2022 | 5.1600 | 5.2370 | 4.9800 | 5.0600 | 5.0600 | 941,600 |
| Mar 11, 2022 | 5.5400 | 5.5400 | 5.1300 | 5.1400 | 5.1400 | 564,300 |

## Upgrades & Downgrades ›

| Initiated | Wells Fargo: to Equal-Weight | 12/8/2021 |
|---|---|---|
| Maintains | HC Wainwright & Co.: to Buy | 11/8/2021 |
| Downgrade | Baird: Outperform to Neutral | 8/3/2021 |
| Maintains | Credit Suisse: to Neutral | 6/2/2021 |
| Maintains | SVB Leerink: to Outperform | 6/2/2021 |
| Reiterates | HC Wainwright & Co.: to Buy | 6/2/2021 |

## Company Profile ›

320 West 37th Street
6th Floor
New York, NY 10018
United States
917 580 3099
https://immunovant.com
Sector(s): **Healthcare**
Industry: **Biotechnology**
Full Time Employees: **124**

Immunovant, Inc., a clinical-stage biopharmaceutical company, develops monoclonal antibodies for the treatment of autoimmune diseases. It develops batoclimab, a novel fully human monoclonal antibody that selectively binds to and inhibits the neonatal fragment crystallizable receptor, which is in Phase IIa clinical trials for the treatment of myasthenia gravis and thyroid eye disease, as well as completed initiation of Phase II clinical trials for the treatment of warm autoimmune hemolytic anemia. The company was incorporated in 2018 is headquartered in New York, New York. Immunovant, Inc. is a subsidiary of Roivant Sciences Ltd.

More about Immunovant, Inc.

Case 1:21-cv-00918-KAM-VMS  Document 71-5  Filed 09/09/22  Page 5 of 5 PageID #: 1847

**Finance Home**  **Watchlists**  **My Portfolio**  **Cryptocurrencies**  **Yahoo Finance Plus** V+  **Screeners**  **Markets**  ...  yahoo finance  Upgrade now

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar 10, 2022 | 5.5100 | 5.5700 | 5.2500 | 5.4100 | 5.4100 | 339,500 |
| Mar 09, 2022 | 5.5800 | 5.6600 | 5.4600 | 5.6300 | 5.6300 | 430,000 |
| Mar 08, 2022 | 5.5100 | 5.6100 | 5.3300 | 5.4500 | 5.4500 | 323,100 |
| Mar 07, 2022 | 5.4800 | 5.7150 | 5.4500 | 5.4900 | 5.4900 | 366,700 |
| Mar 04, 2022 | 5.5300 | 5.6200 | 5.4100 | 5.4900 | 5.4900 | 362,700 |
| Mar 03, 2022 | 5.5500 | 5.6000 | 5.3800 | 5.4800 | 5.4800 | 364,500 |
| Mar 02, 2022 | 5.5000 | 5.5900 | 5.3800 | 5.5200 | 5.5200 | 304,800 |
| Mar 01, 2022 | 5.5600 | 5.6600 | 5.4100 | 5.4600 | 5.4600 | 314,000 |
| Feb 28, 2022 | 5.6500 | 5.7400 | 5.5000 | 5.5800 | 5.5800 | 523,400 |
| Feb 25, 2022 | 5.6900 | 5.7250 | 5.5100 | 5.6900 | 5.6900 | 351,400 |
| Feb 24, 2022 | 5.0700 | 5.6800 | 5.0500 | 5.6600 | 5.6600 | 474,500 |
| Feb 23, 2022 | 5.5000 | 5.5850 | 5.2400 | 5.2600 | 5.2600 | 729,700 |
| Feb 22, 2022 | 5.4700 | 5.6200 | 5.4300 | 5.4900 | 5.4900 | 409,700 |
| Feb 18, 2022 | 5.5700 | 5.6300 | 5.4600 | 5.4900 | 5.4900 | 474,200 |
| Feb 17, 2022 | 5.5200 | 5.6000 | 5.4500 | 5.5100 | 5.5100 | 454,500 |
| Feb 16, 2022 | 5.6400 | 5.6400 | 5.4250 | 5.6000 | 5.6000 | 484,300 |
| Feb 15, 2022 | 5.5000 | 5.7700 | 5.5000 | 5.7200 | 5.7200 | 435,800 |
| Feb 14, 2022 | 5.5400 | 5.6150 | 5.3700 | 5.4000 | 5.4000 | 423,600 |
| Feb 11, 2022 | 5.7400 | 5.7400 | 5.3900 | 5.4600 | 5.4600 | 482,000 |
| Feb 10, 2022 | 5.7400 | 6.0500 | 5.5100 | 5.5800 | 5.5800 | 630,900 |
| Feb 09, 2022 | 5.8100 | 5.9500 | 5.7530 | 5.8700 | 5.8700 | 629,800 |
| Feb 08, 2022 | 5.8400 | 5.8900 | 5.4550 | 5.7100 | 5.7100 | 764,600 |
| Feb 07, 2022 | 5.9000 | 6.1050 | 5.7700 | 5.8600 | 5.8600 | 923,500 |
| Feb 04, 2022 | 6.0800 | 6.1700 | 5.6900 | 5.9100 | 5.9100 | 2,669,200 |
| Feb 03, 2022 | 6.4800 | 6.5500 | 6.0100 | 6.0200 | 6.0200 | 581,100 |
| Feb 02, 2022 | 6.9900 | 6.9900 | 6.5000 | 6.5300 | 6.5300 | 544,000 |
| Feb 01, 2022 | 7.0600 | 7.0600 | 6.7300 | 6.9900 | 6.9900 | 372,800 |
| Jan 31, 2022 | 6.8000 | 7.1700 | 6.7200 | 6.9900 | 6.9900 | 454,100 |
| Jan 28, 2022 | 6.7000 | 6.7300 | 6.3400 | 6.7200 | 6.7200 | 729,300 |
| Jan 27, 2022 | 6.8100 | 6.8950 | 6.6300 | 6.6900 | 6.6900 | 807,500 |
| Jan 26, 2022 | 7.1300 | 7.1800 | 6.6200 | 6.6700 | 6.6700 | 385,900 |
| Jan 25, 2022 | 6.8800 | 7.1900 | 6.6370 | 6.9900 | 6.9900 | 758,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer  Help  Suggestions
Privacy Dashboard

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2022 Yahoo. All rights reserved.