# EXHIBIT 4



| Filer | IMMUNOVANT, INC. |
|---|---|
| **Form Type** | 424B3 - Prospectus filed pursuant to Rule 424(b)(3) |
| **Date Filing** | 04/10/2020 |

**Table of Contents**

**Filed Pursuant to Rule 424(b)(3)**
**Registration Statement No. 333-235975**

**PROSPECTUS**



## 17,139,969 Shares of Common Stock

The selling stockholders named in this prospectus or their permitted transferees (the "selling stockholders") may offer and sell from time to time up to 11,389,969 shares of our common stock, par value $0.0001 per share, consisting of:

- up to 5,160,409 shares of common stock issued pursuant to that certain Share Exchange Agreement, dated as of September 29, 2019 (the "Share Exchange Agreement"), by and among Immunovant, Inc. (formerly Health Sciences Acquisitions Corporation ("HSAC")), a Delaware corporation, Immunovant Sciences Ltd. ("ISL"), a Bermuda exempted limited company, the stockholders of ISL and Roivant Sciences Ltd., a Bermuda exempted limited company ("Roivant" or "RSL"), as representative of such stockholders;
- up to 2,452,062 additional shares of common stock that may be issued pursuant to the Share Exchange Agreement upon the satisfaction of certain conditions, as described under "Certain Relationships and Related Party Transactions—Earnout Payments;"
- up to 2,875,000 shares of common stock held by Health Sciences Holdings, LLC (the "Sponsor"); and
- up to 902,498 shares of common stock purchased by RTW Master Fund Ltd., RTW Innovation Master Fund, Ltd. and RTW Venture Fund Limited (collectively, the "Selling RTW Entities") in open market transactions.

In addition, this prospectus relates to the offer and sale of up to 5,750,000 shares of common stock that are issuable by us upon the exercise of outstanding warrants that were previously registered (the "warrants").

The selling stockholders may offer, sell or distribute all or a portion of the securities hereby registered publicly or through private transactions at prevailing market prices or at negotiated prices. We will not receive any of the proceeds from such sales of the shares of common stock. We will bear all costs, expenses and fees in connection with the registration of these securities, including with regard to compliance with state securities or "blue sky" laws. The selling stockholders will bear all commissions and discounts, if any, attributable to their sale of shares of common stock. See the section titled "Plan of Distribution."

Our common stock is listed on the Nasdaq Capital Market ("Nasdaq") under the symbol "IMVT." On April 9, 2020, the last reported sale price of our common stock on Nasdaq was $15.54 per share.

RSL is currently our majority stockholder, and we are a "controlled company" within the meaning of the listing rules of Nasdaq. In addition, RSL has the right to elect a certain number of Series A Preferred Directors to our board of directors, in accordance with our amended and restated certificate of incorporation. These directors currently hold a majority of the voting power on all matters presented to the board of directors. See "Description of Capital Stock—Series A Preferred Directors."

**We are an "emerging growth company" as defined under the federal securities laws and, as such, have elected to comply with certain reduced public company reporting requirements for this prospectus and our other filings with the Securities and Exchange Commission.**

**Investing in our securities involves risks. See "Risk Factors" beginning on page 7.**

**Neither the Securities and Exchange Commission in the United States nor any other regulatory body has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

**Prospectus dated April 9, 2020**

Table of Contents

**CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS**

The following is a summary of transactions since April 1, 2018, to which we have been a participant in which the amount involved exceeded or will exceed $120,000, and in which any of our directors, executive officers or holders of more than five percent of our capital stock, or any member of the immediate family of the foregoing persons, had or will have a direct or indirect material interest, other than compensation arrangements which are described in "Executive Compensation" and "Management—Director Compensation."

**Sponsor Shares**

In December 2018, the Sponsor, a holder of more than 5% of our capital stock, purchased an aggregate of 2,875,000 shares for an aggregate purchase price of $25,000.

The Sponsor purchased from HSAC an aggregate of 10,000,000 warrants (the "private warrants") at $0.50 per private warrant (for a total purchase price of $5,000,000), with each warrant exercisable for one share of common stock at an exercise price of $11.50 per share simultaneously with the closing of HSAC's initial public offering (the "IPO") in May 2019. Pursuant to the Share Exchange Agreement, all of the private warrants were canceled upon the closing of the Business Combination.

**Sponsor Restricted Stock Agreement**

In accordance with the restricted stock agreement, dated September 29, 2019, by and between HSAC and the Sponsor, the Sponsor subjected 1,800,000 shares of its common stock to potential forfeiture in the event that the Milestones (as defined below) are not achieved. In the event of an Acceleration Event (as defined below), all of such shares will vest and no longer be subject to forfeiture, unless in a change of control, the value of the consideration to be received in exchange for one share of common stock is lower than the applicable Milestone share price thresholds. Any shares that have not vested on or prior to March 31, 2025 will be forfeited by the Sponsor after such date. See " —Earnout Payments" below for a further description of the Milestones and Acceleration Events.

**Lock-Up Agreements**

Each selling stockholder named in this prospectus entered into a Lock-up Agreement with us with respect to the shares of common stock that may be sold by it from time to time pursuant to the registration statement of which this prospectus forms part. Each such stockholder agreed that during the Lock-up Period (as defined below), it will not offer, sell, contract to sell, pledge or otherwise dispose of, directly or indirectly, any such shares), enter into a transaction that would have the same effect, or enter into any swap, hedge or other arrangement that transfers, in whole or in part, any of the economic consequences of ownership of such shares, whether any of these transactions are to be settled by delivery of any such shares, in cash or otherwise, publicly disclose the intention to make any offer, sale, pledge or disposition, or to enter into any transaction, swap, hedge or other arrangement, or engage in any short sales with respect to any security of ours.

In January 2020, as the last reported sale price of our common stock on the Nasdaq Capital Market exceeded $12.50 per share for 20 trading days during the preceding 30 trading days following the closing of the Business Combination, 50% of the shares held by the selling stockholders were released from the Lock-up Agreement. With respect to the remaining 50% of the shares held by the selling stockholders, the "Lock-up Period" means the period commencing on the date of the closing of the Business Combination and ending on the date that is six months thereafter. In addition, if within six months after the date of the closing of the Business Combination, there is a Change of Control (as defined in the Share Exchange Agreement), then upon the consummation of such Change of Control, all such shares shall be released from the foregoing restrictions.

138

Table of Contents

Notwithstanding these restrictions, the selling stockholders will be permitted to make transfers or distributions to current or former general or limited partners, managers or members, stockholders, other equity holders or direct or indirect affiliates or to the estates of any of the foregoing; by bona fide gift to a member of such stockholder's immediate family or to a trust, the beneficiary of which is the stockholder or a member of the stockholder's immediate family for estate planning purposes; by virtue of the laws of descent and distribution upon death of the holder; or pursuant to a qualified domestic relations order, in each case where such transferee agrees to be bound by the terms of a lock-up agreement.

**Registration Rights**

We have entered into an amended and restated registration rights agreement which provides certain holders of our securities registration rights with respect to such securities. See the section titled "Description of Capital Stock—Registration Rights."

**Earnout Payments**

The former shareholders of ISL (the "Sellers") are entitled to receive up to an additional 20,000,000 shares of common stock (the "Earnout Shares") after the closing of the Business Combination, if the volume-weighted average price of our common stock equals or exceeds the following prices for any 20 trading days within any 30 trading-day period (the "Trading Period") following the closing of the Business Combination: (1) during any Trading Period prior to March 31, 2023, 10,000,000 Earnout Shares upon achievement of a volume-weighted average price of at least $17.50 per share; and (2) during any Trading Period prior to March 31, 2025, 10,000,000 Earnout Shares upon achievement of a volume-weighted average price of at least $31.50 per share (each, a "Milestone"). In the event that after closing of the Business Combination and prior to March 31, 2025, (i) we experience a change of control, (ii) any liquidation, dissolution or winding up is initiated with respect to us, (iii) any bankruptcy, dissolution or liquidation proceeding is instituted by or against us, or (iv) we make an assignment for the benefit of creditors or consents to the appointment of a custodian, receiver or trustee for all or substantial part of its assets or properties (each, an "Acceleration Event"), then any Earnout Shares that have not been previously issued by us (whether or not previously earned) shall be deemed earned and due by to the Sellers, unless in a change of control, the value of the consideration to be received in exchange for a share is lower than the applicable Milestone share price thresholds described above.

**ISL Financing Transactions**

On December 28, 2018, RTW Master Fund, Ltd. and RTW Innovation Master Fund, Ltd. (the "RTW Entities"), entities controlled by officers and directors of HSAC, purchased 2,604,166 shares of ISL, which represented at the time of investment approximately 3% interest in ISL, in exchange for approximately $10.0 million. On August 1, 2019, the RTW Entities made an additional $25.0 million investment in ISL in exchange for two promissory notes (the "Promissory Notes"). On September 26, 2019, $2.5 million aggregate principal amount of the Promissory Notes issued to the RTW Entities was repaid, and the accrued interest on such principal amount was forgiven. The remaining aggregate principal amount of the Promissory Notes automatically converted immediately prior to the consummation of the Business Combination into shares of ISL exchangeable for an aggregate of 2,250,000 shares of our common stock upon the closing of the Business Combination. All interest under the Promissory Notes was waived and cancelled immediately prior to the closing of the Business Combination.

On June 11, 2019, ISL issued an interest-free promissory note to RSL in the amount of $5.0 million, which was due and payable at the earlier of December 12, 2019 or upon demand by RSL. Subsequently, on August 7, 2019, ISL cancelled this note and entered into a promissory note with RSL in the amount of $5.0 million under the same terms as the Promissory Notes. On September 26, 2019, ISL repaid $2.5 million of the principal amount of the Promissory Note issued to RSL, and the accrued interest on such amount was forgiven. The remaining aggregate principal amount of the Promissory Note issued to RSL automatically converted immediately prior to

139