UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

THERESA PITMAN, Individually and on
Behalf of All Others Similarly Situated,

                   Plaintiff,

    v.

IMMUNOVANT, INC. f/k/a HEALTH
SCIENCES ACQUISITIONS
CORPORATION, RODERICK WONG,
PETER SALZMANN, FRANK M. TORTI,
ANDREW FROMKIN, DOUGLAS HUGHES,
GEORGE MIGAUSKY, ATUL PANDE,
ERIC VENKER, SVB LEERINK LLC,
LIFESCI CAPITAL LLC, CHARDAN
CAPITAL MARKETS LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and ROIVANT
SCIENCES LTD.,

                 Defendants.

———————————————————————— x

Civil Action No. 1:21-cv-00918-KAM-VMS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury under the laws of the State of New York that, on September 9, 2022, she caused to be served the following documents on the person(s) listed below in the manner shown:

> REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF IMMUNOVANT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

**Robbins Geller Rudman
& Dowd LLP**
Samuel H. Rudman
David A. Rosenfeld
Evan J. Kaufman
Natalie Bono
58 South Service Road, Suite 200
Melville, NY 11747
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ekaufman@rgrdlaw.com
nbono@rgrdlaw.com

*Counsel for Lead Plaintiff*

**Williams & Connolly**
John Williams
Timothy Pellegrino
Tyler Infinger
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
JWilliams@wc.com
TPellegrino@wc.com
tinfinger@wc.com

*Counsel for Roivant*

**Goodwin Procter LLP**
Daniel Roeser
Valerie Haggans
The New York Times Building
620 Eighth Avenue
New York, NY 10018
DRoeser@goodwinlaw.com
VHaggans@goodwinlaw.com

**Goodwin Procter LLP**
Just David Ward
100 Northern Avenue
Boston, MA 02210
jward@goodwinlaw.com

*Counsel for Underwriter Defendants*

☒   By E-Mail

Dated at San Diego, California, this 9th day of September, 2022.

_____

Diane Aland