# Exhibit A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 14A**

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**

Filed by the Registrant  £

Filed by a Party other than the Registrant  £

Check the appropriate box:

£   Preliminary Proxy Statement

£   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

S   Definitive Proxy Statement

£   Definitive Additional Materials

£   Soliciting Material under §240.14a-12

# HEALTH SCIENCES ACQUISITIONS CORPORATION

**(Name of Registrant as Specified In Its Charter)**

_____
**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

£   No fee required.

£   Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

 (1)   Title of each class of securities to which transaction applies:
 Common stock, par value $0.0001 per share

 (2)   Aggregate number of securities to which transaction applies:
 43,000,000 shares of Common Stock

 (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):
 The proposed maximum aggregate value of the transaction was calculated based on $9.96 per share (the average of the high and low prices reported on the Nasdaq Capital Market on September 25, 2019).

 (4)   Proposed maximum aggregate value of transaction:
 $428,280,000

 (5)   Total fee paid:
 $55,590.74

S   Fee paid previously with preliminary materials.

£   Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

 (1)   Amount Previously Paid:

 (2)   Form, Schedule or Registration Statement No.:

 (3)   Filing Party:

 (4)   Date Filed:

**PROXY STATEMENT FOR SPECIAL MEETING OF STOCKHOLDERS
OF HEALTH SCIENCES ACQUISITIONS CORPORATION**

Proxy Statement dated November 27, 2019
and first mailed to stockholders on or about November 29, 2019

Dear Stockholders:

You are cordially invited to attend the special meeting of the stockholders of Health Sciences Acquisitions Corporation ("HSAC"). HSAC is a Delaware blank check company established for the purpose of entering into a merger, share exchange, asset acquisition, share purchase, recapitalization, reorganization or similar business combination with one or more businesses or entities, which we refer to as a "target business."

Holders of shares of HSAC's common stock ("HSAC Shares") will be asked to approve, among other things, the share exchange agreement, dated as of September 29, 2019 (the "Share Exchange Agreement"), by and among HSAC, Immunovant Sciences Ltd., a Bermuda exempted limited company ("Immunovant"), the stockholders of Immunovant (the "Sellers") and Roivant Sciences Ltd., a Bermuda exempted limited company, as representative of the Sellers, and the other related proposals. As of the date of the Share Exchange Agreement, the Sellers owned 100% of the issued and outstanding common shares of Immunovant ("Immunovant Shares").

Upon the closing of the transactions contemplated in the Share Exchange Agreement, HSAC will acquire 100% of the issued and outstanding Immunovant Shares, in exchange for approximately 42,180,277 HSAC Shares, and Immunovant will become a wholly owned subsidiary of HSAC. Upon closing of the transactions, HSAC will change its name to "Immunovant, Inc." The transactions contemplated under the Share Exchange Agreement relating to the business combination are referred to in this proxy statement as the "Business Combination" and the combined company after the Business Combination is referred to in this proxy statement as the "Combined Company."

The Sellers are entitled to receive up to an additional 20,000,000 HSAC Shares (the "Earnout Shares") after the closing of the Business Combination if the volume-weighted average price of the HSAC Shares equals or exceeds the following prices for any 20 trading days within any 30 trading-day period (the "Trading Period") following the closing: (1) during any Trading Period prior to March 31, 2023, 10,000,000 Earnout Shares upon achievement of a volume-weighted average price of at least $17.50 per share; and (2) during any Trading Period prior to March 31, 2025, 10,000,000 Earnout Shares upon achievement of a volume-weighted average price of at least $31.50 per share. In the event that after closing of the Business Combination and prior to March 31, 2025, (i) there is a change of control of HSAC, (ii) any liquidation, dissolution or winding up of HSAC is initiated, (iii) any bankruptcy, dissolution or liquidation proceeding is instituted by or against HSAC, or (iv) HSAC makes an assignment for the benefit of creditors or consents to the appointment of a custodian, receiver or trustee for all or substantial part of its assets or properties, then any Earnout Shares that have not been previously issued by HSAC (whether or not previously earned) shall be deemed earned and due by HSAC to the Sellers, unless in a change of control, the value of the consideration to be received in exchange for a HSAC Share is lower than the share price thresholds described above.

As of September 30, 2019, there was approximately $116,024,698 in HSAC's trust account (the "Trust Account"). On November 20, 2019, the record date for the special meeting of stockholders, the last sale price of the HSAC Shares was $10.35.

Each stockholder's vote is very important. Whether or not you plan to attend the HSAC special meeting in person, please submit your proxy card without delay. Stockholders may revoke proxies at any time before they are voted at the meeting. Voting by proxy will not prevent a shareholder from voting in person if such shareholder subsequently chooses to attend the HSAC special meeting.

**We encourage you to read this proxy statement carefully. In particular, you should review the matters discussed under the caption "Risk Factors" beginning on page 19.**

**HSAC's board of directors unanimously recommends that HSAC stockholders vote "FOR" approval of each of the proposals.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the securities to be issued in the Business Combination or otherwise, or passed upon the adequacy or accuracy of this proxy statement. Any representation to the contrary is a criminal offense.**

/s/ Roderick Wong

Roderick Wong, M.D.

Chief Executive Officer

Health Sciences Acquisitions Corporation

November 27, 2019

HOW TO OBTAIN ADDITIONAL INFORMATION

This proxy statement incorporates important business and financial information about HSAC that is not included or delivered herewith. If you would like to receive additional information or if you want additional copies of this document, agreements contained in the appendices or any other documents filed by HSAC with the Securities and Exchange Commission, such information is available without charge upon written or oral request. Please contact the following:

**412 West 15th Street, Floor 9**
**New York, NY 10011**
**Telephone: (646) 593-7999**

If you would like to request documents, please do so no later than December 11, 2019 to receive them before HSAC's special meeting. Please be sure to include your complete name and address in your request. Please see "Where You Can Find Additional Information" to find out where you can find more information about HSAC and Immunovant. You should rely only on the information contained in this proxy statement in deciding how to vote on the Business Combination. Neither HSAC nor Immunovant has authorized anyone to give any information or to make any representations other than those contained in this proxy statement. Do not rely upon any information or representations made outside of this proxy statement. The information contained in this proxy statement may change after the date of this proxy statement. Do not assume after the date of this proxy statement that the information contained in this proxy statement is still correct.

**HEALTH SCIENCES ACQUISITIONS CORPORATION**

**412 West 15th Street, Floor 9**
**New York, NY 10011**
**Telephone: (646) 593-7999**

**NOTICE OF SPECIAL MEETING OF**
**HEALTH SCIENCES ACQUISITIONS CORPORATION STOCKHOLDERS**
**To Be Held on December 16, 2019**

To Health Sciences Acquisitions Corporation ("HSAC") Stockholders:

A special meeting of stockholders of HSAC will be held at Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, on December 16, 2019, at 10:00 a.m., for the following purposes:

- To approve the transactions contemplated under the Share Exchange Agreement, dated as of September 29, 2019 (the "Share Exchange Agreement"), by and among HSAC, Immunovant Sciences Ltd., a Bermuda exempted limited company, the stockholders of Immunovant (the "Sellers") and Roivant Sciences Ltd., a Bermuda exempted limited company, as representative of the Sellers (the "Business Combination"). This proposal is referred to as the "Business Combination Proposal" or "Proposal No. 1."

- To approve separate proposals to amend HSAC's current Amended and Restated Certificate of Incorporation as set forth in the Second Amended and Restated Certificate of Incorporation of HSAC appended to this proxy statement as Annex B (the "Amended Charter") to adopt certain material changes to be in effect upon the consummation of the Business Combination. These proposals are collectively referred to as the "Amendment Proposal" or "Proposal No. 2."

- To approve the issuance of more than 20% of the issued and outstanding shares of HSAC's common stock ("HSAC Shares") pursuant to the terms of the Share Exchange Agreement, which will result in a change of control, as required by Nasdaq Listing Rules 5635(a), (b) and (d). This proposal is referred to as the "Nasdaq Proposal" or "Proposal No. 3."

- To approve the 2019 HSAC Equity Incentive Plan. This proposal is referred to as the "Equity Incentive Plan Proposal" or "Proposal No. 4."

- To approve the adjournment of the special meeting for the purpose of soliciting additional proxies in favor of the approval of the Business Combination in the event HSAC does not receive the requisite shareholder vote to approve the Business Combination. This proposal is called the "Business Combination Adjournment Proposal" or "Proposal No. 5."

Proposals Nos. 1 through 5 are collectively referred to herein as the "Proposals."

As of November 20, 2019, there were 14,375,000 HSAC Shares issued and outstanding and entitled to vote. Only HSAC stockholders who hold HSAC Shares of record as of the close of business on November 20, 2019 are entitled to vote at the special meeting or any adjournment of the special meeting. This proxy statement is first being mailed to HSAC stockholders on or about November 29, 2019. Approval of the Business Combination Proposal, the Nasdaq Proposal, the Equity Incentive Plan Proposal and the Business Combination Adjournment Proposal will each require the affirmative vote of the holders of a majority of the issued and outstanding HSAC Shares present and entitled to vote at the special meeting or any adjournment thereof. Approval of the Amendment Proposal will require the affirmative vote of a majority of the issued and outstanding HSAC Shares. Attending the special meeting either in person or by proxy and abstaining from voting will have the same effect as voting against all the Proposals and, assuming a quorum is present, broker non-votes will have no effect on the Proposals other than the Amendment Proposal, for which it will have the same effect as voting against the proposal.

Holders of HSAC Shares will not be entitled to appraisal rights under Delaware law in connection with the Business Combination.

Whether or not you plan to attend the special meeting in person, please submit your proxy card without delay. Voting by proxy will not prevent you from voting your HSAC Shares in person if you subsequently choose to attend the special meeting. If you fail to return your proxy card and do not attend the meeting in person, the effect will be that your HSAC Shares will not be counted for purposes of determining whether a quorum is present at the special meeting. You may revoke a proxy at any time before it is voted at the special meeting by executing and returning a proxy card dated later than the previous one, by attending the special meeting in person and casting your vote by ballot or by submitting a written revocation to Health Sciences Acquisitions Corporation, 412 West 15th Street, Floor 9, New York, NY 10011, (646) 593-7999, that is received by us before we take the vote at the special meeting. If you hold your HSAC Shares through a bank or brokerage firm, you should follow the instructions of your bank or brokerage firm regarding revocation of proxies.

**HSAC's board of directors unanimously recommends that HSAC stockholders vote "FOR" approval of each of the Proposals.**

By order of the Board of Directors,

/s/ Roderick Wong

Roderick Wong, M.D.

Chief Executive Officer

Health Sciences Acquisitions Corporation

November 27, 2019

**TABLE OF CONTENTS**

|  | PAGE |
|---|---|
| FREQUENTLY USED TERMS | 1 |
| QUESTIONS AND ANSWERS ABOUT THE PROPOSALS FOR HSAC STOCKHOLDERS | 2 |
| DELIVERY OF DOCUMENTS TO HSAC'S STOCKHOLDERS | 8 |
| SUMMARY OF THE PROXY STATEMENT | 9 |
| RISK FACTORS | 19 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS | 75 |
| CAPITALIZATION | 77 |
| SPECIAL MEETING OF HSAC STOCKHOLDERS | 78 |
| THE BUSINESS COMBINATION PROPOSAL | 87 |
| THE SHARE EXCHANGE AGREEMENT | 97 |
| THE AMENDMENT PROPOSAL | 103 |
| THE NASDAQ PROPOSAL | 109 |
| THE EQUITY INCENTIVE PLAN PROPOSAL | 110 |
| THE BUSINESS COMBINATION ADJOURNMENT PROPOSAL | 120 |
| SELECTED HISTORICAL CONSOLIDATED FINANCIAL AND OPERATING DATA OF IMMUNOVANT SCIENCES LTD. | 121 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS OF IMMUNOVANT SCIENCES LTD. | 122 |
| UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION | 135 |
| IMMUNOVANT SCIENCES LTD.'S BUSINESS | 147 |
| SELECTED HISTORICAL FINANCIAL INFORMATION OF HSAC | 184 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS OF HSAC | 185 |
| HSAC'S BUSINESS | 188 |
| DIRECTORS, EXECUTIVE OFFICERS, EXECUTIVE COMPENSATION AND CORPORATE GOVERNANCE | 191 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 200 |
| CERTAIN TRANSACTIONS | 203 |
| DESCRIPTION OF HSAC'S SECURITIES | 207 |
| DESCRIPTION OF THE COMBINED COMPANY'S SECURITIES | 211 |
| SHAREHOLDER PROPOSALS AND OTHER MATTERS | 213 |
| WHERE YOU CAN FIND ADDITIONAL INFORMATION | 214 |
| INDEX TO COMBINED AND CONSOLIDATED FINANCIAL STATEMENTS | F-1 |
| ANNEX A — SHARE EXCHANGE AGREEMENT | A-1 |
| ANNEX B — FORM OF SECOND AMENDED AND RESTATED CERTIFICATE OF INCORPORATION OF HSAC | B-1 |
| ANNEX C — FORM OF 2019 EQUITY INCENTIVE PLAN | C-1 |

i