# Cooley

Koji F. Fukumura
T: +1 858 550 6008
kfukumura@cooley.com

September 9, 2022

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Request for Oral Argument, *Pitman v. Immunovant, Inc. et. al.*, No 1:21-cv-00918-KAM-VMS**

Dear Judge Matsumoto:

We represent defendants Immunovant, Inc. ("Immunovant"), Roderick Wong, Peter Salzmann, Frank M. Torti, Andrew Fromkin, Douglas Hughes, George Migausky, Atul Pande, and Erik Venker (collectively "Immunovant Defendants") in the above-captioned action. We write jointly with counsel for SVB Securities LLC (f/k/a SVB Leerink, LLC), LifeSci Capital LLC, Chardan Capital Markets LLC, Guggenheim Securities, LLC, and Robert W. Baird & Co. Inc. (collectively, "Underwriter Defendants"), counsel for Roivant Sciences Ltd. ("Roivant," and with Immunovant Defendants and Underwriter Defendants, "Defendants"), and counsel for Lead Plaintiff SEPTA Pension Plan Master Trust ("Plaintiff" and with Defendants, the "Parties") to advise the Court that, as of the date of this letter, Defendants' motions to dismiss the Amended Complaint ("Motions") are fully briefed on ECF in accordance with Rule III.C.1 of Your Honor's Chambers Practices. Pursuant to Rule III.E thereof, the Parties jointly request oral argument on the Motions and respectfully submit that argument would facilitate a more complete presentation of the issues to the Court.

Respectfully submitted,

/s/ *Koji F. Fukumura*
Koji F. Fukumura

cc:    All counsel of record (via ECF)