UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————— x
                                                          :
THERESA PITMAN, Individually and on                       :
Behalf of All Others Similarly Situated,                  :
                                                          :
                      Plaintiff,                          :      Civil Action No. 1:21-cv-00918-KAM-VMS
                                                          :
         v.                                               :
                                                          :
IMMUNOVANT, INC. f/k/a HEALTH                             :
SCIENCES ACQUISITIONS                                     :
CORPORATION, RODERICK WONG,                              :
PETER SALZMANN, FRANK M. TORTI,                          :
ANDREW FROMKIN, DOUGLAS HUGHES,                          :
GEORGE MIGAUSKY, ATUL PANDE,                             :
ERIC VENKER, SVB LEERINK LLC,                            :
LIFESCI CAPITAL LLC, CHARDAN                             :
CAPITAL MARKETS LLC, GUGGENHEIM                          :
SECURITIES, LLC, ROBERT W. BAIRD &                      :
CO. INCORPORATED, and ROIVANT                            :
SCIENCES LTD.,                                           :
                                                          :
                      Defendants.                         :
                                                          :
—————————————————————— x

**NOTICE OF IMMUNOVANT DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

- 1 -

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Heather M. Speers, and the appendix and exhibits attached thereto, Defendants Immunovant, Inc. f/k/a Health Sciences Acquisitions Corporation, Roderick Wong, Peter Salzmann, Frank M. Torti, Andrew Fromkin, Douglas Hughes, George Migausky, Atul Pande, and Eric Venker (collectively, the "Immunovant Defendants"), by and through the undersigned counsel, will move this Court, before the Honorable Vera M. Scanlon, at a date and time to be determined by the Court, for an order dismissing with prejudice the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 82) pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b).

PLEASE TAKE FURTHER NOTICE that, in accordance with the briefing schedule set by Judge Scanlon and pursuant to Judge Scanlon's Individual Practice Rules, Plaintiff's opposition brief shall be served on or before June 9, 2023, the Immunovant Defendants' reply brief shall be served on or before June 30, 2023, and the parties shall file the fully briefed motion to dismiss on or before June 30, 2023.

Dated: April 28, 2023

COOLEY LLP

By    */s/ Koji F. Fukumura*
        Koji F. Fukumura

Koji F. Fukumura (*pro hac vice*)
Heather M. Speers (*pro hac vice*)
10265 Science Center Drive
San Diego, CA  92121-1117
Tel:  (858) 550-6000
Fax:  (858) 550-6420
Email:  kfukumura@cooley.com
            hspeers@cooley.com

Shannon M. Eagan (*pro hac vice*)
Tijana M. Brien (*pro hac vice*)
3175 Hanover St.
Palo Alto, CA  94304
Tel:  (650) 843-5000
Fax:  (650) 849-7400
Email:  seagan@cooley.com
            tbrien@cooley.com

Aric H. Wu
55 Hudson Yards
New York, NY  10001-2157
Tel:  (212) 479-6000
Fax:  (212) 479-6275
Email:  ahwu@cooley.com

*Attorneys for Immunovant, Roderick Wong, Peter Salzmann, Frank M. Torti, Andrew Fromkin, Douglas Hughes, George Migausky, Atul Pande, and Eric Venker*