UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x
:
THERESA PITMAN, Individually and on :
Behalf of All Others Similarly Situated, :
:
               Plaintiff, :
: Civil Action No. 1:21-cv-00918-KAM-VMS
    v. :
:
IMMUNOVANT, INC. f/k/a HEALTH :
SCIENCES ACQUISITIONS :
CORPORATION, RODERICK WONG, :
PETER SALZMANN, FRANK M. TORTI, :
ANDREW FROMKIN, DOUGLAS HUGHES, :
GEORGE MIGAUSKY, ATUL PANDE, :
ERIC VENKER, SVB LEERINK LLC, :
LIFESCI CAPITAL LLC, CHARDAN :
CAPITAL MARKETS LLC, GUGGENHEIM :
SECURITIES, LLC, ROBERT W. BAIRD & :
CO. INCORPORATED, and ROIVANT :
SCIENCES LTD., :
:
               Defendants. :
:
:
———————————————————————— x

**DECLARATION OF HEATHER M. SPEERS IN SUPPORT OF
IMMUNOVANT DEFENDANTS' MOTION TO DISMISS
<u>PLAINTIFF'S SECOND AMENDED COMPLAINT</u>**

    I, Heather M. Speers, declare as follows:

    1.      I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in the United States District Court for the Eastern District of New York for the purposes of this action. I am an associate at Cooley LLP, counsel for defendants Immunovant, Inc. f/k/a Health Sciences Acquisitions Corporation ("Immunovant"), Roderick Wong, Peter Salzmann, Frank M. Torti, Andrew Fromkin, Douglas Hughes, George Migausky, Atul Pande, and Eric Venker (collectively, the "Immunovant Defendants") in the above-captioned matter. I submit

- 1 -

this declaration in support of Immunovant Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint for Violations of the Federal Securities Laws (the "Motion to Dismiss"). I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.      **Appendix A**, which is submitted solely for the Court's convenience, is a chart cataloging each of the statements challenged in Plaintiff's Second Amended Complaint for Violations of the Federal Securities Laws ("SAC"), and certain of Immunovant Defendants' arguments as to each as detailed in Section III.B.2 of the Motion to Dismiss.

3.      **Exhibit 1** is a true and correct excerpted and highlighted copy of Immunovant's Form 10-K filed with the SEC on June 29, 2020, which is incorporated by reference into the SAC at ¶¶272–75, 289, 297, 299, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

4.      **Exhibit 2** is a true and correct excerpted and highlighted copy of Immunovant's Schedule 14A Proxy Statement filed with the SEC on November 27, 2019, which is incorporated by reference into the SAC at ¶¶240–41, 287–89, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

5.      **Exhibit 3** is a true and correct excerpted and highlighted copy of Immunovant's Prospectus filed with the SEC on September 3, 2020, which is incorporated by reference into the SAC at ¶¶62–63, 69–70, 129–51, 156, 159–64, 280, 297, and 299, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

6.      **Exhibit 4** is a true and correct excerpted and highlighted copy of Immunovant's Form 8-K filed with the SEC on October 2, 2019, which attaches a press release that is incorporated by reference into the SAC at ¶¶57–58, 221–24, and a presentation that is incorporated by reference

- 2 -

into the SAC at ¶¶224–38, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

7.      **Exhibit 5**  is a true and correct highlighted copy of an analyst report from *Baird Equity Research* titled "Initiating at Outperform on Potential Best-In-Class anti-FcRN," which was published on January 7, 2020. Although this report is not specifically quoted or referenced in the SAC, Plaintiff alleges that its allegations are based upon, among other things, "reviewing and analyzing information from numerous public and proprietary sources . . . including . . . reports of securities analysts" (¶14), and relies on other analyst reports issued during the putative class period (¶¶8, 176–77, 181–82). This report is publicly available for a fee, at https://www.rwbaird.com/research-coverage/.

8.      **Exhibit 6** is a true and correct highlighted copy of an analyst report from *Credit Suisse* titled "IMVT-1401 Trials Paused Due To Potential Safety Signal Observed in TED Trial," which was published on February 2, 2021. Although this report is not specifically quoted or referenced in the SAC, Plaintiff alleges that its allegations are based upon, among other things, "reviewing and analyzing information from numerous public and proprietary sources . . . including . . . reports of securities analysts" (¶14), and relies on other analyst reports issued during the putative class period (¶¶8, 176–77, 181–82). This report is publicly available for a fee, at https://www.credit-suisse.com/about-us/en/reports-research.html.

9.      **Exhibit 7** is a true and correct highlighted copy of an analyst report from *UBS* titled "Oversold here but could be a long road to recovery – PT to $33," which was published on February 5, 2021, and is incorporated by reference into the SAC at ¶¶8, 176. This report is publicly available for a fee, at https://www.ubs.com/global/en/our-firm/what-we-do/research.html.

10.    **Exhibit 8** is a true and correct highlighted copy of Immunovant's Form 8-K filed with the SEC on June 1, 2021, which attaches a press release and a presentation that are incorporated by reference into the SAC at ¶¶9, 178–79, 326, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

11.    **Exhibit 9** is a true and correct excerpted and highlighted copy of Immunovant's Form 10-K filed with the SEC on June 8, 2022, which is incorporated by reference into the SAC at ¶166, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

12.    **Exhibit 10** is a true and correct highlighted copy of Immunovant's Form 8-K filed with the SEC on March 30, 2022, which attaches a presentation that is incorporated by reference into the SAC at ¶¶186–87, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

13.    **Exhibit 11** is a true and correct highlighted copy of Immunovant's Form 8-K filed with the SEC on September 28, 2022, which attaches a press release and presentation that are incorporated by reference into the SAC at ¶¶188–89, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

14.    **Exhibit 12** is a true and correct highlighted copy of Immunovant's Schedule 14A Proxy Statement filed with the SEC on August 12, 2021, which is incorporated by reference into the SAC at ¶319, and is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

15.    **Exhibit 13** are true and correct copies of Dr. Roderick Wong's Form 4s filed with the SEC on November 12, 2019, November 14, 2019, November 19, 2019, November 22, 2019, November 29, 2019, December 3, 2019, December 4, 2019, December 5, 2019, December 9, 2019, December 10, 2019, and December 13, 2019, which are publicly available from the SEC on its

website at: https://www.sec.gov/edgar. Exhibit 12 shows that Dr. Wong purchased over $9 million

of Immunovant shares during the putative class period, which can be calculated as follows:

| Transaction Date | Number of Shares Acquired | Price | Amount |
|---|---|---|---|
| 11/7/2019 | 17,500 | $10.18 | $178,150.00 |
| 11/11/2019 | 13,000 | $10.18 | $132,340.00 |
| 11/12/2019 | 100,000 | $10.17 | $1,017,000.00 |
| 11/13/2019 | 13,000 | $10.17 | $132,210.00 |
| 11/14/2019 | 13,000 | $10.17 | $132,210.00 |
| 11/15/2019 | 13,000 | $10.29 | $133,799.90 |
| 11/18/2019 | 29,805 | $10.25 | $305,501.25 |
| 11/19/2019 | 29,805 | $10.25 | $305,501.25 |
| 11/20/2019 | 29,805 | $10.39 | $309,581.55 |
| 11/21/2019 | 15,194 | $10.42 | $158,298.69 |
| 11/22/2019 | 2,000 | $10.54 | $21,080.00 |
| 11/25/2019 | 4,000 | $10.50 | $42,000.00 |
| 11/26/2019 | 4,000 | $10.49 | $41,960.00 |
| 11/27/2019 | 4,000 | $10.48 | $41,903.60 |
| 11/29/2019 | 26,918 | $10.45 | $281,293.10 |
| 12/2/2019 | 20,000 | $10.40 | $208,000.00 |
| 12/3/2019 | 20,000 | $10.21 | $204,200.00 |
| 12/4/2019 | 20,000 | $10.15 | $203,000.00 |
| 12/5/2019 | 20,000 | $10.15 | $203,000.00 |
| 12/6/2019 | 400,000 | $10.25 | $4,100,000.00 |
| 12/6/2019 | 50,000 | $10.20 | $510,125.00 |
| 12/10/2019 | 25,971 | $10.38 | $269,516.65 |
| 12/11/2019 | 31,500 | $10.92 | $344,024.10 |
| | | **Total** | **$9,274,695.09** |

16.    **Exhibit 14** is a true and correct highlighted copy of the transcript of Immunovant's

March 30, 2020 investor conference call, which is incorporated by reference into the SAC at

¶¶254–57      and      is      publicly      available      for      a      fee,      at

https://www.spglobal.com/marketintelligence/en/news-insights/research/.

17.    **Exhibit 15** is a true and correct copy of a 2002 article titled "Serum Albumin and

Risk of Myocardial Infarction and All-Cause Mortality in the Framingham Offspring Study,"

authored by Luc Djoussé et al., which is incorporated by reference into the SAC at ¶106.

18.    **Exhibit 16** is a true and correct copy of a 2011 article titled "Clinical chemistry of human FcRn transgenic mice," authored by Carsten Stein et al., which is incorporated by reference into the SAC at ¶107.

19.    **Exhibit 17** is a true and correct copy of a 2015 article titled "Albumin-deficient mouse models for studying metabolism of human albumin and pharmacokinetics of albumin-based drugs," authored by Derry C. Roopenian et al., which is incorporated by reference into the SAC at ¶108.

20.    **Exhibit 18** is a true and correct copy of a 2020 article titled "Serum albumin and cardiovascular disease: state-of-the-art review," authored by S. Arques, which is incorporated by reference into the SAC at ¶109(a).

21.    **Exhibit 19** is a true and correct copy of a 2014 article titled "Nephrotic syndrome: components, connections, and angiopoietin-like 4-related therapeutics," authored by Camille Mace et al., which is incorporated by reference into the SAC at ¶109(a).

22.    **Exhibit 20** is a true and correct copy of a 2017 article titled "Critical appraisal of the role of serum albumin in cardiovascular disease," authored by Shih-Chieh Chien et al., which is incorporated by reference into the SAC at ¶109(b).

23.    **Exhibit 21** is a true and correct copy of a 2001 article titled "Albuminuria and risk of cardiovascular events, death, and heart failure in diabetic and nondiabetic individuals," authored by Hertzel C. Gerstein et al., which is incorporated by reference into the SAC at ¶109(c).

24.    **Exhibit 22** is a true and correct copy of a 2006 article titled "Microalbuminuria and risk for cardiovascular disease: analysis of potential mechanisms," authored by Coen D.A. Stehouwer et al., which is incorporated by reference into the SAC at ¶109(c).

25.      **Exhibit 23** is a true and correct copy of a 2014 article titled "The prevalence, characteristics, and clinical significance of abnormal albuminuria in patients with hypertension," authored by Shunsuke Murai et al., which is incorporated by reference into the SAC at ¶109(c).

26.      **Exhibit 24** is a true and correct copy of a 2017 article titled "Low albumin levels are associated with mortality risk in hospitalized patients," authored by Amit Akirov et al., which is incorporated by reference into the SAC at ¶109(d).

27.      **Exhibit 25** is a true and correct copy of a 1930 article titled "Blood cholesterol values in hyperthyroidism and hypothyroidism – their significance," authored by Robert L. Mason et al., which is incorporated by reference into the SAC at ¶111.

28.      **Exhibit 26** is a true and correct copy of a 2011 article titled "Effects of thyroid dysfunction on lipid profile," authored by C.V. Rizos et al., which is incorporated by reference into the SAC at ¶111.

29.      **Exhibit 27** is a true and correct copy of a 2020 article titled "Treatment of thyroid dysfunction and serum lipids: a systematic review and meta-analysis," authored by Anupam Kotwal et al., which is incorporated by reference into the SAC at ¶112.

30.      **Exhibit 28** is a true and correct copy of a 2009 article titled "Dyslipidemia and cardiovascular risk: the importance of early prevention," authored by M. Miller, which is incorporated by reference into the SAC at ¶113.

31.      **Exhibit 29** is a true and correct copy of a 2015 article titled "Myasthenia Gravis and its Comorbidities," authored by Bernardo Cacho Diaz et al., which is incorporated by reference into the SAC at ¶113.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 28, 2023 in San Diego, California.

/s/ *Heather M. Speers*

Heather M. Speers