# Exhibit 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): June 1, 2021**

# IMMUNOVANT, INC.
**(Exact name of Registrant as specified in its Charter)**

| Delaware | 001-38906 | 83-2771572 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (IRS Employer Identification No.) |

| 320 West 37th Street<br>New York, NY | 10018 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (917) 580-3099**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligations of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.0001 par value per share** | **IMVT** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On June 1, 2021, Immunovant, Inc., or the Company, issued a press release announcing its financial results for its fourth quarter and fiscal year ended March 31, 2021. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

The information contained in this Item 2.02, including Exhibit 99.1, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information in this Current Report shall not be incorporated by reference in any filing with the U.S. Securities and Exchange Commission made by the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

**Item 7.01 Regulation FD Disclosure.**

The Company will utilize slides to make a presentation regarding the Company's business on the Company's earnings call on June 1, 2021. A copy of the presentation is furnished as Exhibit 99.2 to this Current Report on Form 8-K and is incorporated herein by reference.

The information contained in this Item 7.01, including Exhibit 99.2 is furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information in this Current Report shall not be incorporated by reference in any filing with the U.S. Securities and Exchange Commission made by the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release dated June 1, 2021 |
| 99.2 | Investor Presentation dated June 1, 2021 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Immunovant, Inc.

By: /s/ Pamela Yanchik Connealy
Pamela Yanchik Connealy
Chief Financial Officer

Date: June 1, 2021

**Exhibit 99.1**

**Immunovant Provides Corporate Updates and Reports Financial Results for the Quarter and Fiscal Year Ended March 31, 2021**

•Immunovant plans to resume clinical development of IMVT-1401 in Myasthenia Gravis (MG) and Warm Autoimmune Hemolytic Anemia (WAIHA) as well as initiate two additional mid-to-late stage studies in the next year
•Program-wide data review suggests that IMVT-1401 has a broader therapeutic window than previously anticipated and that lipid elevations are predictable, manageable, and appear to be driven by reductions in albumin
•Cash balance of approximately $400 million as of March 31, 2021

**NEW YORK, June 1, 2021 (GLOBE NEWSWIRE) -** Immunovant, Inc. (Nasdaq: IMVT), a clinical-stage biopharmaceutical company focused on enabling normal lives for people with autoimmune diseases, today provided a corporate update and reported financial results for its fiscal fourth quarter and fiscal year ended March 31, 2021.

"Following a program-wide data review, we remain confident in our plan to develop IMVT-1401 across a broad range of autoimmune indications. We look forward to constructive dialogue with regulatory agencies and plan to resume clinical development of IMVT-1401, including in a potentially pivotal trial in Myasthenia Gravis and in a phase two study of Warm Autoimmune Hemolytic Anemia in late 2021 or early 2022. We also plan to initiate two additional studies in the next twelve months after discussions with regulators." said Pete Salzmann, M.D., Chief Executive Officer of Immunovant.

In a program-wide review, the company observed increases in LDL in multiple studies that were consistent, dose-related, and appear to be driven by reductions in albumin levels. No relationship to levels of thyroid hormone was observed. The increases in LDL and reductions in albumin were reversible upon cessation of dosing, and no major adverse cardiovascular events have been reported to date. Consultations with expert medical advisors have reinforced the company's belief that Immunovant will be able to manage these changes within its development program via monitoring and management criteria, adjustments to dosing, and individualized anti-lipid therapy as appropriate.

Dr. Salzmann noted: "While both the 340mg and 680mg weekly doses demonstrated substantial reductions in IgG, the 255mg dose also achieved significant IgG reductions but without the same extent of undesired reductions in albumin or related increases in LDL." IgG reductions in the Thyroid Eye Disease (TED) study ranged from 62% in 255mg to 80% in the 680mg arm. Dr. Salzmann continued: "These results present an opportunity for flexibility in dosing, dose intervals, and a lower-volume injection to explore in our future clinical trials." Further, the company noted that in a post-hoc analysis of all patients who entered trials of IMVT-1401 on statins, only minimal LDL increases were seen across a variety of doses and indications.

Pending agreement from regulatory agencies, Immunovant plans to return to the clinic and initiate a pivotal MG trial in late 2021 or early 2022 as well as resume its trial in WAIHA on a similar timeframe. The company plans to initiate at least two additional clinical studies over the next 12 months, including another pivotal trial in 2022.

As part of the company's data review, the Ph 2b TED study was unblinded and terminated prior to completion. While the trial showed clear biologic activity based on changes in IgG and pathologic

autoantibodies, prematurely terminating the study resulted in inconclusive efficacy results. Forty-one subjects out of a planned seventy-seven reached the twelve-week primary endpoint. Efficacy data in this underpowered subset was more modest than the company had hoped and was not statistically significant on the primary endpoint. However, biologic effects, including a relationship between auto-antibodies and disease activity were observed that the company feels are encouraging with respect to treating TED. Immunovant plans to work with regulators and key opinion leaders on a design for a subsequent study and believes a phase 2 trial rather than a pivotal study is likely to be the appropriate next step in the development of IMVT-1401 in this therapeutic area.

Immunovant also announced today the appointment of William (Bill) Macias, MD PhD, as Chief Medical Officer. He succeeded Rita Jain, M.D., who informed the company of her plans to step down from her position as Chief Medical Officer to pursue another opportunity. Dr. Macias brings over 27 years of pharmaceutical experience to Immunovant, including industry-leading experience in early, mid, and late phase development. "We are thrilled to consolidate full scientific and development leadership under Bill," said Dr. Salzmann. "His impressive breadth of experience and proven track record of clinical development in numerous therapeutic areas fits very well with the potential of IMVT-1401 across multiple indications." He added, "I also want to extend my appreciation to Rita for her contributions to Immunovant during her tenure."

Dr. Macias previously served as a Distinguished Medical Fellow and a member of senior management at Eli Lilly, where he worked for over twenty years. At Lilly, he led multiple global clinical development programs leading to submission and approval of medications in immunology, cardiology, and other therapeutic areas. For the past three years, Bill has worked with many global biotechnology companies as a senior medical consultant providing company strategy and drug development leadership. "I am incredibly excited to be part of Immunovant," said Dr. Macias. "The anti-FcRn mechanism is unique within Immunology, and IMVT-1401 holds the potential to benefit many patients across a broad range of indications."

Immunovant will host a conference call on Tuesday, June 1 at 8:00 am EDT. Following prepared remarks, the call will include a live question-and-answer session for the investment community. To access the webcast, please visit Immunovant's website at www.immunovant.com. Participants may also dial in using the numbers provided below:

**Toll Free:** 1-877-407-9039

**Toll/International:** 1-201-689-8470

An archived webcast recording will be available on the Immunovant's website for a limited time.

**Financial Highlights for Fiscal Fourth Quarter and Fiscal Year Ended March 31, 2021:**

**R&D Expenses:** Research and development expenses were $18.6 million for the three months ended March 31, 2021, compared to $14.2 million for the three months ended March 31, 2020. Research and development expenses were $68.6 million for the year ended March 31, 2021, compared to $47.9 million for the year ended March 31, 2020. The year-over-year increase was primarily due to increases in contract manufacturing costs, driven by the expansion of clinical trial programs for the treatment of autoimmune diseases, and costs related to non-clinical and clinical studies. Other increases include higher personnel-related expenses (including stock-based compensation expense) due to higher headcount to support clinical operations and increased professional services.

**G&A Expenses:** General and administrative expenses were $10.3 million for the three months ended March 31, 2021, compared to $6.3 million for the three months ended March 31, 2020. General and administrative expenses were $39.5 million for the year ended March 31, 2021, compared to $18.2 million for the year ended March 31, 2020. The year-over-year increase was primarily due to higher personnel-related expenses (including stock-based compensation), due to higher headcount. Other increases include higher legal, professional, and other administrative costs to support our personnel growth and operations as a public company.

**Net Loss:** Net loss was $28.2 million ($0.29 per common share) for the three months ended March 31, 2021, compared to $20.6 million ($0.38 per common share) for the three months ended March 31, 2020. Net loss was $107.4 million ($1.22 per common share) for the year ended March 31, 2021, compared to $66.4 million ($1.54 per common share) for the year ended March 31, 2020. Net loss for the year ended March 31, 2021 and 2020 included $18.8 million and $7.0 million, respectively, related to non-cash stock-based compensation expense.

**Common Stock:** As of March 31, 2021, there were 97,971,243 shares of common stock issued and outstanding.

**About Immunovant, Inc.**

Immunovant, Inc. is a clinical-stage biopharmaceutical company focused on enabling normal lives for patients with autoimmune diseases. Immunovant is developing IMVT-1401, a novel, fully human anti-FcRn monoclonal antibody, as a subcutaneous injection for the treatment of autoimmune diseases mediated by pathogenic IgG antibodies.

**Forward-Looking Statements**

This press release contains forward-looking statements for the purposes of the safe harbor provisions under The Private Securities Litigation Reform Act of 1995 and other federal securities laws. The use of words such as “may,” “might,” “will,” “would,” “should,” “expect,” “believe,” “estimate,” and other similar expressions are intended to identify forward-looking statements. Such forward looking statements include Immunovant’s plan to develop IMVT-1401 across a broad range of autoimmune indications; Immunovant’s plan to return to the clinic and initiate a pivotal MG trial in late 2021 or early 2022, as well as resume its trial in WAIHA on a similar timeframe; Immunovant’s plans to initiate 2-3 additional clinical studies over the next 12 months, including another pivotal trial in 2022, after discussions with regulators; Immunovant’s ability to manage increases in LDL and reductions in albumin within its development program via monitoring and management criteria, adjustments to dosing, and individualized anti-lipid therapy as appropriate; and the potential for a phase two trial in TED. All forward-looking statements are based on estimates and assumptions by Immunovant’s management that, although Immunovant believes to be reasonable, are inherently uncertain. All forward-looking statements are subject to risks and

uncertainties that may cause actual results to differ materially from those that Immunovant expected. Such risks and uncertainties include, among others: initial results or other preliminary analyses or results of early clinical trials may not be predictive final trial results or of the results of later clinical trials; the timing and availability of data from clinical trials; the timing of discussions with regulatory agencies, as well as regulatory submissions and potential approvals; the continued development of Immunovant's product candidates, including the timing of the commencement of additional clinical trials and resumption of current trials; Immunovant's scientific approach, clinical trial design, indication selection and general development progress; future clinical trials may not confirm any safety, potency or other product characteristics described or assumed in this press release; any product candidates that Immunovant develops may not progress through clinical development or receive required regulatory approvals within expected timelines or at all; Immunovant's product candidates may not be beneficial to patients, or even if approved by regulatory authorities, successfully commercialized; the potential impact of the ongoing COVID-19 pandemic on Immunovant's clinical development plans and timelines; Immunovant's business is heavily dependent on the successful development, regulatory approval and commercialization of its sole product candidate, IMVT-1401; Immunovant is at an early stage in development of IMVT-1401; and Immunovant will require additional capital to fund its operations and advance IMVT-1401 through clinical development. These and other risks and uncertainties are more fully described in Immunovant's periodic and other reports filed with the Securities and Exchange Commission (SEC), including in the section titled "Risk Factors" in Immunovant's Annual Report on Form 10-K for the year ended March 31, 2021 filed with the SEC on June 1, 2021. Any forward-looking statement speaks only as of the date on which it was made. Immunovant undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise.

---

**IMMUNOVANT, INC.**

**Consolidated Statements of Operations**

*(In thousands, except share and per share data)*

| | Three Months Ended March 31, | | Years Ended March 31, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| | **(Unaudited)** | **(Unaudited)** | | |
| **Operating expenses:** | | | | |
| Research and development (includes $3,008 and $447 of stock-based compensation expense for the three months ended March 31, 2021 and 2020 and $7,033 and $3,130 for the years ended March 31, 2021 and 2020, respectively) [1] | $ 18,615 | $ 14,168 | $ 68,604 | $ 47,927 |
| General and administrative (includes $2,480 and $1,393 of stock-based compensation expense for the three months ended March 31, 2021 and 2020 and $11,789 and $3,833 for the years ended March 31, 2021 and 2020, respectively) [2] | 10,302 | 6,315 | 39,513 | 18,151 |
| Total operating expenses | 28,917 | 20,483 | 108,117 | 66,078 |
| Interest expense | - | - | - | 625 |
| Other (income) expense, net | (680) | 127 | (328) | (412) |
| Loss before (benefit) provision for income taxes | (28,237) | (20,610) | (107,789) | (66,291) |
| (Benefit) provision for income taxes | (79) | (59) | (358) | 97 |
| **Net loss** | $ **(28,158)** | $ **(20,551)** | $ **(107,431)** | $ **(66,388)** |
| Net loss per common share - basic and diluted[3] | $ (0.29) | $ (0.38) | $ (1.22) | $ (1.54) |
| Weighted average shares outstanding - basic and diluted[3] | 97,971,243 | 54,655,376 | 87,756,513 | 43,199,191 |

[1] Includes $164 and $7 of costs allocated from Roivant Sciences Ltd. for the three months ended March 31, 2021 and 2020 and $340 and $159 for the years ended March 31, 2021 and 2020 respectively.
[2] Includes $658 and $380 of costs allocated from Roivant Sciences Ltd. for the three months ended March 31, 2021 and 2020 and $1,180 and $1,381 for the years ended March 31, 2021 and 2020, respectively.
[3] Retroactively restated for the reverse recapitalization.

**IMMUNOVANT, INC.**

**Consolidated Balance Sheets**

*(In thousands, except share and per share data)*

| | March 31, 2021 | March 31, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash | $ 400,146 | $ 100,571 |
| Prepaid expenses | 8,312 | 5,460 |
| Income tax receivable | 548 | 36 |
| Value-added tax receivable | - | 3,009 |
| Total current assets | 409,006 | 109,076 |
| Operating lease right-of-use assets | 3,282 | - |
| Property and equipment, net | 201 | 65 |
| Deferred offering costs | - | 246 |
| **Total assets** | **$ 412,489** | **$ 109,387** |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 2,432 | $ 1,190 |
| Accrued expenses | 15,160 | 10,938 |
| Current portion of operating lease liabilities | 1,179 | - |
| Due to Roivant Sciences Ltd. | - | 3,190 |
| Total current liabilities | 18,771 | 15,318 |
| Operating lease liabilities, net of current portion | 2,238 | - |
| Total liabilities | 21,009 | 15,318 |
| Commitments and contingencies | | |
| Stockholders' equity:[1] | | |
| Series A preferred stock, par value $0.0001 per share, 10,000 shares authorized, issued and outstanding at March 31, 2021 and March 31, 2020 | - | - |
| Preferred stock, par value $0.0001 per share, 10,000,000 shares authorized, no shares issued and outstanding at March 31, 2021 and March 31, 2020 | - | - |
| Common stock, par value $0.0001 per share, 500,000,000 shares authorized, 97,971,243 shares issued and outstanding at March 31, 2021 and 500,000,000 shares authorized, 56,455,376 shares issued and 54,655,376 shares outstanding at March 31, 2020 | 10 | 5 |
| Additional paid-in capital | 590,425 | 185,306 |
| Accumulated other comprehensive loss | (298) | (16) |
| Accumulated deficit | (198,657) | (91,226) |
| Total stockholders' equity | 391,480 | 94,069 |
| **Total liabilities and stockholders' equity** | **$ 412,489** | **$ 109,387** |

[1]Retroactively restated for the reverse recapitalization.

**Contact:**
Tom Dorney
Investor Relations
Immunovant, Inc.
info@immunovant.com




## Forward-looking statements

This presentation contains forward-looking statements for the purposes of the safe harbor provisions under The Private Securities Litigation Reform Act of 1995 and other federal securities laws. The use of words such as "may," "might," "will," "expect," "plan," "anticipate," "believe," "estimate," "intend," "future," "potential," "continue" and other similar expressions (as well as other words or expressions referencing future events, conditions, or circumstances) are intended to identify forward-looking statements. For example, forward-looking statements include statements Immunovant makes regarding its business strategy, its plans to develop and commercialize its product candidates, the potential safety and efficacy of Immunovant's current or future product candidates, its expectations regarding timing, the design and results of clinical trials of its product candidates, Immunovant's plans and expected timing with respect to regulatory filings and approvals, the size and growth potential of the markets for Immunovant's product candidates, and its ability to serve those markets. All forward-looking statements are based on estimates and assumptions by Immunovant's management that, although Immunovant believes to be reasonable, are inherently uncertain. All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those expressed or implied by such forward-looking statements. Such risks and uncertainties include, among others: initial results or other preliminary analyses or results of early clinical trials may not be predictive final trial results or of the results of later clinical trials; the timing and availability of data from clinical trials; the timing of discussions with regulatory agencies, as well as regulatory submissions and potential approvals; the continued development of Immunovant's product candidates, including the timing of the commencement of additional clinical trials and resumption of current trials; Immunovant's scientific approach, clinical trial design, indication selection and general development progress; future clinical trials may not confirm any safety, potency or other product characteristics described or assumed in this presentation; any product candidates that Immunovant develops may not progress through clinical development or receive required regulatory approvals within expected timelines or at all; Immunovant's product candidates may not be beneficial to patients, or even if approved by regulatory authorities, successfully commercialized; the potential impact of the ongoing COVID-19 pandemic on Immunovant's clinical development plans and timelines; Immunovant's business is heavily dependent on the successful development, regulatory approval and commercialization of its sole product candidate, IMVT-1401; Immunovant is at an early stage in development of IMVT-1401; and Immunovant will require additional capital to fund its operations and advance IMVT-1401 through clinical development. These and other risks and uncertainties are more fully described in Immunovant's periodic and other reports filed with the Securities and Exchange Commission (SEC), including in the section titled "Risk Factors" in Immunovant's Annual Report on Form 10-K for the year ended March 31, 2021 filed with the SEC on June 1, 2021. Any forward-looking statement speaks only as of the date on which it was made. Immunovant undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise.

## Roivant 13D



In March of this year, Roivant, our 57% stockholder, amended its Schedule 13D to state that it intends to make a proposal to us to acquire the outstanding shares of the Company not already owned by Roivant.



In response to the filing, our board of directors formed a special committee consisting of independent directors to be prepared to evaluate and negotiate any such proposal from Roivant or other parties.



The special committee has retained Centerview Partners as its financial advisor and Wachtell, Lipton, Rosen & Katz as its legal advisor.



The company cannot comment further on the process or on the activities of the special committee.

.

## Agenda – things we've learned and next steps



**Patient needs vary by indication and disease severity**

- Different diseases will require different regimens to address
- Maintenance therapy requires strong immune suppression while acute dosing often requires very strong immune suppression



**Updated 1401 profile is exciting**

- Potent
- Predictable
- LDL Manageable



**Efficacy in three conditions reinforces breadth of mechanism**

- MG
- WAIHA
- TED



**Excited to return to clinic in multiple indications**

IMMUNOVANT

## Updated IMVT-1401 profile is exciting

**Improved understanding of the antibody creates more opportunity to address unmet needs**

01 IMVT-1401 is more potent than expected, with a broader therapeutic window

02 IgG, Albumin, and LDL are tightly linked which leads to predictable patient responses

03 Favorable trade-off in IgG reduction vs albumin–LDL changes across doses

04 Findings suggest LDL impact is manageable

IMMUNOVANT

## New data demonstrate stronger potency and broad therapeutic window

### Meaningful IgG reductions at all doses: 340 is a high dose, 680 a very high dose, 255 strong




| Dose | Median Emax IgG Reduction | LDL increase at week 12 (% change from baseline) |
|---|---|---|
| 255 mg SC Weekly | 62% | 15% |
| 340 mg SC Weekly | 69% | 37% |
| 680 mg SC Weekly | 80% | 52% |

IMMUNOVANT Note: Data in figure from ASCEND GO-2 trial of IMVT-1401 in Thyroid Eye Disease

6

## Albumin and LDL are tightly linked

**Predictability valuable to patients and physicians**



**Lipid elevations correlated tightly with albumin change and magnitude similar across indications**



**Both albumin and LDL return to baseline post cessation of treatment**



**Predictability eases patient management**

## Data suggest favorable trade-off in IgG reductions vs. LDL/Albumin

### 255mg dose results in modest changes to LDL & albumin, with potent knockdown in IgG




IMMUNOVANT

Note: Data in figure from ASCEND GO-2 trial of IMVT-1401 in Thyroid Eye Disease
Dashed horizontal line represents the lower limit of normal albumin

8

## Potency and broad therapeutic window enable multiple paths forward

**Varied dosing regimens, have potential to optimize the risk/benefit profile of IMVT-1401…**




IMMUNOVANT

## HCP feedback consistently suggests LDL impact is manageable



## LDL was controlled in patients who entered on statins (a post-hoc analysis)

- Across a variety of doses and different indications, all known patients receiving statins prior to study initiation saw only minimal increases in LDL[1]
- Data suggest that statins can be leveraged to manage lipid levels during treatment with IMVT-1401 when necessary




IMMUNOVANT

1. Data presented based on exploratory analyses performed on stored samples
2. Week 6-12 timepoints; each subject shown at the point of maximal duration of blinded treatment period for IMVT-1401

11






# Return to Clinic Planned in Multiple Indications

# Early data in WAIHA trial demonstrates promise of IMVT-1401

## Our outlook on IMVT-1401 efficacy and potential of FcRn class has improved




**Previous WAIHA therapy**

1st line – prednisolone

2nd line – cyclosporine

3rd line – prednisolone, azacytidine (ongoing at study start)

| | Baseline (Week 1) | Week 3 | Week 7 | Week 13 |
|---|---|---|---|---|
| Total Bilirubin (mg/dL) | 1.6 | 0.4 | 0.3 | 0.3 |

IMMUNOVANT 1. Note: All data from ASCEND WAIHA, a Phase 2 trial of IMVT-1401 in Warm Autoimmune Hemolytic Anemia

13

## Thyroid Eye Disease Summary

### The program-wide review led to unblinding the TED trial and termination of the study

- We observed declines in total IgG and in Thyroid Stimulating Antibodies throughout treatment
- Approximately 41 subjects reached the 13-week primary endpoint at the time of study termination vs. 77 planned. The study was therefore significantly underpowered to demonstrate efficacy
- We observed changes in proptosis responder rate that were nominally significant in some treatment groups at early time periods with larger patient numbers but were not significant at the 13-week primary endpoint
- We are considering alternative trial designs and patient populations and believe our next trial will be a phase two study. We plan to announce the details of this study later this year

IMMUNOVANT Note: Data referenced above is from the ASCEND GO-2 trial of IMVT-1401 in Thyroid Eye Disease

14

# IMVT-1401: A robust pipeline in a product

| Target Indication | 2H21 | 1H22 | 2H22 | Anticipated Milestones |
|---|---|---|---|---|
| Myasthenia Gravis (MG) | | MG Phase 3 | | Phase 3 initiation expected in late 2021 or early 2022 |
| Thyroid Eye Disease (TED) | | ASCEND TED | | Study start TBD |
| Warm Autoimmune Hemolytic Anemia (WAIHA) | | ASCEND WAIHA | | Phase 2a restart in late 2021 or early 2022 |
| New Indication #1 | | New Indication #1 | | Two new indications expected to be announced in 1H 2022 |
| New Indication #2 | | New Indication #2 | | |

IMMUNOVANT

## Strengthened executive leadership team

### Immunovant is proud to welcome Bill Macias



**New Chief Medical Officer**

Bill Macias, MD, PhD

IMMUNOVANT

16

## Patient-centered approach




IMMUNOVANT

17