# Exhibit 16

Mamm Genome (2012) 23:259–269
DOI 10.1007/s00335-011-9379-6

# Clinical chemistry of human FcRn transgenic mice

Carsten Stein · Lothar Kling · Gabriele Proetzel ·
Derry C. Roopenian · Martin Hrabě de Angelis ·
Eckhard Wolf · Birgit Rathkolb

Received: 22 August 2011 / Accepted: 17 November 2011 / Published online: 23 December 2011
© Springer Science+Business Media, LLC 2011

**Abstract**   Mice genetically engineered to express human FcRn are valuable models for the evaluation of therapeutic antibodies in the context of human FcRn in vivo. However, only limited clinical chemistry information on these mouse strains is available. Thus, we have compared 30 clinical chemical parameters of C57BL/6J wild-type mice, murine FcRn-knockout mice, and two human FcRn transgenic mouse strains expressing human FcRn in the absence of murine FcRn. Since FcRn-mediated recycling prevents albumin and IgG from intracellular degradation, significant differences for both proteins were observed in the murine FcRn-knockout mice. Mice lacking FcRn show lower IgG and albumin levels compared to wild-type mice. The most prominent differences in clinical chemical parameters can be explained by secondary effects of the altered albumin levels of murine FcRn-knockout mice on liver metabolism, as similar tendencies have been observed in analbuminemic Nagase rats and hypoalbuminemic human patients, showing an overall increased liver metabolism. Both human FcRn transgenic strains show clinical chemical parameters similar to those found for wild-type mice, with the exception of endogenous IgG levels, which are greatly reduced in these mice.

## Introduction

Preclinical assessments of therapeutic antibodies are frequently carried out in mice to evaluate pharmacokinetics (PK). However, conventional rodent models do not appropriately reflect human antibody PK (Roopenian et al. 2010), because the neonatal Fc receptor (FcRn), with its critical role in regulating immunoglobulin gamma (IgG) homeostasis (Roopenian et al. 2003), shows species-specific differences for IgG binding (Datta-Mannan et al. 2007; Andersen et al. 2010). Murine FcRn (mFcRn) is promiscuous regarding binding specificity and binds IgG of many species (i.e., human, primate, mouse, rabbit, guinea pig, bovine, sheep, and rat). In contrast, human FcRn (hFcRn) is stringent, and binds only IgG of human, primate, rabbit, and guinea pig origin (Ober et al. 2001). Different glycosylation patterns in rodent and human FcRn might also contribute to the cross-species differences (Kuo et al. 2009; Ward and Ober 2009). Mice carrying hFcRn transgenes and lacking mFcRn have proven to be useful for the preclinical assessment of the PK behavior of therapeutic monoclonal IgG antibodies (Petkova et al. 2006; Roopenian and Akilesh 2007; Zalevsky et al. 2010). However, little is known about the clinical chemical phenotypes of these mice. Therefore, we compared 30 clinical chemical parameters of two different hFcRn transgenic mouse strains [hFcRn(276)tg/tg and hFcRn(32)tg/tg],

C. Stein (✉) · L. Kling
Roche Diagnostics GmbH, Pharma Research and Early Development, Nonnenwald 2, 82377 Penzberg, Germany
e-mail: carsten.stein.cs1@roche.com

C. Stein · E. Wolf · B. Rathkolb
Institute of Molecular Animal Breeding and Biotechnology, Ludwig-Maximilians-Universität, 81377 München, Germany

G. Proetzel · D. C. Roopenian
The Jackson Laboratory, Bar Harbor, ME 04609, USA

M. H. de Angelis · B. Rathkolb
Institute of Experimental Genetics, German Mouse Clinic, Helmholtz Zentrum München, 85764 Oberschleißheim, Germany

M. H. de Angelis
Experimental Genetics, Center of Life and Food Sciences Weihenstephan, Technical University Munich, 85350 Freising-Weihenstephan, Germany

mFcRn-knockout mice, and mFcRn wild-type mice. We present a thorough phenotypical characterization of these parameters using highly standardized protocols. This analysis provides useful information regarding the use of hFcRn transgenic models as well as revealing the impact of FcRn on the physiology of diverse organ systems and their metabolic pathways (Gailus-Durner et al. 2009; Rathkolb et al. 2000).

## Materials and methods

All procedures were carried out in accordance with the AAALAC guidelines (www.aaalac.org). The study was authorized by the Regional Council of Oberbayern.

### Mice

The study included C57BL/6J mice (abbreviated B6) as the wild-type control strain (murine FcRn function); mFcRn-deficient mice, lacking the mFcRn α-chain (B6.129X1-Fcgrt<tm1Dcr>/DcrJ; abbreviated mFcRn−/−) as the strain without FcRn function; and two different homozygous transgenic mouse strains, both deficient in mFcRn but expressing a hFcRn transgene in a homozygous (tg/tg) manner. B6.CgFcgrt<tm1Dcr>Tg(CAG-FCGRT)276Dcr/DcrJ [abbreviated hFcRn(276)tg/tg] carries a human FCGRT cDNA transgene under the control of the ubiquitous human cytomegalovirus immediate early promoter enhancer with chicken β-actin/rabbit β-globin hybrid promoter (CAG), while B6.Cg-Fcgrt<tm1Dcr>Tg(FCGRT)32Dcr/DcrJ [abbreviated hFcRn(32)tg/tg] carries a full-length human genomic FCGRT fragment, including its FCGRT regulatory elements, as described in Chaudhury et al. (2003), Petkova et al. (2006), and Roopenian et al. (2003, 2010). mFcRn−/−, hFcRn(276)tg/tg, and hFcRn(32)tg/tg mice are on the B6 background. These genetically engineered mice show no overt phenotype and have been previously described for their utility as a pharmacokinetic model [see http://jaxmice.jax.org/ and Roopenian et al. (2010)]. Breeding pairs of C57BL/6J were obtained from Charles River, Inc. (Sulzfeld, Germany). The mFcRn−/− (stock No. 003982), hFcRn(276)tg/tg (stock No. 004919), and hFcRn(32)tg/tg (stock No. 014565) mice were obtained from The Jackson Laboratory (Bar Harbor, ME, USA). The mice were bred within the facility for two to five generations before the study.

### Husbandry

Mouse husbandry was carried out under a continuously controlled specific pathogen-free hygiene standard according to the FELASA protocols (Nicklas et al. 2002). One to five mice were housed together in type III standard cages (Tecniplast, Hohenpeißenberg, Germany). Autoclaved white wood shaving (Lignocel FS14, ssniff Spezialdiäten GmbH, Soest, Germany) was used as bedding. The rodent diet 3337.0.16 (Provimi Kliba, Kaiseraugst, Switzerland) and water were provided ad libitum. The following room parameters were maintained: temperature 20–24°C, air changes 15–20 ×/h, humidity 45–70%, and light cycle 12 h/12 h.

### Genotyping

The mice were genotyped as described by Roopenian et al. (2003, 2010) and Petkova et al. (2006) to confirm the genetically engineered alleles.

### Analysis

We used the standard operating procedures, validated in the German Mouse Clinic (GMC), to systematically define the normal clinical chemical parameters of four different mouse strains (Gailus-Durner et al. 2009; Rathkolb et al. 2000). The resulting data enabled us to compare the impact of the genetic modifications on these phenotypic variables in the four strains analyzed.

### Serum collection

Blood samples from adult (age = 50 ± 3 days) healthy male and female mice ($n = 12$–15/group) were obtained by puncture of the retrobulbar sinus using nonheparinized glass capillaries 1.5 mm in diameter (Hirschmann, Eberstadt, Germany) under isoflurane anesthesia (cp-pharma, Burgdorf, Germany). Blood was collected between 9 and 11 a.m. All measurements are nonfasted values. Blood was collected into serum tubes (Microvette 500Z-Gel, Sarstedt, Nümbrecht, Germany). After 2-h incubation, samples were centrifuged for 3 min at 9,300 $g$ to obtain serum. We observed only a few cases of hemolysis, which were excluded from the study. The isolated serum was stored at −80°C until analysis.

### Determination of clinical chemical parameters

Twenty-nine parameters were measured from a single serum sample using the Olympus AU400 autoanalyzer (Olympus, Hamburg, Germany) and the adapted reagents for human samples from Olympus (Hamburg, Germany) and Wako (Neuss, Germany) at 37°C. Calibration and quality control were performed daily according to the manufacturer's protocols using the calibration samples obtained from the manufacturer. The clinical chemistry screen included the following parameters: sodium, potassium, calcium, iron, chloride, phosphorus, total protein, albumin, C-reactive protein (CRP), bilirubin, transferrin, unsaturated

 Springer

**2**

iron-binding capacity (UIBC), alanine aminotransferase (ALT), aspartate aminotransferase (AST), alkaline phosphatase (ALP), α-amylase, creatine kinase (CK), lactate dehydrogenase (LDH), lipase, glucose, cholesterol, triglycerides, urea, uric acid, nonesterified fatty acids (NEFA), high-density-lipoprotein cholesterol (HDL), low-density-lipoprotein cholesterol (LDL), and creatinine. Transferrin saturation (Trans.-Sat.) and total iron-binding capacity (TIBC) were calculated from serum iron levels and UIBC values, with Trans.-Sat. $=$ iron*100/TIBC and TIBC $=$ iron $+$ UIBC.

### Determination of serum IgG concentrations

The sera of mice were diluted 1,000–128,000-fold, in duplicate, and analyzed for IgG concentration by using a mouse IgG ELISA kit (Roche, Mannheim, Germany) according to the manufacturer's instructions. The standard IgG solution of 0.2 mg IgG/ml supplied was used to create the standard curve from 3 to 200 ng/ml.

### Data handling and statistical analysis

Outlying parameters were detected by using the Nalimov outlier test and were excluded from further statistical analysis. Mean values and standard deviations were calculated for each parameter. All data from mFcRn−/−, hFcRn(276)tg/tg, and hFcRn(32)tg/tg were compared with that of the C57BL/6J wild-type, and hFcRn(276)tg/tg and hFcRn(32)tg/tg were compared with mFcRn−/− using the Tukey–Kramer honestly significant difference test with Hayter modification. Significant differences are marked as *$P < 0.05$, **$P < 0.01$, ***$P < 0.001$ for the comparison to C57BL/6J and as $^{+}P < 0.05$, $^{++}P < 0.01$, $^{+++}P < 0.001$ for the comparison to mFcRn−/−. Bar graphs were used to represent the levels of IgG and albumin.

### Results

The clinical chemical screen involved 30 parameters for which the mean values $\pm$ standard deviations are given in Table 1. Bilirubin levels did not reach the detection limit in most animals of all strains and were not subjected to further statistical analysis. We describe here the serological differences detected for the analyzed mouse strains compared to the background inbred C57BL/6J mouse strain and further compare two mouse strains expressing human FcRn in the absence of mFcRn to knockout mFcRn−/− mice.

#### mFcRn−/− in comparison to C57BL/6J (B6)

As previously reported, mFcRn−/− mice showed significantly reduced levels of IgG, albumin, and total protein

(Kim et al. 2006; Montoyo et al. 2009; Roopenian et al. 2003). In addition, we detected significantly lower levels for calcium, with an average value of 1.8 and 1.7 mmol/L for males and females, respectively. Iron, TIBC, transferrin, UIBC, CRP, ALP, cholesterol, HDL, and LDL levels were higher in mFcRn−/− mice compared to B6 mice. Only male mFcRn−/− mice showed significantly higher activities of α-amylase and lipase, and a similar trend was observed for females, whereas the CK levels were highly variable but reduced at least in mFcRn−/− males compared to wild-type mice. For ALT, mFcRn−/− females showed significantly lower levels when compared to wild-type mice.

#### hFcRn(276)tg/tg in comparison to C57BL/6J (B6)

In accordance with published data, substantially lower serum concentrations of endogenous IgG were detected in hFcRn(276)tg/tg compared to B6, but similar albumin levels were measured for both strains (Chaudhury et al. 2003). Furthermore, hFcRn(276)tg/tg mice showed higher levels of iron, TIBC, and transferrin and lower levels of CK. Only female hFcRn(276)tg/tg mice showed significantly lower levels of ALT, AST, and LDH and higher levels for uric acid compared to female B6 controls.

#### hFcRn(276)tg/tg in comparison to mFcRn−/−

The most significant differences between these two mouse strains were albumin and total protein, with higher levels in hFcRn(276)tg/tg mice. In hFcRn(276)tg/tg mice, lower levels for CRP, TIBC, α-amylase, cholesterol, HDL and LDL were detected. hFcRn(276)tg/tg females showed lower levels in UIBC and lipase compared to mFcRn−/− females.

#### hFcRn(32)tg/tg in comparison to C57BL/6J (B6)

As expected the endogenous IgG level is greatly reduced in hFcRn(32)tg/tg compared to B6. In contrast to B6, hFcRn(32)tg/tg mice showed increased levels of serum albumin, TIBC, α-amylase, and NEFA and significantly lower values for CRP and CK. In comparison to B6, hFcRn(32)tg/tg female mice had significantly lower levels for AST and triglycerides. Only male hFcRn(32)tg/tg mice displayed significantly higher UIBC values compared to B6.

#### hFcRn(32)tg/tg in comparison to mFcRn−/−

The most significant differences between these two mouse strains were serum albumin and total protein levels. hFcRn(32)tg/tg mice showed higher levels for albumin,

**Table 1** Clinical chemical parameters of FcRn genetically engineered mice

| Parameter | Unit | C57BL/6J | | mFcR−/− | | hFcRn(276)tg/tg | | hFcRn(32)tg/tg | |
|---|---|---|---|---|---|---|---|---|---|
| | | ♂ (n = 15) | ♀ (n = 15) | ♂ (n = 15) | ♀ (n = 15) | ♂ (n = 14) | ♀ (n = 15) | ♂ (n = 12) | ♀ (n = 14) |
| Sodium | mmol/L | 154.9 ± 2.1 | 149.0 ± 3.0 | 153.5 ± 2.1 | 152.0 ± 1.5 | 152.7 ± 2.8 | 150.7 ± 3.3 | 154.4 ± 1.0 | 152.1 ± 4.6 |
| Potassium | mmol/L | 4.8 ± 0.3 | 4.2 ± 0.3 | 5.0 ± 0.3 | 4.5 ± 0.3 | 4.6 ± 0.2$^{++}$ | 4.6 ± 0.3** | 4.7 ± 0.3 | 4.5 ± 0.2$^{+++}$ |
| Calcium | mmol/L | 2.2 ± 0.1 | 2.1 ± 0.1 | 1.8 ± 0.2*** | 1.7 ± 0.3*** | 2.0 ± 0.3 | 2.0 ± 0.4$^{++}$ | 23 ± 0.3$^{+++}$ | 2.3 ± 0.2$^{++}$ |
| Iron | μmol/L | 23.7 ± 2.4 | 22.1 ± 3.4 | 27.9 ± 5.1* | 28.4 ± 4.0*** | 27.2 ± 4.5 | 28.2 ± 4.4*** | 21.8 ± 2.2$^{+++}$ | 23.0 ± 3.5$^{++}$ |
| Chloride | mmol/L | 115.3 ± 1.5 | 113.3 ± 2.1 | 115.9 ± 1.5 | 115.9 ± 1.7** | 113.1 ± 2.9*,$^{++}$ | 112.3 ± 1.7$^{+++}$ | 112.6 ± 1.3**,$^{+++}$ | 112.6 ± 2.4$^{+++}$ |
| Phosphorus | mmol/L | 3.0 ± 0.2 | 2.8 ± 0.2 | 2.9 ± 0.4 | 2.8 ± 0.3 | 2.9 ± 0.4 | 2.7 ± 0.3 | 2.7 ± 0.3 | 3.1 ± 0.6 |
| Total protein | g/L | 44.1 ± 3.3 | 44.5 ± 1.6 | 35.4 ± 1.9*** | 35.4 ± 2.4*** | 42.1 ± 2.3$^{+++}$ | 43.6 ± 4.2$^{+++}$ | 47.6 ± 3.3$^{+++}$ | 47.6 ± 4.1$^{+++}$ |
| Albumin | g/L | 24.6 ± 1.4 | 27.5 ± 1.0 | 16.9 ± 1.0*** | 18.5 ± 0.9*** | 23.2 ± 1.2*,$^{+++}$ | 26.2 ± 2.1$^{+++}$ | 27.7 ± 1.6***,$^{+++}$ | 29.6 ± 2.0**,$^{+++}$ |
| CRP | mg/L | 2.7 ± 0.5 | 2.7 ± 0.5 | 3.7 ± 0.6** | 4.0 ± 1.1** | 2.2 ± 0.8$^{+++}$ | 2.5 ± 1.2$^{+++}$ | 1.8 ± 0.7*,$^{+++}$ | 1.6 ± 0.4*,$^{+++}$ |
| Trans.-Sat. | % | 47.3 ± 6.1 | 44.4 ± 5.3 | 46.4 ± 7.8 | 43.1 ± 5.3 | 49.9 ± 9.4 | 47.9 ± 7.7 | 39.3 ± 5.5* | 41.1 ± 8.3 |
| TEC | μmol/L | 51.0 ± 5.0 | 49.6 ± 3.1 | 59.9 ± 1.8*** | 65.8 ± 3.8*** | 55.4 ± 3.3*,$^{+++}$ | 59.1 ± 3.7***,$^{+++}$ | 55.7 ± 3.5** | 56.6 ± 4.6***,$^{+++}$ |
| Transferrin | μmol/L | 11.5 ± 0.7 | 11.6 ± 0.3 | 12.6 ± 0.3* | 13.5 ± 0.6* | 12.4 ± 1.6 | 13.1 ± 2.1 | 11.7 ± 0.4 | 13.0 ± 1.4 |
| UBC | μmol/L | 26.8 ± 5.2 | 27.5 ± 2.5 | 32.1 ± 4.4* | 37.4 ± 3.9*** | 27.6 ± 6.1 | 30.9 ± 5.2$^{++}$ | 34.0 ± 4.8** | 32.5 ± 7.6 |
| IgG | μmol/L | 337.7 ± 244.9 | 299.8 ± 148.9 | 29.8 ± 4.3*** | 39 ± 12.6*** | 37.6 ± 4.7** | 42.2 ± 2.8*** | 205 ± 8.8*** | 18.1 ± 3.9*** |
| ALT | U/L | 31 ± 8.7 | 28 ± 7.5 | 28 ± 6.9 | 21 ± 6.1** | 28 ± 7.2 | 21 ± 4.1** | 30 ± 5.2 | 24.6 ± 3.1 |
| AST | U/L | 60 ± 17.2 | 66 ± 17.2 | 50 ± 11.7 | 61 ± 19.1 | 52 ± 12.1 | 45 ± 13.8** | 47 ± 10.5 | 49 ± 14.0* |
| AIP | U/L | 171 ± 20.3 | 196 ± 19.5 | 198 ± 20.5* | 232 ± 19.8** | 172 ± 35.1$^{+}$ | 203 ± 34.9$^{+}$ | 176 ± 13.5 | 189 ± 31.6$^{+++}$ |
| α-Amylase | U/L | 566 ± 42.2 | 522 ± 33.2 | 675 ± 64.1*** | 568 ± 42.4 | 553 ± 74.2$^{+++}$ | 506 ± 49.3$^{+}$ | 662 ± 92.9** | 614 ± 77.4*** |
| CK | U/L | 278 ± 137.0 | 266 ± 153.6 | 135 ± 96.2* | 170 ± 133.6 | 179 ± 134.1 | 101 ± 93.0** | 129 ± 137.8* | 100 ± 84.2** |
| LDH | U/L | 191 ± 55.4 | 189 ± 30.9 | 187 ± 56.7 | 169 ± 59.2 | 196 ± 55.6 | 136 ± 32.0** | 199 ± 42.4 | 160 ± 35.5 |
| Lipase | U/L | 83 ± 14.0 | 77 ± 8.1 | 112 ± 20.8** | 82 ± 8.3 | 92 ± 14.5 | 68 ± 11.1 | 103 ± 24.7 | 68 ± 15.0$^{++}$ |
| Glucose | mmol/L | 14.4 ± 2.7 | 14.4 ± 1.2 | 12.2 ± 1.7* | 12.6 ± 2.3 | 14.4 ± 1.6$^{+}$ | 13.0 ± 2.5 | 11.5 ± 1.7** | 11.0 ± 3.0** |
| Cholesterol | mmol/L | 2.7 ± 0.2 | 2.0 ± 0.2 | 3.2 ± 0.2** | 2.9 ± 0.3*** | 2.6 ± 0.4$^{+++}$ | 2.3 ± 0.5$^{++}$ | 2.7 ± 0.5$^{+++}$ | 2.2 ± 0.5$^{+++}$ |
| Triglycerides | mmol/L | 1.4 ± 0.3 | 1.0 ± 0.2 | 1.3 ± 0.4 | 1.2 ± 0.3 | 1.3 ± 0.4 | 1.1 ± 0.2 | 1.5 ± 0.5 | 1.3 ± 0.4* |
| Urea | mmol/L | 9.6 ± 0.9 | 10.0 ± 1.1 | 10.6 ± 1.2 | 9.6 ± 1.7 | 10.4 ± 1.7 | 10.0 ± 1.6 | 10.4 ± 1.6 | 9.7 ± 2.1 |
| Uric acid | mmol/L | 101.4 ± 20.2 | 76.9 ± 27.6 | 103.0 ± 45.3 | 128.3 ± 33.6 | 104.1 ± 35.8 | 123.3 ± 33.6* | 127.4 ± 43.4 | 113.8 ± 51.0 |
| NEFA | mmol/L | 0.8 ± 0.2 | 0.7 ± 0.1 | 0.8 ± 0.3 | 0.8 ± 0.1 | 1.0 ± 0.2 | 1.0 ± 0.3***,$^{+}$ | 1.1 ± 0.3***,$^{++}$ | 1.3 ± 0.2***,$^{+++}$ |
| HDL | mmol/L | 1.9 ± 0.1 | 1.5 ± 0.1 | 2.2 ± 0.1** | 2.0 ± 0.2*** | 1.8 ± 0.3$^{+++}$ | 1.6 ± 0.4$^{++}$ | 1.9 ± 0.4$^{++}$ | 1.5 ± 0.4$^{+++}$ |
| LDL | mmol/L | 0.4 ± 0.1 | 0.3 ± 0.1 | 0.5 ± 0.1*** | 0.5 ± 0.1*** | 0.4 ± 0.1$^{+++}$ | 0.4 ± 0.1*** | 0.4 ± 0.1$^{+++}$ | 0.4 ± 0.1*,$^{+++}$ |
| Creatinine | mmol/L | 8.9 ± 3.3 | 11.0 ± 2.8 | 11.8 ± 3.3 | 10.7 ± 3.4 | 10.5 ± 3.3 | 10.0 ± 2.0 | 82 ± 2.4$^{+}$ | 8.8 ± 3.6 |

Depicted are clinical chemical parameters of wild-type mice (C57BL/6J), FcRn knockout mice (mFcRn−/−), and two homozygous hFcRn mouse strains [hFcRn(276)tg/tg and hFcRn(32)tg/tg]. Serum concentrations are given as mean ± standard deviation

Comparison with C57BL/6J: * $P < 0.05$, ** $P < 0.01$, *** $P < 0.001$

Comparison with mFcRn −/−: $^{+}$ $P < 0.05$, $^{++}$ $P < 0.01$, $^{+++}$ $P < 0.001$

C. Stein et al.: Clinical chemistry of human FcRn transgenic mice

Springer

total protein, calcium, and NEFA and lower levels for chloride, iron, cholesterol, HDL, LDL, and CRP. In hFcRn(32)tg/tg female mice, lower levels for TIBC and lipase were detected when compared to mFcRn−/− females.

## Discussion

Primates are considered the best model to reproduce human pharmacokinetic parameters of therapeutic human/humanized IgGs (hIgG). However, high costs and ethical reservations make them inaccessible for early research and development. Small animal models are the choice for early evaluation, and mice are routinely used for the preclinical evaluation of human and humanized antibodies. One often overlooked issue is the difference in binding affinity and kinetics of human and mouse FcRn (Andersen et al. 2010; Hinton et al. 2006; Ober et al. 2001; Vaccaro et al. 2006; Ward and Ober 2009). With the development of mice lacking endogenous mFcRn but expressing human FcRn, the pharmacokinetic behavior of therapeutic human IgG antibodies can now be analyzed in models that better reflect their performance in humans (Petkova et al. 2006; Roopenian et al. 2010; Wang et al. 2011; Zalevsky et al. 2010).

To better characterize the physiology of the hFcRn transgenic models as well as mice deficient in FcRn, we analyzed 30 clinical chemical parameters in C57BL/6J wild-type mice, murine FcRn-knockout mice, and two hFcRn transgenic mouse strains expressing human FcRn [hFcRn(276)tg/tg and hFcRn(32)tg/tg]. Having all genetic modifications crossed onto the C57BL/6J background provides a homogeneous strain background in which observed differences can be attributed to the genetic modifications and are not due to genetic background effects (Champy et al. 2008). A multitude of other confounding factors may also influence such phenotypic variables, the most important being environmental conditions (Klempt et al. 2006) and age and sex (Zhou and Hansson 2004). For this study, age-matched cohorts were maintained under the same carefully controlled husbandry conditions. For clinical chemical data collection all samples were treated and measured on systems used for routine clinical diagnostics using highly standardized protocols validated in the German Mouse Clinic (GMC) to obtain comparable and reproducible results. Below we restrict our discussion to the significant and important differences.

Since FcRn-mediated recycling prevents albumin (Kim et al. 2006) and IgG (Roopenian and Akilesh 2007) from intracellular degradation, significant differences were observed in the analyzed mouse strains (Table 1; Fig. 1). FcRn-deficient mice showed reduced levels of both proteins due to the lack of FcRn-mediated recycling as





**Fig. 1** Serum concentrations of **a** albumin and **b** IgG of FcRn genetically engineered mice. Values are mean ± standard deviation. The data from mFcRn−/− mice (KO) and two different mouse strains deficient in murine FcRn but expressing human FcRn (276 and 32) were compared with that of the C57BL/6J wild-type (B6). Significant differences are marked as $*P < 0.05$, $**P < 0.01$, $***P < 0.001$

previously reported by Kim et al. (2006). Both hFcRn transgenic mouse strains showed low serum concentrations of endogenous IgG, similar to mFcRn−/− mice, which is predicted by the low affinity of murine IgG to human FcRn as described Ober et al. (2001) and Roopenian and Akilesh (2007). The low endogenous IgG levels need to be considered a caveat when studying the pharmacokinetics of humanized antibodies as there will be minimal competition of the endogenous murine IgG for binding hFcRn (Datta-Mannan et al. 2007; Vaccaro et al. 2006). One possibility to compensate for the lack of endogenous IgG is to administer human IgG prior to the application of the therapeutic antibody (Petkova et al. 2006). Two other immunoglobulins, IgA and IgM, were not measured in this study, but it has been previously shown that these are not affected in mFcRn−/− and hFcRn(276)tg/tg mice compared to B6 (Chaudhury et al. 2003).

Serum albumin levels of hFcRn transgenic mice were elevated compared to the levels found in FcRn-deficient mice. This result, in agreement with previous findings (Chaudhury et al. 2003), is consistent with the known ability of human FcRn to bind and stabilize mouse serum albumin. However, the strain hFcRn(32)tg/tg showed significantly elevated serum albumin levels when compared to wild-type and hFcRn(276)tg/tg mice. This elevation likely reflects higher functionality of the hFcRn(32) transgene and is consistent with observations that the serum half-life of hIgG is longer in hFcRn(32)tg/tg mice compared with hFcRn(276)tg/tg mice (Petkova et al. 2006). One of the important functions of albumin is its ability to transport a wide variety of molecules such as fatty acids, bile acids, eicosanoids, vitamins, hormones, ions, and drugs. Besides being a transporter, albumin maintains colloid osmotic pressure in blood and buffers (Chaudhury et al. 2003; Peters 1996). In hypoalbuminemic conditions an upregulation of the hepatic metabolism is thought to be a compensatory mechanism (Koot et al. 2004). The low serum colloid osmotic pressure stimulates the liver to synthesize a broad spectrum of macromolecules, including proteins (Baldo-Enzi et al. 1987). These proteins were thought to take over many of albumin's functions (Koot et al. 2004). Most albumin-dependent parameters were restored in both hFcRn transgenic mouse strains. Serum concentrations of iron, TIBC, uric acid, and CK in hFcRn(276)tg/tg transgenic mice were more similar to those of the FcRn-knockout mice than to those of B6 and hFcRn(32)tg/tg mice. Serum iron levels of hFcRn(32)tg/tg mice were more comparable to that of B6, but with increased TIBC and UIBC. CRP levels in hFcRn(32)tg/tg were significantly reduced compared to those of mFcRn−/− and B6. The hFcRn transgenic mice showed hypogammaglobulinemia with comparatively normalized albumin levels. Interestingly, the transgenic mice as well as FcRn−/− mice showed higher serum levels of TIBC, which is consistent with increased hepatic metabolism (Baldo-Enzi et al. 1987; Koot et al. 2004). However, transferrin levels did not significantly differ between the genetically engineered mice and the B6 mice. CK levels were highly variable in all groups of mice but showed a significant decrease in hFcRn transgenic mice, similar to that found for FcRn-knockout mice. The higher uric acid levels in hFcRn transgenic and mFcRn-knockout mice may correlate with the higher iron levels. Iron activates xanthine oxidase. Increased xanthine oxidase activity can lead to higher uric acid levels. The CRP levels that were elevated in FcRn-knockout mice were at wild-type level for the hFcRn(276)tg/tg mice and reduced in hFcRn(32)tg/tg mice. We interpret the elevation of CRP in FcRn-knockout mice as a reflection of the liver's response to the lowered colloid osmotic pressure in blood caused by low serum albumin and IgG level. Taken together, most of the differences detected in FcRn−/− mice compared with the wild-type and hFcRn transgenic mice are likely to be secondary to the altered albumin levels.

We then compared our mFcRn-knockout mice data to published data of analbuminemic Nagase rats (NAR), a common animal model for human familial analbuminemia and human patients suffering from idiopathic hypoalbuminemia (Table 2) (Kim et al. 2003; Nagase et al. 1979). NAR carry a genetic alteration that involves post-transcriptional mRNA processing (Esumi et al. 1982, b); a similar defect has been observed in human idiopathic hypoalbuminemia (Avery et al. 1983). Human analbuminemia, better known as idiopathic hypoalbuminemia, is a rare congenital disease inherited as an autosomal recessive trait and is characterized by absence or an extremely low level of albumin (Baldo-Enzi et al. 1987; Peters 1996). Secondary hypoalbuminemia in humans (Ballmer 2001) can be caused by liver, intestinal (Prinsen et al. 2002; Waldmann 1972), and kidney diseases (Kaysen 1988; Kaysen 1993; Prinsen et al. 2002) or sepsis (Prinsen et al. 2002; Ruot et al. 2000). For our comparison we have cited only case reports from patients suffering from idiopathic hypoalbuminemia, as it is known that in secondary hypoalbuminemia too many side effects influence the clinical chemical parameters. Surprisingly, a chronically lowered albumin level in man causes only mild clinical signs and symptoms (Koot et al. 2004). In hypoalbuminemic rodents, no clinical signs or symptoms have been described. The hypoalbuminemic mFcRn−/− mice appeared healthy without any clinical symptoms.

It is thought that the most important compensatory mechanism in hypoalbuminemic situations is an upregulation of the hepatic synthesis of albumin, transferrin, fibrinogen, CRP, and other proteins, likely compensating for the lowered colloid osmotic pressure (Kim et al. 2006; Sun and Kaysen 1994). These nonalbumin proteins are thought to assume many of albumin's functions (Koot et al. 2004). Upregulation of total protein has been described in mFcRn−/− mice (Kim et al. 2006), and this study), rats (Emori et al. 1983), and humans (Koot et al. 2004).

In mFcRn−/− mice, we detected a higher concentration of transferrin in serum similar to previous data by Kim et al. (2006). In our study, the difference is somewhat reduced and it is more pronounced in females, which may be explained by the age and environmental differences between the two studies. Transferrin is the most important iron-binding protein in the blood. By examining multiple iron parameters, we found that TIBC, UIBC, and iron show higher concentrations in mFcRn−/− serum. TIBC is used as a measure of transferrin concentrations in serum (albeit indirect) for clinical purposes. For this reason, TIBC is directly affected by the transferrin levels (Gambino et al. 1997).

 Springer

C. Stein et al.: Clinical chemistry of human FcRn transgenic mice   265

**Table 2** Influence of hypoalbuminemia on clinical chemical parameters in different species

| Parameter | Mouse (mFcRn−/−) ♂/♀ | Rat (Nagase) | Refs. | Human (idiopathic hypoalbuminemia) | Refs. |
|---|---|---|---|---|---|
| Sodium | → | → | Gomez et al. 2007; Sugiyama et al. 1984 | | |
| Potassium | → | → | Gomez et al. 2007; Sugiyama et al. 1984 | | |
| Calcium | ↓ | ↑(→) | Gomez et al. 2007; (Inaba et al. 2000) | ↓ | Baldo-Enzi et al. 1987; Galliano et al. 2002; Koot et al. 2004 |
| Iron | ↑ | | | →↑ | Kallee 1996 |
| Chloride | →↑ | → | Gomez et al. 2007; Sugiyama et al. 1984 | | |
| Phosphorus | → | →(↓) | Inaba et al. 2000; (Gomez et al. 2007) | | |
| Total protein | ↓ | → | Emori et al. 1983; Inaba et al. 2000; Kim et al. 2003; Nagase et al. 1979; Nagase et al. 1980 | ↓ | Baldo-Enzi et al. 1987; Campagnoli et al. 2005; Frohlich et al. 1981; Kallee 1996; Koot et al. 2004; Prinsen et al. 2002 |
| Albumin | ↓ | ↓ | Catanozzi et al. 1994; Emori et al. 1983; Gomez et al. 2007; Inaba et al. 2000; Joles et al. 1991; Nagase et al. 1979; Nagase et al. 1980; Shin et al. 2005; Wang et al. 2011; Van Tol et al. 1991 | ↓ | Baldo et al. 1983; Baldo-Enzi et al. 1987; Braschi et al. 1996; Burgess and Marais 2001; Campagnoli et al. 2002; Campagnoli et al. 2005; Campagnoli et al. 2006; Campagnoli et al. 2008; Cormode et al. 1975; Dammacco et al. 1980; Frohlich et al. 1981; Galliano et al. 2002; Kallee 1996; Koot et al. 2004; Maugeais et al. 1997; Peters 1996; Prinsen et al. 2002 |
| CRP | ↑ | | | → | Prinsen et al. 2002 |
| Trans.-Sat | → | | | | |
| TIBC | ↑ | | | | |
| Transferrin | ↑ | ↑ | Emori et al. 1983 | ↑(→) | Campagnoli et al. 2006; Campagnoli et al. 2008; Cormode et al. 1975; Frohlich et al. 1981; Kallee 1996; Koot et al. 2004; (Prinsen et al. 2002) |
| UIBC | ↑ | | | | |
| IgG | ↓ | ↑ | Emori et al. 1983; Inaba et al. 2000; Nagase et al. 1979; Nagase et al. 1980 | ↑(→) | Baldo-Enzi et al. 1987; Campagnoli et al. 2002; Campagnoli et al. 2006; Dammacco et al. 1980; (Koot et al. 2004; Campagnoli et al. 2008) |
| ALT | →↓ | →(↑) | Kim et al. 2003; (Takahashi et al. 1983) | → | Burgess and Marais 2001; Prinsen et al. 2002 |
| AST | → | →(↑) | Kim et al. 2003; (Takahashi et al. 1983) | → | Burgess and Marais 2001 |
| ALP | ↑ | → | Takahashi et al. 1983 | ↑ | Baldo-Enzi et al. 1987 |
| α-Amylase | ↑→ | | | | |
| CK | ↓→ | | | → | Burgess and Marais 2001 |
| LDH | → | ↑ | Takahashi et al. 1983 | ↑ | Baldo-Enzi et al. 1987 |
| Lipase | ↑→ | | | | |
| Glucose | ↓→ | ↑ | Kikuchi et al. 1983 | →(↓) | Burgess and Marais 2001; (Galliano et al. 2002) |
| Cholesterol | ↑ | ↑ | Ando et al. 1980; Catanozzi et al. 1994; Inaba et al. 2000; Joles et al. 1991; Kikuchi et al. 1983; Nagase et al. 1979; Nagase et al. 1980; Shin et al. 2005; Van Tol et al. 1991; Takahashi et al. 1983; Sun et al. 1992 | ↑ | Baldo et al. 1983; Baldo-Enzi et al. 1987; Braschi et al. 1996; Burgess and Marais 2001; Campagnoli et al. 2002; Campagnoli et al. 2005; Campagnoli et al. 2006; Campagnoli et al. 2008; Dammacco et al. 1980; Galliano et al. 2002; Koot et al. 2004; Maugeais et al. 1997; Peters 1996; Prinsen et al. 2002 |
| Triglycerides | → | ↑ | Ando et al. 1980; Catanozzi et al. 1994; Inaba et al. 2000; Joles et al. 1991; Kikuchi et al. 1983; Nagase et al. 1979; Shin et al. 2005; Van Tol et al. 1991; Takahashi et al. 1983; Sun et al. 1992 | ↑(→) | Braschi et al. 1996; Campagnoli et al. 2005; Campagnoli et al. 2006; Campagnoli et al. 2008; Galliano et al. 2002; Maugeais et al. 1997; (Frohlich et al. 1981; Burgess and Marais 2001; Koot et al. 2004) |

C. Stein et al.: Clinical chemistry of human FcRn transgenic mice

**Table 2** continued

| Parameter | Mouse (mFcRn−/−) ♂/♀ | Rat (Nagase) | Refs. | Human (idiopathic hypoalbuminemia) | Refs. |
|---|---|---|---|---|---|
| Urea | → | → | Inaba et al. 2000; Kim et al. 2003 | → | Burgess and Marais 2001 |
| Uric acid | → | | | | |
| NEFA | → | ↓ | Ando et al. 1980; Kikuchi et al. 1983; Vusse 2009 | →(↓) | Baldo-Enzi et al. 1987; Braschi et al. 1996; Peters 1996; (Koot et al. 2004) |
| HDL | ↑ | ↑ | Catanozzi et al. 1994; Joles et al. 1991; Shin et al. 2005; Vaccaro et al. 2006; Wang et al. 2011 | →(↓) | Braschi et al. 1996; Burgess and Marais 2001; Campagnoli et al. 2005; Campagnoli et al. 2006; Campagnoli et al. 2008; Koot et al. 2004; Maugeais et al. 1997; (Baldo et al. 1983; Frohlich et al. 1981; Peters 1996) |
| LDL | ↑ | ↑ | Catanozzi et al. 1994; Joles et al. 1991; Shin et al. 2005; Vaccaro et al. 2006; Wang et al. 2011 | ↑ | Baldo et al. 1983; Baldo-Enzi et al. 1987; Braschi et al. 1996; Burgess and Marais 2001; Campagnoli et al. 2005; Campagnoli et al. 2006; Campagnoli et al. 2008; Cormode et al. 1975; Dammacco et al. 1980; Kallee 1996; Koot et al. 2004; Maugeais et al. 1997; Peters 1996 |
| Creatinine | → | → | Inaba et al. 2000; Kim et al. 2003 | → | Burgess and Marais 2001 |

Data of hypoalbuminemic mice (mFcRn−/−) of the present study were compared to published data from analbuminemic Nagase rats and hypoalbuminemic human patients (idiopathic hypoalbuminemia). Changes of clinical chemical parameters in hypoalbuminemia were marked as ↑ above, ↓ below, → similar. The use of two arrows in mouse data indicates different tendencies in gender (♂, ♀), in human or rat data it indicates different tendencies in publications. Arrows in parenthesis refer to references in parenthesis

CRP, a serum protein synthesized by the liver, is a member of the acute-phase reactants. In humans, this protein is used mainly as a marker of inflammation. In mice, it is only a minor acute-phase reactant; the major acute-phase protein in mice is serum amyloid P (Ochrietor et al. 2000). We detected increased CRP levels only in mFcRn−/− mice and propose that this is a consequence of the upregulation of hepatic protein synthesis and not a result of inflammation.

Additionally, we found a mild increase in α-amylase and lipase in serum derived from mFcRn−/− mice. Although these differences were significant, all values were still within the range of data obtained in the GMC for C57BL/6J wild-type mice. In wild-type B6 mice, serum lipase and α-amylase are derived from different sources: pancreas, salivary glands, endothelial cells, and liver (MacKenzie and Messer 1976; Peterson et al. 1986; Sierra et al. 1986). Serum amylase is additionally affected by kidney function since the pancreatic isoform is excreted in urine (MacKenzie and Messer 1976). The small differences detected in serum enzyme activities could therefore be due to changes in liver metabolism and/or kidney function.

Alterations in the metabolism of lipids and lipoproteins are known as compensatory mechanisms in hypoalbuminemia, characterized by hyperlipidemia in mice, rats, and humans. Basically, two transport forms for fatty acids are available: either as triglycerides, with the main lipid components of circulating lipoproteins being LDL and HDL, or as nonesterified fatty acids (NEFA). Due to their low solubility in aqueous solutions, NEFA require a transporter. Normally, albumin acts as the main fatty acid-binding protein in extracellular fluids (Vusse 2009). Hyperlipidemia in hypoalbuminemic conditions is characterized by increased serum levels of total cholesterol and LDL, accompanied by normal or slightly decreased NEFA levels. The observation that NEFA are accumulated particularly in LDL points to a compensatory role of LDL in NEFA transport in the vascular compartment when albumin is low or absent (Vusse 2009). The triglyceride levels and the HDL levels in hypoalbuminemic conditions differ between species. In humans and mice, triglycerides are usually normal, whereas in NAR the levels are increased. In most human cases the HDL levels are normal (Koot et al. 2004); in contrast, the HDL levels are increased in mice and rats (Catanozzi et al. 1994; Joles et al. 1991; Van Tol et al. 1991). In mFcRn−/− mice, NEFA and triglycerides levels were normal while LDL and HDL levels were increased.

In hypoalbuminemia the bone metabolism of mice, rats (Inaba et al. 2000), and humans (Payne et al. 1973; Payne et al. 1979) is altered. Albumin plays an important role as a major calcium-binding protein in serum. In blood 45% of the calcium is bound to serum proteins (Peters 1996). The reduction in serum albumin results in an increase in free calcium in rats (Inaba et al. 2000) and in humans (Ladenson et al. 1979), which affects bone turnover by altering secretion of parathyroid hormone (Inaba et al. 2000). However, total calcium levels did not differ between

normal and hypoalbuminemic rats. It is thought that other proteins act as calcium-binding substances (Inaba et al. 2000). In hypoalbuminemic patients, serum calcium concentration is usually low, often below the normal range (Baldo-Enzi et al. 1987; Koot et al. 2004). In mFcRn−/− mice, the total calcium levels were significantly decreased, with values of 1.7 and 1.8 mmol/L. Comparing our data to the Mouse Phenome Database (http://phenome.jax.org), the calcium levels for C57BL/6J are around 2.3 mmol/L, similar to our measurements of 2.1 and 2.2 mmol/L. We consider the decreased calcium level clinically relevant. In contrast, ALP levels were significantly higher, which may be due to an altered bone or hepatic metabolism.

Creatinine, urea, and uric acid serum analysis is used to evaluate kidney function (Gailus-Durner et al. 2009). Increased levels of uric acid were detected only in mFcRn−/− females and hFcRn(276)tg/tg females, but this may not be clinically relevant. Increased serum uric acid can be caused by reduced excretion by the kidneys, or it may be linked with the higher iron levels observed in these mice. Creatinine and urea showed no significant strain-specific differences.

However, creatine kinase (CK) levels were significantly decreased in mFcRn−/− males as well as in hFcRn transgenic mice for reasons not understood. CK is readily released from muscle, even in mild muscle injury or from increased muscle activity prior to blood collection. Whether this decrease is physiologically relevant requires further investigation.

In rats (Nagase et al. 1979, 1980) and humans (Payne et al. 1979), immunoglobulin levels like IgG are higher, suggesting that there is no defect in the Fc-binding of the FcRn receptor and that IgG synthesis may be increased in response to the reduced albumin levels to adjust the total protein level. The total protein serum level in Nagase rats is almost normal, suggesting that the reduced serum albumin is compensated by other proteins, including IgG (Nagase et al. 1980). The same has been found in hypoalbuminemic patients, with total protein levels only marginally lowered compared to healthy individuals (Koot et al. 2004) and hypergammaglobulinemia patients (Payne et al. 1973). In FcRn-deficient mice, the normal concentrations of IgG are not achieved due to the deficiency in FcRn-mediated recycling which prevents accumulation of IgG. It is interesting that the total serum protein concentrations are also reduced and not fully compensated by other proteins when IgG levels are low. The overall lower serum total protein concentrations in FcRn-deficient mice are in agreement with the findings by Kim et al. (2006).

In summary, there are significant quantitative and qualitative differences in the clinical chemical parameters of FcRn genetically engineered mice compared to wild-type animals. Deletion of mFcRn results in low levels of

IgG and albumin due to the lack of FcRn-mediated recycling. In contrast, the replacement of mFcRn with hFcRn in mice results in a low level of endogenous IgG, as predicted. The albumin levels of hFcRn transgenic mice were restored to wild-type levels. Most of the other differences in clinical chemical parameters are thought to be linked to the altered albumin levels of FcRn-deficient mice, as similar tendencies have been observed in analbuminemic Nagase rats and hypoalbuminemic human patients.

**Acknowledgments**    The German Mouse Clinic is supported by grants from the German Federal Ministry of Education and Research (NGFNplus: 01GS0850, 01GS0851) and the European Union (EU-MODIC LSHG-2006-037188). We thank Elfi Holupirek and Andreas Wolfert for excellent technical support in serum analyses.

## References

Andersen JT, Daba MB, Berntzen G, Michaelsen TE, Sandlie I (2010) Cross-species binding analyses of mouse and human neonatal Fc receptor show dramatic differences in immunoglobulin G and albumin binding. J Biol Chem 285:4826–4836

Ando S, Kon K, Tanaka Y, Nagase S, Nagai Y (1980) Characterization of hyperlipidemia in Nagase analbuminemia rat (NAR). J Biochem 87:1859–1862

Avery RA, Alpert E, Weigand K, Dugaiczyk A (1983) Structural integrity of the human albumin gene in congenital analbuminemia. Biochem Biophys Res Commun 116:817–821

Baldo G, Fellin R, Manzato E, Baiocchi MR, Ongaro G, Baggio G, Fabiani F, Pauluzzi S, Crepaldi G (1983) Characterization of hyperlipidemia in two patients with analbuminemia. Clin Chim Acta 128:307–319

Baldo-Enzi G, Baiocchi MR, Vigna G, Andrian C, Mosconi C, Fellin R (1987) Analbuminaemia: a natural model of metabolic compensatory systems. J Inherit Metab Dis 10:317–329

Ballmer PE (2001) Causes and mechanisms of hypoalbuminaemia. Clin Nutr 20:271–273

Braschi S, Lagrost L, Florentin E, Martin C, Athias A, Gambert P, Krempf M, Lallemant C, Jacotot B (1996) Increased cholesteryl ester transfer activity in plasma from analbuminemic patients. Arterioscler Thromb Vasc Biol 16:441–449

Burgess LJ, Marais AD (2001) The use of simvastatin in analbuminaemia. Cardiovasc Drugs Ther 15:555–558

Campagnoli M, Rossi A, Palmqvist L, Flisberg A, Niklasson A, Minchotti L, Galliano M (2002) A novel splicing mutation causes an undescribed type of analbuminemia. Biochim Biophys Acta 1586:43–49

Campagnoli M, Sala A, Labo S, Rossi A, Neuhaus TJ, Braegger CP, Minchiotti L, Galliano M (2005) Analbuminemia in a Swiss family is caused by a C → T transition at nucleotide 4446 of the albumin gene. Clin Biochem 38:819–823

Campagnoli M, Rosipal S, Debreova M, Rosipal R, Sala A, Romano A, Labo S, Galliano M, Minchiotti L (2006) Analbuminemia in a Slovak Romany (gypsy) family: case report and mutational analysis. Clin Chim Acta 365:188–193

Campagnoli M, Hansson P, Dolcini L, Caridi G, Dagnino M, Candiano G, Bruschi M, Palmqvist L, Galliano M, Minchiotti L (2008) Analbuminemia in a Swedish male is caused by the Kayseri mutation (c228_229delAT). Clin Chim Acta 396:89–92

Catanozzi S, Rocha JC, Nakandakare ER, Oliveira HC, Quintao EC (1994) Nagase analbuminemic rats have faster plasma

triacylglycerol and VLDL synthesis rates. Biochim Biophys Acta 1212:103–108

Champy MF, Selloum M, Zeitler V, Caradec C, Jung B, Rousseau S, Pouilly L, Sorg T, Auwerx J (2008) Genetic background determines metabolic phenotypes in the mouse. Mamm Genome 19:318–331

Chaudhury C, Mehnaz S, Robinson JM, Hayton WL, Pearl DK, Roopenian DC, Anderson CL (2003) The major histocompatibility complex-related Fc receptor for IgG (FcRn) binds albumin and prolongs its lifespan. J Exp Med 197:315–322

Cormode EJ, Lyster DM, Israels S (1975) Analbuminemia in a neonate. J Pediatr 86:862–867

Dammacco F, Miglietta A, D'Addabbo A, Fratello A, Moschetta R, Bonomo L (1980) Analbuminemia: report of a case and review of the literature. Vox Sang 39:153–161

Datta-Mannan A, Witcher DR, Tang Y, Watkins J, Jiang W, Wroblewski VJ (2007a) Humanized IgG1 variants with differential binding properties to the neonatal Fc receptor: relationship to pharmacokinetics in mice and primates. Drug Metab Dispos 35:86–94

Datta-Mannan A, Witcher DR, Tang Y, Watkins J, Wroblewski VJ (2007b) Monoclonal antibody clearance. Impact of modulating the interaction of IgG with the neonatal Fc receptor. J Biol Chem 282:1709–1717

Emori T, Takahashi M, Sugiyama K, Shumiya S, Nagase S (1983) Age-related changes in plasma proteins of analbuminemic rats. Jikken Dobutsu 32:123–132

Esumi H, Sato S, Takahashi Y, Nagase S, Sugimura T (1982a) A seven base pair deletion in an intron blocks albumin mRNA processing. Princess Takamatsu Symp 12:87–100

Esumi H, Takahashi Y, Sekiya T, Sato S, Nagase S, Sugimura T (1982b) Presence of albumin mRNA precursors in nuclei of analbuminemic rat liver lacking cytoplasmic albumin mRNA. Proc Natl Acad Sci USA 79:734–738

Frohlich J, Pudek MR, Cormode EJ, Sellers EM, Abel JG (1981) Further studies on plasma proteins, lipids, and dye- and drug-binding in a child with analbuminemia. Clin Chem 27:1213–1216

Gailus-Durner V, Fuchs H, Adler T, Aguilar PA, Becker L, Bolle I, Calzada-Wack J, Dalke C, Ehrhardt N, Ferwagner B, Hans W, Holter SM, Holzlwimmer G, Horsch M, Javaheri A, Kallnik M, Kling E, Lengger C, Morth C, Mossbrugger I, Naton B, Prehn C, Puk O, Rathkolb B, Rozman J, Schrewe A, Thiele F, Adamski J, Aigner B, Behrendt H, Busch DH, Favor J, Graw J, Heldmaier G, Ivandic B, Katus H, Klingenspor M, Klopstock T, Kremmer E, Ollert M, Quintanilla-Martinez L, Schulz H, Wolf E, Wurst W, de Angelis MH (2009) Systemic first-line phenotyping. Methods Mol Biol 530:463–509

Galliano M, Campagnoli M, Rossi A, Wirsing von Konig CH, Lyon AW, Cefle K, Yildiz A, Palanduz S, Ozturk S, Minchiotti L (2002) Molecular diagnosis of analbuminemia: a novel mutation identified in two Amerindian and two Turkish families. Clin Chem 48:844–849

Gambino R, Desvarieux E, Orth M, Matan H, Ackattupathil T, Lijoi E, Wimmer C, Bower J, Gunter E (1997) The relation between chemically measured total iron-binding capacity concentrations and immunologically measured transferrin concentrations in human serum. Clin Chem 43:2408–2412

Gomez JL, Gunnerson KJ, Song M, Li J, Kellum JA (2007) Effects of hypercapnia on BP in hypoalbuminemic and Nagase analbuminemic rats. Chest 131:1295–1300

Hinton PR, Xiong JM, Johlfs MG, Tang MT, Keller S, Tsurushita N (2006) An engineered human IgG1 antibody with longer serum half-life. J Immunol 176:346–356

Inaba M, Morii H, Katsumata T, Goto H, Ishimura E, Kawagishi T, Kamao M, Okano T, Nishizawa Y (2000) Hyperparathyroidism

is augmented by ovariectomy in Nagase analbuminemic rats. J Nutr 130:1543–1547

Joles JA, Willekes-Koolschijn N, Van Tol A, Geelhoed-Mieras MM, Danse LH, Van GE, Kortlandt W, Erkelens DW, Koomans HA (1991) Hyperlipoproteinemia in one-year-old analbuminemic rats. Atherosclerosis 88:35–47

Kallee E (1996) Bennhold's analbuminemia: a follow-up study of the first two cases (1953–1992). J Lab Clin Med 127:470–480

Kaysen GA (1988) Albumin metabolism in the nephrotic syndrome: the effect of dietary protein intake. Am J Kidney Dis 12:461–480

Kaysen GA (1993) Plasma composition in the nephrotic syndrome. Am J Nephrol 13:347–359

Kikuchi H, Tamura S, Nagase S, Tsuiki S (1983) Hypertriacylglycerolemia and adipose tissue lipoprotein lipase activity in the Nagase analbuminemic rat. Biochim Biophys Acta 744:165–170

Kim EJ, Lee AK, Kim SH, Kim SG, Lee MG (2003) Pharmacokinetics and pharmacodynamics of intravenous azosemide in mutant Nagase analbuminemic rats. Drug Metab Dispos 31:194–201

Kim J, Bronson CL, Hayton WL, Radmacher MD, Roopenian DC, Robinson JM, Anderson CL (2006) Albumin turnover: FcRn-mediated recycling saves as much albumin from degradation as the liver produces. Am J Physiol Gastrointest Liver Physiol 290:G352–G360

Klempt M, Rathkolb B, Fuchs E, de Angelis MH, Wolf E, Aigner B (2006) Genotype-specific environmental impact on the variance of blood values in inbred and F1 hybrid mice. Mamm Genome 17:93–102

Koot BG, Houwen R, Pot DJ, Nauta J (2004) Congenital analbuminaemia: biochemical and clinical implications. A case report and literature review. Eur J Pediatr 163:664–670

Kuo TT, de Muinck EJ, Claypool SM, Yoshida M, Nagaishi T, Aveson VG, Lencer WI, Blumberg RS (2009) N-glycan moieties in neonatal Fc receptor determine steady-state membrane distribution and directional transport of IgG. J Biol Chem 284:8292–8300

Ladenson JH, Lewis JW, McDonald JM, Slatopolsky E, Boyd JC (1979) Relationship of free and total calcium in hypercalcemic conditions. J Clin Endocrinol Metab 48:393–397

MacKenzie PI, Messer M (1976) Studies on the origin and excretion of serum alpha-amylase in the mouse. Comp Biochem Physiol B 54:103–106

Maugeais C, Braschi S, Ouguerram K, Maugeais P, Mahot P, Jacotot B, Darmaun D, Magot T, Krempf M (1997) Lipoprotein kinetics in patients with analbuminemia. Evidence for the role of serum albumin in controlling lipoprotein metabolism. Arterioscler Thromb Vasc Biol 17:1369–1375

Montoyo HP, Vaccaro C, Hafner M, Ober RJ, Mueller W, Ward ES (2009) Conditional deletion of the MHC class I-related receptor FcRn reveals the sites of IgG homeostasis in mice. Proc Natl Acad Sci USA 106(8):2788–2793

Nagase S, Shimamune K, Shumiya S (1979) Albumin-deficient rat mutant. Science 205:590–591

Nagase S, Shimamune K, Shumiya S (1980) Albumin-deficient rat mutant: an animal model for analbuminemia. Jikken Dobutsu 29:33–38

Nicklas W, Baneux P, Boot R, Decelle T, Deeny AA, Fumanelli M, Illgen-Wilcke B (2002) Recommendations for the health monitoring of rodent and rabbit colonies in breeding and experimental units. Lab Anim 36:20–42

Ober RJ, Radu CG, Ghetie V, Ward ES (2001) Differences in promiscuity for antibody-FcRn interactions across species: implications for therapeutic antibodies. Int Immunol 13:1551–1559

Ochrietor JD, Harrison KA, Zahedi K, Mortensen RF (2000) Role of STAT3 and C/EBP in cytokine-dependent expression of the

mouse serum amyloid P-component (SAP) and C-reactive protein (CRP) genes. Cytokine 12:888–899

Payne RB, Little AJ, Williams RB, Milner JR (1973) Interpretation of serum calcium in patients with abnormal serum proteins. Br Med J 4:643–646

Payne RB, Carver ME, Morgan DB (1979) Interpretation of serum total calcium: effects of adjustment for albumin concentration on frequency of abnormal values and on detection of change in the individual. J Clin Pathol 32:56–60

Peters T (1996) All about albumin: biochemistry, genetics, and medical applications. Academic Press, San Diego

Peterson J, Bengtsson-Olivecrona G, Olivecrona T (1986) Mouse preheparin plasma contains high levels of hepatic lipase with low affinity for heparin. Biochim Biophys Acta 878:65–70

Petkova SB, Akilesh S, Sproule TJ, Christianson GJ, Al KH, Brown AC, Presta LG, Meng YG, Roopenian DC (2006) Enhanced half-life of genetically engineered human IgG1 antibodies in a humanized FcRn mouse model: potential application in humorally mediated autoimmune disease. Int Immunol 18:1759–1769

Prinsen BH, Kaysen GA, Klomp LW, De BJ, Barrett PH, Thornalley PJ, Battah S, Berger R, Rabelink TJ, der Velden MG (2002) Idiopathic hypoalbuminemia explained by reduced synthesis rate and an increased catabolic rate. Clin Biochem 35:545–553

Rathkolb B, Decker T, Fuchs E, Soewarto D, Fella C, Heffner S, Pargent W, Wanke R, Balling R, de Hrabe AM, Kolb HJ, Wolf E (2000) The clinical-chemical screen in the Munich ENU Mouse Mutagenesis Project: screening for clinically relevant phenotypes. Mamm.Genome 11:543–546

Roopenian DC, Akilesh S (2007) FcRn: the neonatal Fc receptor comes of age. Nat Rev Immunol 7:715–725

Roopenian DC, Christianson GJ, Sproule TJ, Brown AC, Akilesh S, Jung N, Petkova S, Avanessian L, Choi EY, Shaffer DJ, Eden PA, Anderson CL (2003) The MHC class I-like IgG receptor controls perinatal IgG transport, IgG homeostasis, and fate of IgG-Fc-coupled drugs. J Immunol 170:3528–3533

Roopenian DC, Christianson GJ, Sproule TJ (2010) Human FcRn transgenic mice for pharmacokinetic evaluation of therapeutic antibodies. Methods Mol Biol 602:93–104

Ruot B, Breuille D, Rambourdin F, Bayle G, Capitan P, Obled C (2000) Synthesis rate of plasma albumin is a good indicator of liver albumin synthesis in sepsis. Am J Physiol Endocrinol Metab 279:E244–E251

Shin Y, Vaziri ND, Willekes N, Kim CH, Joles JA (2005) Effects of gender on hepatic HMG-CoA reductase, cholesterol 7alpha-hydroxylase, and LDL receptor in hereditary analbuminemia. Am J Physiol Endocrinol Metab 289:E993–E998

Sierra F, Pittet AC, Schibler U (1986) Different tissue-specific expression of the amylase gene Amy-1 in mice and rats. Mol Cell Biol 6:4067–4076

Sugiyama K, Emori T, Shumiya S, Nagase S (1984) Anemia and potassium permeability of red blood cells in analbuminemic rats. Jikken Dobutsu 33:307–318

Sun X, Kaysen GA (1994) Albumin and transferrin synthesis are increased in H4 cells by serum from analbuminemic or nephrotic rats. Kidney Int 45(5):1381–1387

Sun X, Jones H Jr., Joles JA, van TA, Kaysen GA (1992) Apolipoprotein gene expression in analbuminemic rats and in rats with Heymann nephritis. Am J Physiol 262:F755–F761

Takahashi M, Kusumi K, Shumiya S, Nagase S (1983) Plasma lipid concentrations and enzyme activities in Nagase analbuminemia rats (NAR). Jikken Dobutsu 32:39–46

Vaccaro C, Bawdon R, Wanjie S, Ober RJ, Ward ES (2006) Divergent activities of an engineered antibody in murine and human systems have implications for therapeutic antibodies. Proc Natl Acad Sci USA 103:18709–18714

Van Tol A, Jansen EH, Koomans HA, Joles JA (1991) Hyperlipoproteinemia in Nagase analbuminemic rats: effects of pravastatin on plasma (apo)lipoproteins and lecithin:cholesterol acyltransferase activity. J Lipid Res 32:1719–1728

Vusse GJ (2009) Albumin as fatty acid transporter. Drug Metab Pharmacokinet 24:300–307

Waldmann TA (1972) Protein-losing enteropathy and kinetic studies of plasma protein metabolism. Semin Nucl Med 2:251–263

Wang W, Vlasak J, Li Y, Pristatsky P, Fang Y, Pittman T, Roman J, Wang Y, Prueksaritanont T, Ionescu R (2011) Impact of methionine oxidation in human IgG1 Fc on serum half-life of monoclonal antibodies. Mol Immunol 48:860–866

Ward ES, Ober RJ (2009) Chapter 4: Multitasking by exploitation of intracellular transport functions the many faces of FcRn. Adv Immunol 103:77–115

Zalevsky J, Chamberlain AK, Horton HM, Karki S, Leung IW, Sproule TJ, Lazar GA, Roopenian DC, Desjarlais JR (2010) Enhanced antibody half-life improves in vivo activity. Nat Biotechnol 28:157–159

Zhou X, Hansson GK (2004) Effect of sex and age on serum biochemical reference ranges in C57BL/6J mice. Comp Med 54:176–178