# Exhibit 18

Annales de Cardiologie et d'Angéiologie 69 (2020) 192–200



Disponible en ligne sur

**ScienceDirect**
www.sciencedirect.com

Elsevier Masson France


www.em-consulte.com



Focus on

# Serum albumin and cardiovascular disease: State-of-the-art review

## *Albumine sérique et maladie cardiovasculaire : mise au point approfondie*



## S. Arques

*Service de Cardiologie, Centre hospitalier Edmond Garcin, Avenue des Soeurs Gastine, 13400 Aubagne, France*

### A R T I C L E   I N F O

*Article history:*
Received 8 March 2020
Accepted 21 July 2020
Available online 11 August 2020

*Keywords:*
Serum albumin
Cardiovascular disease
Prognosis
Risk factor
Coronary artery disease
Heart failure
Stroke
Congenital heart disease
Venous thromboembolism
Atrial fibrillation

### A B S T R A C T

Cardiovascular disease is the leading cause of death worldwide. Conceptually, endothelial dysfunction, inflammatory conditions and oxidative stress are at the forefront of the onset and development of most cardiovascular diseases, particularly coronary artery disease and heart failure. Serum albumin has many physiological properties, including in particular antioxidant, anti-inflammatory, anticoagulant and anti-platelet aggregation activity. It also plays an essential role in the exchange of fluids across the capillary membrane. Hypoalbuminemia is a powerful prognostic marker in the general population as well as in many disease states. In the more specific context of cardiovascular disease, low serum albumin is inde-pendently associated with the development of various deleterious conditions such as coronary artery disease, heart failure, atrial fibrillation, stroke and venous thromboembolism. Low serum albumin has also emerged as a potent prognostic parameter in patients with cardiovascular disease regardless of usual prognostic markers. Remarkably, its potent prognostic value persists after adjusting for causative confounders such as malnutrition and inflammation. This prognostic value probably refers primarily to the syndrome of malnutrition-inflammation and the severity of comorbidities. Nevertheless, several recent meta-analyses strongly support the hypothesis that hypoalbuminemia may act as an unrecognized, potentially modifiable risk factor contributing to the emergence and progression of cardiovascular dis-ease, primarily by exacerbating oxidative stress, inflammation and platelet aggregation, and by favouring peripheral congestion and pulmonary edema. Currently, it is unknown whether prevention and correc-tion of low serum albumin offers a benefit to patients with or at risk for cardiovascular disease, and further studies are critically needed in this setting.

© 2020 Elsevier Masson SAS. All rights reserved.

*Mots clés :*
Albumine sérique
Maladie cardiovasculaire
Pronostic
Facteur de risque
Coronaropathie
Insuffisance cardiaque
Accident vasculaire cérébral
Cardiopathie congénitale
Thrombose veineuse profonde
Fibrillation atriale

### R É S U M É

Les maladies cardiovasculaires sont la principale cause de mortalité dans le monde. Sur un plan con-ceptuel, la dysfonction endothéliale, l'inflammation et le stress oxydatif sont impliqués dans l'émergence et l'aggravation de la plupart des maladies cardiovasculaires, en particulier l'insuffisance coronaire et l'insuffisance cardiaque. L'albumine sérique a de nombreuses propriétés physiologiques en particulier une action anti-oxydante, anti-inflammatoire, anticoagulante et anti-aggrégante. Elle joue aussi un rôle essentiel dans les échanges liquidiens transmembranaires. L'hypo-albuminémie est un puissant mar-queur pronostique dans la population générale et dans de nombreuses pathologies. Dans le contexte des maladies cardiovasculaires, l'hypo-albuminémie est indépendamment associée à l'émergence de nombreuses maladies cardiovasculaires, comme l'insuffisance coronaire, l'insuffisance cardiaque, les AVC, la fibrillation atriale et la maladie thrombo-embolique veineuse. Elle offre aussi une information pronostique indépendante dans la plupart des maladies cardiovasculaires. De manière remarquable, cette valeur pronostique persiste après ajustement de la dénutrition et de l'inflammation. Cette valeur pronos-tique est probablement liée en premier lieu au syndrome de dénutrition-inflammation et à la sévérité des comorbidités. Néanmoins, plusieurs méta-analyses récentes suggèrent que l'hypo-albuminémie pourrait être un facteur de risque méconnu dans l'émergence et l'aggravation de maladies cardio-vasculaires, principalement par exacerbation de l'inflammation et du stress oxydatif, la congestion

*E-mail address:* arquessteph@gmail.com

https://doi.org/10.1016/j.ancard.2020.07.012
0003-3928/© 2020 Elsevier Masson SAS. All rights reserved.

*S. Arques / Annales de Cardiologie et d'Angéiologie 69 (2020) 192–200*

périphérique et l'œdème pulmonaire. Actuellement, aucune étude n'a évalué l'impact pronostique de la prévention ou de la correction de l'hypo-albuminémie dans les maladies cardiovasculaires et des études cliniques sont nécessaires dans ce contexte.

© 2020 Elsevier Masson SAS. Tous droits réservés.

Cardiovascular disease is the leading cause of death worldwide. Numerous causal or promoting factors are associated through complex pathophysiological mechanisms, some of which are modifiable and whose management is likely to improve the prognosis. Pathophysiologically, endothelial dysfunction, inflammation, and oxidative stress are viewed to be at the forefront of the occurrence and progression of atherosclerosis and most cardiovascular conditions. The identification of modifiable risk factors potentially implicated in the onset and progression of cardiovascular disease therefore appears of paramount importance in this setting.

Albumin is a 69 kDa protein that accounts for more than half of the body's serum proteins. It has many physiological properties, including in particular an anti-inflammatory, antioxidant, anticoagulant and anti-platelet aggregation action. At the same time, it plays an essential role in transmembrane liquid exchanges between the intravascular and interstitial sectors. Numerous clinical studies have established that hypoalbuminemia is a powerful prognostic marker in the general population as well as in many diseases [1]. In the more specific context of cardiovascular disease, low serum albumin is independently and inversely correlated with the occurrence of various conditions such as coronary artery disease, heart failure, atrial fibrillation, stroke and venous thromboembolism. Hypoalbuminemia has also emerged as a strong prognostic parameter in patients with cardiovascular disease, independent of usual prognostic markers. Remarkably, its potent prognostic value persists after adjusting for causative confounders such as malnutrition and inflammation. This prognostic value probably refers primarily to the malnutrition-inflammation syndrome and the severity of comorbidities. Nevertheless, hypoalbuminemia, because of its deleterious pleiotropic effects on the cardiovascular system and the body, could act as a potentially modifiable risk factor directly contributing to the adverse course of cardiovascular disease. The objective of this development is therefore to review the physiological properties of serum albumin, the prevalence, causes, and prognostic value in different cardiovascular diseases, as well as the potential role in the emergence and aggravation of these same diseases of hypoalbuminemia, and the clinical implications that may result.

## 1. Physiological properties of albumin

Albumin synthesis is hepatic, with a half-life of about 17 days [2]. Intravascular and interstitial compartment exchanges are constant, with 40% of the total albumin pool remaining in the intravascular sector. Its synthesis is stimulated by the decrease in osmotic colloid pressure, insulin and amino acid ingestion. Factors that decrease synthesis include high colloid osmotic pressure, malnutrition, inflammation, diabetes, liver disease and sepsis. The mechanisms of its degradation are still poorly elucidated, but it occurs mainly in the skin, muscles, liver and kidneys. The physiological serum albumin level is between 3.5 and 5.0 g/dl, but the threshold value defining a pathological level may vary from one assay method to another. Albuminemia is physiologically slightly lower in women than in men and decreases moderately with age.

The main physiological properties of albumin include transport of endogenous and exogenous particles and drugs, anti-inflammatory, antioxidant, anticoagulant and anti-platelet aggregation activity and a major role in fluid exchanges between the intravascular and interstitial sectors [2–8]. Serum albumin carries many endogenous and exogenous substances, such as inorganic ions, fatty acids, bilirubin, vitamins, hormones, steroids and drugs. Serum albumin has anti-inflammatory activity that is still not well elucidated [3,4]. Leukocyte adhesion and transmigration across the vascular endothelium is one of the most important pathways initiating inflammation and atherosclerosis, and serum albumin selectively inhibits monocyte adhesion to the endothelial cells [3]. Experimental data also suggest that albumin decreases myocardial nitric oxide synthase II messenger RNA and protein expression, which modulates nitric oxide production and myocardial inflammation in a model of rat endotoxemia [4]. Serum albumin is viewed as the most important antioxidant in the whole blood [5,6]. Serum albumin contains abundant thiol groups which account for more than 80% of total thiols in plasma those scavenge reactive oxygen and nitrogen species. Some substances such as nitric oxide and bilirubin are carried by serum albumin and provide additional protection against oxidative stress. Serum albumin exerts anti-platelet aggregation activity [7]. Normal serum albumin concentration prevents histone-induced platelet aggregation, and a decrease in serum albumin concentration reduces its ability to inhibit platelet aggregation. In addition, biological evidence is that serum albumin exerts important anticoagulant action [8]. Serum albumin also contributes to maintain capillary membrane stability and fluid balance across the capillary wall through its colloid osmotic effect and interaction with the endothelial glycocalyx [2]. The predominant colloid osmotic effect of serum albumin is explained by its abundance, the Gibbs-Donnan effect, and protein interactions. According to Starling's modified equation, capillary hydrostatic pressure is the main force responsible for fluid transfer from the intravascular to the interstitial sector. Plasma colloid osmotic pressure, of which almost 80% of the effect is due to serum albumin, is the main force opposing fluid extravasation outside the intravascular compartment [2]. In the presence of significant hypoalbuminemia, the imbalance of Starling's forces induces a net extravasation of fluid to the interstitial area, leading to the formation of interstitial edema when lymphatic drainage is exceeded, the development of intravascular hypovolemia and hydrosodic retention by baroreceptor activation. Pulmonary fluid homeostasis has specific characteristics that provide effective protection against an isolated, even significant, decrease in plasma colloid osmotic pressure [2]. Thus, even a moderate and transient rise in pulmonary capillary hydrostatic pressure is necessary to the formation of pulmonary edema in the presence of significant plasma hypo-oncocity, in particular by altering lymphatic drainage capacity [2].

## 2. Prevalence and mechanisms of hypoalbuminemia in cardiovascular disease

There are no epidemiological data on the prevalence of hypoalbuminemia in patients with cardiovascular disease in general, but its frequency is reported to be significant in various observational studies and varies considerably from one to another, influenced by patient age, comorbidities, the severity and acute nature of the underlying condition. The prevalence of hypoalbuminemia is reported to be around 13% in stable coronary artery disease and 20–30% in acute coronary syndrome and myocardial infarction [9–12]. The parameters most frequently associated with

194                    *S. Arques / Annales de Cardiologie et d'Angéiologie 69 (2020) 192–200*

hypoalbuminemia in coronary artery disease are older age, anemia, renal failure, inflammatory syndrome, low cholesterol and decreased ejection fraction [11–13]. The prevalence is reported to be 20–25% in chronic heart failure, but up to nearly 90% in frail elderly patients presenting with severe, acute heart failure [2]. In heart failure, hypoalbuminemia is reported to be associated with a more severe heart failure pattern, anemia, renal failure and inflammation, but does not appear to correlate with body mass index or ejection fraction [2]. The prevalence of hypoalbuminemia is reported to be around 14% in patients with congenital heart disease, independently correlated with functional class, liver dysfunction and renal failure [14]. The prevalence of hypoalbuminemia was about 20% in a study of 692 patients with stroke, and was correlated with older age and body mass index [15]. The prevalence of severe hypoalbuminemia is reported to be high in the context of infective endocarditis, around 30%, but the associated parameters have not been studied [16]. In the context of valve disease, hypoalbuminemia was present in 17% of frail elderly patients scheduled for TAVI and in 27% of patients with rheumatic heart disease referred for cardiac surgery [17,18]. The prevalence of hypoalbuminemia is reported to be around 25% in pulmonary arterial hypertension and is primarily linked to renal and hepatic dysfunction.

In general, hypoalbuminemia results from a decrease in liver synthesis, increased catabolism, extravasation to the interstitial area, volume overload and enteral or renal loss [2]. The respective contribution of these different mechanisms has not been specifically studied in patients with cardiovascular disease. Nevertheless, malnutrition and inflammation seem to play a key role in this context. A significant correlation has been reported between hypoalbuminemia and inflammatory syndrome in various cardiovascular diseases, such as coronary artery disease and heart failure. Hemodilution, liver dysfunction and extravasation to the interstitial area play a specific role in patients with congestive heart failure exacerbations [2]. Enteral loss may be an important causative factor for hypoalbuminemia, particularly in patients with congestive heart failure and congenital heart disease [19]. The prevalence of nephrotic syndrome is not known in cardiovascular disease, but macroalbuminuria was observed in 10% of chronic heart failure patients in the CHARM study [2].

## 3. Value of serum albumin in the prediction of occurrence of cardiovascular disease

In addition to traditional risk factors and the inflammatory and oxidative process, certain unknown potentially modifiable risk factors may be involved in the emergence and progression of atherosclerosis and various cardiovascular conditions. In this context, the existence of a significant relationship between serum albumin value and the emergence of atherosclerosis, independent of traditional risk factors or inflammation, has been controversial until recently [20,21]. Nevertheless, several recent studies have robustly and consistently reported that low serum albumin is inversely correlated with the occurrence of coronary artery disease, myocardial infarction, atrial fibrillation, heart failure, stroke and venous thromboembolism, even after adjustment for usual risk factors and causative confounders such as body mass index and markers of inflammation (Table 1).

In the ARIC study, 14,506 individuals were followed [22]. A low serum albumin value was significantly associated with the occurrence of ischemic heart disease in the smoker group, independent of usual risk factors, body mass index and inflammatory markers, suggesting interdependence between albumin and active smoking in this context [22]. The association between low serum albumin, coronary artery disease and active smoking was subsequently

confirmed [23]. In the "Framingham Offspring" study involving 4,506 individuals followed for 22 years, low serum albumin was an independent predictor of first myocardial infarction after adjustment for the usual risk factors [24]. In another study involving 7,647 individuals, low serum albumin was also strongly and independently associated with a first episode of myocardial infarction regardless of usual risk factors [25]. A recent prospective study that followed over 100,000 individuals for 8.5 years offered consistent, confirmatory findings. Low serum albumin level independently predicted the occurrence of ischemic heart disease and myocardial infarction, even after adjusting for body mass index, inflammatory markers, liver function, kidney function and usual risk factors [26].

There is currently strong evidence that low serum albumin is independently associated with the risk of heart failure in individuals, patients with renal failure, the elderly and patients with coronary artery disease. In the ARIC study that included 13,555 individuals, low serum albumin predicted new-onset heart failure after adjustment for age, race and sex [27]. In a study that included 299 patients with end-stage renal disease without a history of heart failure, 76 of whom developed heart failure during follow-up, serum albumin predicted new-onset heart failure regardless of age, blood pressure, presence of heart disease, diabetes, and hemoglobin level [28]. Similar observations were recently reported in the elderly in 2 prospective studies. In the Health ABC study, 2907 elderly individuals were followed for 9.4 years. Low serum albumin was associated with the risk of developing de novo heart failure, primarily with preserved ejection fraction, independent of classic risk factors for heart failure, body mass index, markers of inflammation and coronary events [29]. These results were confirmed in a second study that included 5795 elderly individuals followed for 9.6 years. Low serum albumin was significantly associated with the occurrence of new-onset heart failure regardless of usual risk factors, body mass index and inflammatory status [30]. In a study that included 7192 patients hospitalized for acute coronary syndrome, hypoalbuminemia was a strong predictor of de novo heart failure during hospitalization ($P < 0.001$) regardless of age, ejection fraction, renal function, markers of inflammation, blood pressure, diabetes, or type of coronary event [10]. Similar results were reported in 1706 patients hospitalized for acute myocardial infarction and followed for 42 months after adjustment for usual risk factors, body mass index, and inflammation [11].

In the context of atrial fibrillation, a prospective study has evaluated the association between serum albumin value and the occurrence of arrhythmia. In the Copenhagen City Heart Study, 8870 individuals without cardiovascular disease were followed for almost 8 years [31]. Low serum albumin was significantly associated with the risk of a first episode of atrial fibrillation in women, independent of usual risk factors such as the presence of heart disease, heart failure, body mass index and inflammatory syndrome.

A prospective study that included 2986 participants followed for 12 years reported that low serum albumin is a strong predictor of first stroke, especially cardioembolic and cryptogenic stroke, after adjusting for risk factors, body mass index and inflammatory state [32]. A recent prospective study that followed around 100,000 individuals for 8.5 years provided confirmatory findings. Low serum albumin level was independently linked to the occurrence of ischemic stroke, even after adjusting for body mass index, inflammatory markers, liver function, renal function and usual risk factors [26].

Emerging evidence is that low serum albumin levels are also linked to the occurrence of venous thromboembolism in middle age and elderly individuals irrespective of usual risk factors, body mass index and inflammation [33,34].

**3**

**Table 1**
Predictive value of serum albumin in incident cardiovascular disease independent of usual risk factors, body mass index and inflammation.

| | n | Population | Mean follow-up | Adjusted odds or hazard ratio (IC 95%) | P (multivariate) | | Reference |
|---|---|---|---|---|---|---|---|
| **Coronary artery disease** | | | | | | | |
| ARIC study | 14,506 | Men and women, middle age | 5.2 years | 1.18 (1.07, 1.30) whole population 1.35 (1.17, 1.54) active smokers | NA | NA | 22 |
| CGPS study | 100,520 | Men and women, middle age and elderly | 8.5 years | 1.17 (1.08, 1.28) ischemic heart disease 1.25 (1.09, 1.43) myocardial infarction | NA | | 26 |
| **Heart failure** | | | | | | | |
| Health ABC study | 2907 | Elderly individuals > 70 years | 9.4 years | 1.13 (1.05,1.22) | 0.001 | | 29 |
| Cardiovascular Health Study | 5795 | Elderly individuals > 75 years | 9.6 years | 1.33 (1.11,1.60) | 0.002 | | 30 |
| Monocenter study | 1706 | Acute myocardial infaction | 42 months | 2.96 (1.44, 6.08) | 0.003 | | 11 |
| **Atrial fibrillation** | | | | | | | |
| Copenhagen City Heart Study | 8870 | Men and women, middle age | 7.5 years | 0.47 (0.28,0.77) women 1.01 (0.56,1.84) men | 0.001 | 0.85 | 31 |
| **Stroke** | | | | | | | |
| Northern Manhattan Study | 2986 | Men and women, middle age | 12 years | 2.48 (1.26,4.90) Cardioembolic 2.99 (1.29,6.94) Cryptogénic | NA | NA | 32 |
| CGPS study | 100,520 | Men and women, middle age and elderly | 8.5 years | 1.46 (1.28,1.68) ischemic stroke | NA | | 26 |
| **Venous thromboembolism** | | | | | | | |
| ARIC study | 15,300 | Men and women, middle age | 16.9 years | 1.15 (1.04,1.27) | NA | | 33 |
| KIHD study | 2176 | Men and women, middle age | 24.9 years | 1.22 (1.01,1.46) | 0.037 | | 34 |

NA: not available.

## 4. Prognostic value of serum albumin in cardiovascular disease

### 4.1. Coronary artery disease

Hypoalbuminemia is a powerful, independent prognostic marker in coronary artery disease regardless of its clinical expression (Table 2). In a prospective study that followed 734 stable patients with coronary artery disease for 18 months, the presence of hypoalbuminemia independently predicted overall ($P = 0.048$) and cardiovascular ($P = 0.037$) mortality after adjustment for several variables including ejection fraction, renal function, hemoglobin, body mass index, liver function and hs-CRP [9]. These results are consistent with those obtained in 2860 patients referred for coronary angioplasty followed for 7.4 years. Serum albumin was significantly associated with the occurrence of major cardiovascular events ($P < 0.001$) and overall mortality ($P < 0.001$), after adjusting for several traditional confounding variables including ejection fraction, renal failure, body mass index, hs-CRP and coronary disease severity [13]. Serum albumin was also reported to be a powerful marker of risk for in-hospital and long-term mortality in patients admitted for acute coronary syndrome or acute myocardial infarction, independent of other common risk factors, ejection fraction, body mass index, hs-CRP, renal function, and severity of coronary artery disease [10–12,35]. In a clinical study that included 341 patients referred for percutaneous coronary angioplasty, hypoalbuminemia was linked to in-stent restenosis ($P = 0.02$), after adjusting for body mass index, inflammation and usual prognostic markers [36]. In another study that followed 257 patients with coronary bypass, low serum albumin was associated with saphenous vein graft disease ($P < 0.001$), after adjusting for inflammation and usual prognostic factors [37].

The prognostic relevance of dynamic changes in serum albumin concentration was investigated in 5,449 patients undergoing percutaneous coronary intervention. A decrease in serum albumin following the intervention was an independent predictor ($P < 0.001$) of adverse long-term outcome beyond the baseline serum albumin concentration ($P < 0.001$), after adjusting for usual prognostic markers and inflammatory state [38].

### 4.2. Heart failure

Heart failure is the cardiovascular condition that has been the most studied in mono- and multicenter studies, and this has definitively confirmed the prognostic relevance of serum albumin in this context (Table 2) [2,39–54]. It is now clearly established that hypoalbuminemia is powerfully and independently associated with cardiac or global mortality and recurrence of congestive episodes in heart failure regardless of its mode of presentation, acute or chronic, ejection fraction, or patient age. Studies have even reported its prognostic relevance in heart transplant patients and in patients who have received cardiocirculatory support or resynchronization [55–58]. Albumin predicts outcome independent of usual prognostic markers such as age, renal failure or anemia. Significantly, hypoalbuminemia predicts outcome independent of body mass index, markers of inflammation, and liver function, both used as an indirect reflection of main causal factors of low serum albumin, in multivariate analysis [42,45–47,50]. Several studies have also reported the prognostic value of serum albumin independent of B-type natriuretic peptides [2,41–43,46,50,53]. In the observational study by Su et al. that included 385 patients with systolic heart failure followed for 25 months, low serum albumin concentration was linked to adverse outcome (death and rehospitalization for aggravated heart failure) ($P = 0.02$), after adjusting for body mass index ($P = ns$), inflammation ($P = ns$), liver function ($P < 0.01$) and B-type natriuretic peptides ($P = 0.01$) [42]. In the prospective study by Bonilla-Palomas et al. that included 362 patients hospitalized for acute systolic and diastolic heart failure and followed for 20 months, hypoalbuminemia was a potent predictor of in-hospital death and long-term mortality ($P = 0.04$ and 0.02), after adjusting for body mass index ($P = ns$ and ns), nutritional status ($P = ns$ and 0.03), C-reactive protein ($P = ns$ and ns), liver function ($P = ns$ and ns) and B-type natriuretic peptides ($P = 0.003$ and ns) [46]. In the japanese JASPER registry that followed 535 hospitalized patients

**4**

**Table 2**
Independent prognostic value of serum albumin in heart disease ($n > 1,000$ patients).

| Age (years) | n | Population | Mean follow-up | Ejection fraction (%) | P (global mortality) | Reference |
|---|---|---|---|---|---|---|
| Coronary artery disease | | | | | | |
| 66 ± 10 | 2860 | Scheduled for coronary angioplasty | 7.4 years | 61 ± 13 | < 0.001 | Wada [13] |
| 59 (52-67) | 7192 | Acute coronary syndrome and myocardial infarction | In-hospital | 54 (45-60) | 0.003 | Gonzalez [10] |
| 61 ± 12 | 1303 | Acute coronary syndrome | In-hospital | 47 ± 10 | < 0.001 | Kurtul [35] |
| 57 ± 12 | 1706 | Acute myocardial infarction | 42 months | 46 ± 8 | 0.007 | Oduncu [11] |
| 65 ± 14 | 8750 | Acute myocardial infarction | 10 years | NA | < 0.001 | Plakht [12] |
| 67 ± 12 | 5449 | Scheduled for coronary angioplasty | 7 years | NA | < 0.001 (MACE) | Shiyovich [38] |
| Heart failure | | | | | | |
| 52 ± 13 | 1726 | Chronic, systolic | 1 year | 23 ± 7 | < 0.001 | Horwich [39] |
| 75 ± 12 | 8246 | Acute, systolic and diastolic | 1 year | NA | < 0.001 | Novack [40] |
| 65 ± 12 | 2061 | Acute, systolic | 1 year | 27 ± 8 | 0.04 | Ambrosy [43] |
| 72 (62-79) | 2033 | Acute, systolic and diastolic | 30 and 180 days | 32 ± 14 | < 0.001 | Cleland [45] |
| 70 ± 12 | 1347 | Acute, systolic and diastolic (age > 72 years) | 90 days | NA | 0.023 | Metra [47] |
| 55 (47-62) | 38,557 | Listed for heart transplantation, acute and chronic | 90 days | NA | < 0.001 (death or delisting for worsening) | Alshawabkeh [48] |
| 75 ± 13 | 5779 | Chronic, systolic and diastolic | 576 days | 48 (33-60) (n = 1489) | < 0.001 | Gotsman [51] |
| 77 ± 13 | 1,120 | Acute, diastolic | 1255 days | ≥ 50 | 0.001 | Chien [53] |
| 69 (62-76) | 3254 | Chronic, diastolic | 3 years | 59 (58–60) | < 0.001 (death and heart failure admission) | Prenner [54] |
| Congenital heart disease | | | | | | |
| 33 (24-45) | 2886 | 57% in NYHA I | 5.7 years | NA | < 0.001 | Kempny [14] |
| 34 (25-45) | 1290 | Listed for heart transplantation, acute and chronic | 90 days | NA | < 0.001 (death or delisting for worsening) | Alshawabkeh [48] |
| Scheduled for TAVI | | | | | | |
| 83 ± 8 | 2482 | 98% with heart failure | 30 days and 1 year | NA | 0.03 | Hermiller [17] |
| Valvular surgery | | | | | | |
| 58 ± 5 | 1782 | Rheumatic valve disease | In-hospital | 61 ± 9 | 0.014 | Wei [18] |

MACE: major adverse cardiac event; NA: not available.

with acute diastolic heart failure for 731 days, hypoalbuminemia on admission was a strong, independent predictor of outcome (death and admission for worsening heart failure, $P = 0.002$), after adjustment for body mass index ($P = $ ns), liver function ($P = $ ns), CRP ($P = $ ns) and B-type natriuretic peptide at discharge ($P = 0.007$) [50]. The prognostic value of hypoalbuminemia (death and delisting for aggravation) was confirmed in 38,557 patients with heart failure on the heart transplant waiting list ($P < 0.0001$), independently of numerous adjustment variables including peak VO2 and invasive pressures by catheterism [48]. After a controversy arising from the first results reported in the literature [2], it has also recently been confirmed in 4 recent clinical studies (5485 patients in total) that low serum albumin is a powerful, independent predictor of adverse outcome (death and/or heart failure admission, $P \leq 0.002$ in all studies) in heart failure with preserved ejection fraction regardless of clinical presentation [44,50,53,54]. Some studies have also suggested that the dynamic changes in serum albumin concentration over time may be relevant to risk stratification beyond the baseline value in multivariable risk models [43,51,59,60].

### 4.3. Congenital heart disease

Two recent studies have reported the independent prognostic value of serum albumin in patients with congenital heart disease.

In a first monocenter study that included 2,886 adult patients with congenital heart disease, hypoalbuminemia was a strong predictor of mortality in multivariate analysis ($P < 0.001$), after adjustment for liver function, complexity of heart disease, renal function and functional class [14]. These results have been confirmed in 1,290 patients with congenital heart disease awaiting heart transplantation [48]. Hypoalbuminemia was one of the strongest predictors of death and delisting for aggravation in multivariate analysis ($P < 0.001$), after adjusting for complexity of heart disease, renal function, type of hospitalization, peak VO2 and invasive hemodynamics.

### 4.4. Cardiovascular surgery, endocarditis, stroke, hypertension, pulmonary arterial hypertension

Several studies have demonstrated the powerful and independent prognostic value of hypoalbuminemia in preoperative TAVI, cardiac, valvular or aorto-coronary bypass surgery, and vascular surgery [17,18,61–67]. In a prospective study that followed 588 patients scheduled for coronary artery bypass grapht, hypoalbuminemia was a strong, independent prognostic factor of long-term mortality (8 years, $P = 0.001$) [63]. In a retrospective study that included 591 men referred for vascular open surgery or endovascular intervention, low serum albumin independently predicted

S. Arques / Annales de Cardiologie et d'Angéiologie 69 (2020) 192–200

**Table 3**
Meta-analyses on the predictive value of low serum albumin in incident and prevalent cardiovascular disease.

| Meta-analysis | N | Population | Adjusted odds or hazard ratio (IC 95%) | References |
|---|---|---|---|---|
| Coronary artery disease | 21,667 | Acute coronary syndrome, acute myocardial infarction | 3.09 (1.70–5.61) in-hospital death 1.75 (1.54–1.98) long-term mortality | [77] |
| Heart failure | 16,763 | Acute and chronic heart failure | 4.90 (2.96–8.10) in-hospital death 1.75 (1.35–2.27) long-term mortality | [76] |
| Scheduled for TAVI | 8,236 | Mean age of 83 years | 2.09 (1.53–2.86) 30-day mortality 1.61 (1.31–1.98) one-year mortality | [61] |
| CGPS meta-analysis | 150,652 | Individuals free of cardiovascular disease | 1.85 (1.39–2.47) occurrence of cardiovascular disease | [26] |

major adverse cardiovascular event (myocardial infarction, stroke and death; $P = 0.04$) and 1-year mortality ($P = 0.01$) [65].

The prognostic value of serum albumin has also been confirmed in the risk stratification of patients with infective endocarditis, independent of inflammatory markers [16,68,69]. It has been reported to be significantly associated with hospital and mid-term mortality and post-operative mortality. In a retrospective cohort study of 208 patients with infective endocarditis, severe hypoalbuminemia < 3 g/dl was an independent predictor of mortality at discharge ($P < 0.001$) and at 6 months ($P < 0.01$), after adjustment for inflammatory state [16]. In another retrospective study that focused on 336 patients with infective endocarditis scheduled for surgical management, hypoalbuminemia predicted early mortality ($P = 0.04$) after adjustment for several confounders such as inflammatory markers [68].

Numerous studies have also clearly established the prognostic relevance of hypoalbuminemia in stroke patients [15,70–72]. In a multicenter study that included 1477 consecutive patients with acute stroke, low serum albumin was a strong, independent predictor of in-hospital mortality ($P < 0.001$) [72]. In another prospective study that followed 444 patients with ischemic stroke for 2 years, high serum albumin was independently associated with lower mortality ($P < 0.001$) [71].

In the specific context of hypertension, very few studies are currently available. A recent work has nevertheless reported an inverse and independent correlation between serum albumin value and non-dipper status, a prognostic factor recognized in this context, in 354 non-diabetic patients with essential hypertension [73]. Finally, a recent retrospective study has reported the prognostic relevance of hypoalbuminemia in 163 patients with pulmonary arterial hypertension (death, $P = 0.008$), after adjusting for usual confounders [74].

## 5. Potential mechanisms of contribution of hypoalbuminemia to the occurrence and progression of cardiovascular disease

The prognostic relevance of serum albumin in cardiovascular disease is likely to be multifactorial [2]. It primarily predicts prognosis as a marker of malnutrition, inflammation and the severity of comorbidities. Nevertheless, its ability to predict the onset and progression of various cardiovascular diseases independently of usual risk factors, primary causative factors as assessed by body mass index, markers of inflammation and liver function, and usual prognostic factors, raises questions about its potential contribution as an unrecognized, potentially modifiable risk factor. To date, this new conceptual viewpoint is strongly supported by several recent meta-analyses on the potent prognostic value of low serum albumin in the emergence of cardiovascular disease and in patients with heart failure, acute coronary syndrome and scheduled for TAVI (Table 3) [26,61,75–77]. Physiologically, albumin exerts pleiotropic effects in the whole organism, and a decrease in its serum concentration would alter its physiological functions, which could impact

**Table 4**
Mechanisms potentially involved for serum albumin in the emergence and progression of cardiovascular disease.

Antioxidant activity
Anti-inflammatory activity
Anticoagulant activity
Anti-platelet aggregation activity
Plasma colloid osmotic pressure property
Interaction with endothelial glycocalyx
Myocardial electrical stability
Binding endogenous and exogenous substances and drugs
Autophagy
Interaction with aspirin activity
Interaction with smoking and diabetes
Anti-inflammatory activity

on the clinical course of many disease states. The potential involvement of low serum albumin in the emergence and progression of cardiovascular disease probably refers primarily to the anti-inflammatory, antioxidant, anticoagulant and anti-aggregating capabilities of serum albumin, particularly in coronary artery disease, heart failure, atrial fibrillation, stroke and venous thromboembolism (Table 4). Anti-inflammatory properties of serum albumin are still not fully understood; in contrast, it has been well established that serum albumin is the most abundant antioxidant in whole blood, and oxidative stress has now emerged as a major pathway with pathological relevance for many cardiovascular diseases, such as atherosclerosis, coronary artery disease, heart failure, atrial fibrillation, stroke and venous thromboembolism [78–83]. There is also definite experimental and clinical evidence that hypoalbuminemia promotes pulmonary edema, peripheral congestion and sodium retention, which are known prognostic factors for heart failure [2,84]. Hypoalbuminemia may also contribute to the aggravation of certain cardiovascular conditions, particularly coronary artery disease and heart failure, by promoting myocardial edema [2]. Myocardial edema has been shown experimentally and clinically to be common in myocardial ischemia and heart failure and to aggravate myocardial dysfunction [2,85–88]. In addition, serum albumin has been experimentally reported to contribute to the electrical stability of the myocardium [89]. Other mechanisms may be involved. Diuretic resistance associated with severe hypoalbuminemia has been reported experimentally, but its clinical reality is controversial [2]. Nevertheless, severe hypoalbuminemia is not thought to be a factor in resistance to high doses of diuretics in heart failure [90]. Serum albumin may have a protective effect in sepsis by inhibiting the resulting inflammatory and oxidative mechanisms of endothelial dysfunction, factors potentially involved in infective endocarditis and post-operative infectious complications [91]. The role of endogenous and exogenous particle and drug transport may play an indirect role in the pathophysiology of some cardiovascular diseases [92]. There is also evidence of a complex interdependence between serum albumin and other risk factors for cardiovascular disease, such as active smoking and diabetes, as well as between serum albumin and anti-aggregating efficacy of aspirin [22,23,93–95]. Some authors have

speculated on the under-recognized, potential role of excessive autophagy in part related to hypoalbuminemia in the pathogenesis of cardiovascular disease, particularly in diabetic patients [96]. Further experimental and clinical studies are therefore critically needed to evaluate the specific pathophysiological mechanisms of each cardiovascular disease.

## 6. Clinical implications

Serum albumin concentration is a simple and inexpensive laboratory test that provides essential prognostic information for cardiovascular disease. As such, it should be part of the assessment of any patient with or at risk for cardiovascular disease. The presence of hypoalbuminemia may be the first indication of underlying malnutrition, associated inflammatory syndrome, liver disease, enteral or urinary loss, and hypervolemia, even if subclinical. Targeted corrective therapeutic measures can then be implemented. The management of malnutrition has been reported as favourable in a recent study. In a multicenter, randomized, controlled clinical trial that included 120 patients with malnutrition and congestive heart failure under optimal conventional therapy, an individualized nutritional intervention was associated with reduced all-cause mortality and readmission for worsening heart failure during a follow-up of 12 months ($P < 0.01$ for all) [97,98]. Some studies have reported encouraging results on the impact of essential amino acid supplementation in terms of functional capacity in heart failure patients with wasting syndrome under optimal treatment and nutritional programme [2]. Two studies have also reported a better prognosis in patients who received circulatory support when hypoalbuminemia corrected at follow-up [99,100]. In a clinical study that followed 171 patients after left ventricular assist device implantation, the survival rate was strongly linked to the importance of change in albumin from pre- to postimplant ($P < 0.01$) [100].

However, there is currently no evidence that prevention or correction of hypoalbuminemia improves the prognosis of patients with cardiovascular disease. Despite current controversies about the clinical, hemodynamic and prognostic relevance of albumin transfusion in critical intensive care and resuscitation patients [2], there is some evidence to suggest that albumin transfusion improves the functional prognosis of patients with severe hypoalbuminemia when the goal is to achieve a serum albumin value above the threshold of 3.0 g/dl [101]. Prospective studies are therefore critically needed to determine the impact of prevention and correction of hypoalbuminemia, in particular by nutritional intervention and albumin transfusion, in patients with or at risk for cardiovascular disease [101,102].

## Disclosure of interest

The authors declare that they have no competing interest.

## References

[1] Lyons O, Whelan B, Bennett K, O'Riordan D, Silke B. Serum albumin as an outcome predictor in hospital emergency medical admissions. Eur J Intern Med 2010;21:17–20.

[2] Arques S, Ambrosi P. Human serum albumin in the clinical syndrome of heart failure. J Card Fail 2011;17:451–8.

[3] Zhang WJ, Frei B. Albumin selectively inhibits TNF alpha-induced expression of vascular cell adhesion molecule-1 in human aortic endothelial cells. Cardiovasc Res 2002;55:820–9.

[4] Walley KR, McDonald TE, Wang Y, Dai S, Russell JA. Albumin resuscitation increases cardiomyocyte contractility and decreases nitric oxide synthase II expression in rat endotoxemia. Crit Care Med 2003;31:187–94.

[5] Roche M, Rondeau P, Singh NR, Tarnus E, Bourdon E. The antioxidant properties of serum albumin. FEBS Lett 2008;582:1783–7.

[6] Anraku M, Chuang VT, Maruyama T, Otagiri M. Redox properties of serum albumin. Biochim Biophys Acta 2013;1830:5465–72.s

[7] Lam FW, Cruz MA, Leung HC, Parikh KS, Smith CW, Rumbaut RE. Histone induced platelet aggregation is inhibited by normal albumin. Thromb Res 2013;132:69–76.

[8] Paar M, Rossmann C, Nusshold C, Wagner T, Schlagenhauf A, Leschnik B, et al. Anticoagulant action of low, physiologic, and high albumin levels in whole blood. PLoS One 2017;12:e0182997.

[9] Chien SC, Chen CY, Leu HB, Su CH, Yin WH, Tseng WK, et al. Association of low serum albumin concentration and adverse cardiovascular events in stable coronary heart disease. Int J Cardiol 2017;241:1–5.

[10] González-Pacheco H, Amezcua-Guerra LM, Sandoval J, Martínez-Sánchez C, Ortiz-León XA, Peña-Cabral MA, et al. Prognostic implications of serum albumin levels in patients with acute coronary syndromes. Am J Cardiol 2017;119:951–8.

[11] Oduncu V, Erkol A, Karabay CY, Kurt M, Akgün T, Bulut M, et al. The prognostic value of serum albumin levels on admission in patients with acute ST-segment elevation myocardial infarction undergoing a primary percutaneous coronary intervention. Coron Artery Dis 2013;24:88–94.

[12] Plakht Y, Gilutz H, Shiyovich A. Decreased admission serum albumin level is an independent predictor of long-term mortality in hospital survivors of acute myocardial infarction. Soroka Acute Myocardial Infarction II (SAMI-II) project. Int J Cardiol 2016;219:20–4.

[13] Wada H, Dohi T, Miyauchi K, Shitara J, Endo H, Doi S, et al. Impact of serum albumin levels on long-term outcomes in patients undergoing percutaneous coronary intervention. Heart Vessels 2017;32:1085–92.

[14] Kempny A, Diller GP, Alonso-Gonzalez R, Uebing A, Rafiq I, Li W, et al. Hypoalbuminaemia predicts outcome in adult patients with congenital heart disease. Heart 2015;101:699–705.

[15] Zhang Q, Lei YX, Wang Q, Jin YP, Fu RL, Geng HH, et al. Serum albumin level is associated with the recurrence of acute ischemic stroke. Am J Emerg Med 2016;34:1812–6.

[16] Wallace SM, Walton BI, Kharbanda RK, Hardy R, Wilson AP, Swanton RH. Mortality from infective endocarditis: clinical predictors of outcome. Heart 2002;88:53–60.

[17] Hermiller Jr JB, Yakubov SJ, Reardon MJ, Deeb GM, Adams DH, Afilalo J, et al. Predicting early and late mortality after transcatheter aortic valve replacement. J Am Coll Cardiol 2016;68:343–52.

[18] Wei XB, Jiang L, Liu YH, Feng D, He PC, Chen JY, et al. Prognostic value of hypoalbuminemia for adverse outcomes in patients with rheumatic heart disease undergoing valve replacement surgery. Sci Rep 2017;7:1958.

[19] Itkin M, Piccoli DA, Nadolski G, Rychik J, DeWitt A, Pinto E, et al. Protein-losing enteropathy in patients with congenital heart disease. J Am Coll Cardiol 2017;69:2929–37.

[20] Beddhu S, Kaysen GA, Yan G, Sarnak M, Agodoa L, Ornt D, et al. Association of serum albumin and atherosclerosis in chronic hemodialysis patients. Am J Kidney Dis 2002;40:721–7.

[21] Djoussé L, Rothman KJ, Cupples LA, Arnett DK, Ellison RC, Family Heart NHLBI, et al. Relation between serum albumin and carotid atherosclerosis: the NHLBI Family Heart Study. Stroke 2003;34:53–7.

[22] Nelson JJ, Liao D, Sharrett AR, Folsom AR, Chambless LE, Shahar E, et al. Serum albumin level as a predictor of incident coronary heart disease: the Atherosclerosis Risk in Communities (ARIC) study. Am J Epidemiol 2000;151:468–77.

[23] Shaper AG, Wannamethee SG, Whincup PH. Serum albumin and risk of stroke, coronary heart disease, and mortality: the role of cigarette smoking. J Clin Epidemiol 2004;57:195–202.

[24] Djoussé L, Rothman KJ, Cupples LA, Levy D, Ellison RC. Serum albumin and risk of myocardial infarction and all-cause mortality in the Framingham Offspring Study. Circulation 2002;106:2919–24.

[25] Yang Q, He YM, Cai DP, Yang XJ, Xu HF. Risk burdens of modifiable risk factors incorporating lipoprotein (a) and low serum albumin concentrations for first incident acute myocardial infarction. Sci Rep 2016;6:35463.

[26] Ronit A, Kirkegaard-Klitbo DM, Dohlmann TL, Lundgren J, Sabin CA, Phillips AN, et al. Plasma albumin and incident cardiovascular disease: Results from the CGPS and an updated meta-analysis. Arterioscler Thromb Vasc Biol 2020;40:473–82.

[27] Agarwal SK, Chambless LE, Ballantyne CM, Astor B, Bertoni AG, Chang PP, et al. Prediction of incident heart failure in general practice: the atherosclerosis risk in communities (ARIC) study. Circ Heart Fail 2012;5:422–9.

[28] Harnett JD, Foley RN, Kent GM, Barre PE, Murray D, Parfrey PS. Congestive heart failure in dialysis patients: prevalence, incidence, prognosis and risk factors. Kidney Int 1995;47:884–90.

[29] Gopal DM, Kalogeropoulos AP, Georgiopoulou VV, Tang WW, Methvin A, Smith AL, et al. Serum albumin concentration and heart failure risk The Health Aging, and Body Composition Study. Am Heart J 2010;160:279–85.

[30] Filippatos GS, Desai RV, Ahmed MI, Fonarow GC, Love TE, Aban IB, et al. Hypoalbuminaemia and incident heart failure in older adults. Eur J Heart Fail 2011;13:1078–86.

[31] Mukamal KJ, Tolstrup JS, Friberg J, Grønbaek M, Jensen G. Fibrinogen and albumin levels and risk of atrial fibrillation in men and women (the Copenhagen City Heart Study). Am J Cardiol 2006;98:75–81.

[32] Xu WH, Dong C, Rundek T, Elkind MS, Sacco RL. Serum albumin levels are associated with cardioembolic and cryptogenic ischemic strokes: Northern Manhattan Study. Stroke 2014;45:973–8.

[33] Folsom AR, Lutsey PL, Heckbert SR, Cushman M. Serum albumin and risk of venous thromboembolism. Thromb Haemost 2010;104:100–4.

S. Arques / Annales de Cardiologie et d'Angéiologie 69 (2020) 192–200

199

[34] Kunutsor SK, Seidu S, Katechia DT, Laukkanen JA. Inverse association between serum albumin and future risk of venous thromboembolism: interrelationship with high sensitivity C-reactive protein. Ann Med 2018;50:240–8.

[35] Kurtul A, Murat SN, Yarlioglues M, Duran M, Ocek AH, Koseoglu C, et al. Usefulness of serum albumin concentration to predict high coronary SYNTAX score and in-hospital mortality in patients with acute coronary syndrome. Angiology 2016;67:34–40.

[36] Celik IE, Yarlioglues M, Kurtul A, Duran M, Koseoglu C, Oksuz F, et al. Preprocedural albumin levels and risk of in-stent restenosis after coronary stenting with bare-metal stent. Angiology 2016;67:478–83.

[37] Akboga MK, Yayla C, Balci KG, Ozeke O, Maden O, Kisacik H, et al. Relationship between serum albumin level and monocyte-to-high-density lipoprotein cholesterol ratio with saphenous vein graft disease in coronary bypass. Thorac Cardiovasc Surg 2017;65:315–21.

[38] Shiyovich A, Bental T, Assali A, Vaknin-Assa H, Kornowski R, Perl L. Changes over time in serum albumin levels predict outcomes following percutaneous coronary intervention. J Cardiol 2020;75:381–6.

[39] Horwich TB, Kalantar-Zadeh K, MacLellan RW, Fonarow GC. Albumin levels predict survival in patients with systolic heart failure. Am Heart J 2008;155:883–9.

[40] Novack V, Pencina M, Zahger D, Fuchs L, Nevzorov R, Jotkowitz A, et al. Routine laboratory results and thirty day and one-year mortality risk following hospitalization with acute decompensated heart failure. PLoS One 2010;5:e12184.

[41] Arques S, Roux E, Stolidi P, Gelisse R, Ambrosi P. Usefulness of serum albumin and serum total cholesterol in the prediction of hospital death in older patients with severe, acute heart failure. Arch Cardiovasc Dis 2011;104:502–8.

[42] Su W, Zhou Q, Huang Y, Zhang J, Zhang Y, et al. Serum albumin is a useful prognostic indicator and adds important information to NT-proBNP in a Chinese cohort of heart failure. Clin Biochem 2012;45:561–5.

[43] Ambrosy AP, Vaduganathan M, Huffman MD, Khan S, Kwasny MJ, Fought AJ, et al. Clinical course and predictive value of liver function tests in patients hospitalized for worsening heart failure with reduced ejection fraction: an analysis of the EVEREST trial. Eur J Heart Fail 2012;14:302–11.

[44] Liu M, Chan CP, Yan BP, Zhang Q, Lam YY, Li RJ, et al. Albumin levels predict survival in patients with heart failure and preserved ejection fraction. Eur J Heart Fail 2012;14:39–44.

[45] Cleland JG, Chiswell K, Teerlink JR, Stevens S, Fiuzat M, Givertz MM, et al. Predictors of postdischarge outcomes from information acquired shortly after admission for acute heart failure: a report from the placebo-controlled randomized study of the selective A1 adenosine receptor antagonist rolofylline for patients hospitalized with acute decompensated heart failure and volume overload to assess treatment effect on congestion and renal function (PROTECT) study. Circ Heart Fail 2014;7:76–87.

[46] Bonilla-Palomas JL, Gámez-López AL, Moreno-Conde M, López-Ibáñez MC, Anguita-Sánchez M, Gallego de la Sacristana A, et al. Hypoalbuminemia in acute heart failure patients: causes and its impact on hospital and long-term mortality. J Card Fail 2014;20:350–8.

[47] Metra M, Cotter G, El-Khorazaty J, Davison BA, Milo O, Carubelli V, et al. Acute heart failure in the elderly: differences in clinical characteristics, outcomes, and prognostic factors in the VERITAS Study. J Card Fail 2015;21:179–88.

[48] Alshawabkeh LI, Hu N, Carter KD, Opotowsky AR, Light-McGroary K, Cavanaugh JE, et al. Wait-list outcomes for adults with congenital heart disease listed for heart transplantation in the U.S. J Am Coll Cardiol 2016;68:908–17.

[49] Ancion A, Allepaerts S, Oury C, Gori AS, Piérard LA, Lancellotti P. Serum albumin level and hospital mortality in acute non-ischemic heart failure. ESC Heart Fail 2017;4:138–45.

[50] Nagai T, Yoshikawa T, Saito Y, Takeishi Y, Yamamoto K, Ogawa H, et al. Clinical characteristics, management and outcomes of japanese patients hospitalized for heart failure with preserved ejection fraction–a report from the japanese heart failure syndrome with preserved ejection fraction (JASPER) registry. Circ J 2018;82:1534–45.

[51] Gotsman I, Shauer A, Zwas DR, Tahiroglu I, Lotan C, Keren A. Low serum albumin: a significant predictor of reduced survival in patients with chronic heart failure. Clin Cardiol 2019;42:365–72.

[52] Ancion A, Allepaerts S, Robinet S, Oury C, Pierard LA, Lancellotti P. Serum albumin level and long-term outcome in acute heart failure. Acta Cardiol 2019;74:465–71.

[53] Chien SC, Lo CI, Lin CF, Sung KT, Tsai JP, Huang WH, et al. Malnutrition in acute heart failure with preserved ejection fraction: clinical correlates and prognostic implications. ESC Heart Fail 2019;6:953–64.

[54] Prenner SB, Kumar A, Zhao L, Cvijic ME, Basso M, Spires T, et al. Effects of serum albumin levels in patients with heart failure with preserved ejection fraction (from the TOPCAT trial). Am J Cardiol 2020;125:575–82.

[55] Kato TS, Cheema FH, Yang J, Kawano Y, Takayama H, Naka Y, et al. Preoperative serum albumin levels predict 1-year postoperative survival of patients undergoing heart transplantation. Circ Heart Fail 2013;6:785–91.

[56] Lietz K, Long JW, Kfoury AG, Slaughter MS, Silver MA, Milano CA, et al. Outcomes of left ventricular assist device implantation as destination therapy in the post-REMATCH era: implications for patient selection. Circulation 2007;116:497–505.

[57] Cowger J, Sundareswaran K, Rogers JG, Park SJ, Pagani FD, Bhat G, et al. Predicting survival in patients receiving continuous flow left ventricular assist devices: the HeartMate II risk score. J Am Coll Cardiol 2013;61:313–21.

[58] Uchikawa T, Shimano M, Inden Y, Murohara T. Serum albumin levels predict clinical outcomes in chronic kidney disease (CKD) patients undergoing cardiac resynchronization therapy. Intern Med 2014;53:555–61.

[59] Jabbour R, Ling HZ, Norrington K, Amaral N, Zaman N, Aggarwal S, et al. Serum albumin changes and multivariate dynamic risk modelling in chronic heart failure. Int J Cardiol 2014;176:437–43.

[60] Nakayama H, Koyama S, Kuragaichi T, Shiba M, Fujiwara H, Takatsu Y, et al. Prognostic value of rising serum albumin during hospitalization in patients with acute heart failure. Am J Cardiol 2016;117:1305–9.

[61] Liu G, Hu X, Long M, Du ZM, Li Y, Hu CH. Meta-analysis of the impact of pre-procedural serum albumin on mortality in patients undergoing transcatheter aortic valve replacement. Int Heart J 2020;61:67–76.

[62] Engelman DT, Adams DH, Byrne JG, Aranki SF, Collins Jr JJ, Couper GS, et al. Impact of body mass index and albumin on morbidity and mortality after cardiac surgery. J Thorac Cardiovasc Surg 1999;118:866–73.

[63] de la Cruz KI, Bakaeen FG, Wang XL, Huh J, LeMaire SA, Coselli JS, et al. Hypoalbuminemia and long-term survival after coronary artery bypass: a propensity score analysis. Ann Thorac Surg 2011;91:671–5.

[64] Gibbs J, Cull W, Henderson W, Daley J, Hur K, Khuri SF. Preoperative serum albumin level as a predictor of operative mortality and morbidity: results from the National VA Surgical Risk Study. Arch Surg 1999;134:36–42.

[65] Boitano LT, Wang EC, Kibbe MR. Differential effect of nutritional status on vascular surgery outcomes in a Veterans Affairs versus private hospital setting. Am J Surg 2012;204:e27–37.

[66] Peacock MR, Farber A, Eslami MH, Kalish JA, Rybin D, Doros G, et al. Hypoalbuminemia predicts perioperative morbidity and mortality after infrainguinal lower extremity bypass for critical limb ischemia. Ann Vasc Surg 2017;41:169–75 [e4].

[67] Wohlauer M, Brier C, Kuramochi Y, Eagleton M. Preoperative Hypoalbuminemia is a Risk Factor for early and late mortality in patients undergoing endovascular juxtarenal and thoracoabdominal aortic aneurysm repair. Ann Vasc Surg 2017;42:198–204.

[68] Marks DJ, Hyams C, Koo CY, Pavlou M, Robbins J, Koo CS, et al. Clinical features, microbiology and surgical outcomes of infective endocarditis: a 13-year study from a UK tertiary cardiothoracic referral centre. QJM 2015;108:219–29.

[69] Yang F, Zhang B, Yu J, Shao L, Zhou P, Zhu L, et al. Epidemiology and the prognosis of healthcare-associated infective endocarditis in China: the significance of non-nosocomial acquisition. Emerg Microbes Infect 2015;4:e38.

[70] Dziedzic T, Slowik A, Szczudlik A. Serum albumin level as a predictor of ischemic stroke outcome. Stroke 2004;35:e156–8.

[71] Idicula TT, Waje-Andreassen U, Brogger J, Naess H, Thomassen L. Serum albumin in ischemic stroke patients: the higher the better. The Bergen Stroke Study. Cerebrovasc Dis 2009;28:13–7.

[72] Famakin B, Weiss P, Hertzberg V, McClellan W, Presley R, Krompf K, et al. Hypoalbuminemia predicts acute stroke mortality: Paul Coverdell Georgia Stroke Registry. J Stroke Cerebrovasc Dis 2010;19:17–22.

[73] Ahbap E, Sakaci T, Kara E, Sahutoglu T, Koc Y, Basturk T, et al. The relationship between serum albumin levels and 24-h ambulatory blood pressure monitoring recordings in non-diabetic essential hypertensive patients. Clinics (Sao Paulo) 2016;71:257–63.

[74] Snipelisky D, Jentzer J, Batal O, Dardari Z, Mathier M. Serum albumin concentration as an independent prognostic indicator in patients with pulmonary arterial hypertension. Clin Cardiol 2018;41:782–7.

[75] Pignatelli P, Farcomeni A, Menichelli D, Pastori D, Violi F. Serum albumin and risk of cardiovascular events in primary and secondary prevention: a systematic review of observational studies and bayesian meta-regression analysis. Intern Emerg Med 2020;15:135–43.

[76] Peng W, Zhang C, Wang Z, Yang W. Prediction of all-cause mortality with hypoalbuminemia in patients with heart failure: a meta-analysis. Biomarkers 2019;24:631–7.

[77] Zhu L, Chen M, Lin X. Serum albumin level for the prediction of all-cause mortality in acute coronary syndrome patients: a meta-analysis. Biosci Rep 2020;40(1) [pii: BSR 20190881].

[78] Korantzopoulos P, Kolettis TM, Galaris D, Goudevenos JA. The role of oxidative stress in the pathogenesis and perpetuation of atrial fibrillation. Int J Cardiol 2007;115:135–43.

[79] Allen CL, Bayraktutan U. Oxidative stress and its role in the pathogenesis of ischaemic stroke. Int J Stroke 2009;4:461–70.

[80] Vichova Z, Motovska Z. Oxidative stress: predictive marker for coronary artery disease. Exp Clin Cardiol 2013;18:e88–91.

[81] Münzel T, Gori T, Keaney Jr JF, Maack C, Daiber A. Pathophysiological role of oxidative stress in systolic and diastolic heart failure and its therapeutic implications. Eur Heart J 2015;36:2555–64.

[82] Aykal G, Güven R, Yeğin A, Ellidağ HY, Bayindir A, Yilmaz N. The diagnostic value of oxidative/antioxidative balance parameters in venous thromboembolism. Clin Lab 2015;61:769–75.

[83] Kanaan GN, Harper ME. Cellular redox dysfunction in the development of cardiovascular diseases. Biochim Biophys Acta 2017;1861(11 Pt A):2822–9.

[84] Melenovsky V, Andersen MJ, Andress K, Reddy YN, Borlaug BA. Lung congestion in chronic heart failure: haemodynamic, clinical, and prognostic implications. Eur J Heart Fail 2015;17:1161–71.

[85] Garcia-Dorado D, Oliveras J. Myocardial oedema: a preventable cause of reperfusion injury? Cardiovasc Res 1993;27:1555–63.

[86] Friedrich MG. Myocardial edema–a new clinical entity? Nat Rev Cardiol 2010;7:292–6.

**8**

200    *S. Arques / Annales de Cardiologie et d'Angéiologie 69 (2020) 192–200*

[87] Jeserich M, Föll D, Olschewski M, Kimmel S, Friedrich MG, Bode C, et al. Evidence of myocardial edema in patients with nonischemic dilated cardiomyopathy. Clin Cardiol 2012;35:371–6.

[88] Verbrugge FH, Bertrand PB, Willems E, Gielen E, Mullens W, Giri S, et al. Global myocardial oedema in advanced decompensated heart failure. Eur Heart J Cardiovasc Imaging 2017;18:787–94.

[89] Kates RE, Yee YG, Hill I. Effect of albumin on the electrophysiologic stability of isolated perfused rabbit hearts. J Cardiovasc Pharmacol 1989;13:168–72.

[90] Bleske BE, Clark MM, Wu AH, Dorsch MP. The effect of continuous infusion loop diuretics in patients with acute decompensated heart failure with hypoalbuminemia. J Cardiovasc Pharmacol Ther 2013;18:334–7.

[91] Kremer H, Baron-Menguy C, Tesse A, Gallois Y, Mercat A, Henrion D, et al. Human serum albumin improves endothelial dysfunction and survival during experimental endotoxemia: concentration-dependent properties. Crit Care Med 2011;39:1414–22.

[92] Blindauer CA, Khazaipoul S, Yu R, Stewart AJ. Fatty acid-mediated inhibition of metal binding to the multi-metal site on serum albumin: implications for cardiovascular disease. Cur Top Med Chem 2016;16:3021–32.

[93] Faure P, Wiernsperger N, Polge C, Favier A, Halimi S. Impairment of the antioxidant properties of serum albumin in patients with diabetes: protective effects of metformin. Clin Sci (Lond) 2008;114:251–6.

[94] Dhindsa S, Ghanim H, Dandona P. Nonesterified fatty acids albumin, and platelet aggregation. Diabetes 2015;64:703–5.

[95] Shiyovich A, Sasson L, Lev E, Solodky A, Kornowski R, Perl L. Relation of hypoalbuminemia to response to aspirin in patients with stable coronary artery disease. Am J Cardiol 2020;125:303–8.

[96] Wu Y, Fan W, Huang D, Sun X. Possible intermediary role of autophagy in serum albumin decrease-associated cardiovascular events among patients with coronary artery disease. Int J Cardiol 2018;250:64.

[97] Bonilla-Palomas JL, Gámez-López AL, Castillo Dominguez JC, et al. Nutritional intervention in malnourished hospitalized patients with heart failure. Arch Med Res 2016;47:535–40.

[98] Bonilla-Palomas JL, Gámez-López AL, Castillo Dominguez JC, Moreno-Conde M, López-Ibáñez MC, Anguita Sánchez M. Does nutritional interventions maintain their prognostic benefit in the long term for malnourished patients hospitalized for heart failure? Rev Clin Esp 2018;218:58–60.

[99] Kato TS, Kitada S, Yang J, Wu C, Takayama H, Naka Y, et al. Relation of preoperative serum albumin levels to survival in patients undergoing left ventricular assist device implantation. Am J Cardiol 2013;112:1484–8.

[100] Gopal DJ, Hanff TC, Mazurek JA, Grandin WE, Howard J, Forde-McLean R, et al. Prognostic implications of changes in albumin following left ventricular assist device implantation in patients with severe heart failure. Am J Cardiol 2017;120:2003–7.

[101] Vincent JL, Dubois MJ, Navickis RJ, Wilkes MM. Hypoalbuminemia in acute illness: is there a rationale for intervention? A meta-analysis of cohort studies and controlled trials. Ann Surg 2003;237:319–34.

[102] Lim SL, Lye J. Nutritional intervention incorporating expedited 10 g protein counter (EP-10) to improve the albumin and transferrin of chronic hemodialysis patients. ISRN Nutrition 2012;2013:396570.

**9**