# Exhibit 24

**CLINICAL RESEARCH STUDY**

THE AMERICAN JOURNAL *of* MEDICINE ®

# Low Albumin Levels Are Associated with Mortality Risk in Hospitalized Patients

 CrossMark

Amit Akirov, MD,[a,b] Hiba Masri-Iraqi, MD,[a,b] Alaa Atamna, MD,[b,c] Ilan Shimon, MD[a,b]

[a]*Institute of Endocrinology, Beilinson Hospital, Petach Tikva, Israel;* [b]*Sackler School of Medicine, Tel Aviv University, Israel;* [c]*Internal Medicine C, Beilinson Hospital, Petach Tikva, Israel.*

### ABSTRACT

**BACKGROUND:** The aim of this study was to investigate the association of albumin levels on admission and change in levels during hospitalization with hospitalization outcomes.

**METHODS:** Historical prospective data of patients hospitalized between 2011 and 2013 were collected. Levels of albumin were classified as marked hypoalbuminemia (<2.5 mg/dL), mild hypoalbuminemia (2.5-3.5 mg/dL), normal albumin (3.5-4.5 mg/dL), and hyperalbuminemia (>4.5 mg/dL). Main outcomes were length of hospitalization, in-hospital mortality, and long-term mortality.

**RESULTS:** The cohort included 30,732 patients (mean age 67 ± 18 years, 51% male). Most patients had normal albumin levels on admission (n = 20,124, 65%), 29% of patients had hypoalbuminemia, mostly mild (n = 7,334, 24%), and 5% of patients had marked hypoalbuminemia (n = 1436). Hyperalbuminemia on admission was evident in 6% of the patients (n = 1838). Follow-up (median ± standard deviation) was 1675 ± 325 days. Compared with in-hospital mortality with normal albumin on admission (2%), mortality was higher with mild (12%) and marked hypoalbuminemia (34%) and lower with hyperalbuminemia (0.3%). Mortality rate at the end of follow-up was 29% with normal albumin levels, 67% and 83% with mild and marked hypoalbuminemia, respectively. Patients with hyperalbuminemia on admission and before discharge have the best short- and long-term survival. This pattern was similar when analyzed separately in different age groups. In patients with hypoalbuminemia on admission, normalization of albumin levels before discharge was associated with better short- and long-term survival, compared with patients with hypoalbuminemia before discharge.

**CONCLUSIONS:** Low albumin levels on admission are associated with increased short- and long-term mortality. Normalization of albumin levels before discharge was associated with lower mortality risk, compared with hypoalbuminemia before discharge.

© 2017 Elsevier Inc. All rights reserved. • *The American Journal of Medicine (2017) 130, 1465.e11–1465.e19*

**KEYWORDS:**  Albumin; Hospitalization; Mortality

## INTRODUCTION

Albumin, a major component of plasma protein, is required to maintain oncotic pressure, microvascular permeability, acid–base function, and to prevent platelet aggregation.[1]

Serum albumin is an important parameter in the assessment of the nutritional status of both acute and chronically ill patients.[2]

The frequency of hypoalbuminemia, defined as serum albumin levels <3.5 g/dL, was 21% at the time of admis-

**Funding:** None.

**Conflicts of Interest:** None.

**Authorship:** AA: Substantial contributions to conception and design, acquisition of data or analysis and interpretation of data, drafting the article or revising it critically for important intellectual content, final approval of the version to be published. HMI: Substantial contributions to conception and design, acquisition of data or analysis and interpretation of data, drafting the article or revising it critically for important intellectual content, final approval of the version to be published. AA: Substantial contributions to conception and design, acquisition of data or analysis and interpretation of

data, drafting the article or revising it critically for important intellectual content, final approval of the version to be published. IS: Substantial contributions to conception and design, acquisition of data or analysis and interpretation of data, drafting the article or revising it critically for important intellectual content, final approval of the version to be published.

Requests for reprints should be addressed to Amit Akirov, MD, Rabin Medical Center- Beilinson Hospital, Institute of Endocrinology, Petach Tikva, 49100, Israel.

E-mail address: amit.akirov@gmail.com

0002-9343/$ - see front matter © 2017 Elsevier Inc. All rights reserved.
https://doi.org/10.1016/j.amjmed.2017.07.020

The American Journal of Medicine, Vol 130, No 12, December 2017

sion in adult hospitalized patients.[3] De novo hypoalbuminemia and worsening of existing hypoalbuminemia are also common.[4] Low albumin levels have been associated with morbidity and mortality in various populations, including patients with acute myocardial infarction,[5] heart failure,[6] stroke,[7-9] renal disease,[10,11] hip fracture,[12] and malignancies.[13-16] Vincent et al.[17] identified low albumin as a dose-dependent and independent predictor of a poor outcome in patients with acute illness. However, there are conflicting reports throughout the literature regarding the importance of albumin levels.[18-20] Causality is the main controversy, and the main questions are whether low albumin levels directly contribute to increased morbidity and mortality and the role of albumin therapy.[17]

Albumin is not an essential protein for immediate survival; hence, in malnourished or acute illness hepatic production of albumin decreases with a decrease of serum albumin levels.[21] Herrmann et al.[3] reported that low serum albumin levels obtained within 48 hours of admission were associated with increased length of stay and in-hospital mortality. However, because albumin levels may decrease early with severe illness, levels obtained 48 hours after admission may be lower than admission levels.[3,21]

In the present study with a large cohort of patients hospitalized to medical wards, the association between albumin levels and important hospitalization outcomes, including length of admission, all-cause in-hospital mortality, and mortality at the end of follow-up (up to 6 years) was evaluated.

## METHODS

The study was conducted in a large, 1300-bed, university-affiliated, tertiary medical center. Most admissions to the 10 medical wards are through the emergency department. Historical prospective collected data were extracted from the medical records of all patients admitted for any cause to the hospital's medical wards between January 1, 2011 and December 31, 2013. Mortality data according to the population registry of the Ministry of the Interior were obtained up to February 1, 2017. Self-reported data regarding alcohol use, smoking, and body mass index, as well as co-morbidities, were also collected from the database.

We excluded patients without blood albumin measurement on admission. In patients with multiple admissions, only the first was analyzed. To reduce the probability that serum albumin levels were affected by hospital treatment, we focused on measurements performed within the first 24 hours of admission. Serum albumin levels were classified into the following 4 categories: marked hypoalbuminemia (<2.5 mg/

dL), mild hypoalbuminemia (2.5-3.5 mg/dL), normal albumin (3.5-4.5 mg/dL), and hyperalbuminemia (>4.5 mg/dL). We also investigated the outcomes according to the last serum albumin test during hospitalization.

Outcome measures included length of admission, in-hospital mortality, and mortality at the end of follow-up, according to albumin levels.

The study was approved by Rabin Medical Center institutional review board.

The statistical analysis for this study was generated using SAS software, version 9.4 (SAS Institute, Cary, NC).

Continuous variables were presented as mean ± standard deviation (SD), categorical variables were presented as number (percentage).

The $\chi^2$ test was used to compare baseline categorical variables between albumin levels.

Analysis of variance was used to compare baseline continuous variables between albumin levels. Analysis of variance was also used to study the association between albumin levels and length of hospitalization, with and without covariates, and the association between continuous albumin and age group. Overall survival was assessed by Kaplan-Meier survival analysis, with the log–rank test.

The Cox proportional hazards model was used to assess overall survival adjusted for age, gender, smoking, alcohol, diabetes mellitus, hypertension, malignancy, ischemic heart disease, congestive heart failure, cerebrovascular disease, and chronic renal failure. Logistic regression was used to study the association between albumin levels and in-hospital mortality, with and without covariates.

Two-sided $P$ values of <.05 were considered statistically significant.

No imputation for missing data was done because missing at random cannot be assumed.

## RESULTS

### Study Cohort

There were 73,796 admissions to the 10 medical wards during the study period. After exclusion of repeat admissions (38,486 admissions) and patients with no measurement of albumin values within 24 hours of admission or before discharge (4578 patients), the final study cohort consisted of 30,732 patients. Mean age of the cohort was 67 ± 18 years; 15,688 (51%) were male.

Most patients had normal albumin levels on admission (20,124, 65%), 29% of patients had hypoalbuminemia, mostly mild (7334 patients, 24%), and 5% of patients had marked hypoalbuminemia (1436 patients). Hyperalbuminemia on admission was evident in 6% of the patients (1838 patients) (**Table 1**).

> **CLINICAL SIGNIFICANCE**
>
> - Low albumin levels are common among hospitalized patients.
>
> - Low albumin values on admission were associated with longer hospitalization and increased short- and long-term mortality.
>
> - The increase in mortality is more significant in patients without normalization of albumin levels before discharge.
>
> - The prognostic importance of albumin levels was consistent in all age groups.

**2**

**Table 1**   Baseline Characteristics and Comorbidites According to Albumin Levels on Admission

| Variable | Marked Hypoalbuminemia (Albumin <2.5 g/dL) | Mild Hypoalbuminemia (Albumin 2.5-3.5 g/dL) | Normal Albumin Levels (Albumin 3.5-4.5 g/dL) | Hyperalbuminemia (Albumin >4.5 g/dL) |
|---|---|---|---|---|
| Patients characteristics | | | | |
| n (%) | 1436 (5) | 7334 (24) | 20,124 (65) | 1838 (6) |
| Age (y), mean ± SD (median) | 73 ± 16 (76)* | 74 ± 16 (78)* | 66 ± 18 (69) | 52 ± 20 (54)* |
| Men, n (%) | 770 (54)* | 3587 (49)* | 10,204 (51) | 1127 (61)* |
| Smoking, n (%) | 135 (12)* | 765 (12)* | 3194 (17) | 400 (23)* |
| | (missing = 299) | (missing = 1118) | (missing = 1726) | (missing = 108) |
| Alcohol, n (%) | 25 (2) | 95 (2)* | 415 (2) | 92 (5)* |
| | (missing = 311) | (missing = 1192) | (missing = 3579) | (missing = 169) |
| BMI (kg/m$^2$), median ± SD | 25 ± 6* | 26 ± 6* | 27 ± 6 | 26 ± 5* |
| Comorbidities, n (%) | | | | |
| Malignancy | 423 (30)* | 1592 (22)* | 2572 (13) | 141 (8)* |
| Hypertension | 622 (43)* | 3735 (51)* | 9600 (48) | 611 (33)* |
| Diabetes mellitus | 448 (31) | 2383 (32) | 6403 (32) | 553 (30) |
| Ischemic heart disease | 291 (20)* | 1786 (24) | 4849 (24) | 293 (16)* |
| Congestive heart failure | 162 (11) | 1078 (15)* | 1964 (10) | 59 (3)* |
| Chronic renal failure | 159 (11)* | 993 (14)* | 1775 (9) | 62 (3)* |
| Cerebrovascular cisease | 122 (9)* | 799 (11)* | 1947 (10) | 99 (5)* |

BMI = body mass index; SD = standard deviation.
*$P \leq .05$ compared with patients with normal albumin levels.

Patients with hypoalbuminemia were significantly older compared with patients with normal albumin levels and hyperalbuminemia. Compared with patients with normal albumin levels, malignancy was more common in patients with hypoalbuminemia and less common with hyperalbuminemia. Patients with hyperalbuminemia were significantly younger, with lower rates of malignant disease, hypertension, or cardiovascular diseases (**Table 1**).

The most common discharge diagnoses were diseases of the circulatory system (9156 of 30,732 patients, 30%) and infectious diseases (7574 of 30,732 patients, 25%).

**Length of Hospitalization.** The mean length of hospitalization was significantly longer with mild and marked hypoalbuminemia (7 ± 8 and 9 ± 11 days, respectively) compared with patients with normal albumin levels on admission (5 ± 7 days; $P < .001$ for both). The mean length of hospitalization was 4 ± 7 days in patients with hyperalbuminemia ($P < .001$ compared with normal albumin levels) (**Table 2**). Adjustment for age, gender, smoking, alcohol, body mass index, hypertension, diabetes mellitus, malignancy, ischemic heart disease, congestive heart failure, cerebrovascular disease, and chronic renal failure had no effect on results.

**Table 2**   Mortality and Length of Stay According to Albumin Levels on Admission

| Variable | Marked Hypoalbuminemia (Albumin <2.5 g/dL) | Mild Hypoalbuminemia (Albumin 2.5-3.5 g/dL) | Normal Albumin Levels (Albumin 3.5-4.5 g/dL) | Hyperalbuminemia (Albumin >4.5 g/dL) |
|---|---|---|---|---|
| Patients (n) | 1436 | 7334 | 20,124 | 1838 |
| Length of stay (d), mean ± SD (median) | 9 ± 11 (6) | 7 ± 8 (5) | 5 ± 7 (3) | 4 ± 7 (3) |
| In-hospital mortality, n (%) | 495 (34) | 911 (12) | 463 (2) | 6 (0.3) |
| In-hospital mortality, OR (95% CI) | | | | |
| Model 1* | 22.4 (19.4-25.8) | 6.0 (5.4-6.8) | – | 0.1 (0.1-0.3) |
| Model 2† | 18.7 (14.9-23.4) | 4.8 (4.0-5.7) | – | 0.4 (0.2-1.0) |
| Mortality at the end of follow-up, n (%) | 1195 (83) | 4922 (67) | 5911 (29) | 173 (9) |
| Mortality at end of follow-up, HR (95% CI) | | | | |
| Model 1* | 7.1 (6.7-7.5) | 3.4 (3.3-3.5) | – | 0.3 (0.2-0.3) |
| Model 2† | 6.1 (5.5-6.7) | 2.7 (2.6-2.9) | – | 0.5 (0.4-0.6) |

CI = confidence interval; HR = hazard ratio; OR = odds ratio; SD = standard deviation.
*Model 1: Comparison with normal albumin levels on admission, unadjusted model.
†Model 2: Comparison with normal albumin levels on admission, adjustment for age, gender, smoking, alcohol, body mass index, hypertension, diabetes mellitus, malignancy, ischemic heart disease, congestive heart failure, cerebrovascular disease, and chronic renal failure.

**3**

The American Journal of Medicine, Vol 130, No 12, December 2017

**Figure 1**  Kaplan-Meier analysis of patient survival according to albumin levels on admission. Patient survival analyzed as time until death; observations were censored at the end-of-follow-up ($P < .05$).

**Mortality.**  Complete follow-up data at 12 months were available for all patients, with first patient censored after 1.4 years. The mean ± SD total follow-up from admission was 1675 ± 325 days.

## In-Hospital Mortality

Overall in-hospital mortality was 6% (1875 of 30,732).

Compared with in-hospital mortality in patients with normal albumin levels on admission (2%), mortality was significantly higher in patients with mild and marked hypoalbuminemia (12% and 34%, respectively). The lowest in-hospital mortality risk was recorded in patients with hyperalbuminemia (0.3%) (**Table 2**).

Compared with normal admission albumin levels, the unadjusted odds ratios (ORs) for in-hospital mortality were 6.0 (95% confidence interval 5.4-6.8) and 22.4 (19.4-25.8) with mild and marked hypoalbuminemia. Mortality risk in patients with hyperalbuminemia was lower, and the unadjusted OR with hyperalbuminemia was 0.1 (0.1-0.3) (**Table 2**).

After adjustment for study variables, adjusted ORs were 18.7 (14.9-23.4) and 4.8 (4.0-5.7) for patients with marked and mild hypoalbuminemia and 0.4 (0.2-1.0) with hyperalbuminemia (**Table 2**).

## Mortality at the End of Follow-Up

The overall mortality rate for the entire cohort at the end of follow-up was 40% (12,201 of 30,732 patients). Mortality risk was 9% (173 of 1838), 29% (5911 of 20,124), 67% (4922 of 7334), and 83% (1195 of 1436) for patients with hyperalbuminemia, normal albumin levels, and mild and marked hypoalbuminemia, respectively (**Table 2**).

Compared with patients with normal albumin levels, marked hypoalbuminemia was associated with a 7-fold increase in mortality risk (hazard ratio 7.1, 95% confidence interval 6.7-7.5), and the hazard ratio for end-of-follow-up mortality for mild hypoalbuminemia was 3.4 (3.3-3.5). Hyperalbuminemia was associated with decreased mortality risk at the end of follow-up, with a hazard ratio of 0.3 (0.2-0.3) (**Table 2**).

Respective adjusted hazard ratios were 6.1 (5.5-6.7) in patients with marked hypoalbuminemia, compared with patients with normal albumin levels on admission, 2.7 (2.6-2.9) for mild hypoalbuminemia and 0.5 (0.4-0.6) for hyperalbuminemia (**Table 2**).

The Kaplan-Meier curves depict better survival with increased albumin levels on admission, compared with patients with normal albumin levels or hypoalbuminemia. Survival probability was lowest in patients with marked hypoalbuminemia (**Figure 1**).

**Albumin Levels by Age Group.**  The patients in our cohort were classified according to the following age groups: <40 (n = 3119), 40-50 (n = 2107), 50-60 (n = 3929), 60-70 (n = 5775), 70-80 (n = 6793), and >80 (n = 9009) years. Mean ± SD serum albumin levels were lower with increased age: 4.04 ± 0.6, 3.97 ± 0.6, 3.85 ± 0.6, 3.68 ± 0.6, and 3.51 ± 0.6, respectively ($P < .001$ for all comparisons).

In all age groups there was a reversed linear association between in-hospital mortality and serum albumin levels: in patients aged <40 years, in-hospital mortality risk varied between 0% with hyperalbuminemia on admission to 6% in those with marked hypoalbuminemia, and in patients aged >80 years, in-hospital mortality risk varied between 4% with

**4**

Akirov et al    Importance of Albumin Values in Hospitalized Patients                          1465.e15

**Table 3**    In-Hospital and End-of-Follow-Up Mortality Risk by Age Group

| Age on Admission (y) | Marked Hypoalbuminemia (Albumin <2.5 g/dL) | Mild Hypoalbuminemia (Albumin 2.5-3.5 g/dL) | Normal Albumin Levels (Albumin 3.5-4.5 g/dL) | Hyperalbuminemia (Albumin >4.5 g/dL) |
|---|---|---|---|---|
| <40 | | | | |
| Patients, n | 63 | 382 | 2125 | 549 |
| In-hospital mortality, n (%) | 4 (6) | 2 (0.5) | 2 (0.1) | 0 (0) |
| In-hospital mortality, aOR (95% CI) | 1.5 (0.1-79) | 6.7 (0.2-209.1) | – | No mortality |
| Mortality at end of follow-up, n (%) | 17 (27) | 56 (15) | 87 (4) | 6 (1) |
| Mortality at end of follow-up, aHR (95% CI) | 3.9 (1.7-8.9) | 2.5 (1.5-4.2) | – | 0.3 (0.1-1.0) |
| 40-50 | | | | |
| Patients, n | 64 | 287 | 1491 | 265 |
| In-hospital mortality, n (%) | 8 (13) | 15 (5) | 6 (0.4) | 0 (0) |
| In-hospital mortality, aOR (95% CI) | 26.1 (3.6-192.2) | 16.4 (3.0-88.0) | – | No mortality |
| Mortality at end of follow-up, n (%) | 32 (50) | 94 (33) | 131 (9) | 10 (4) |
| Mortality at end of follow-up, aHR (95% CI) | 7.4 (4.3-12.7) | 4.2 (2.8-6.2) | – | 0.5 (0.2-1.2) |
| 50-60 | | | | |
| Patients, n | 167 | 682 | 2783 | 297 |
| In-hospital mortality, n (%) | 37 (22) | 44 (6) | 15 (0.5) | 0 (0) |
| In-hospital mortality, aOR (95% CI) | 54.3 (20.7-142.3) | 8.0 (3.2-20.2) | – | No mortality |
| Mortality at end of follow-up, n (%) | 126 (75) | 337 (49) | 401 (14) | 22 (7) |
| Mortality at end of follow-up, aHR (95% CI) | 10.9 (8.1-14.7) | 3.2 (2.6-4.0) | – | 0.5 (0.3-0.9) |
| 60-70 | | | | |
| Patients, n | 251 | 1089 | 4084 | 351 |
| In-hospital mortality, n (%) | 77 (31) | 92 (8) | 46 (1) | 0 (0) |
| In-hospital mortality, aOR (95% CI) | 35.2 (19.8-62.5) | 6.0 (3.6-10.1) | – | No mortality |
| Mortality at end of follow-up, n (%) | 203 (81) | 646 (59) | 880 (22) | 33 (9) |
| Mortality at end of follow-up, aHR (95% CI) | 7.5 (6.0-9.4) | 3.0 (2.6-3.4) | – | 0.4 (0.3-0.7) |
| 70-80 | | | | |
| Patients, n | 330 | 1725 | 4504 | 234 |
| In-hospital mortality, n (%) | 125 (38) | 193 (11) | 100 (2) | 1 (0.4) |
| In-hospital mortality, aOR (95% CI) | 16.2 (10.0-26.1) | 6.1 (4.3-8.7) | – | 0.3 (0.1-2.3) |
| Mortality at end of follow-up, n (%) | 292 (88) | 1178 (68) | 1543 (34) | 47 (20) |
| Mortality at end of follow-up, aHR (95% CI) | 6.6 (5.4-8.0) | 2.9 (2.6-3.2) | – | 0.6 (0.4-0.8) |
| >80 | | | | |
| Patients, n | 561 | 3169 | 5137 | 142 |
| In-hospital mortality, n (%) | 244 (43) | 565 (18) | 294 (6) | 5 (4) |
| In-hospital mortality, aOR (95% CI) | 13.3 (9.7-18.3) | 3.8 (3.1-4.8) | – | 1.0 (0.4-2.9) |
| Mortality at end of follow-up, n (%) | 525 (94) | 2611 (82) | 2869 (56) | 55 (39) |
| Mortality at end of follow-up, aHR (95% CI) | 4.9 (4.2-5.6) | 2.5 (2.3-2.7) | – | 0.6 (0.4-0.9) |

aOR = adjusted odds ratio; aHR = adjusted hazard ratio; CI = confidence interval.

aOR and aHR were calculated compared with normal serum albumin levels after adjustment for age, gender, smoking, alcohol, body mass index, hypertension, diabetes mellitus, malignancy, ischemic heart disease, congestive heart failure, cerebrovascular disease, and chronic renal failure.

hyperalbuminemia to 43% with marked hypoalbuminemia (**Table 3**). In the unadjusted model, compared with normal serum albumin levels, marked hypoalbuminemia was associated with an increased in-hospital mortality risk in all age groups, ranging between 13- and 72-fold. After adjustment to study variables, the increased risk remained statistically significant in all age groups, other than patients aged <40 years. A similar pattern was evident for mortality at the end of follow-up (**Table 3**).

Separate analysis of patients without major comorbidities—including malignant disease, congestive heart failure, ischemic heart disease, chronic renal failure, and inflammatory bowel disease—indicated a similar pattern of lower serum albumin levels in older patients. Similarly, in each age group, in-hospital and end-of-follow-up mortality risk increased with lower serum albumin levels, ranging between 0% and 1%, respectively, in patients aged <40 years with hyperalbuminemia, to 44% and 92%, respectively, in

**5**

1465.e16                                                          The American Journal of Medicine, Vol 130, No 12, December 2017



**Figure 2**   Mortality at the end of follow-up according to albumin levels on admission and before discharge.

patients aged > 80 years with marked hypoalbuminemia on admission.

The Kaplan-Meier curves in all age groups depict better survival with increased albumin levels on admission, compared with patients with normal albumin levels or hypoalbuminemia. Survival probability was worst in patients with hypoalbuminemia, with lowest survival with increased severity of hypoalbuminemia (**Figure S1** in the Supplementary Appendix, available online).

**Albumin Levels Before Discharge or Death.**   According to the study protocol, all patients had measurement of albumin levels before discharge or death. The last in-hospital serum albumin test was performed, on average, 1.8 ± 4 days before discharge or in-hospital mortality. In most cases (61%) the last serum albumin test was performed less than 24 hours before discharge or death, and in 85% of patients it was performed less than 72 hours before discharge or death.

In most patients albumin category before discharge or death was similar to albumin category on admission. Of patients with normal albumin levels on admission, 86% had normal albumin levels before discharge or in-hospital death, whereas 93% of patients (8134 of 8770) with hypoalbuminemia on admission had hypoalbuminemia before discharge, and 7% (635 of 8770) had normal albumin levels before discharge. Of those with albumin levels higher than 4.5 g/dL, 65% (1191 of 1838) still had hyperalbuminemia before discharge or death, and 33% (611 of 1838) had normal albumin levels before discharge or death.

In-hospital mortality risk was highest with albumin levels below 3.5 g/dL on admission, as well as before discharge or death (1387 of 8134 patients, 17%). In patients with normal albumin on admission and before discharge, mortality risk was 1% (201 of 17,401 patients). The in-hospital mortality risk was lowest in patients with hyperalbuminemia on admission and normal or high albumin levels before discharge or death (0.33% and 0.1%, respectively).

Mortality risk at the end of follow-up was lowest for patients with hyperalbuminemia before discharge, whether patients had normal or high albumin levels on admission (7% and 7%, respectively). Normal albumin levels on admission as well as before discharge or death were associated with 26% mortality risk at the end of follow-up. Hypoalbuminemia on admission was associated with >70% mortality risk with hypoalbuminemia before discharge or death, whereas normalization of albumin levels before discharge was associated with decreased mortality risk (51%) (**Figure 2**).

## DISCUSSION

Our study focused on patients admitted to medical wards with serum albumin levels obtained within 24 hours of admission and before discharge. The results indicate increased mortality risk in patients with low albumin levels on admission and/or before discharge.

Although our finding of hypoalbuminemia as an independent mortality predictor is not novel, and numerous studies reported that hypoalbuminemia was associated with increased mortality in different patient groups and settings,[5-13] this is the first study, to our knowledge, to investigate the association between albumin levels on admission as well as before discharge with short- and long-term mortality risk. Furthermore, with our large cohort we were able to investigate the importance of albumin levels in different age groups. Low albumin levels on admission remained independently associated with mortality risk even when adjusted for known risk factors for increased mortality, including gender, age, smoking, alcohol, and comorbidities.

The classification of serum albumin levels was in line with previous studies: albumin cutoff values >4.5 g/dL and <3.5 g/dL were used to define mild hyperalbuminemia and mild hypoalbuminemia, respectively, and a cutoff of <2.5 g/dL was used to define marked hypoalbuminemia.[2,22,23]

Albumin levels may decrease owing to several factors: poor nutritional status; inflammation (eg, infectious disease, malignancy) due to interleukin-1 and tumor necrosis factor, which decrease production of albumin by the liver; renal disease or burns due to loss of albumin in the urine or the integument,

**6**

respectively; trauma or surgery, as a result of the associated stress, which increases protein and energy requirements by creating hypermetabolic, catabolic state; and liver disease.[2,24-27] It is possible that patients with hypoalbuminemia handle critical illness somewhat differently than patients with normal or high albumin levels.[1]

The rates of albumin level <3.5 g/dL in our cohort was 29%, higher compared with that reported in a meta-analysis by Vincent et al (21%).[17] This difference most likely relates to the study population, because we investigated patients admitted to medical wards, whereas the meta-analysis included a variable population, including patients hospitalized to other wards, including surgical wards, rehabilitation centers, and intensive care units.

Not surprisingly, analysis of serum albumin levels and mortality indicated lower albumin levels with increasing age. Although many previous studies focused on elderly patients,[21,22,28] our results indicate a dose-dependent association between low albumin levels and increased mortality that was evident in all age groups, including young (<40 years) and old subjects.

Other than the importance of albumin levels on admission, our results emphasize the importance of the change in albumin levels before discharge. Nakayama et al.[29] reported in a small study that in patients with acute heart failure, rising albumin levels during hospitalization were correlated with a good long-term prognosis, but there are no larger studies on this matter. Our data indicate the prognostic value of predischarge albumin levels: short- and long-term mortality risk was highest in patients with hypoalbuminemia before discharge. Hypoalbuminemia on admission was associated with 70% mortality risk, and this risk remained unchanged for those without normalization of albumin before discharge, whereas normalization of albumin levels during the hospitalization was associated with a lower mortality risk (51%). Serum albumin levels >4.5 g/dL on admission and before discharge were associated with very low short- and long-term mortality risk. Vincent et al.[30] published their recommendations regarding albumin administration and stated that albumin administration, although unlikely to cause harm in most patients, is not necessary in all critically ill patients and should be reserved for use in specific groups of patients in whom there is evidence of benefit.

Our study has several limitations: first, the retrospective design of the study, basing data regarding comorbidities solely on the medical records and basing smoking and alcohol on self-report. We do not have information regarding the nutritional status of the patients, other than body mass index, which may be of relevance in this case. Furthermore, no information is available regarding intravenous albumin treatment during hospitalization. Another limitation is the lack of data regarding specific cause of mortality. Owing to the observational design of the study, causation cannot be established, and it is possible that serum albumin is just a marker for the severity of the underlying disease and not a cause of death per se. Prospective studies of inpatients are needed to better define this relationship.

The major strengths of our study are the large cohort of patients admitted solely to medical wards, as well as long-term follow-up, representing the real-life treatment of patients admitted to medical wards. We analyzed the survival of patients according to several important and common comorbidities, with adjustment for several important confounders, including age, gender, and malignant disease. Our analysis included the entire spectrum of serum albumin levels. We also analyzed the data in different age groups, indicating that the prognostic importance of albumin levels on admission was consistent in all ages. Moreover, we also were able to study the significance of albumin levels dynamics throughout the admission.

In conclusion, our findings suggest that a measurement of albumin levels on admission and before discharge identifies patients in all age groups with increased risk for short- and long-term mortality and longer hospitalization. Our data are confirmatory with previous studies associating low serum albumin with worse outcomes. The increase in mortality is more significant in patients without normalization of albumin levels before discharge.

## ACKNOWLEDGMENTS

We thank Mrs. Tzipora Shochat for her statistical assistance.

## References

1. Limaye K, Yang JD, Hinduja A. Role of admission serum albumin levels in patients with intracerebral hemorrhage. *Acta Neurol Belg*. 2016;116(1):27-30.
2. Sung J, Bochicchio G V, Joshi M, et al. Admission serum albumin is predicitve of outcome in critically ill trauma patients. *Am Surg*. 2004;70(12):1099-1102.
3. Herrmann FR, Safran C, Levkoff SE, Minaker KL. Serum albumin level on admission as a predictor of death, length of stay, and readmission. *Arch Intern Med*. 1992;152(1):125-130.
4. McCluskey A, Thomas AN, Bowles BJ, Kishen R. The prognostic value of serial measurements of serum albumin concentration in patients admitted to an intensive care unit. *Anaesthesia*. 1996;51(8):724-727.
5. Plakht Y, Gilutz H, Shiyovich A. Decreased admission serum albumin level is an independent predictor of long-term mortality in hospital survivors of acute myocardial infarction. Soroka Acute Myocardial Infarction II (SAMI-II) project. *Int J Cardiol*. 2016;219:20-24.
6. Arques S, Roux E, Sbragia P, Gelisse R, Pieri B, Ambrosi P. Usefulness of serum albumin concentration for in-hospital risk stratification in frail, elderly patients with acute heart failure. Insights from a prospective, monocenter study. *Int J Cardiol*. 2008;125(2):265-267.
7. Cho YM, Choi IS, Bian RX, Kim JH, Han JY, Lee SG. Serum albumin at admission for prediction of functional outcome in ischaemic stroke patients. *Neurol Sci*. 2008;29(6):445-449.
8. Carter AM, Catto AJ, Mansfield MW, Bamford JM, Grant PJ. Predictive variables for mortality after acute ischemic stroke. *Stroke*. 2007;38(6):1873-1880.
9. Famakin B, Weiss P, Hertzberg V, et al. Hypoalbuminemia predicts acute stroke mortality: Paul Coverdell Georgia stroke registry. *J Stroke Cerebrovasc Dis*. 2010;19(1):17-22.
10. Menon V, Greene TOM, Wang X, et al. C-reactive protein and albumin as predictors of all-cause and cardiovascular mortality in chronic kidney disease. *Kidney Int*. 2005;68(2):766-772.
11. Honda H, Qureshi AR, Heimbürger O, et al. Serum albumin, C-reactive protein, interleukin 6, and fetuin a as predictors of malnutrition, car-

**7**

1465.e18                                                          The American Journal of Medicine, Vol 130, No 12, December 2017

diovascular disease, and mortality in patients with ESRD. *Am J Kidney Dis*. 2006;47(1):139-148.

12. Pioli G, Barone A, Giusti A, et al. Predictors of mortality after hip fracture: results from 1-year follow-up. *Aging Clin Exp Res*. 2006;18(5):381-387.

13. Boonpipattanapong T, Chewatanakornkul S. Preoperative carcinoembryonic antigen and albumin in predicting survival in patients with colon and rectal carcinomas. *J Clin Gastroenterol*. 2006;40(7):592-595.

14. Lecleire S, Di Fiore F, Antonietti M, et al. Undernutrition is predictive of early mortality after palliative self-expanding metal stent insertion in patients with inoperable or recurrent esophageal cancer. *Gastrointest Endosc*. 2006;64(4):479-484.

15. Tewari N, Martin-Ucar AE, Black E, et al. Nutritional status affects long term survival after lobectomy for lung cancer. *Lung Cancer*. 2007;57(3):389-394.

16. Lis CG, Grutsch JF, Vashi PG, Lammersfeld CA. Is serum albumin an independent predictor of survival in patients with breast cancer? *JPEN J Parenter Enteral Nutr*. 2003;27(1):10-15.

17. Vincent JL, Dubois MJ, Navickis RJ, Wilkes MM. Hypoalbuminemia in acute illness: is there a rationale for intervention? A meta-analysis of cohort studies and controlled trials. *Ann Surg*. 2003;237(3):319-334.

18. Yap FHY, Joynt GM, Buckley TA, Wong ELY. Association of serum albumin concentration and mortality risk in critically ill patients. *Anaesth Intensive Care*. 2002;30(2):202-207.

19. Ferguson RP, O'Connor P, Crabtree B, Batchelor A, Mitchell J, Coppola D. Serum albumin and prealbumin as predictors of clinical outcomes of hospitalized elderly nursing home residents. *J Am Geriatr Soc*. 1993;41(5):545-549.

20. Finestone HM, Greene-Finestone LS, Wilson ES, Teasell RW. Prolonged length of stay and reduced functional improvement rate in malnourished stroke rehabilitation patients. *Arch Phys Med Rehabil*. 1996;77(4):340-345.

21. Marinella M, Markert R. Admission serum albumin level and length of hospitalization in elderly patients. *South Med J*. 1998;91(9):851-854.

22. Garwe T, Albrecht RM, Stoner JA, Mitchell S, Motghare P. Hypoalbuminemia at admission is associated with increased incidence of in-hospital complications in geriatric trauma patients. *Am J Surg*. 2016;212(1):109-115.

23. Engelman DT, Adams DH, Byrne JG, Allred EN, Cohn LH, Rizzo RJ. Impact of body mass index and albumin on morbidity and mortality after cardiac surgery. *J Thorac Cardiovasc Surg*. 1999;118:866-873.

24. Phillips A, Shaper AG, Whincup PH. Association between serum albumin and mortality from cardiovascular disease, cancer, and other causes. *Lancet*. 1989;2(8677):1434-1436.

25. Rothschild MA, Oratz M, Schreiber SS. Serum albumin. *Hepatology*. 1988;8(2):385-401.

26. Anderson CF, Wochos DN. The utility of serum albumin values in the nutritional assessment of hospitalized patients. *Mayo Clin Proc*. 1982;57(3):181-184.

27. Kiyama T, Witte MB, Thornton FJ, Barbul A. The route of nutrition support affects the early phase of wound healing. *JPEN J Parenter Enteral Nutr*. 1998;22(5):276-279.

28. Luk JKH, Chiu PKC, Tam S, Chu LW. Relationship between admission albumin levels and rehabilitation outcomes in older patients. *Arch Gerontol Geriatr*. 2011;53(1):84-89.

29. Nakayama H, Koyama S, Kuragaichi T, et al. Prognostic value of rising serum albumin during hospitalization in patients with acute heart failure. *Am J Cardiol*. 2016;117(8):1305-1309.

30. Vincent JL, Russell JA, Jacob M, et al. Albumin administration in the acutely ill: what is new and where next? *Crit Care*. 2014;18(4):231.

## SUPPLEMENTARY DATA

Supplementary Figure accompanying this article can be found in the online version at doi:10.1016/j.amjmed.2017.07.020.

## APPENDIX



**Figure S1**    Kaplan-Meier analysis according to age group: <40, 40-50, 50-60, 60-70, 70-80, and >80 years.