# Exhibit 25

# The New England
# Journal of Medicine

VOLUME 203        DECEMBER 25, 1930        NUMBER 26

## BLOOD CHOLESTEROL VALUES IN HYPERTHYROIDISM AND HYPOTHYROIDISM—THEIR SIGNIFICANCE*

BY ROBERT L. MASON, M.D.,† HAZEL M. HUNT, A.B.,† AND LEWIS HURXTHAL, M.D.†

THE influence of the endocrine glands upon fat metabolism has been the subject of considerable study during the past three decades. Magnus-Levy[1] in 1895 made one of the most important contributions to this subject by his observations upon the influence of the thyroid on metabolism. Through his work the conditions of endogenous adiposity came to be recognized. Von Noorden[2] and Umber[3] conceded to the thyroid a central place in the genesis of fatty diseases. In all cases of myxedema and in many cases of endogenous adiposity thyroid insufficiency was noted.

Emaciation (rapid loss of weight) has been one of the outstanding chief characteristics of thyroid hyperactivity. The mobilization of fatty substances occurs through the blood stream and study has been directed by many investigators to the blood as a vehicle for lipoid substances. Unfortunately, one does not find close agreement of conclusions from these investigations.

That thyroxin has a definite positive effect on lowering the blood cholesterol has been reported by Parhon and Dérévici[4], who found that hyperthyroid dogs had cholesterol values lower than normal dogs. In animals deprived of the thyroid gland, on the other hand, the cholesterol was much higher than normal but became markedly decreased when thyroid was fed. Leupold and Seisser[5] observed that the feeding of thyroid or thyroid injections in small amounts caused a reduction of cholesterol in the blood. Goldzieher and Hirschhorn[6] found that thyroid residue administered to animals at the same time as cholesterol emulsion was injected intraperitoneally prevented the normal storage of cholesterol in the Kupfer cells of the liver.

Animal experiments made by Parhon and Dérévici[4], and by Blinoff[7], indicate that hyperthyroid dogs have blood cholesterol values lower than the values of normal dogs, whereas the cholesterol values of animals deprived of their thyroids were markedly increased over the values found before thyroidectomy. On the other hand, Rémond, Colombiès and Bernardbeig[8] found that thyroidectomy produced no effect on the cholesterolemia of rabbits. Heckscher[9] discovered that removal of the thyroid gland from a healthy horse produces an increase in blood cholesterol. Onizawa[10] found cholesterol in the plasma of the thyroid depleted animal to be increased. Similar results have been obtained in a study of patients. Bing and Heckscher[11], Epstein and Lande[12], Nicholls and Perlzweig[13], C. J. and M. Parhon[14] have found diminished values of cholesterol in patients with exophthalmic goitre. Improvement in conditions due either to medical or surgical treatment has resulted in every case in a rise in the blood cholesterol to the normal levels. These same authors have found a marked increase in blood cholesterol in cases of thyroid insufficiency.

Epstein and Lande[12], Werner[15], Colombiès, Shapiro[16], conclude that a definite inverse relationship exists between the cholesterol value and the basal metabolic rate. Gextman[17] is of the opinion that this is true only in extreme cases. The very sick hyperthyroid patient has a markedly lowered blood cholesterol. However, in the next most serious cases the cholesterol values are well within the normal range. Only in the very severe cases could any direct correlation between basal metabolism and blood cholesterol be found. Similarly, Laroche[18] finds that the patients most seriously affected by the process of denutrition connected with hyperthyroidism have cholesterol values lower than normal, and he considers this sign an index of the gravity of the disease.

On the other hand, findings contradictory to the above have been made. Luden[19] found all the blood cholesterols in 35 cases of exophthalmic goitre to be within the normal range even when the basal metabolic rate was 100% above normal. Wade[20] reports slightly increased values of blood cholesterol in toxic cases before operation. Castex and Schteingart[21] determined that no relation exists between the basal metabolic rate and the blood cholesterol value. They conclude that any hypo- or hypercholesteremia observed in patients with thyroid difficulties does not depend upon these, but on concomitant causes. Gardner and Gainsborough[22] likewise agree that their cases of hyperthyroidism do not provide any support for the theory that the blood cholesterol is inversely proportional to the basal metabolic rate, although they do find increased values of blood cholesterol in untreated hypothyroid cases. Denis[23] states that the plasma cholesterol in severe hyperthyroidism is within, or just below, the lower normal limit. Rothschild[24] and Jacobsohn found an increase of

*Reported from the Lahey Clinic and the Laboratory of the New England Deaconess Hospital.

†Mason—Formerly Surgeon, Lahey Clinic. Hunt—Director of the Chemical Laboratory at the New England Deaconess Hospital. Hurxthal—Charge of Medical Department, Lahey Clinic. For records and addresses of authors see "This Week's Issue", page 1304.

The New England Journal of Medicine
Downloaded from nejm.org at REPRINTS DESK INC on March 28, 2022. For personal use only. No other uses without permission.
From the NEJM Archive. Copyright © 2009 Massachusetts Medical Society. All rights reserved.

1

20 per cent. above normal values of cholesterol in thyrotoxic conditions experimentally produced.

It is well recognized that the basal metabolic rate does not always give the true picture of the condition of the patient. Clinical impressions are difficult to define. With an idea toward securing a laboratory test which would give a further check on the clinical impression of the severity of hypothyroidism or hyperthyroidism

recorded are those in which duplicate analyses have shown an agreement within 5%.

The blood cholesterol values in the cases of hyperthyroidism are shown in Table I. In Table II are shown the findings in both hyperthyroidism and hypothyroidism. That there is, in a general way, a hypocholesteraemia accompanying an elevated basal metabolic rate and conversely a hypercholesteraemia with a lowered rate is shown in Table II. Here the blood cholesterol values are plotted against the basal metabolism levels.

| Age | Sex | Duration | Weight in Lbs. | B.M.R. | Cholesterol mgs. 100 C.C. |
|---|---|---|---|---|---|
| 24 | M | 7 yrs. | 125 | +138 | 71 |
| 27 | F | 3 yrs. | | +107 | 94 |
| 29 | M | 7 mos. | 118 | +101 | 121 |
| 33 | F | 6 mos. | 116 | +100 | 140 |
| 45 | F | 6 mos. | 137 | +92 | 142 |
| 32 | F | 11 mos. | 160 | +87 | 125 |
| 55 | M | 8 yrs. | 123 | +80 | 127 |
| 48 | F | 1 yr. | | +79 | 149 |
| 41 | F | 1 yr. | 90 | +78 | 115 |
| 60 | F | 6 mos. | 110 | +75 | 150 |
| 39 | M | 3 yrs. | | +75 | 150 |
| 50 | M | 3 yrs. | 94 | +72 | 132 |
| 26 | F | 1 yr. | 124 | +71 | 131 |
| 25 | F | 2 mos. | 131 | +69 | 151 |
| 66 | F | 10 yrs. | 78 | +68 | 175 |
| 20 | M | 6 mos. | 120 | +65 | 153 |
| 43 | F | 9 mos. | 106 | +63 | 96 |
| 58 | F | | 100 | +60 | 137 |
| 21 | F | 1 yr. | 115 | +60 | 129 |
| 40 | F | | 116 | +60 | 140 |
| 47 | F | 6 mos. | 91 | +60 | 107 |
| 56 | F | 30 yrs. | 157 | +58 | 97 |
| 51 | F | 7 yrs. | 100 | +57 | 111 |
| 27 | M | 6 yrs. | 106 | +54 | 93 |
| 41 | M | 1 yr. | | +53 | 144 |

| Age | Sex | Duration | Weight in Lbs. | B.M.R. | Cholesterol mgs. 100 c.c. |
|---|---|---|---|---|---|
| 59 | F | 12 yrs. | 103 | +51 | 85 |
| 47 | M | 18 mos. | 145 | +50 | 182 |
| 22 | F | 9 mos. | 160 | +50 | 132 |
| 28 | F | 15 mos. | 165 | +49 | 182 |
| 50 | F | 12 yrs. | 106 | +48 | 139 |
| 56 | F | 10 yrs. | 99 | +47 | 106 |
| 27 | F | 2 mos. | 140 | +44 | 159 |
| 27 | F | 5 mos. | 87 | +42 | 150 |
| 46 | F | 5 yrs. | 106 | +38 | 158 |
| 64 | F | 1 yr. | 86 | +37 | 150 |
| 46 | F | 4 yrs. | 85 | +36 | 106 |
| 12 | F | 1 yr. | 82 | +36 | 150 |
| 52 | F | 2 yrs. | 142 | +36 | 173 |
| 48 | M | 9 mos. | 149 | +30 | 88 |
| 47 | F | | 88 | +30 | 169 |
| 51 | F | 7 yrs. | 69 | +29 | 110 |
| 20 | M | 6 mos. | 88 | +27 | 68 |
| 30 | F | 9 mos. | 110 | +23 | 183 |
| 53 | F | 15 yrs. | 138 | +22 | 162 |
| 58 | M | 6 mos. | 138 | +21 | 84 |
| 47 | F | | 163 | +13 | 163 |
| 51 | M | 8 mos. | 93 | +10 | 130 |

TABLE I.
Basal metabolic rates and blood cholesterol levels in 47 cases of hyperthyroidism.

we have studied a group of 47 patients with hyperthyroidism and another group of 23 patients with positive hypothyroidism.

The patients from whose blood the determinations were made were unselected except where concomitant conditions were present which might have a disturbing effect on the cholesterol metabolism, such as diabetes, nephritis, pregnancy or high fever.

The blood was taken in a fasting condition and analysis was made on the plasma by the method of Bloor, Pelkan and Allen[25], and close agreement of results was obtained. The values

In the 47 cases of proved hyperthyroidism the blood cholesterol values range from 71 mg. per 100 c.c. to 183 mg. The average of the basal metabolic rates in the 47 cases was plus 57%; the average cholesterol level, 130 mg. per 100 c.c. In the 23 cases of myxedema, on the contrary, the values range from 218 to 500 mg. The average of the basal metabolic rates in the 23 cases of myxedema was minus 30%; the average cholesterol level 321 mg. per 100 c.c. In earlier papers[26] from this laboratory the maximum normal cholesterol level has been accepted as 230 mg. per 100 c.c. It will be seen that the

The New England Journal of Medicine
Downloaded from nejm.org at REPRINTS DESK INC on March 28, 2022. For personal use only. No other uses without permission.
From the NEJM Archive. Copyright © 2009 Massachusetts Medical Society. All rights reserved.



TABLE II.

Blood cholesterol values in hyperthyroidism and in hypothyroidism plotted against basal metabolic rates.

The New England Journal of Medicine
Downloaded from nejm.org at REPRINTS DESK INC on March 28, 2022. For personal use only. No other uses without permission.
From the NEJM Archive. Copyright © 2009 Massachusetts Medical Society. All rights reserved.

3

average case of hyperthyroidism shows a definite hypocholesteraemia, while in hypothyroidism the cholesterol level is well above the maximum normal level.

In Table I the cases of hyperthyroidism are listed in decreasing order with respect to the basal metabolism. From this table, and from Table II, it will be seen that, while the blood cholesterol value is definitely low in each case of hyperthyroidism, there exists no definite correlation between the height of the metabolism and the cholesterol value. This holds true, also, though to a less degree, with the cases of myxedema.

When considered from the standpoint of gravity of the disease, however, there appears a more definite relationship. As stated above, it is well known that the height of the basal metabolism is not always a true index of the severity of hyperthyroidism. One must consider, rather, the duration of the disease, the amount of weight lost, the occurrence of gastrointestinal crises, activation, or equally important in some cases, marked apathy. In our series of 47 cases, there were nine who showed a blood cholesterol level below 100 mg. per 100 c.c. This we consider to be a well-marked hypocholesteraemia. All of these patients were classified, when first seen, and before the basal metabolism rates were determined, as extremely sick cases.

Case 1 was a young man of 24 whose history covered a period of 7 years. His weight had fluctuated and, when he was seen was 20 pounds below that at onset seven years before. He was markedly activated. His thyroid was so greatly enlarged that it was in a plane parallel with his mandible. His heart was in auricular fibrillation with a marked pulse deficit. His basal metabolism proved to be plus 138. His cholesterol, as shown, was 71 mg. per 100 c.c.

Case 21, on the other hand, was a boy of 21, a Polish immigrant whose history of hyperthyroidism, so far as could be ascertained accurately, dated from 6 months before, at which time he first noted the enlargement of the neck. He had had few symptoms, until he arrived in this country, a month previous to his admission to the hospital. Since then he had had persistent vomiting, and had lost 70 pounds in weight (from 160 pounds to 90 pounds). On examination the thyroid gland was found to be enlarged to about ten times normal size. He was markedly activated and was considered to be an extremely toxic case. As shown, his basal metabolism was but plus 27%. The blood cholesterol, however, showed a value of 68 mg. per 100 c.c.

We have been over the records of these cases carefully and have attempted to correlate the cholesterol findings separately with loss of weight, duration, age, etc., but in none could we find any one factor which could be correlated with the blood cholesterol. We did not think it necessary to further encumber this paper with the data derived from this study. As noted

above, the outstanding feature has been the low cholesterol level in those patients whose total clinical picture marked them as extremely toxic and poor surgical risks.

It would seem, therefore, from a clinical standpoint, that a knowledge of the blood cholesterol level furnishes a means of corroborating the clinical picture of severe hyperthyroidism and, as such, is of value in determining the surgical risk and prognosis in the individual case.

*Blood Cholesterol in Hypothyroidism.* Equally interesting have been the findings in the 23 cases of hypothyroidism. The results are compared in Table II with those found in hyperthyroidism. In Table III are listed the cholesterol findings and the basal metabolic rates of the 23 cases. Here again one finds no definite correlation between the cholesterol level and the basal metabolic rate. The correlation between the clinical findings, however, and the cholesterol level have been even more striking than in the cases of hyperthyroidism.

| Age | Sex | Duration | Type | B.M.R. | Cholesterol |
|---|---|---|---|---|---|
| | | | | | mgs. 100 c.c. |
| 42 | M | 4 mo. | Postop. | -46 | 268 |
| 52 | F | 3 yrs. | Postop. | -46 | 490 |
| 36 | F | 9 mos. | Postop. | -44 | 295 |
| 41 | F | 2 yrs. | Spon. | -42 | 345 |
| 25 | F | 12 yrs. | Spon. | -40 | 356 |
| 47 | F | 3 yrs. | Spon. | -37 | 479 |
| 46 | F | unknown | Spon. | -36 | 500 |
| 23 | M | 4 yrs. | Spon. | -33 | 217 |
| 59 | F | 10 yrs. | Spon | -32 | 325 |
| 67 | M | 15 mo. | Postop. | -30 | 233 |
| 42 | F | 9 mo. | Postop. | -28 | 365 |
| 37 | M | 6 mo. | Postop. | -27 | 242 |
| 36 | F | 8 yrs. | Spon. | -27 | 235 |
| 38 | F | 3 mo. | Spon | -27 | 266 |
| 42 | F | 2 yrs. | Postop. | -25 | 300 |
| 52 | F | 5 mos. | Postop. | -25 | 410 |
| 59 | F | 3 yrs. | Spon. | -24 | 289 |
| 34 | F | 15 mos. | Postop. | -23 | 305 |
| 34 | F | 8 mos. | Spon. | -22 | 295 |
| 28 | F | 3 mos. | Postop. | -20 | 340 |
| 59 | F | 6 mos. | Spon. | -20 | 225 |
| 35 | F | 2 yrs. | Spon. | -19 | 329 |
| 40 | M | 10 yrs. | Spon. | -12 | 289 |

TABLE III.
Basal metabolic rates and blood cholesterol levels in 23 cases of hypothyroidism.

The finding of a basal metabolic rate of minus 20 or below naturally suggests hypothyroidism. Occasionally such a low metabolic rate is found without clinical evidence of myxedema, or without any other signs or symptoms suggesting diminishing thyroid function. In fact, we have

The New England Journal of Medicine
Downloaded from nejm.org at REPRINTS DESK INC on March 28, 2022. For personal use only. No other uses without permission.
From the NEJM Archive. Copyright © 2009 Massachusetts Medical Society. All rights reserved.

seen such basal metabolic rates in young, active individuals with no complaints or clinical signs. When such a low test is found, however, in a patient with asthenia, fatigue or other subjective symptoms, on the one hand, or obesity, on the other, the diagnosis of hypothyroidism is apt to be made. In our experience, patients with low metabolic rates without fairly clear-cut signs or symptoms of myxedema receive little or no benefit from thyroid therapy. It might be well to say here that by myxedema we do not mean that the patient has to be obese. Many patients display dry skin, brittle finger nails, dryness of the hair, a complaint of coldness, lethargy, retarded mental activity or even mental disorders without appearing as typical myxedematous patients. Nevertheless, these patients have myxedema. While they are not so easily recognized clinically on their gross appearance, yet they can be easily diagnosed by a minute study of their physical condition and complaints.

| Age | Sex | B.M.R. | Cholesterol |
|-----|-----|--------|-------------|
| 50 | F | −23 | 208 |
| 50 | F | −30 | 204 |
| 29 | F | −21 | 117 |
| 27 | F | −26 | 146 |

TABLE IV.
Four cases with low basal metabolic rates but without clinical myxedema.

In Table IV are shown the blood cholesterol determinations in four patients who showed, clinically, no evidence of myxedema, but whose basal metabolic rate was minus 20 or below. They had been treated with thyroid extract, at previous periods, without results. It is to be noted that in all these cases the blood cholesterol was within normal limits. If we compare, for instance, the blood cholesterol in any of the patients showing a metabolism of minus 20%, or lower (Table IV), with patients who showed clear-cut myxedema with a metabolic rate below minus 20% (Table III) we see that the blood cholesterol shows much higher value in the latter. This relationship can be shown in another way. Patient No. 23 on the list showed a blood cholesterol level of 289 mgms. per 100 c.c. after having stopped thyroid for one week. His metabolism was minus 12%. He later developed well-marked clinical myxedema.

Perhaps the most striking feature of the study of the blood cholesterol in myxedema is the manner in which the high cholesterol level returns to normal as the basal metabolic rate returns to normal following treatment. In Table V are listed the findings in eleven patients who were followed for periods varying from four months to thirty-two months after treatment with thyroxin or desiccated thyroid. These eleven cases showed an average basal metabolic rate, at the

beginning of the study, of minus 33%. After an average of sixteen months' treatment, the rate had risen to minus 2%. The blood cholesterol at the beginning averaged 336 mg. per 100 c.c., while after the sixteen months of treatment, averaged 171.

| Age | Duration | B.M.R. | Cholesterol | Date |
|-----|----------|--------|-------------|------|
| 25 F | 12 yrs. Spon. | −40 | 356 | 12-12-27 |
|  |  | −1 | 185 | 4-16-29 |
| 42 | 9 mos. Post. Op. | −28 | 365 | 9-30-27 |
|  |  | −11 | 265 | 3-27-28 |
|  |  | + 5 | 210 | 3-31-30 |
| 41 | 2 yrs. Spon | −42 | 345 | 1-6-28 |
|  |  | + 1 | 191 | 3-27-30 |
| 38 | 3 mos. Post Op. | −27 | 266 | 4-20-28 |
|  |  | −10 | 185 | 2-20-29 |
| 42 | 4 mos. Post Op. | −46 | 268 | 8-4-28 |
|  |  | − 6 | 161 | 4-9-30 |
| 46 | Unknown Spon. | −36 | 500 | 4-2-27 |
|  |  | + 1 | 165 | 10-26-27 |
|  |  |  | 165 | 3-14-29 |
| 23 | ? Spon. | −33 | 217 | 8-14-28 |
|  |  | −15 | 155 | 3-12-29 |
| 35 F | 2 yrs. Post Op. | −19 | 329 | 11-12-29 |
|  |  | + 8 | 167 | 3-12-30 |
| 28 F | 3 mos. Post Op. | −20 | 340 | 7-28-27 |
|  |  | −10 | 132 | 3-29-30 |
| 67 M | 15 mos. Post Op. | −30 | 233 | 8-14-28 |
|  |  |  | 208 | 4-21-30 |
| 47 F | ? Spon | −37 | 479 | 2-11-29 |
|  |  | +15 | 117 | 3-2-29 |
|  |  | − 3 | 184 | 9-30-29 |

TABLE V.
Eleven cases of myxedema showing response to treatment and coincident fall in blood cholesterol level.

In studying the individual records, it will be seen that as the basal metabolic rate returns to normal values, and with clinical improvement, the blood cholesterol levels also return to normal. This represents the only definite correlation between basal metabolic rates and blood cholesterol values in this study. As shown in Table III, however, in cases of untreated myxedema, with a metabolic rate which is not particularly low, a high cholesterol may be found.* In these cases the clinical evidences of myxedema have been striking. It would appear, then, that the severity of the disease is indicated by a high cholesterol value, just as a low cholesterol value indicates severe hyperthyroidism. It seems more likely, however, in hypothyroidism that the blood cholesterol level reflects the patient's true condition more accurately than does the basal metabolic rate.

At the outset of this study we felt that, in

*All basal metabolic rates were determined after a night spent in the hospital.

The New England Journal of Medicine
Downloaded from nejm.org at REPRINTS DESK INC on March 28, 2022. For personal use only. No other uses without permission.
From the NEJM Archive. Copyright © 2009 Massachusetts Medical Society. All rights reserved.

5

order to be certain of the relationship of the blood cholesterol to true myxedema and to low basal metabolic rates without myxedema, we would have to choose patients with very low rates (minus 20 or more), who appeared to be normal otherwise. Naturally, we were not able to find a great number of such patients. The four whom we felt should be placed in this category are listed in Table IV. From our data and observation we feel that it is quite likely that myxedema or hypothyroidism does not exist in a patient with a low basal metabolic rate and a normal blood cholesterol. This, of course, is in the absence of other diseases giving rise to an elevated blood cholesterol.

### COMMENT

Aside from the statistical data presented, this study has, to the authors at least, suggested a variety of speculations with regard to the nature of thyroid dysfunction and its effect upon the organism as a whole. Chief among these are the effects of the long-continued hypocholesteremia or hypercholesteremia upon patients with hyperthyroidism or hypothyroidism. From the work of Aub and his collaborators[27] we know that calcium excretion in patients with hyperthyroidism is markedly increased, often as much as 231% of normal. In hypothyroidism, on the other hand, the calcium excretion is markedly reduced; the average excretion of the six patients reported by Aub was 40% below the normal average level. If arteriosclerosis is associated with an abnormal cholesterol retention together with a decreased output of calcium, then one would expect a high incidence of arteriosclerosis in the myxedema patient. In diabetes, in which the blood cholesterol is not infrequently elevated and the calcium is low, the high incidence of arteriosclerosis is well known. In the patient with hyperthyroidism, by the same token, one would expect a lowered incidence of arteriosclerosis, since the cholesterol is low and the calcium excretion high. Of course, it would not be probable that preëxisting atheromata would be affected by the onset of hyperthyroidism.

The formation of gall stones has long been thought to be associated in some way with disordered cholesterol metabolism and the high incidence of gall stones in diabetes seems to bear this out. Should patients with myxedema have a higher incidence of gall stones than the normal individual? These are subjects which deserve further study.

### SUMMARY

1. Cholesterol values on 70 patients with thyroid disturbances are reported.

2. Hyperthyroid conditions tend to diminish the level of the cholesterol in the blood. The lowest values are found in extremely toxic patients. There is, however, no definite correlation between the cholesterol value and the basal metabolic rate.

3. True myxedema is accompanied by a markedly elevated blood cholesterol. Low metabolic rates, however, without clinical evidence of myxedema are accompanied by normal cholesterol values.

4. Cholesterol values are a definite help in estimating the gravity of hyperthyroidism.

5. Cholesterol values are important aids in diagnosis and prognosis and in estimation of response to treatment in patients with hypothyroidism.

6. Possible coincident effects of disordered cholesterol metabolism are suggested.

### BIBLIOGRAPHY

1 Magnus-Levy, A.: Berlin klin. Wchnschr. 32: 650, 1895; Zeit. f. klin. Med. 60: 177, 1906.
2 Von Noorden, C. H.: Die Fettsucht, Wein., 1900.
3 Umber, F.: Lehrbuch der Ernährung u. d. Stoffwechselkrankheiten. Berlin, 1909.
4 Parhon, C. G. and Dérévici, H.: Compt. rend. Soc. de biol., 95: 787, 1926; ibid. 99: 246-248, June 22, 1928.
5 Leupold, E. and Seisser, F.: Arch. f. Gyn., 119: 552, 1923.
6 Goldzieher, M. A. and Hirschhorn, L.: Arch. Path. & Lab. Med. 4: 958-965, Dec. 1927.
7 Blinoff, A.: Compt. rend. de Soc. de biol. 103: 188-189, Jan. 24, 1930.
8 Rémond, A., Colombiès, H. and Bernardbeig, J.: Compt. rend. Soc. de biol. 91:445, July 18, 1924.
9 Heckscher, H.: Biochem. Zeit. 158: 422, 1925.
10 Onizawa, J.: J. Biochem. 10: 425-434, April 1929.
11 Bing, H. J. and Heckscher, H.: Biochem. Zeit. 158: 403, 1925.
12 Epstein, A. A. and Lande, H.: Arch. Int. Med. 30: 563, Nov. 1922.
13 Nicholls, E. G. and Perlzweig, W. A.: J. Clin. Investigation 5: 195-204, Feb. 1928.
14 Parhon, C. J. and Parhon, M.: Compt. rend. Soc. de biol. 90: 150, Jan. 25, 1924.
15 Werner, G.: Compt. rend. Soc. de biol. 100: 928, April 8, 1929.
16 Shapiro, S.: J. Exper. Med. 45: 595-607, April 1927.
17 Gextman: Omsky Med. Jour. 2: 16, 1927.
18 Laroche, G.: Press Med. 37: 268-269, Feb. 27, 1929.
19 Luden, G.: Collected papers of Mayo Clinic, 10: 482, 1918.
20 Wade, P. A.: Am. J. Med. Sc. 177: 790-816, June 1929.
21 Castex, M. R. and Schteingart, M.: Rev. Soc. de Med. Int. 1: 514, 1925.
22 Gardner, J. A. and Gainsborough, H.: Brit. M. J. 2: 935-937, Nov. 24, 1928.
23 Denis, W.: J. Biol. Chem. 29: 93, Feb. 1917.
24 Rothschild, F. and Jacobsohn, M.: Zeit. f. klin. Med. 105: 403-405, 1927.
25 Bloor, W. R., Pelkan, K. F. and Allen, D. M.: J. Biol. Chem. 52: 191, May 1922.
26 Hunt, H. M.: New Eng. J. Med. 201: 659-667, Oct. 3, 1929.
27 Aub, J. C., Bauer, W., Heath, C. and Ropes, M.: J. Clin. Investigation 7: 97-137, April 1929.

The New England Journal of Medicine
Downloaded from nejm.org at REPRINTS DESK INC on March 28, 2022. For personal use only. No other uses without permission.
From the NEJM Archive. Copyright © 2009 Massachusetts Medical Society. All rights reserved.

6