# Exhibit 27

*The Journal of Clinical Endocrinology & Metabolism*, 2020, Vol. 105, No. 12, 3683–3694

doi:10.1210/clinem/dgaa672

Clinical Practice Guideline Systematic Review

 

## Clinical Practice Guideline Systematic Review

# Treatment of Thyroid Dysfunction and Serum Lipids: A Systematic Review and Meta-Analysis

**Anupam Kotwal,[1,2] Tiffany Cortes,[3] Natalia Genere,[4] Oksana Hamidi,[5] Sina Jasim,[6] Connie B Newman,[7] Larry J. Prokop,[8] M. Hassan Murad,[1] and Fares Alahdab[1]**

[1]Evidence-Based Practice Center, Mayo Clinic, Rochester, Minnesota; [2]Division of Diabetes, Endocrinology and Metabolism, University of Nebraska Medical Center, Omaha, Nebraska; [3]Division of Endocrinology, University of Texas, San Antonio, Texas; [4]Division of Endocrinology, Diabetes, Metabolism and Nutrition, Mayo Clinic, Rochester, Minnesota; [5]Division of Endocrinology and Metabolism, University of Texas Southwestern Medical Center, Dallas, Texas; [6]Division of Endocrinology, Metabolism and Lipid Research, Washington University, St. Louis, Missouri; [7]Department of Medicine, Division of Endocrinology, Diabetes, and Metabolism, New York University School of Medicine, New York, New York; and [8]Mayo Clinic Libraries, Mayo Clinic, Rochester, Minnesota

ORCiD numbers: 0000-0002-4500-8546 (A. Kotwal); 0000-0001-5502-5975 (M. H. Murad).

Received: 5 August 2020; Accepted 16 September 2020; First Published Online: 21 September 2020; Corrected and Typeset: 28 October 2020.

## Abstract

**Context:** Hyperthyroidism is associated with low levels of cholesterol and triglycerides, and hypothyroidism is associated with hypercholesterolemia and hypertriglyceridemia.

**Objective:** The aim of this systematic review was to investigate the impact of therapy for overt and subclinical hyper- and hypothyroidism on serum lipids.

**Data Sources:** We searched MEDLINE, EMBASE, the Cochrane Central Register of Controlled Trials, the Cochrane Database of Systematic Reviews, and Scopus from 1970 through April 5, 2018.

**Study Selection:** Pairs of independent reviewers selected randomized and observational studies evaluating lipid parameters in patients undergoing treatment for hyper- or hypothyroidism.

**Data Extraction:** Pairs of independent reviewers extracted data and appraised studies.

**Data Synthesis:** Treatment of overt hyperthyroidism showed a significant increase in total cholesterol (TC) by 44.50 mg/dL (95% confidence interval [CI]: 37.99, 51.02), low-density lipoprotein cholesterol (LDL-C) by 31.13 mg/dL (95% CI: 24.33, 37.93), high-density lipoprotein cholesterol (HDL-C) by 5.52 mg/dL (95% CI: 1.48, 9.56), apolipoprotein A (Apo A) by 15.6 mg/dL (95% CI: 10.38, 20.81), apolipoprotein B (apo B) by 26.12 mg/dL (95% CI: 22.67, 29.57), and lipoprotein (Lp[a]) by 4.18 mg/dL (95% CI: 1.65, 6.71). There was no significant change in triglyceride (TG) levels. Treatment of subclinical hyperthyroidism did not change any lipid parameters significantly. Levothyroxine therapy in overt hypothyroidism showed a statistically significant decrease in TC by -58.4 mg/dL (95%

ISSN Print 0021-972X   ISSN Online 1945-7197

Printed in USA

© The Author(s) 2020. Published by Oxford University Press on behalf of the Endocrine Society. All rights reserved. For permissions, please e-mail: journals.permissions@oup.com

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

CI: -64.70, -52.09), LDL-C by -41.11 mg/dL (95% CI: -46.53, -35.69), HDL-C by -4.14 mg/dL (95% CI: -5.67, -2.61), TGs by -7.25 mg/dL (95% CI: -36.63, 17.87), apo A by -12.59 mg/dL (95% CI: -17.98, -7.19), apo B by -33.96 mg/dL (95% CI: 41.14, -26.77), and Lp(a) by -5.6 mg/dL (95% CI: -9.06, -2.14). Levothyroxine therapy in subclinical hypothyroidism showed similar changes but with a smaller magnitude. The studies contained varied population characteristics, severity of thyroid dysfunction, and follow-up duration.

**Conclusions:** Treatment of overt but not subclinical hyperthyroidism is associated with worsening of the lipid profile. Levothyroxine therapy in both overt and subclinical hypothyroidism leads to improvement in the lipid profile, with a smaller magnitude of improvement in subclinical hypothyroidism.

**Freeform/Key Words:** thyroid dysfunction, dyslipidemia, lipid profile, cholesterol, levothyroxine, lipoprotein, hypothyroidism, thyroid, hyperthyroidism

Thyroid hormone has crucial actions on lipid metabolism. Thyroid dysfunction may alter the synthesis and degradation of lipids as well as the function of various enzymes in the lipid metabolism pathway (1). Key effects of thyroid hormone include increased low-density lipoprotein (LDL) receptors, cholesteryl ester transfer protein, and lipoprotein lipase and decreased proprotein convertase subtilsin-kexin type 9 (PCSK-9), which together result in lower total cholesterol (TC), low-density lipoprotein cholesterol (LDL-C), and triglycerides (TGs), and higher high-density lipoprotein cholesterol (HDL-C) in hyperthyroidism (2, 3). Both overt and subclinical hypothyroidism are associated with an unfavorable lipid profile, especially elevated TC and LDL-C compared with euthyroid individuals.

Lipids and apolipoproteins that may be affected by thyroid dysfunction include TC, LDL-C, HDL-C, and TGs as well as apolipoprotein A (apo A), apolipoprotein B (apo B), and lipoprotein (Lp[a]). Changes in these lipid parameters are important, as increases in atherogenic lipid components can have deleterious effects on cardiovascular disease (CVD) risk. Lipoprotein cholesterol is the primary target in cholesterol management to reduce the risk of atherosclerotic cardiovascular disease (ASCVD) (4). High Lp(a) increases CVD risk even after adjustment for lipids and conventional risk factors (5). Apo A1 is the major protein component of HDL-C (6), and its deficit has been associated with increased CVD risk (7, 8). High apo B appears to be a stronger indicator of CVD risk than LDL-C (7, 9, 10). Based on these data, the 2018 multisociety guidelines on blood cholesterol management list apo B ≥ 130 mg/dL and Lp(a) ≥ 50 mg/dL as risk-enhancing factors that favor the initiation of statin therapy or the intensification of lipid-lowering treatment (11).

A few studies have demonstrated the physiologic basis for change in lipid parameters after treatment of thyroid dysfunction. Increased cholesterol absorption in hypothyroid hypophysectomized rats normalized after thyroid hormone administration (12). In hyperthyroidism, low levels of PCSK-9 increased after normalization of thyroid function, whereas high levels of bile acid synthesis decreased, respectively (13). Cholesteryl ester transfer protein levels increase with thyroid hormone replacement in hypothyroidism, whereas the reverse is seen in patients with hyperthyroidism (14). Low lipoprotein lipase activity is reversed with thyroid hormone replacement in overt hypothyroidism (15, 16) but not in some with subclinical hypothyroidism (16).

Thyroid disorders are also associated with nonlipid mediated or nonatherosclerotic CVD (17). The risk of heart failure is increased in people with either hyperthyroidism or hypothyroidism. Observational studies show an association between hyperthyroidism and increased cardiovascular death (18), which may be related to heart failure (19). Overt and subclinical hyperthyroidism are associated with systolic hypertension, atrial arrhythmias such as atrial fibrillation, and increased vascular reactivity. In overt hyperthyroidism, thrombus formation is increased. In people with a long duration of untreated hyperthyroidism, diastolic dysfunction as well as increased arterial stiffness, atrial size, and left ventricular mass have been observed. Overt hypothyroidism and subclinical hypothyroidism are also associated with diastolic hypertension, decreased endothelial function leading to reduced vasodilation, increased arterial stiffness, and impaired left ventricular systolic and diastolic function in the resting state and during exercise (17).

Both observational studies and randomized controlled trials (RCTs) in humans have demonstrated that treatment of overt hypothyroidism with levothyroxine (LT4) results in the reduction of TC and LDL-C and a modest reduction in HDL-C (20, 21). A 2018 meta-analysis reported that patients with treated hypothyroidism still had higher TC and LDL-C than healthy controls (20), but it did not evaluate the magnitude of change in lipid parameters with treatment. In contrast to overt hypothyroidism, data on the

**2**

*The Journal of Clinical Endocrinology & Metabolism*, 2020, Vol. 105, No. 12

efficacy of LT4 therapy for improving the lipid profile in subclinical hypothyroidism are inconclusive, even though a recent meta-analysis showed that subclinical hypothyroidism is associated with an increased risk of coronary heart disease and mortality (22). Two meta-analyses of RCTs showed an overall beneficial effect of LT4 substitution on the lipid profile in subclinical hypothyroidism (23, 24). However, because they limited the search to studies published in the English language, other studies that could provide information regarding the magnitude of change in lipid parameters with treatment of subclinical hypothyroidism may have been excluded. Overt hyperthyroidism is associated with a favorable lipid profile but has cardiovascular and other systemic adverse effects if not treated promptly. Subclinical hyperthyroidism is usually associated with mild to no difference in lipid parameters as compared with a healthy population.

Guidelines for the management of cholesterol recommend addressing secondary causes of elevated cholesterol and TGs, such as hypothyroidism, before the initiation of pharmacotherapy for lipids (11). However, data for changes in lipid parameters and lipoproteins in response to treatment of overt and subclinical hyper- and hypothyroidism are limited. Hence, this systematic review of the literature was commissioned by the Endocrine Society to inform the clinical guideline recommendations on the management of lipids in patients with thyroid disease. The aim of this systematic review and meta-analysis was to investigate the effect of therapy versus observation for overt and subclinical hyper- and hypothyroidism on various lipid and apolipoprotein parameters, including TC, LDL-C, HDL-C, TG, apo A, apo B, and Lp(a).

## Methods

The protocol for this systematic review was developed in collaboration with members of a task force from the Endocrine Society. This report follows the standards set in the Preferred Reporting Items for Systematic Reviews and Meta-Analysis (PRISMA) statement (25). The supplemental material is available online (26).

### Eligibility criteria

Eligible studies included RCTs and comparative nonrandomized (observational) studies evaluating lipid parameters, including TC, LDL-C, HDL-C, TG, apo A, apo B, and Lp(a) in patients undergoing treatment versus observation for overt or subclinical hyper- or hypothyroidism. There were no language restrictions. Studies with missing data despite author contact were excluded. We also excluded studies prior to 1970, those from pediatric populations, and case reports. Overt hyperthyroidism was classified based on elevated thyroid hormone levels and a low thyroid-stimulating hormone (TSH) level, subclinical hyperthyroidism was classified based on normal thyroid hormone levels accompanied by a low TSH level, overt hypothyroidism was classified based on low thyroid hormone levels and a high TSH level, and subclinical hypothyroidism was classified based on normal thyroid hormone levels accompanied by a high TSH level. Therapies for hyperthyroidism included thyroidectomy, antithyroid drugs, and radioactive iodine ablation. Therapies for hypothyroidism included either LT4 alone or a combination of LT4 and liothyronine (LT3).

### Literature databases search

A comprehensive search of several databases from 1970 to April 5, 2018, for studies in any language, was conducted. The databases included Epub Ahead of Print, Medline In-Process & Other Non-Indexed Citations, MEDLINE, EMBASE, the Cochrane Central Register of Controlled Trials, the Cochrane Database of Systematic Reviews, and Scopus. The search strategy had been designed and conducted by a medical reference librarian (L.J.P.), with input from the study investigators. Controlled vocabulary supplemented with keywords was used to search for studies evaluating selected outcomes in patients with overt or subclinical hyper- and hypothyroidism. We also consulted content experts and manually screened the references from the identified systematic reviews to identify further studies potentially missed by our search strategy.

### Selection of studies

The literature search identified potentially relevant studies, which were then screened independently by pairs of reviewers. Relevant studies were retrieved for full-text screening. Reviewers evaluated the methodologic quality of the included studies and collected descriptive, methodologic, and outcome data. Disagreements during the full-text screening were resolved by consensus.

### Data collection and management

Pairs of independent reviewers used a standardized and piloted web-based form to collect information from each eligible study. For each study, baseline clinical features of the included population, thyroid function tests, type of thyroid dysfunction, and lipid parameters were collected. We separately analyzed study groups by overt and subclinical

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

**3**

hyper- and hypothyroidism after treatment or observation to evaluate the change in lipid parameters. Reference ranges for normal laboratory parameters pertaining to this study are included in Supplemental Table 1 (26).

### Risk of bias assessment

The methodologic quality assessment for clinical trials was conducted using the Cochrane Collaboration tool for randomized trials. For every trial, the following was determined: how the randomization sequence was generated, whether allocation was concealed, who was blinded, the degree of loss of follow-up, and the nature of funding sources (27). The methodologic quality assessment for observational studies was conducted using the modified Newcastle-Ottawa Quality Assessment (28). This tool included the assessment of how the subjects represented the population of interest, how the comparative group was selected, how the outcome was assessed, and the length and adequacy of follow-up. The risk of bias was assessed by reviewers working independently and in duplicate. Disagreements were resolved by consensus.

### Statistical analysis

When appropriate, a random-effects meta-analysis was conducted to account for heterogeneity between studies (29). Outcomes of interest were continuous data variables expressed as mean differences (postlevel to prelevel) and 95% confidence intervals (CIs). A negative value indicated a decrease, and a positive value indicated an increase in serum lipids compared to baseline. We used the $I^2$ statistic to estimate the percentage of total between-study variation due to heterogeneity rather than chance (ranging from 0% to 100%) (30, 31). $I^2$ values of 25%, 50%, and 75% were thought to represent low, moderate, and high heterogeneity, respectively. Statistical analyses were conducted through Stata 15 (32) and OpenMeta[Analyist] (33). All values are 2-tailed and a *P* value < 0.05 was set as the threshold for statistical significance.

Subgroup analysis was performed based on the duration of follow-up (< 3 months, 3–6 months, and > 6 months), based on overt hypothyroidism treatment with LT4 versus combination therapy and based on subclinical hypothyroidism treatment with LT4 versus observation.

## Results

### Characteristics of selected studies

Of 1242 identified studies, 166 studies (23 randomized and 143 nonrandomized), with a total of 12 855 patients,

met the inclusion criteria for a meta-analysis. Study selection is depicted in Supplemental Figure 1 (26). Sample sizes in these studies ranged from 5 to 1634 patients. Lipid parameters included in the meta-analysis were TC, LDL-C, HDL-C, TG, apo A, apo B, and Lp(a). The characteristics of included studies are summarized in Supplemental Table 2 (26). Risk of bias assessment is summarized in Supplemental Table 3, Supplemental Table 4, and Supplemental Figure 2 (26).

### Outcomes

**Overt hyperthyroidism.** The impact of treatment for overt hyperthyroidism (with thyroidectomy, antithyroid drugs, or radioactive iodine) was reported for TC in 31 studies, LDL-C in 29 studies, HDL-C in 32 studies, TG in 30 studies, apo A in 12 studies, apo B in 13 studies, and Lp(a) in 10 studies. A meta-analysis of these studies, with participants of a mean age of 47.9 years and 19.8% male, showed a statistically significant change in TC by 44.50 mg/dL, LDL-C by 31.13 mg/dL, HDL-C by 5.52 mg/dL, apo A by 15.6 mg/dL, apo B by 26.12 mg/dL, and Lp(a) by 4.18 mg/dL, but not a statistically significant change in TG by 7.26 mg/dL (Table 1, Fig. 1). Subgroup analysis showed that studies with follow-up > 6 months had a larger magnitude of change in lipid parameters than those with follow-up < 3 months (Supplemental Table 5) (26).

**Subclinical hyperthyroidism.** The impact of treatment for subclinical hyperthyroidism with thyroidectomy, antithyroid drugs, or radioactive iodine was reported for TC, LDL-C, HDL-C, and TG in 3 studies each, with none reporting apo A, apo B, or Lp(a). A meta-analysis of these studies, with participants of a mean age of 46.3 years and 19.8% male, did not show significant changes in any lipid parameter (Table 1, Fig. 2). On subgroup analysis, studies with > 6 months of follow-up demonstrated a significant increase in TC, LDL-C, HDL-C, and TG (Supplemental Table 5) (26).

**Overt hypothyroidism.** The impact of LT4 therapy on lipid parameters in overt hypothyroidism was reported for TC in 72 studies, LDL-C in 55 studies, HDL-C in 57 studies, TG in 60 studies, apo A in 25 studies, apo B in 25 studies, and Lp(a) in 15 studies. A meta-analysis of these studies, with participants of a mean age of 47.9 years, showed a statistically significant change in TC by -58.4 mg/dL, LDL-C by -41.11 mg/dL, HDL-C by -4.14 mg/dL, TG by -27.25 mg/dL, apo A by -12.59 mg/dL, apo B by -33.96 mg/dL, and Lp(a) by -5.6 mg/dL (Table 1, Fig. 3). Upon subgroup analysis (Supplemental Table 5) (26), in studies with a follow-up > 6 months, the magnitude of

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

*The Journal of Clinical Endocrinology & Metabolism*, 2020, Vol. 105, No. 12    **3687**

**Table 1.** Overall outcomes of included studies

| Population | Intervention | Lipid Parameters (mg/dL) | Baseline Lipid Parameter (Preintervention), Mean (95% CI) | Change in Lipid Parameters (Postintervention to Preintervention Level), Mean (95% CI) | $I^2$ (%) for Change in Lipid Parameter | Number of Studies Included | Number of Patients |
|---|---|---|---|---|---|---|---|
| Overt hyperthyroidism | Thyroidectomy, antithyroid drugs, or radioactive iodine | TC | 158.71 (153.55, 163.87) | 44.50 (37.99, 51.02) | 89.99 | 31 | 938 |
| | | LDL-C | 89.16 (76.73, 101.59) | 31.13 (24.33, 37.93) | 95.25 | 29 | 938 |
| | | HDL-C | 46.45 (43.04, 49.87) | 5.52 (1.48, 9.56) | 0 | 32 | 938 |
| | | TG | 110.05 (99.71, 120.40) | 7.26 (-0.54, 15.05) | 90.67 | 30 | 938 |
| | | Apo A | 142.55 (123.24, 161.87) | 15.60 (10.38, 20.81) | 70.59 | 12 | 938 |
| | | Apo B | 71.90 (64.49, 79.32) | 26.12 (22.67, 29.57) | 47.23 | 13 | 938 |
| | | Lp(a) | 16.73 (6.12, 27.34) | 4.18 (1.65, 6.71) | 73.33 | 10 | 938 |
| Subclinical hyperthyroidism | Thyroidectomy, antithyroid drugs, or radioiodine | TC | 185.59 (182.44, 188.73) | 9.72 (-4.39, 23.84) | 93.67 | 3 | 104 |
| | | LDL-C | 108.50 (106.41, 110.59) | 7.15 (-7.51, 21.82) | 96.59 | 3 | 104 |
| | | HDL-C | 53.79 (50.93, 56.65) | -0.13 (-5.80, 5.54) | 94.62 | 3 | 104 |
| | | TG | 117.31 (108.63, 125.99) | -34.99 (-115.46, 45.49) | 99.66 | 3 | 104 |
| | | Apo A | N/A | N/A | N/A | 0 | 0 |
| | | Apo B | N/A | N/A | N/A | 0 | 0 |
| | | Lp(a) | N/A | N/A | N/A | 0 | 0 |
| Overt hypothyroidism | LT4 therapy | TC | 260.25 (252.79, 267.72) | -58.40 (-64.70, -52.09) | 95.82 | 72 | 2305 |
| | | LDL-C | 168.75 (160.99, 176.51) | -41.11 (-46.53, -35.69) | 91.38 | 55 | 2305 |
| | | HDL-C | 54.32 (51.53, 57.11) | -4.14 (-5.67, -2.61) | 89.35 | 57 | 2305 |
| | | TG | 147.33 (139.35, 155.31) | -27.25 (-36.63, -17.87) | 96.21 | 60 | 2305 |
| | | Apo A | 163.83 (151.60, 176.06) | -12.59 (-17.98, -7.19) | 89.26 | 25 | 2305 |
| | | Apo B | 131.89 (119.5, 144.23) | -33.96 (-41.14, -26.77) | 89.29 | 25 | 2305 |
| | | Lp(a) | 27.04 (19.27, 34.81) | -5.60 (-9.06, -2.14) | 87.3 | 15 | 2305 |
| Overt hypothyroidism | LT4 and LT3 therapy | TC | 204.69 (186.93, 222.44) | -16.21 (-39.54, 7.11) | 86.45 | 4 | 110 |
| | | LDL-C | 131.61 (103.34, 159.88) | -19.88 (-54.70, 14.95) | 94.1 | 3 | 110 |
| | | HDL-C | 49.77 (40.26, 59.28) | -0.10 (-2.17, 1.97) | 0 | 3 | 110 |
| | | TG | 140.42 (111.19, 169.65) | -5.51 (-19.76, 8.74) | 0 | 3 | 110 |
| | | Apo A | NA | NA | NA | 0 | 0 |
| | | Apo B | NA | NA | NA | 0 | 0 |
| | | Lp(a) | NA | NA | NA | 0 | 0 |
| Subclinical hypothyroidism | LT4 therapy | TC | 217.38 (212.13, 222.62) | -12.04 (-14.51, -9.57) | 78.01 | 79 | 4588 |
| | | LDL-C | 139.50 (134.31, 144.70) | -11.06 (-13.11, -9.00) | 73.57 | 74 | 4588 |
| | | HDL-C | 51.83 (50.14, 53.52) | 0.15 (-0.89, 1.19) | 89.46 | 76 | 4588 |
| | | TG | 124.48 (115.79, 133.18) | -4.52 (-7.87, -1.18) | 41.78 | 76 | 4588 |
| | | Apo A | 154.07 (145.5, 162.57) | 0.41 (-2.79, 3.61) | 87.86 | 26 | 4588 |
| | | Apo B | 115.16 (108.11, 122.20) | -6.60 (-9.01, -4.19) | 81.19 | 31 | 4588 |
| | | Lp(a) | 23.07 (19.29, 26.85) | -1.99 (-3.86, -0.06) | 92.37 | 23 | 4588 |
| Subclinical hypothyroidism | Observation or placebo therapy | TC | 209.55 (198.84, 220.23) | 0.79 (-2.25, 3.83) | 37.62 | 19 | 2384 |
| | | LDL-C | 126.93 (117.44, 136.43) | 1.80 (-1.55, 5.16) | 51.71 | 18 | 2384 |
| | | HDL-C | 52.66 (47.94, 57.38) | -0.07 (-1.03, 0.88) | 23.2 | 18 | 2384 |
| | | TG | 123.36 (109.61, 137.12) | 1.00 (-4.22, 6.22) | 56.38 | 19 | 2384 |
| | | Apo A | 151.65 (140.76, 162.54) | 1.67 (-0.41, 3.75) | 4.59 | 10 | 2384 |
| | | Apo B | 121.29 (107.80, 134.79) | -2.67 (-7.81, 2.48) | 62.98 | 10 | 2384 |
| | | Lp(a) | 26.95 (17.39, 36.52) | -1.69 (-7.89, 4.52) | 94.24 | 7 | 2384 |

Abbreviaitons: TC, total cholesterol; LDL-C, low-density lipoprotein cholesterol; HDL-C, high-density lipoprotein cholesterol; TG, triglycerides; Apo A, apolipoprotein A; Apo B, apolipoprotein B, Lp(a), lipoprotein(a); CI, confidence interval.

change in lipid parameters was similar to studies with < 3 months of follow-up.

The impact of LT4 and LT3 combination therapy on lipid parameters in overt hypothyroidism was reported for TC in 4 studies and LDL-C, HDL-C, and TG in 3 studies each, with none reporting apo A, apo B, or Lp(a). A meta-analysis of these studies showed a decline in TC, LDL-C, HDL-C, and TG, but these changes were not statistically significant (Table 1, Fig. 3). The follow-up in these studies after initiation of therapy was 3 to 6 months (Supplemental Table 5) (26).

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

**3688**    *The Journal of Clinical Endocrinology & Metabolism*, 2020, Vol. 105, No. 12

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022



**Figure 1.** Mean change in lipid parameters from baseline after treatment of overt hyperthyroidism. Abbreviations: LDL-C, low-density lipoprotein cholesterol; HDL-C, high-density lipoprotein cholesterol; TG, triglycerides; Apo A, apolipoprotein A; Apo B, Apolipoprotein B; CI, confidence interval.



**Figure 2.** Mean change in lipid parameters from baseline after treatment of subclinical hyperthyroidism. Abbreviations: LDL-C, low-density lipoprotein cholesterol; HDL-C, high-density lipoprotein cholesterol; TG, triglycerides; CI, confidence interval.

**6**

*The Journal of Clinical Endocrinology & Metabolism*, 2020, Vol. 105, No. 12    **3689**



**Figure 3.** Mean change in lipid parameters from baseline after treatment of overt hypothyroidism. Abbreviations: LDL-C, low-density lipoprotein cholesterol; HDL-C, high-density lipoprotein cholesterol; TG, triglycerides; Apo A, apolipoprotein A; Apo B, Apolipoprotein B; CI, confidence interval.

**Subclinical hypothyroidism.** Among the studies on subclinical hypothyroidism, 82% had a mean TSH of 5–10, 18% had TSH > 10, and all had a normal T4 level. The impact of LT4 therapy on lipid parameters in subclinical hypothyroidism was reported for TC in 79 studies, LDL-C in 74 studies, HDL-C in 76 studies, TG in 76 studies, apo A in 26 studies, apo B in 31 studies, and Lp(a) in 23 studies. A meta-analysis of these studies, with participants of a mean age of 49.5 years and 10.7% male, showed a significant change in TC by -12.04 mg/dL, LDL-C by -11.06 mg/dL, TG by -4.52 mg/dL, apo B by -6.6 mg/dL, and Lp(a) by -1.99 mg/dL, but there was no statistically significant change in HDL-C by 0.15 mg/dL and apo A by 0.41 mg/dL (Table 1, Fig. 4). Most studies reported a 3- to 6-month follow-up. Upon subgroup analysis based on duration of follow-up after the initiation of therapy, the change in TG and Lp(a) was not significant (Supplemental Table 5) (26).

The effect of placebo or observation was only reported in patients with subclinical hypothyroidism, with reporting of TC in 19 studies, LDL-C in 18 studies, HDL-C in 18 studies, TG in 19 studies, apo A in 10 studies, apo B in 10 studies, and Lp(a) in 7 studies. A meta-analysis of these studies, with a mean age of 51.2 years and 17.2% male, showed that the changes in lipid parameters were overall not statistically significant (Table 1, Fig. 4). All studies had at least 3 months of follow-up. Upon subgroup analysis of studies with > 6 months of follow-up, there was a significant decrease in apo B by -3.87 mg/dL but no significant changes in other parameters (Supplemental Table 5) (26).

## Discussion

### Overt hyperthyroidism

Following treatment for hyperthyroidism, all available lipid parameter values increased, except for TG, although a change in TG had an increasing trend. Most pronounced absolute increases were noted in TC (by 44.4 mg/dL), LDL-C (by 30.9 mg/dL), and apo B (by 26.8 mg/dL). Our literature

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022



**Figure 4.** Mean change in lipid parameters from baseline after treatment of subclinical hypothyroidism. Abbreviations: LDL-C, low-density lipoprotein cholesterol; HDL-C, high-density lipoprotein cholesterol; TG, triglycerides; Apo A, apolipoprotein A; Apo B, Apolipoprotein B; CI, confidence interval.

search did not yield any systematic reviews evaluating the effect of treatment of hyperthyroidism on lipid parameters. Among the studies included in our meta-analysis, Xiao et al evaluated lipid parameters before and 3 months after initiation of antithyroid drug therapy in 41 hyperthyroid patients, demonstrating a statistically significant increase in TC (by 64.2 mg/dL), LDL-C (by 53.3 mg/dL), and HDL-C (by 10.1 mg/dL), but not in TG (by 0.8 mg/dL) (21). In another study of 20 patients with overt hyperthyroidism treated with antithyroid drugs, apo A and apo B increased significantly (by 6.1 mg/dL and 12.9 mg/dL, respectively), whereas Lp(a) remained stable 1 month after achieving euthyroidism (34).

According to a subgroup analysis, progressive increases in lipid parameters (TC, LDL-C, HDL-C, TG, and apo A) were observed with a longer follow-up period of > 6 months as opposed to < 3 months. This trend was not observed in apo B, and there was insufficient data for Lp(a), although interpretation of both is limited by the small number of studies. Although most studies were concordant in the direction of change of the lipid parameters, the heterogeneity among the studies regarding the magnitude of these changes is notable. Some between-study heterogeneity may be explained by differences in treatment modalities (eg, radioactive iodine therapy may lead to a slower recovery toward euthyroidism), different follow-up intervals, and a lack of data regarding the amount of time in euthyroidism during the follow-up period.

It is well established that the treatment of overt hyperthyroidism mitigates cardiovascular, neuromuscular, and neuropsychiatric risks. The data presented in this meta-analysis would not change the standing recommendations (35). Rather, it highlights the need to reevaluate lipid parameters following the resolution of hyperthyroidism in patients who are at risk for dyslipidemia based on their other comorbidities. Clinicians should be aware that an underlying dyslipidemia may be unmasked with hyperthyroidism treatment, suggesting that lipid tests should be repeated when the patient is euthyroid.

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

*The Journal of Clinical Endocrinology & Metabolism*, 2020, Vol. 105, No. 12     **3691**

## Subclinical hyperthyroidism

There were no significant changes in lipid parameters following treatment of subclinical hyperthyroidism, although the data were limited and heterogeneous, with a smaller number of subjects as compared with other groups. In a study of 74 patients with subclinical hyperthyroidism treated by total thyroidectomy, postoperative TC increased by 19.1 mg/dL and LDL-C increased by 16.1 mg/dL, whereas other lipid changes did not change significantly (36). Postoperative lipid parameters were only reported in 35 patients. It is unclear whether the small changes noted in TC and LDL-C were clinically significant for their patient cohort.

## Overt hypothyroidism

Baseline lipid parameters in patients with overt hypothyroidism before LT4 therapy demonstrated high TC ($\geq$ 240 mg/dL), high LDL-C (160–189 mg/dL), desirable HDL-C (> 50), normal-to-borderline high TG, desirable apo A1 ($\geq$ 120 mg/dL), high apo B (120–139 mg/dL), and normal-to-high Lp(a) (> 30 mg/dL). After treatment with LT4, TC, LDL-C, TG, apo B, and Lp(a) were reduced, representing a favorable change in the lipid profile in terms of CVD risk (5, 7, 9, 10). Although HDL-C and apo A were lower after treatment, the final mean HDL-C was still > 50 mg/dL, and the final mean apo A was still $\geq$ 120 mg/dL, thus not considered to be an unfavorable change in terms of CVD risk (7, 8). The most pronounced absolute decreases were noted in the measures of TC (by 58.4 mg/dL), LDL-C (by 41.1 mg/dL), and apo B (by 33.9 mg/dL).

The studies were concordant in the directionality of the change in lipid parameters, with all studies indicating an improvement in the lipid profile after LT4 therapy in overt hypothyroidism. However, there was notable heterogeneity in the magnitude of these changes. Some between-study heterogeneity may be explained by differences in follow-up duration, differences in the severity of overt hypothyroidism, and a lack of clear documentation of the time in the euthyroid state during the follow-up period. A subgroup analysis by follow-up duration did not reveal significant differences in the magnitude of change in the lipid parameters, as the follow-up period increased from < 3 months to > 6 months.

Baseline lipid parameters in patients with overt hypothyroidism before LT4 and LT3 combination therapy demonstrated borderline high TC and LDL-C but normal TG levels. Apo A, apo B, and Lp(a) were not reported in these studies. After treatment of overt hypothyroidism with a combination of LT4 and LT3, there was no significant change in any lipid parameter, although there was a trend toward a decrease in all. Among the individual studies, there was a significant decrease in TC and LDL-C in 1 (37) of the 4 studies (37–40). However, these results should be interpreted cautiously because of the small number of studies (with a lower number of subjects) evaluating combination therapy.

## Subclinical hypothyroidism

Baseline lipid parameters in the patients with subclinical hypothyroidism before LT4 therapy demonstrated borderline high TC, LDL-C, and apo B but desirable HDL-C, TG, apo A, and Lp(a). After LT4 therapy, lipid parameters decreased: TC by 12.04 mg/dL, LDL-C by 11.05 mg/dL, TG by 4.5 mg/dL, apo B by 6.6 mg/dL, and Lp(a) by 1.96 mg/dL. These changes are considered an improvement in the lipid profile, suggesting the possibility of reduction in CVD risk (4, 5, 7, 9, 10). There were no significant changes in HDL-C and apo A (7, 8). The magnitude of reduction in lipid parameters was less than that with LT4 monotherapy in overt hypothyroidism. For example, with LT4 treatment of overt hypothyroidism, TC decreased by a mean of 58.40 mg/dL, compared with a mean of 12.04 mg/dL after LT4 treatment of subclinical hypothyroidism. All studies except for 1 were concordant in the direction of the change in lipid parameters. One study reported a small but significant mean increase in TC by 3.9 mg/dL (standard error [SE] 1.1, 6.7), HDL-C by 7.7 mg/dL (SE 7.2, 8.2), and TG by 8.8 mg/dL (SE 6.1, 11.6) (41). However, this study did not report a change in LDL-C or apolipoproteins, had a high risk of bias given the design, and had a short follow-up of 3 months. The subclinical hypothyroidism cohort was the only group in which patients were observed without therapy or received placebo therapy. There was no change in lipid parameters overall; however, subgroup analysis of studies with > 6 months of follow-up showed a modest decrease in apo B by 3.87 mg/dL.

Currently, available data allude to an increased CVD risk even in patients with subclinical hypothyroidism (22). However, there are no randomized trial data for effects on cardiovascular outcomes. A recent meta-analysis of 99 studies (not restricted to RCTs) demonstrated that TC and LDL-C concentrations were higher in patients treated for hypothyroidism versus healthy controls; however, it did not evaluate the change in lipid parameters that occurred with treatment of hypothyroidism (20). Two other meta-analyses assessed the effect of LT4 therapy for subclinical hypothyroidism on lipid parameters. One meta-analysis restricted their inclusion to 12 RCTs, with a total of 940 participants (mean age 53 years) with subclinical hypothyroidism that compared LT4 treatment versus placebo (23). Treatment with LT4 led to a mean change in TC of -0.29 mmol/L (95% CI: -0.42, -0.16) or –11.21 mg/dL (95% CI: -16.24, -6.19) and LDL-C of -0.22 mmol/L (95%

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

CI: -0.36, -0.09) or –8.507 mg/dL (95% CI: -13.92, -3.48), with no significant effects on HDL-C of -0.04 mmol/L (95% CI: -0.08, 0.01) or -1.55 mg/dL (95% CI: -3.09, 0.39) or TG of -0.04 mmol/L (95% CI: -0.08, 0.00) or -3.54 mg/dL (95% CI: -7.09, 0). Changes in apo A, apo B, and Lp(a) were not reported. Similar changes were demonstrated in our study, except for TG, which had a modest but significant decrease.

In another review restricted to 16 English-language RCTs that assessed the impact of subclinical hypothyroidism treatment, in the participants treated with LT4, there was a mean change in TC of -0.62 mmol/L (95% CI: -0.91, -0.32) or -23.97 mg/dL (95% CI: -35.19, -12.37), equivalent to a mean percentage change of -9% (range, -10% to -7%), and in LDL of -0.62 mmol/L (95% CI: -0.90, -0.35) or -23.97 mg/dL (95% CI: -34.8, -13.53), equivalent to a mean percentage change of -14% (range, -14% to -12%). Four studies reported the effect of LT4 therapy on apo A and apo B, not showing any significant overall effects (42–45). In contrast, our study demonstrated a decrease in apo B by 6.60 mg/dL and Lp(a) by 1.96 mg/dL, but no significant change in apo A.

Clinical guidelines differ in recommendations for or against treatment of subclinical hypothyroidism. The 2012 joint guideline of the American Association of Clinical Endocrinologists and the American Thyroid Association recommended the consideration of treatment of subclinical hypothyroidism with thyroid hormone in people with either symptoms of hypothyroidism, positive antithyroid antibodies, ASCVD, heart failure, or risk factors for atherosclerosis or heart failure (46). The European Thyroid Association 2013 guideline for management of subclinical hypothyroidism recommended the consideration of a trial of treatment in younger patients (< 65 years) with elevated TSH < 10 mU/L who have symptoms of hypothyroidism. However, for older people (> 80–85 years) with elevated TSH < 10 mU/L, the recommendation was to avoid treatment generally and follow thyroid hormone function tests. However, if the decision is made in favor of treatment with thyroid hormone, close monitoring is advised.

A 2019 clinical practice guideline recommended against the routine treatment of subclinical hypothyroidism because the benefits did not outweigh the risks (47). This recommendation was largely based on a systematic review of 21 RCTs in 2192 participants (mean age 50 years, 46% women), with subclinical hypothyroidism (mean TSH 6.7 mIU/L at baseline), that compared thyroid hormone treatment to placebo or no treatment (48). These trials included more than 700 older adults (age 65–93 years) but had few participants ≤ 30 years of age. The analysis found that thyroid hormone treatment did not improve quality of life or symptoms related to thyroid disease, such as depression and fatigue, but this analysis did not include the assessment of lipids.

## Strengths and limitations

This systematic review does not address cardiovascular outcomes associated with the treatment of thyroid dysfunction, which requires longer follow-up studies. The focus of this review was on serum lipids, which are surrogate outcomes, because this evidence synthesis was conducted to support guideline recommendations on the management of hyperlipidemia in patients with endocrine disorders. There was significant heterogeneity and variable follow-up duration among the studies included in this meta-analysis. Also, the subgroup analysis by duration of follow-up is among different studies with a heterogeneous population; therefore, we are not able to directly compare the magnitude of change in lipid parameters with different follow-up durations. We did not consider the lack of adjustment for potential confounding factors in the observational studies or lack of randomization to be reasons to lower certainty in the evidence because our question was to investigate the magnitude of change (from baseline) in lipid parameters with treatment (ie, our goal was not to determine whether the change in lipids with 1 treatment modality was different from another). Our outcome was objective (lab measured); therefore, the lack of blinding was deemed less likely to bias the results.

## Conclusions

Overall, our findings suggest that treatment of overt but not subclinical hyperthyroidism is associated with worsening of the serum lipid profile, whereas LT4 replacement in both overt and subclinical hypothyroidism is associated with improvement of the lipid profile, including lipoproteins, with the magnitude of change being larger for overt hypothyroidism. Treatment of overt hypothyroidism with a combination of LT4 and LT3 does not significantly change lipid parameters; however, this could be influenced by the lower number of subjects analyzed in this group. Stratification by follow-up duration suggests a trend toward more change in some lipid parameters in patients with hyperthyroidism but not in patients with hypothyroidism as the duration from time of treatment increases. Improvement in the lipid profile, including reduction in apo B and Lp(a), after LT4 replacement in subclinical hypothyroidism requires confirmation by long-term studies. The magnitude of the LDL-C changes following treatment of hypothyroidism with LT4 and hyperthyroidism with surgery, radioiodine, or antithyroid medication was

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

*The Journal of Clinical Endocrinology & Metabolism*, 2020, Vol. 105, No. 12   **3693**

substantial. However, the relationship of these changes in LDL-C and the change in thyroid function to atherosclerotic risk and cardiovascular events is not known. This is complicated by the association of hyper- and hypothyroidism with CVD and factors other than LDL-C that increase cardiovascular risk. Nevertheless, these data show the importance of re-evaluating the lipid profile after treatment of hyper- and hypothyroidism in order to assess CVD risk and determine whether lipid-reducing therapy with a statin is needed.

## Acknowledgments

*Financial Summary:* This work was partially funded by the Endocrine Society.

## Additional Information

*Correspondence and Reprint Requests:* M. Hassan Murad, MD, MPH, Evidence-Based Practice Center, Mayo Clinic, 200 First St. SW, Rochester, MN 55905, USA. E-mail: murad.mohammad@mayo.edu.

*Disclosure Summary:* The authors have nothing to disclose.

*Data Availability:* Data sharing is not applicable to this article, as no datasets were generated or analyzed during the current study.

## References

1. Duntas LH, Brenta G. The effect of thyroid disorders on lipid levels and metabolism. *Med Clin North Am*. 2012;**96**(2):269–281.

2. Jung KY, Ahn HY, Han SK, Park YJ, Cho BY, Moon MK. Association between thyroid function and lipid profiles, apolipoproteins, and high-density lipoprotein function. *J Clin Lipidol*. 2017;**11**(6):1347–1353.

3. Liu YY, Brent GA. Thyroid hormone crosstalk with nuclear receptor signaling in metabolic regulation. *Trends Endocrinol Metab*. 2010;**21**(3):166–173.

4. Stamler J, Wentworth D, Neaton JD. Is relationship between serum cholesterol and risk of premature death from coronary heart disease continuous and graded? Findings in 356 222 primary screenees of the multiple risk factor intervention trial (MRFIT). *JAMA*. 1986;**256**(20):2823–2828.

5. Erqou S, Kaptoge S, Perry PL, et al. Lipoprotein(a) concentration and the risk of coronary heart disease, stroke, and nonvascular mortality. *JAMA*. 2009;**302**(4):412–423.

6. Walldius G, Jungner I. Apolipoprotein B and apolipoprotein A-I: risk indicators of coronary heart disease and targets for lipid-modifying therapy. *J Intern Med*. 2004;**255**(2):188–205.

7. Walldius G, Jungner I, Holme I, Aastveit AH, Kolar W, Steiner E. High apolipoprotein B, low apolipoprotein A-I, and improvement in the prediction of fatal myocardial infarction (AMORIS study): a prospective study. *Lancet*. 2001;**358**(9298):2026–2033.

8. Moss Arthur J, Goldstein Robert E, Marder Victor J, et al. Thrombogenic factors and recurrent coronary events. *Circulation*. 1999;**99**(19):2517–2522.

9. Shai I, Rimm EB, Hankinson SE, et al. Multivariate assessment of lipid parameters as predictors of coronary heart disease among postmenopausal women: potential implications for clinical guidelines. *Circulation*. 2004;**110**(18):2824–2830.

10. Talmud PJ, Hawe E, Miller GJ, Humphries SE. Nonfasting apolipoprotein B and triglyceride levels as a useful predictor of coronary heart disease risk in middle-aged UK men. *Arterioscler Thromb Vasc Biol*. 2002;**22**(11):1918–1923.

11. Grundy SM, Stone NJ, Bailey AL, et al. 2018 AHA/ACC/AACVPR/AAPA/ABC/ACPM/ADA/AGS/APhA/ASPC/NLA/PCNA Guideline on the Management of Blood Cholesterol. A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. Circulation. 2019;**139**(25):e1182–e1186..

12. Gälman C, Bonde Y, Matasconi M, Angelin B, Rudling M. Dramatically increased intestinal absorption of cholesterol following hypophysectomy is normalized by thyroid hormone. *Gastroenterology*. 2008;**134**(4):1127–1136.

13. Bonde Y, Breuer O, Lütjohann D, Sjöberg S, Angelin B, Rudling M. Thyroid hormone reduces PCSK9 and stimulates bile acid synthesis in humans. *J Lipid Res*. 2014;**55**(11):2408–2415.

14. Tan KC, Shiu SW, Kung AW. Effect of thyroid dysfunction on high-density lipoprotein subfraction metabolism: roles of hepatic lipase and cholesteryl ester transfer protein. *J Clin Endocrinol Metab*. 1998;**83**(8):2921–2924.

15. Pykälistö O, Goldberg AP, Brunzell JD. Reversal of decreased human adipose tissue lipoprotein lipase and hypertriglyceridemia after treatment of hypothyroidism. *J Clin Endocrinol Metab*. 1976;**43**(3):591–600.

16. Lithell H, Boberg J, Hellsing K, et al. Serum lipoprotein and apolipoprotein concentrations and tissue lipoprotein-lipase activity in overt and subclinical hypothyroidism: the effect of substitution therapy. *Eur J Clin Invest*. 1981;**11**(1):3–10.

17. Razvi S, Jabbar A, Pingitore A, et al. Thyroid hormones and cardiovascular function and diseases. *J Am Coll Cardiol*. 2018;**71**(16):1781–1796.

18. Brandt F, Green A, Hegedüs L, Brix TH. A critical review and meta-analysis of the association between overt hyperthyroidism and mortality. *Eur J Endocrinol*. 2011;**165**(4):491–497.

19. Selmer C, Olesen JB, Hansen ML, et al. Subclinical and overt thyroid dysfunction and risk of all-cause mortality and cardiovascular events: a large population study. *J Clin Endocrinol Metab*. 2014;**99**(7):2372–2382.

20. McAninch EA, Rajan KB, Miller CH, Bianco AC. Systemic thyroid hormone status during levothyroxine therapy in hypothyroidism: a systematic review and meta-analysis. *J Clin Endocrinol Metab*. 2018;**103**(12):4533–4542.

21. Xiao F, Lin M, Huang P, et al. Elevated serum fibroblast growth factor 21 levels in patients with hyperthyroidism. *J Clin Endocrinol Metab*. 2015;**100**(10):3800–3805.

22. Moon S, Kim MJ, Yu JM, Yoo HJ, Park YJ. Subclinical hypothyroidism and the risk of cardiovascular disease and all-cause mortality: a meta-analysis of prospective cohort studies. *Thyroid*. 2018;**28**(9):1101–1110.

23. Li X, Wang Y, Guan Q, Zhao J, Gao L. The lipid-lowering effect of levothyroxine in patients with subclinical hypothyroidism: a

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022

**11**

systematic review and meta-analysis of randomized controlled trials. *Clin Endocrinol (Oxf)*. 2017;**87**(1):1–9.

24. Abreu IM, Lau E, de Sousa Pinto B, Carvalho D. Subclinical hypothyroidism: to treat or not to treat, that is the question! A systematic review with meta-analysis on lipid profile. *Endocr Connect*. 2017;**6**(3):188–199.

25. Moher D, Liberati A, Tetzlaff J, Altman DG; PRISMA Group. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *BMJ*. 2009;**339**:b2535.

26. Supplemental data. ProMED-mail website. https://figshare.com/articles/dataset/Supplemental_data_thyroid_and_lipids/12765359. Accessed September 27, 2020.

27. Higgins JPT, Altman DG. *Assessing Risk of Bias in Included Studies. Cochrane Handbook for Systematic Reviews of Interventions*. US: John Wiley & Sons, Ltd; 2008.

28. Wells GA, Shea B, O'Connell D, et al. The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. ProMED-mail website. www.ohri.ca/programs/clinical_epidemiology/oxford.asp. Accessed September 27, 2020.

29. DerSimonian R, Laird N. Meta-analysis in clinical trials. *Control Clin Trials*. 1986;**7**(3):177–188.

30. Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. *Stat Med*. 2002;**21**(11):1539–1558.

31. Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. *BMJ*. 2003;**327**(7414):557–560.

32. StataCorp. *Stata Statistical Software: Release 15*. College Station, TX: StataCorp; 2017.

33. Wallace BC, Dahabreh IJ, Trikalinos TA, Lau J, Trow P, Schmid CH. Closing the gap between methodologists and end-users: R as a computational back-end. *J Stat Softw*. 2012;**49**(5):1–15.

34. Ozata M, Yildirimkaya M, Yilmaz K, et al. The effects of thyroid status on serum apolipoprotein A-I-containing lipoprotein particles. *Horm Metab Res*. 1998;**30**(4):217–221.

35. Ross DS, Burch HB, Cooper DS, et al. 2016 American thyroid association guidelines for diagnosis and management of hyperthyroidism and other causes of thyrotoxicosis. *Thyroid*. 2016;**26**(10):1343–1421.

36. Bel Lassen P, Kyrilli A, Lytrivi M, Ruiz Patino M, Corvilain B. Total thyroidectomy: a clue to understanding the metabolic changes induced by subclinical hyperthyroidism? *Clin Endocrinol (Oxf)*. 2017;**86**(2):270–277.

37. Fadeyev VV, Morgunova TB, Melnichenko GA, Dedov II. Combined therapy with L-thyroxine and L-triiodothyronine compared to L-thyroxine alone in the treatment of primary hypothyroidism. *Hormones (Athens)*. 2010;**9**(3):245–252.

38. Kaminski J, Miasaki FY, Paz-Filho G, Graf H, Carvalho GA. Treatment of hypothyroidism with levothyroxine plus liothyronine: a randomized, double-blind, crossover study. *Arch Endocrinol Metab*. 2016;**60**(6):562–572.

39. Valizadeh M, Seyyed-Majidi MR, Hajibeigloo H, Momtazi S, Musavinasab N, Hayatbakhsh MR. Efficacy of combined levothyroxine and liothyronine as compared with levothyroxine monotherapy in primary hypothyroidism: a randomized controlled trial. *Endocr Res*. 2009;**34**(3):80–89.

40. Clyde PW, Harari AE, Getka EJ, Shakir KM. Combined levothyroxine plus liothyronine compared with levothyroxine alone in primary hypothyroidism: a randomized controlled trial. *JAMA*. 2003;**290**(22):2952–2958.

41. Caron P, Calazel C, Parra HJ, Hoff M, Louvet JP. Decreased HDL cholesterol in subclinical hypothyroidism: the effect of L-thyroxine therapy. *Clin Endocrinol (Oxf)*. 1990;**33**(4):519–523.

42. Caraccio N, Ferrannini E, Monzani F. Lipoprotein profile in subclinical hypothyroidism: response to levothyroxine replacement, a randomized placebo-controlled study. *J Clin Endocrinol Metab*. 2002;**87**(4):1533–1538.

43. Monzani F, Caraccio N, Kozàkowà M, et al. Effect of levothyroxine replacement on lipid profile and intima-media thickness in subclinical hypothyroidism: a double-blind, placebo- controlled study. *J Clin Endocrinol Metab*. 2004;**89**(5):2099–2106.

44. Teixeira PdFdS, Reuters VS, Ferreira MM, et al. Lipid profile in different degrees of hypothyroidism and effects of levothyroxine replacement in mild thyroid failure. *Transl Res*. 2008;**151**(4):224–231.

45. Teixeira PF, Reuters VS, Ferreira MM, et al. Treatment of subclinical hypothyroidism reduces atherogenic lipid levels in a placebo-controlled double-blind clinical trial. *Horm Metab Res*. 2008;**40**(1):50–55.

46. Garber JR, Cobin RH, Gharib H, et al.; American Association of Clinical Endocrinologists and American Thyroid Association Taskforce on Hypothyroidism in Adults. Clinical practice guidelines for hypothyroidism in adults: cosponsored by the American Association of Clinical Endocrinologists and the American Thyroid Association. *Endocr Pract*. 2012;**18**(6):988–1028.

47. Bekkering GE, Agoritsas T, Lytvyn L, et al. Thyroid hormones treatment for subclinical hypothyroidism: a clinical practice guideline. *BMJ*. 2019;**365**:l2006.

48. Feller M, Snel M, Moutzouri E, et al. Association of thyroid hormone therapy with quality of life and thyroid-related symptoms in patients with subclinical hypothyroidism: a systematic review and meta-analysis. *JAMA*. 2018;**320**(13):1349–1359.

Downloaded from https://academic.oup.com/jcem/article/105/12/3683/5909289 by guest on 28 March 2022