**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

THERESA PITMAN, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

IMMUNOVANT, INC. f/k/a HEALTH SCIENCES ACQUISITIONS CORPORATION *et al.*,

      Defendants.

Case No. 1:21-cv-00918-KAM-VMS

**THE UNDERWRITER DEFENDANTS' NOTICE OF**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendants SVB Securities LLC (f/k/a SVB Leerink LLC), LifeSci Capital LLC, Chardan Capital Markets LLC, Guggenheim Securities, LLC, and Robert W. Baird & Co. Inc. (together, the "Underwriter Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on a date and time as the Court may direct, for an order dismissing the claims against the Underwriter Defendants in the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 82) pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of their Motion, the Underwriter Defendants rely upon the Memorandum of Law in Support of the Underwriter Defendants' Motion to Dismiss served herewith, the Declaration of Heather M. Speers and attached appendix and exhibits served today in support of the Immunovant Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, and other case filings referenced in the Memorandum.

Dated: April 28, 2023

Respectfully submitted,

*/s/ Daniel Roeser*
Daniel Roeser
Valerie A. Haggans
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.:  (212) 813-8800
Fax:  (212) 355-3333
droeser@goodwinlaw.com
vhaggans@goodwinlaw.com

Justin D. Ward
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.:  (617) 570-1000
Fax:  (617) 523-1231
jward@goodwinlaw.com

*Attorneys for Defendants SVB Securities LLC
(f/k/a SVB Leerink LLC), LifeSci Capital LLC,
Chardan Capital Markets LLC, Guggenheim
Securities, LLC, and Robert W. Baird & Co. Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 28, 2023, a true and correct copy of the foregoing was served on all parties of record via electronic mail.

<u>*/s/ Justin D. Ward*</u>