**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THERESA PITMAN, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

      -against-                     1:21-cv-00918 (KAM) (VMS)

IMMUNOVANT, INC. f/k/a HEALTH        <u>CLASS ACTION</u>
SCIENCES ACQUISITIONS
CORPORATION, RODERICK WONG,
PETER SALZMANN, PAMELA YANCHIK
CONNEALY, FRANK M. TORTI, ANDREW
FROMKIN, DOUGLAS HUGHES, GEORGE
MIGAUSKY, ATUL PANDE, ERIC
VENKER, SVB LEERINK LLC, LIFESCI
CAPITAL LLC, CHARDAN CAPITAL
MARKETS LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and ROIVANT
SCIENCES LTD.,

                Defendants.
-------------------------------------------------------------X

### <u>NOTICE OF DEFENDANT ROIVANT SCIENCES LTD.'S MOTION TO DISMISS</u>

        PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant

Roivant Sciences Ltd. ("Roivant"), by and through the undersigned counsel, will move this Court,

before the Honorable Vera M. Scanlon, United States Magistrate Judge, at the United States

Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York

11201, on such day and at such time designated by the Court, for an order granting Roivant's

motion to dismiss Plaintiff's claims against Roivant.

Dated:  April 28, 2023                    WILLIAMS AND CONNOLLY LLP

                              By:  /s/ *John S. Williams*
                                   John S. Williams (JW-6927)
                                   jwilliams@wc.com
                                   680 Maine Ave, S.W.
                                   Washington, D.C. 20024

                                   650 5th Ave #1500
                                   New York, NY 10019
                                   Telephone: (202) 434-5000
                                   Facsimile: (202) 434-5029

                                   *Counsel for Roivant Sciences Ltd.*

2