UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— X

| | | |
|---|---|---|
| THERESA PITMAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-00918-KAM-VMS |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| IMMUNOVANT, INC. f/k/a HEALTH SCIENCES ACQUISITIONS CORPORATION, RODERICK WONG, PETER SALZMANN, FRANK M. TORTI, ANDREW FROMKIN, DOUGLAS HUGHES, GEORGE MIGAUSKY, ATUL PANDE, ERIC VENKER, SVB LEERINK LLC, LIFESCI CAPITAL LLC, CHARDAN CAPITAL MARKETS LLC, GUGGENHEIM SECURITIES, LLC, ROBERT W. BAIRD & CO. INCORPORATED, and ROIVANT SCIENCES LTD., | : : : : : : : : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

———————————————————————— x

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Evan J. Kaufman, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorney for Lead Plaintiff SEPTA Pension Plan Master Trust ("Plaintiff") in the above-captioned action. I respectfully submit this Declaration in support of Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss the Second Amended Complaint.

2.      Attached hereto as Appendix A is a true and correct copy of Plaintiff's responses to Defendants' Appendix A attached to the Declaration of Heather M. Speers, dated April 28, 2023;

3.      Attached hereto as <u>Appendix B</u> is a true and correct copy of a timeline prepared by Plaintiff's counsel which depicts a visual of key facts and events supporting Plaintiff's claims;

4.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an email from the U.S. Food and Drug Administration's Division of Information Disclosure Policy, FOIA Branch, dated March 16, 2022;

5.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of The American Heart Association's Guidelines entitled "2018 AHA/ACC/AACVPR/AAPA/ABC/ACPM/ADA/AGS/ APhA/ASPC/NLA/PCNA Guideline on the Management of Blood Cholesterol" published by Circulation and authored by Scott M. Grundy, et al. in June 2019; and

6.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Genetic and Rare Diseases Information Center webpage which provides a description of Congenital analbuminemia, located at https://rarediseases.info.nih.gov/diseases/13056/con.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 9, 2023, at Melville, New York.

DATED:  June 9, 2023

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

**CERTIFICATE OF SERVICE**

I, Evan J. Kaufman, hereby certify that on June 9, 2023, I caused a true and correct copy of the foregoing document to be served on all counsel of record by providing them with copies via electronic mail.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN