# APPENDIX B



# Timeline and Key Events

IMMUNOVANT (IMVT)

**KEY:**
- IMVT - Immunovant
- IMVT Stock Offerings
- RVT - Roivant
- Wong
- Statements

"[A]nd it's pretty hard to find any published literature or expert opinion on what…a mild albumin reduction would be." –Salzmann, 2/25/2020 ¶290.

September 2020 offering $200M.¶126.

1930-2017 Numerous articles discussing:
- Albumin, cholesterol, and cardiovascular disease.
- Thyroid function and cholesterol.

Albumin reductions are "asymptomatic" and "not associated with…clinical symptoms." ¶146.

RVT/Wong/others earn 10M earnout shares valued at $384M.¶318.

Registered shelf offering.¶321.

Animal studies revealed 200-300% cholesterol increases.

Clinical trials "being conducted…in accordance with…accepted professional and scientific standards." 11/2019 ¶240.

Registered shelf offering.¶321.

$139.4M offering.¶268.

RVT licensed IMVT-1401. 12/2017 ¶49.

HSAC acquires Legacy IMVT. 12/2019 ¶59.

RVT/Wong/others earn 10M earnout shares valued at $227M.¶318.

RVT forms Legacy IMVT to develop IMVT-1401. 2018 ¶49.

"IMVT-1401…well tolerated." ¶133."In several nonclinical studies…IMVT-1401 was observed to be well tolerated." 09/2020 ¶141.

IMVT designs ASCEND GO-2 Phase 2b trial protocol to include cholesterol monitoring. 2018 ¶91(e).

Announced Phase 2b trial halted/cholesterol elevations. 2/2/2021 ¶¶167, 325.

Wong (RTW) buys 3% of Legacy IMVT. 12/28/2018. ¶52.

Wong contacts Legacy IMVT and RVT to discuss merger. 5/11/2019 ¶56.

Announces albumin reductions elevated cholesterol. 6/1/2021 ¶¶178, 326.

## Pre-Class Period

## Class Period
October 2, 2019 - February 1, 2021

$60 · $50 · $40 · $30 · $20 · $10 · $0

8/1/2019 · 12/1/2019 · 4/1/2020 · 8/1/2020 · 12/1/2020 · 4/1/2021