# EXHIBIT 3

Case 1:21-cv-00918-KAM-VMS   Document 96-5   Filed 06/30/23   Page 2 of 7 PageID #: 3182

Thank you for visiting the GARD website.

**Learn more** about site improvements that will be live by Spring 2023.

We would like to hear your feedback as we continue to refine this new version of the GARD website.

Feedback Form

National Center for Advancing Translational Sciences



≡   🔍

← | Congenital Analbuminemia

# Congenital analbuminemia

Other Names:

ANALBA; Analbuminemia

| About the Disease | Getting a Diagnosis | Living With the Disease |

Navigate to sub-section                                                                 ▼

## Disease at a Glance

### Summary

Congenital analbuminemia (CAA) is a rare disorder characterized by the absence or very low levels of human serum albumin (HSA). Although albumin is the most abundant plasma protein and has many functions, patients with CAA present with only a few mild clinical signs, such as fatigue, low blood pressure, and swelling (edema). However, CAA patients may loss fat tissue (lipodystrophy) and present with high cholesterol, which may result in early atherosclerosis and heart problems. Rarely, CAA may be complicated by hypercoagulability (when the blood tends to clot too much), osteoporosis (which causes bones to become weak and brittle) and respiratory tract infections. It is more severe in the fetus or during early infancy. CAA is caused by genetic changes in the ALB gene. Inheritance is autosomal recessive.

### Resource(s) for Medical Professionals and Scientists on This Disease:

- RareSource offers rare disease gene variant annotations and links to rare disease gene literature.



Case 1:21-cv-00918-KAM-VMS Document 96-5 Filed 06/30/23 Page 3 of 7 PageID #: 3183

## About Congenital analbuminemia

Many rare diseases have limited information. Currently GARD aims to provide the following information for this disease:

- **Population Estimate:**
  This section is currently in development. ⓘ

- **Symptoms:**
  This section is currently in development.

- **Cause:**
  GARD does not currently have information about the cause of this condition.

- **Organizations:**
  GARD is not currently aware of organizations specific to this condition.

---

## When Do Symptoms of Congenital analbuminemia Begin?

This section is currently in development.

---

## Symptoms

This information is currently in development.

## Causes

This section is currently in development.

## Advocacy and Support Groups

### How Can Patient Organizations Help?

Patient organizations can help patients and families connect. They build public awareness of the disease and are a driving force behind research to improve patients' lives. They may offer online and in-person resources to help people live well with their disease. Many collaborate with medical experts and researchers.

Services of patient organizations differ, but may include:
- Ways to connect to others and share personal stories
- Easy-to-read information

Case 1:21-cv-00918-KAM-VMS Document 96-5 Filed 06/30/23 Page 4 of 7 PageID #: 3184

- Up-to-date treatment and research information
- Patient registries
- Lists of specialists or specialty centers
- Financial aid and travel resources

Please note: GARD provides organizations for informational purposes only and not as an endorsement of their services. Please contact an organization directly if you have questions about the information or resources it provides.



Filter                                                                                       Download

4 Organizations

### EveryLife Foundation for Rare Diseases [↗]

**People With**
Rare Diseases

**Helpful Links**

**Country**
United States

### Genetic Alliance [↗]

**People With**
Rare Diseases

**Helpful Links**

**Country**
United States

### Global Genes [↗]

**People With**
Rare Diseases

**Helpful Links**

**Country**
United States

### National Rare Dise...

**People Wit...**
Rare Diseas...

**Helpful Lin...**

**Country**
United Stat...

## Participating in Clinical Studies

Clinical studies are part of clinical research and at the heart of all medical advances, including rare diseases. Participating in research helps researchers ultimately uncover better ways to treat, prevent, diagnose, and understand human diseases.

Case 1:21-cv-00918-KAM-VMS    Document 96-5    Filed 06/30/23    Page 5 of 7 PageID #:
3185



## What Are Clinical Studies?

Clinical studies are medical research involving people as participants. There are two main types of clinical studies:

1. **Clinical trials** determine if a new test or treatment for a disease is effective and safe by comparing groups receiving different tests/treatments.
2. **Observational studies** involve recording changes over time among a specific group of people in their natural settings.

Learn more about the different types of clinical studies, consent forms, questions you should ask before participating in clinical studies, and the difference between research and medical treatment.

## Why Participate in Clinical Studies?

People participate in clinical trials for a variety of reasons. Participants with a disease may participate to help others, but also to possibly receive the newest treatment and additional care from clinical study staff. Healthy volunteers may also participate to help others and to contribute to moving science forward.

## How Do You Find the Right Clinical Study?

To find the right clinical study we recommend you:

- Use ClincalTrials.gov button below to search for studies by disease, terms, or country.
- Consult doctors, other trusted medical professionals, and patient organizations.
- Enroll in databases to allow researchers from participating institutions to find you.

## What if There Are No Available Clinical Studies?

ResearchMatch helps connect people interested in research studies ↗ with researchers from top medical centers across the United States. Anyone from the U.S. can register with this free program funded by NIH. Researchers from participating institutions use the database to search for and invite patients or healthy volunteers who meet their study criteria to participate.

Case 1:21-cv-00918-KAM-VMS   Document 96-5   Filed 06/30/23   Page 6 of 7 PageID #: 3186

ClinicalTrials.gov, an affiliate of NIH, provides current information on clinical research studies in the United States and abroad. Talk to a trusted doctor before choosing to participate in any clinical study. We recommend checking this site often and searching for studies with related terms/synonyms to improve results.

**Search ClinicalTrials.gov for this disease**

 GARD  Genetic and Rare Diseases
Information Center

Please contact GARD if you need help finding additional information or resources on rare diseases, including clinical studies. Our Information Specialists are available to you by phone or by filling out our contact form. Note, GARD cannot enroll individuals in clinical studies.

**Contact Us**

**Getting a Diagnosis →**

Take steps toward getting a diagnosis by working with your doctor, finding the right specialists, and coordinating medical care.

Last Updated: February 2023
View Sources & References ▼

 GARD  Genetic and Rare Diseases
Information Center

PO Box 8126,
Gaithersburg, MD 20898-8126

Browse by Disease                    Privacy Policy

About GARD                           Disclaimer

Contact Us                           Accessibility

                                     FOIA

                                     OIG

Case 1:21-cv-00918-KAM-VMS   Document 96-5   Filed 06/30/23   Page 7 of 7 PageID #:
3187

**HHS Vulnerability Disclosure**

**U.S. Department of Health & Human Services**

**National Institutes of Health**

**National Center for Advancing Translation Sciences**

NIH … Turning Discovery Into Health ®