**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
THERESA PITMAN, Individually and on
Behalf of All Others Similarly Situated,

              Plaintiff,

      -against-                  1:21-cv-00918 (KAM) (VMS)

IMMUNOVANT, INC. f/k/a HEALTH         CLASS ACTION
SCIENCES ACQUISITIONS
CORPORATION, RODERICK WONG,
PETER SALZMANN, PAMELA YANCHIK
CONNEALY, FRANK M. TORTI, ANDREW
FROMKIN, DOUGLAS HUGHES, GEORGE
MIGAUSKY, ATUL PANDE, ERIC
VENKER, SVB LEERINK LLC, LIFESCI
CAPITAL LLC, CHARDAN CAPITAL
MARKETS LLC, GUGGENHEIM
SECURITIES, LLC, ROBERT W. BAIRD &
CO. INCORPORATED, and ROIVANT
SCIENCES LTD.,

              Defendants.
--------------------------------------------------------------X

## REPLY DECLARATION OF JOHN S. WILLIAMS IN SUPPORT OF ROIVANT SCIENCES LTD.'S MOTION TO DISMISS

John S. Williams, declares as follows:

1.      I am an attorney licensed to practice law in the state of New York and am a member

of the bar of the United States District Court for the Eastern District of New York. I am a partner

at Williams & Connolly LLP and counsel for Roivant Sciences Ltd. ("Roivant") in the above-

captioned matter. I submit this declaration in support of Roivant's Motion to Dismiss. I have

personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.      Exhibit A is an excerpt of a true and correct copy of Immunovant's Prospectus filed

with the SEC on April 14, 2020, which is incorporated by reference in the Second Amended

Complaint at ¶¶ 268–69, 272, 297, 299, and 321.  The full document is publicly available through the SEC's EDGAR website and can be accessed at the following link: https://tinyurl.com/269284ez.

3.      Exhibit B is a true and correct copy of Roivant's Form 4 filed with the SEC on April 16, 2020.  The full document is publicly available through the SEC's EDGAR website and can be accessed at the following link: https://tinyurl.com/259hepv5.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June 30, 2023, in Washington, D.C.


*/s/ John S. Williams*
John S. Williams

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 30, 2023, a true and correct copy of the foregoing and the attached exhibits was electronically filed and served on all parties of record via the Court's CM/ECF system and via electronic mail.


Dated:  June 30, 2023                                          /s/ *John S. Williams*