# Exhibit A

Case 1:21-cv-00918-KAM-VMS    Document 100-1    Filed 06/30/23    Page 1 of 3 PageID #: 3253

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-237627

**PROSPECTUS**

## 8,359,448 Shares



## Common Stock

We are offering 8,359,448 shares of our common stock. Our common stock is listed on the Nasdaq Capital Market ("Nasdaq") under the symbol "IMVT." On April 13, 2020, the last reported sale price of our common stock on Nasdaq was $15.55 per share.

Roivant Sciences Ltd. ("RSL" or "Roivant") is currently our majority stockholder, and we are a "controlled company" within the meaning of the listing rules of Nasdaq. In addition, RSL has the right to elect a certain number of Series A Preferred Directors to our board of directors, in accordance with our amended and restated certificate of incorporation. These directors currently hold a majority of the voting power on all matters presented to the board of directors. See "Description of Capital Stock—Series A Preferred Directors."

**We are an "emerging growth company" as defined under the federal securities laws and, as such, have elected to comply with certain reduced public company reporting requirements for this prospectus and our other filings with the Securities and Exchange Commission.**

**Investing in our securities involves risks. See "Risk Factors" beginning on page 9.**

**Neither the Securities and Exchange Commission in the United States nor any other regulatory body has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

|  | Per Share | Total |
|---|---|---|
| Public offering price | $ 14.50 | $121,211,996 |
| Underwriting discounts and commissions[1] | $ 0.87 | $ 7,272,720 |
| Proceeds, before expenses, to us | $ 13.63 | $113,939,276 |

(1)   See "Underwriting" for a description of the compensation payable to the underwriters.

RSL has agreed to purchase 1,034,483 shares of our common stock in this offering on the same terms as those offered to the public.

We have granted the underwriters an option for a period of 30 days from the date of this prospectus to purchase up to 1,253,917 additional shares of common stock from us, at the public offering price, less the underwriting discounts and commissions. If the underwriters exercise their option in full, the total underwriting discounts and commissions payable by us will be $8,363,628, and the total proceeds to us, before estimated expenses, will be $131,030,165.

Delivery of the shares of common stock is expected to be made on or about April 16, 2020.

*Joint Bookrunning Managers*

**SVB Leerink**         **UBS Investment Bank**         **SunTrust Robinson Humphrey**     **Chardan**

*Lead Manager*

**Nomura**

*Co-Manager*

**LifeSci Capital LLC**

**Prospectus dated April 14, 2020**

**Table of Contents**

**PRINCIPAL STOCKHOLDERS**

The following table sets forth information regarding the beneficial ownership of shares of our common stock as of March 31, 2020 by:

- each person known by us to be the beneficial owner of more than 5% of our common stock;

- each of our current executive officers and directors; and

- all of our current executive officers and directors as a group.

Beneficial ownership is determined according to the rules of the SEC, which generally provide that a person has beneficial ownership of a security if he, she or it possesses sole or shared voting or investment power over that security, including options and warrants that are currently exercisable or exercisable within 60 days.

RSL has agreed to purchase 1,034,483 shares of our common stock in this offering on the same terms as those offered to the public. The below ownership percentages after this offering reflect our issuance of 8,359,448 shares of common stock and the purchase by RSL of 1,034,483 shares of common stock in this offering.

This table is based upon information supplied by officers, directors and principal stockholders and Schedules 13D and 13G filed with the SEC. Unless otherwise indicated in the footnotes to this table and subject to community property laws where applicable, we believe that all persons named in the table have sole voting and investment power with respect to all shares of our common stock beneficially owned by them. Applicable percentages are based on 56,455,376 shares of common stock outstanding on March 31, 2020, adjusted as required by rules promulgated by the SEC.

| Name and Address of Beneficial Owner[1] | Number of Shares Beneficially Owned | Percentage of Shares Beneficially Owned | |
| --- | --- | --- | --- |
| | | Before Offering | After Offering |
| Roivant Sciences Ltd.[2] | 37,404,967 | 66.3% | 59.3% |
| Entities affiliated with RTW[3] | 4,426,106 | 7.8 | 6.8 |
| Health Sciences Holdings, LLC (Sponsor)[4][5] | 2,875,000 | 5.1 | 4.4 |
| Peter Salzmann, M.D., M.B.A. | — | — | — |
| Pamela Yanchik Connealy, M.B.A. | — | — | — |
| Julia G. Butchko, Ph.D. | — | — | — |
| W. Bradford Middlekauff, J.D. | — | — | — |
| Frank M. Torti, M.D. | — | — | — |
| Andrew Fromkin | — | — | — |
| Douglas Hughes | — | — | — |
| George Migausky[6] | 20,000 | * | * |
| Atul Pande, M.D. | — | — | — |
| Eric Venker, M.D. | — | — | — |
| All current directors and executive officers (10 individuals) as a group | 20,000 | * | * |

---

\*    Less than 1%.

(1)   Unless otherwise indicated, the business address of each of the individuals or entities listed in this table is 320 West 37th Street, New York, New York 10018.

(2)   Excludes 10,000 shares of Series A Preferred Stock issued to Roivant upon closing of the Business Combination. Each share of Series A Preferred Stock is convertible at any time at the option of the holder into one share of common stock. Roivant owns all of the authorized and outstanding shares of Series A