UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THERESA PITMAN, individually and on
behalf of all others similarly situated,

                Plaintiff,                        JUDGMENT
      v.                                        21-cv-918 (KAM)(VMS)

IMMUNOVANT, INC. f/k/a HEALTH SCIENCES
ACQUISITIONS CORPORATION, RODERICK
WONG, PETER SALZMANN, FRANK M. TORTI,
ANDREW FROMKIN, DOUGLAS HUGHES,
GEORGE MIGAUSKY, ATUL PANDE, ERIC
VENKER, SVB LEERINK LLC, LIFESCI
CAPITAL LLC, CHARDAN CAPITAL
MARKETS LLC, GUGGENHEIM SECURITIES,
LLC, ROBERT W. BAIRD & CO. INCORPORATED,
and ROIVANT SCIENCES LTD.,

                Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 29, 2024, adopting the Report and Recommendation of Magistrate Vera M. Scanlon, dated February 25, 2024, granting Defendants' motions to dismiss the Third Amended Complaint; dismissing the Third Amended Complaint in its entirety with prejudice; it is

       ORDERED and ADJUDGED that Defendants' motions to dismiss the Third Amended Complaint with prejudice is granted; and that the Third Amended Complaint is dismissed in its entirety with prejudice.

Dated: Brooklyn, New York                               Brenna B. Mahoney
       April 5, 2024                                       Clerk of Court

                                                    By:   */s/Jalitza Poveda*
                                                              Deputy Clerk